Nos. 20-1, 21-8

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff-Appellee, | ) |
|  | ) |
| v. | ) |
|  | ) |
| BRANDON COUNCIL, | ) |
|  | ) |
| Defendant-Appellant. | ) |
|  | ) |

On Appeal from the United States District Court
for the District of South Carolina
No. 4:17-cr-866-RBH

# JOINT APPENDIX
## Volume XIV of XVI
### (pp. 6415-6739)

Jaclyn L. Tarlton
Federal Defender Office, EDNC
150 Fayetteville Street, Ste 450
Raleigh, NC 27601
(919) 856-4236 tel.
Jackie_tarlton@fd.org

Barry J. Fisher
Federal Defender Office, NDNY
54 State Street, Ste 310
Albany, New York 1207
(518) 242-4010
barry_fisher@fd.org

Joshua K. Handell
Appellate Section
Criminal Division, Ste.1515
United States DOJ
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 305-4244 tel.
joshua.handell@usdoj.gov

*Attorneys for Defendant-Appellant*                    *Attorney for Plaintiff-Appellee*

# TABLE OF CONTENTS

## Volume I

District Court Docket Sheet ........................................................................ 1

## Docket Entries

DE 1 - Criminal Complaint (August 24, 2017) ........................................ 56

DE 3 - Rule 5(c)(3) Documents (August 25, 2017) ................................. 62

DE 4 - Arrest of Brandon Michael Council (August 25, 2017) .............. 68

DE 16 - Indictment (September 21, 2017) .............................................. 69

DE 35 - Defendant's Motion to Continue (October 16, 2017) ................ 79

DE 42 - Order Granting Defendant's Motion to Continue
(October 18, 2017) ............................................................................ 82

DE 54 - Text Order, Pretrial Status Conference
(November 28, 2017) ........................................................................ 84

DE 57 - Defendant's Response to Court's Text Order
(December 4, 2017) ........................................................................... 86

DE 61 - Email from Government to Court and Counsel
(December 4, 2017) ......................................................................... 103

DE 66 - Defendant's Motion to Continue (January 5, 2018) ............... 109

DE 67 - Order Granting Defendant's Motion to Continue
(January 8, 2018) ............................................................................ 113

DE 70 – Transcript, Pre-trial Conference (December 4, 2017) ........... 115

DE 73 - Defendant's Motion to Continue (February 20, 2018) ........... 132

i

DE 79 – Order Granting Defendant's Motion to Continue
(February 21, 2018) ................................................................. 136

DE 81 - Notice of Intent to Seek Death Penalty (March 21, 2018) ...... 138

DE 83 - Text Order, Pre-trial Status Conference (March 22, 2018) .... 144

DE 84 - Motion to Continue Status Conference (March 23, 2018) ....... 145

DE 87 - Defense Reply to Government's Response to Continue Status
Conference (March 26, 2018) ....................................................... 147

DE 91 - Government's Motion to Set Schedule (March 30, 2018) ........ 150

DE 92 - Defense Motion to Set Schedule (April 4, 2018) ..................... 156

DE 93 - Text Entry, Pre-trial Status Conference (April 6, 2018) ......... 181

DE 94 - Minute Entry Hearing Regarding Competency
(April 6, 2018) ................................................................. 182

DE 96 - Government's Motion for Disclosure of Competency
Evaluation (April 9, 2018) ............................................................ 183

DE 97 - Defendant's Motion in Opposition to Disclosure of
Competency Evaluation (April 9, 2018) ...................................... 196

DE 99 - Order to Continue (April 10, 2018) ......................................... 209

DE 108 - Government's Response to Defense Opposition to
Competency Evaluation (April 17, 2018) .................................... 211

DE 111 - Defense Reply to Court Order (April 26, 2018) ..................... 213

DE 115 - Declaration of William F. Nettles, IV (April 30, 2018) ......... 215

DE 116 - Order Granting in Part Opposition to Mental Competency
Exam (April 30, 2018) ................................................................. 216

DE 121 - Scheduling Order (May 2, 2018) .............................................. 220

DE 130 - Amended Scheduling Order (May 15, 2018) .......................... 223

DE 133 - Defendant's Motion Requesting Order on Jury Selection
     Procedures (May 18, 2018) .............................................................. 226

DE 141 - Defendant's Declaration of Michael A. Meetze
     (June 1, 2018) ................................................................................. 310

DE 240-1 - Confession Video Transcript (July 27, 2018) ...................... 311

DE 251 - Defendant's Motion to Strike Non-Statutory Aggravating
     Factors (September 12, 2018) ......................................................... 492

## <u>Volume II</u>

DE 256 - Defendant's Motion to Strike FDPA (September 18, 2018) .. 507

DE 257 - Defendant's Motion to Strike the Death Penalty
     (September 18, 2018) ...................................................................... 537

DE 259 - Defendant's Motion to Continue Jury Selection & Trial
     (September 20, 2018) ...................................................................... 643

DE 260 - Defendant's Motion to Seal *Ex Parte* Motion to Continue
     (September 20, 2019) ...................................................................... 659

DE 278 - Government's Response to Motion to Continue
     (September 25, 2018) ...................................................................... 675

DE 282 – Defendant's Motion to Continue Jury Selection
     (October 3, 2018) ........................................................................... 678

DE 289 – Government's Response in Opposition to Motion to Strike
     (October 10, 2018) ......................................................................... 935

DE 292 – Transcript, Pretrial Conference & Status Conference
(April 6, 2018) ............................................................... 965

## Volume III

DE 293 – Transcript, *Ex Parte* Hearing (April 6, 2018) ..................... 1024

DE 294 – Transcript, Sidebar Status Conference
(April 17, 2018) ............................................................ 1029

DE 306 – Defendant's Reply to Motion to Strike Non-Statutory
Aggravating Factors (October 29, 2018) .................................... 1032

DE 307 – Order Granting Continuance (October 31, 2018) .............. 1046

DE 308 – Second Amended Scheduling Order (October 31, 2018) ..... 1054

DE 413 – Order Denying Motion to Strike (May 7, 2019) ................. 1057

DE 414 – Order Denying Motion to Strike FDPA (May 7, 2019) ....... 1070

DE 419 – Transcript, Motion to Suppress/Motion to Strike
Hearing (April 10, 2019) ................................................... 1081

DE 427 – Order No. 3 Regarding Prospective Juror Requests
(June 4, 2019) ............................................................... 1225

DE 428 – Joint Supplemental Questionnaire (June 5, 2019) ............. 1337

DE 428-1 – Defendant's Brief on Supplemental Questionnaire
(June 5, 2019) ............................................................... 1387

DE 428-2 – Government's Brief Regarding Proposed
Supplemental Case Questionnaire (June 5, 2019) .................... 1415

DE 495 – Decorum Order (July 10, 2019) .......................................... 1424

DE 496 – Defendant's Motion for Additional Time to Complete
   Mitigation Investigation (July 11, 2019) .................................... 1428

DE 500 – Order Regarding Supplemental Case Questionnaire
   (July 11, 2019) ........................................................................ 1435

DE 502 – Government's Response to Motion to Continue & Seal
   (July 15, 2019) ........................................................................ 1437

DE 504 – Defendant's Response to Court's Proposed Voir
   Dire Script (July 15, 2019) ....................................................... 1445

DE 508 –Document in Support of Additional Time
   (July 16, 2019) ........................................................................ 1454

DE 513 – Government's Response to Defendant's Voir Dire
   Script (July 17, 2019) .............................................................. 1469

DE 529 – Defendant's *Motion In Limine – Bank Video Images*
   (July 22, 2019) ........................................................................ 1472

DE 531 – Defendant's *Motion In Limine* to Exclude
   Government's Proposed Exhibit Numbers 55, 60, 61, 62
   and 68 (July 22, 2019) ............................................................. 1479

DE 532 – Defendant's *Motion In Limine – Prejudicial and
   Irrelevant Evidence of Films Filed in His Possession*
   (July 22, 2019) ........................................................................ 1486

<u>Volume IV</u>

DE 551 – Government's First Omnibus Penalty Phase *Motion
   In Limine* (July 22, 2019) ........................................................ 1504

DE 603 – Amended Notice of Intent to Seek the Death Penalty
   (July 26, 2019) ........................................................................ 1561

DE 615 – Government's Proposed Penalty Phase Jury Instructions (July 30, 2019) ...................................................... 1565

DE 617 – Government's Brief Regarding Jury Instructions (July 30, 2019) ........................................................................ 1621

DE 619 – Defendant's Memorandum in Support of Proposed Penalty Phase Instructions (July 30, 2019) .............................. 1633

DE 619-1 – Defendant's Proposed Penalty-Phase Jury Instructions (July 30, 2019) ...................................................... 1661

DE 624 – Order Regarding Finalized Video Script (August 1, 2019) ........................................................................ 1824

DE 624-1 – Finalized Video Script (August 1, 2019) .......................... 1826

DE 629 – Defendant's Combined Response to Government's First Omnibus Motions *In Limine* (August 6, 2019) ................ 1834

DE 630 – Government's Response to Defendant's Motion for Discovery (August 6, 2019) ........................................................ 1858

DE 638 – Government's Motion *In Limine* to Exclude Certain Expert Opinions (August 9, 2019) ............................................. 1878

DE 640 – Defense Response to Government's Penalty-Phase Motion *In Limine* to Exclude Opinion of Dr. McCarter (August 9, 2019) ........................................................................ 1883

DE 643 – Transcript – Motion to Continue (July 17, 2019) ............... 1896

DE 644 – Transcript – *Ex Parte* Motion Hearing (July 17, 2019) ..... 1918

DE 648 – Defendant's Response to Government's Penalty Phase Motion to Exclude (August 13, 2019) .............................. 1941

DE 649 – Defendant's Response to Government's Brief
Regarding Jury Instructions (August 14, 2019) ........................ 1946

DE 680 – Defendant's Response to Government's Motion
for Discovery (August 20, 2019) ................................................. 1965

DE 683 – Order Regarding Motions *In Limine* (August 21, 2019) .... 1976

DE 684 – Order Regarding Government's Motion for Discovery
(August 21, 2019) ........................................................................ 1988

## Volume V

DE 685 – Transcript – Motions Hearing (August 14, 2019) .............. 1992

DE 690 – Supplemental Case Questionnaire (August 23, 2019) ....... 2096

DE 695 – Minute Entry Regarding Jury Selection Process
(August 26, 2019) ........................................................................ 2115

DE 724 – Minute Entry Regarding Jury Selection
(August 27, 2019) ........................................................................ 2116

DE 727 – Minute Entry Regarding Jury Selection Process
(August 28, 2019) ........................................................................ 2117

DE 731 – Government's Motion to Dismiss Count Three of the
Indictment (August 30, 2019) ................................................... 2118

DE 741 – Defendant's Motion to Exclude Post-Offense Conduct
(September 4, 2019) ..................................................................... 2124

DE 742 – Defendant's Motion for Protective Measures
(September 4, 2019) ..................................................................... 2129

DE 755 – Government's Response to Motion for Protective
Measures (September 5, 2019) ................................................... 2141

DE 756 – Government's Response to Defendant's Motion
*In Limine* (September 5, 2019) ................................................. 2146

DE 758 – Defendant's Reply to Response to Defendant's Motion
*In Limine* (September 5, 2019) ................................................. 2150

DE 760 – Text Order Regarding Motion to Exclude
(September 5, 2019) .................................................................. 2154

DE 761 – Text Order Regarding Motion for Protective Measures
(September 5, 2019) .................................................................. 2155

DE 763 – Defendant's Requested Individual
Voir Dire Questions (September 5, 2019) ................................ 2156

DE 779 – Minute Entry Regarding Jury Selection Process
(September 9, 2019) .................................................................. 2160

DE 781 – Minute Entry, Jury-Selection Proceedings
(September 10, 2019) ................................................................ 2161

DE 783 – Defendant's Motion to Exclude Rebuttal Expert
Testimony (September 11, 2019) ............................................. 2162

DE 785 – Minute Entry, Jury-Selection Proceedings
(September 11, 2019) ................................................................ 2172

DE 789 – Minute Entry, Jury-Selection Process
(September 12, 2019) ................................................................ 2173

DE 795 – Minute Entry, Jury-Selection Process
(September 13, 2019) ................................................................ 2174

DE 796 – Minute Entry, Jury-Selection Process
(September 16, 2019) ................................................................ 2175

DE 805 – Defendant's Motion for Competency Evaluation
(September 19, 2019) ................................................................ 2176

DE 807 – Minute Entry, In Camera Motion Hearing
(September 20, 2019)...................................................2184

DE 809 – Email Regarding Hilkey & Schwartz
(September 20, 2019)...................................................2185

DE 810 – Email Regarding Ballenger (September 20, 2019)............2186

DE 811 – Maddox & Hilkey Affidavit (September 23, 2019).............2188

DE 812 – Minute Entry, Competency Hearing
(September 23, 2019)...................................................2207

DE 819 – Verdict Form (September 24, 2019) ...................................2208

DE 821 – Defendant's Motion to Limit Victim Impact Evidence
(September 24, 2019)...................................................2209

DE 823 – Government's Response to Defendant's Motion
*In Limine* (September 25, 2019) ...................................2215

DE 835 – Penalty-Phase Jury Instructions, Closing
(September 27, 2019)...................................................2219

DE 853 – Penalty-Phase Jury Instructions (October 3, 2019) ...........2276

DE 856 – Verdict Form, Count 1 (October 3, 2019) ...........................2305

DE 857 – Verdict Form, Count 2 (October 3, 2019) ...........................2319

DE 859 – Transcript – Formal Judge-Sentencing
(October 3, 2019) ........................................................2333

DE 860 – Judgment (October 7, 2019).................................................2343

DE 865 – Text Order, Extension of Time (October 10, 2019).............2348

DE 866 – Defendant's Motion for New Sentencing Trial
(November 4, 2019) ................................................................ 2350

DE 867 – Government's Response to Motion for New Sentencing
Trial (November 8, 2019) ........................................................ 2359

DE 869 – Court Order Denying Motion for New Trial
(December 17, 2019) ............................................................... 2364

DE 870 – Order Assigning Counsel for Appeal
(December 17, 2019) ............................................................... 2373

DE 872 – Defendant's Notice of Appeal (December 30, 2019) ............ 2374

DE 878 – Order Appointing Appellate Counsel (January 6, 2020) .... 2376

DE 879 – Government's Exhibit List (January 9, 2020) .................... 2378

DE 880 – Defendant's Exhibit List (January 9, 2020) ....................... 2389

DE 882 – Transcript, Motion to Continue (October 18, 2018) ............ 2393

DE 883 – Transcript, Motion Hearing (October 18, 2018) ................ 2401

DE 884 – Transcript, Jury Selection Day 1 of 3 (August 26, 2019) ... 2433

## Volume VI

DE 885 – Transcript, Jury Selection Day 2 of 3 (August 27, 2019) ... 2518

DE 886 – Transcript, Jury Selection Day 3 of 3 (August 28, 2019) ... 2592

DE 887 – Transcript, Individual Voir Dire, Day 1 of 5
(September 9, 2019) ................................................................ 2666

## Volume VII

DE 888 – Transcript, Individual Voir Dire, Day 2 of 5
(September 10, 2019) ............................................................... 2902

DE 889 – Transcript, Individual Voir Dire, Day 3 of 5
(September 11, 2019) ................................................................. 3197

## Volume VIII

DE 890 – Transcript, Individual Voir Dire, Day 4 0f 5
(September 12, 2019) ................................................................. 3514

DE 891 – Transcript, Individual Voir Dire, Day 5 of 5
(September 13, 2019) ................................................................. 3804

## Volume IX

DE 892 – Transcript, Jury Strikes & Jury Seated
(September 16, 2019) ................................................................. 4067

DE 893 – Transcript, Jury Trial, Day 1 of 4 (September 17, 2019) ... 4086

Witness:  Khristi Brown
Direct Examination ............................................................. 4123
Cross Examination ............................................................. 4154
Redirect Examination ......................................................... 4160
Recross Examination .......................................................... 4161

Witness:  Jawanda Nicole Aklin
Direct Examination ............................................................. 4163

Witness:  Steven Francis Collinson, Jr.
Direct Examination ............................................................. 4190

Witness:  Freda Gore
Direct Examination ............................................................. 4213

Witness:  Dennis McClain Lewis
Direct Examination ............................................................. 4231
Cross Examination ............................................................. 4277
Redirect Examination ......................................................... 4284
Recross Examination .......................................................... 4286

Witness:  Dale Long
Direct Examination ........................................................... 4289

DE 894 – Transcript, Jury Trial, Day 2 of 4 (September 18, 2019) ... 4322

Witness:  Tamika C. Alston
Direct Examination ........................................................... 4327
Cross Examination ........................................................... 4338

Witness:  Henry Tripp
Direct Examination ........................................................... 4342
Cross Examination ........................................................... 4357
Redirect Examination ........................................................ 4362

Witness:  Mary Perkins Singh
Direct Examination ........................................................... 4364
Cross Examination ........................................................... 4375

Witness:  Rajinder Parimu
Direct Examination ........................................................... 4379

Witness:  William Victor Slaughter
Direct Examination ........................................................... 4388
Cross Examination ........................................................... 4396

Witness:  Jeremiah Lovelace
Direct Examination ........................................................... 4400
Cross Examination ........................................................... 4418
Redirect Examination ........................................................ 4430

Witness:  Tyler Griffith Whaley
Direct Examination ........................................................... 4433
Cross Examination ........................................................... 4447

Witness:  Gregory Coats
Direct Examination ........................................................... 4459
Cross Examination ........................................................... 4488

Redirect Examination ........................................................ 4509

Witness: Matthew Taylor McKnight
Direct Examination .............................................. 4512
Cross Examination ............................................... 4523
Redirect Examination ........................................... 4524
Recross Examination............................................ 4525

## Volume X

DE 895 – Transcript, Jury Trial, Day 3 of 4 (September 19, 2019) ... 4530

Witness: Norman Kuylen
Direct Examination .............................................. 4534
Cross Examination ............................................... 4568

Witness: Douglas Halepaska
Direct Examination .............................................. 4569

Witness: Ashley Michelle Leon
Direct Examination .............................................. 4607

Witness: Mike Connelly
Direct Examination .............................................. 4618
Cross Examination ............................................... 4691

Witness: Edward Proctor, Jr.
Direct Examination .............................................. 4715
Cross Examination ............................................... 4730

DE 896 – Transcript, Motion for Competency Hearing
(September 20, 2019).................................................. 4743

DE 897 – Transcript, *Ex Parte* Hearing (September 20, 2019).......... 4767

DE 898 – Transcript, Competency Hearing (September 23, 2019).... 4779

DE 899 – Transcript, Advising Defendant of Rights
 (September 23, 2019) .................................................... 4791

DE 900 – Transcript, Jury Trial, Day 4 of 4; Penalty Phase,
 Day 1 of 7 (September 24, 2019) .................................. 4795

  Witness:  Cathy Gore Lambert
   Direct Examination ............................................ 4913

  Witness:  Gracie Branch McClary
   Direct Examination ............................................ 4926

DE 901 – Transcript, Penalty Phase, Day 2 of 7
 (September 25, 2019) .................................................... 4938

  Witness:  Tracy Lawrence Skeen
   Direct Examination ............................................ 4950

  Witness:  Betty Richardson Davis
   Direct Examination ............................................ 4969

  Witness:  Patricia Floyd
   Direct Examination ............................................ 4995

  Witness:  Laura Davis
   Direct Examination ............................................ 5011

  Witness:  Martena Armston
   Direct Examination ............................................ 5042

  Witness:  Daisy Muroz-Alvarez
   Direct Examination ............................................ 5055

  Witness:  Diane Denise Jones
   Direct Examination ............................................ 5070

## <u>Volume XI</u>

DE 902 – Transcript, Penalty Phase, Day 3 of 7
(September 26, 2019)................................................................5079

    Witness:  Mohan Patel
       Direct Examination ...........................................................5083
       Cross Examination .............................................................5090
       Redirect Examination ........................................................5092
       Recross Examination..........................................................5093

    Witness:  Brandon Black
       Direct Examination ...........................................................5096
       Cross Examination .............................................................5109
       Redirect Examination ........................................................5112

    Witness:  Jalen Vines
       Direct Examination ...........................................................5114
       Cross Examination .............................................................5161
       Redirect Examination ........................................................5177
       Recross Examination..........................................................5178

    Witness:  Tmyah Brown
       Direct Examination ...........................................................5180
       Cross Examination .............................................................5200

    Witness:  William Christopher Wingfield
       Direct Examination ...........................................................5208
       Cross Examination .............................................................5215

    Witness:  Mike Connelly
       Direct Examination ...........................................................5220
       Cross Examination .............................................................5239
       Redirect Examination ........................................................5252
       Recross Examination..........................................................5254

    Witness:  Heather Lee Turner
       Direct Examination ...........................................................5258

Witness:  Bonnie Lynn Reed
    Direct Examination ............................................................ 5274

Witness:  Douglas McCrea
    Direct Examination ............................................................ 5285

Witness:  Katie McCrea
    Direct Examination ............................................................ 5298

DE 903 – Transcript, Penalty Phase, Charge Conference
    (September 27, 2019) .................................................... 5338

DE 904 – Transcript, Penalty Phase, Day 4 of 7
    (September 30, 2019) .................................................... 5354

Witness:  Nelson Battle
    Direct Examination ............................................................ 5364
    Cross Examination ............................................................. 5375

Witness:  Sherry Marie Lynn
    Direct Examination ............................................................ 5378
    Cross Examination ............................................................. 5413
    Redirect Examination ....................................................... 5417

Witness:  Ashley Lynn Spells
    Direct Examination ............................................................ 5419
    Cross Examination ............................................................. 5431
    Redirect Examination ....................................................... 5436

Witness:  Tammy Proctor
    Direct Examination ............................................................ 5438
    Cross Examination ............................................................. 5445
    Redirect Examination ....................................................... 5446

Witness:  Hilda Anderson Bridgers
    Direct Examination ............................................................ 5448
    Cross Examination ............................................................. 5469

Witness:  Robert Glenn Reaves
  Direct Examination ............................................5472
  Cross Examination ............................................5490
  Redirect Examination ........................................5493

Witness:  Samantha Alexandra Arrington
  Direct Examination ............................................5495
  Cross Examination ............................................5503

Witness:  Sharon Elizabeth Farmer Walker
  Direct Examination ............................................5505
  Cross Examination ............................................5511
  Redirect Examination ........................................5513

Witness:  James Green, Jr.
  Direct Examination ............................................5515
  Cross Examination ............................................5526

Witness:  Susan McCarter
  Direct Examination ............................................5528
  Cross Examination ............................................5552
  Redirect Examination ........................................5575

Witness:  Quentin Wingate
  Direct Examination ............................................5583

Witness:  Kenneth Cox
  Direct Examination ............................................5589
  Cross Examination ............................................5609

Witness:  Anthony Tindall
  Direct Examination ............................................5611
  Cross Examination ............................................5629

Witness:  Demetrius McMillian
  Direct Examination ............................................5630
  Cross Examination ............................................5644

Witness:  Demetrius Thacker
  Direct Examination ............................................5645
  Cross Examination ............................................5661
  Redirect Examination ........................................5662

Witness:  Larry Johnson
  Direct Examination ............................................5664
  Cross Examination ............................................5674

Witness:  Tyquan Hines
  Direct Examination ............................................5676

## Volume XII

DE 905 – Transcript, Penalty Phase, Day 5 of 7 (October 1, 2019) ...5686

Witness:  Deborah Taylor Grey
  Direct Examination ............................................5700
  Cross Examination ............................................5822

Witness:  Anthony Hargett
  Direct Examination ............................................5882
  Cross Examination ............................................5899
  Redirect Examination ........................................5921
  Recross Examination .........................................5923

DE 906 – Transcript, Penalty Phase, Day 6 of 7, Closings
  & Charge (October 2, 2019) .....................................5930

DE 907 – Transcript, Penalty Phase, Day 7 of 7, Verdict
  (October 3, 2019) .......................................................6070

DE 909 – Initial Appearance (September 14, 2017) ...........................6096

DE 910 – Arraignment (October 3, 2017)............................................6101

DE 915 – Email from Appellate Counsel (June 19, 2020) ..................6107

DE 916 – Defendant's Motion for Additional Record Materials
(June 30, 2020) ............................................................... 6108

DE 918 – Government's Response to Motion for Access
(July 14, 2020) ................................................................ 6119

DE 919 – Defendant's Reply to Motion for Access (July 15, 2020) .... 6122

DE 920 – Order on Motion for Access (September 10, 2020) ............. 6126

DE 921 – Text Entry, Jury Orientation Video
(September 10, 2020)....................................................... 6133

DE 922 – Notice of Stipulation (October 20, 2020) ........................... 6134

## Volume XIII

DE 923 – Defendant's Motion to Vacate Death Sentence
(July 21, 2021) ................................................................ 6170

DE 925 – Government's Response in Opposition (August 5, 2021) ... 6352

DE 927 – Defendant's Reply Motion to Vacate (August 13, 2021)..... 6362

DE 928 – Order Relieving Counsel (September 8, 2021).................... 6373

DE 929 – Order Denying Motion to Vacate (September 10, 2021) .... 6374

DE 930 – Notice of Appeal, Electrocution Motion
(September 14, 2021)....................................................... 6387

DE 933 – Order Appointing Appellate Counsel
(September 15, 2021)....................................................... 6389

DE 934 – Joint Motion to Unseal Material (November 18, 2021)...... 6390

DE 935 – Stipulated Order (November 23, 2021) .............................. 6402

DE 936 – Second Joint Unsealing Motion (February 12, 2022) .........6407

DE 937 – Stipulated Order (February 14, 2022) .................................6413

## Volume XIV

### Exhibits

### Government

GX 33, Photo, Bait Bills, CresCom Log ...............................................6415

GX 34, Photo, Bait Bills, Money Recovered .......................................6416

GX 35, Stolen Money Property Receipt ..............................................6417

GX 36, Loss Tabulation ......................................................................6418

GX 41, Photo, Skeen Credenza 1 ........................................................6419

GX 74, Photo, CresCom, Round in Wall .............................................6420

GX 80, Photo, Conway Express, Item 3 ..............................................6421

GX 93, Transcript, Defendant Interview ............................................6422

GX 94, Advice of Rights & Consent to Search Forms ........................6524

GX 96, Photo, Chrysler at Economy Inn ............................................6526

GX 97, Photo, Chrysler at Economy Inn with Tape...........................6527

GX 124, Photo, Mercedes, Pistol in Blue Fleece Pocket ....................6528

GX 125, Photo, Mercedes, Pistol Partially Out of Blue Fleece...........6529

GX 126, Photo, Mercedes, Pistol on Top of Blue Fleece.....................6530

GX 127, Photo, Pistol with Rounds ....................................................... 6531

GX 130, Photo, Tied Pillowcase in Bag ................................................. 6532

GX 131, Photo, Pillowcase on Top of Bag ............................................. 6533

GX 132, Photo, Open Pillowcase ........................................................... 6534

GX 133, Photo, Contents of Pillowcase ................................................. 6535

GX 134, Photo, Box of Ammo ............................................................... 6536

GX 136, Photo, Box of Unfired Ammo .................................................. 6537

GX 155, Photo, DVD's on Spindle ........................................................ 6538

GX 157, Photo, HTC Phone .................................................................. 6539

GX 176, Photo, Conway Express Paperwork ....................................... 6540

GX 187, Photo, Rock Garden 1 ............................................................. 6542

GX 188, Photo, Rock Garden 2 ............................................................. 6543

GX 192, Photo, Rock Garden 6 ............................................................. 6544

GX 198, Photo, Skeen, Down Wedding Aisle ...................................... 6545

GX 200, Photo, Betty & Skeen (store) .................................................. 6546

GX 201, Photo, Betty & Skeen (short hair) .......................................... 6547

GX 202, Photo, John & Skeen (Maggie Valley) ................................... 6548

GX 204, Photo, Skeen (pigtails) ........................................................... 6549

GX 206, Horse Picture .......................................................................... 6550

GX 208, Photo, Patty at Wedding .......................................................... 6551

GX 211, Photo, Fayetteville 2 ............................................................... 6552

GX 212, Photo, Got to Have Faith Winning ........................................ 6553

GX 214, Miles for Miles Photo & Notes .............................................. 6554

GX 223, Food Lion Loss Tabulation .................................................... 6559

GX 225, BB&T Drawer Count ............................................................. 6560

GX 227, Photo, BB&T Bank Counter 2 ............................................... 6561

GX 228, BB&T Note on Counter .......................................................... 6562

GX 230, Photo, Note from BB&T ........................................................ 6563

GX 231, Economy Inn Paperwork ....................................................... 6564

GX 232a, Pirate Auto Sales Paperwork .............................................. 6565

GX 232b, Cade Insurance Receipt ...................................................... 6576

GX 233, Allstate Paperwork ............................................................... 6577

GX 235, Photo, Outside the Mall ....................................................... 6582

GX 236, Dunham's Receipt ................................................................ 6583

GX 237, Photo, Box of Ammo ............................................................ 6584

GX 240, Photo, Wallet Contents ........................................................ 6586

GX 243, Photo, Major & Children ...................................................... 6599

GX 247, Journal Entry 8.21.17 (Eclipse) ............................................ 6600

GX 248, Journal Entry 8.21.17 (Eclipse 2) ......................................... 6601

GX 251, Photo, Dan's Quilt ............................................................... 6602

GX 258, Photo, Jersey Shore Tent Houses ......................................... 6603

GX 261, Photo, Katie & Major (Jersey Shore) ................................... 6604

GX 264, Photo, Thanksgiving Matching Clothes ............................... 6605

## Defense

DX 1, Suggs Church Photo ................................................................ 6606

DX 2, Suggs Church 11.11.00, Wilson Daily Times ........................... 6607

DX 3, Brandon Baby Picture ............................................................. 6608

DX 4, Photo, Brandon Recliner ......................................................... 6609

DX 5, Photo, Bessie & Earl Spells ..................................................... 6610

DX 6, Photo, Bessie & Grandkids ...................................................... 6611

DX 7, Brandon 6th Grade Yearbook Photo ........................................ 6612

DX 8, Dobbs Intake Forms ................................................................ 6613

DX 9, Performance Audit, May 2003 ................................................. 6615

DX 11, 2004 Annual Report ............................................................... 6616

DX 12, NC Department of Juvenile Justice & Delinquency
      Prevention ................................................................................... 6617

DX 13, NC Sentencing & Policy Advisory Commission ...................... 6618

DX 15, NC Department of Justice Delinquency Prevention .............. 6619

DX 17, 2015 Annual Report, Deputy Commissioner .......................... 6620

DX 18, Juvenile Secure Temporary Custody Trends, NC .................. 6621

DX 20, Dobbs Youth Development, Center Sign Photo ...................... 6622

DX 21, Photo, Dobbs Youth Development Center,
    Larkins Housing Unit ................................................................ 6623

DX 28, Death Certificate, Brian Keith McCarter, June 25, 1999 ...... 6624

DX 31, Excerpt of Transcript, April 10, 2019 .................................... 6625

DX 32, Signed Stipulation, Offer to Plead Guilty .............................. 6630

DX 33, Brandon Council Family Health History ............................... 6631

DX 34, End of Grade Testing .............................................................. 6632

DX 35, Part One, Early Childhood ..................................................... 6633

DX 36, Part Two, Things Fall Apart .................................................... 6634

DX 37, Dobbs Chart, July 25, 2019 .................................................... 6635

DX 38, Joseph Edward Tucker, Transcript, July 10, 2001 ................. 6637

DX 40, Rodney Alston, NCDC Subpoena Records, August 27, 2019 . 6638

DX 41, Part Three Rehabilitation, Violence, Chaos & Abuse ............ 6650

DX 42, Beth & Charles Council, 1986 Wilson Superior Court
    Subpoena Records ..................................................................... 6651

DX 43, Reforms Credited for Driving Juvenile Crime Down in NC .. 6673

# Other Record Material

Transcript, Rule 5 Appearance (August 24, 2017).............................. 6675

Summons (Blank) ................................................................................ 6695

Summons/Standard Juror Questionnaire (Blank)............................. 6696

Supplemental/Case-Specific Juror Questionnaire (Blank)................. 6704

Email Correspondence With Court Reporter Beth Krupa, Regarding
Transcript Pauses....................................................................... 6723

# Volume XV (SEALED)

Completed Summons Questionnaires (Selected Jurors)

Juror No. 145 ........................................................................... 6740
Juror No. 261 ........................................................................... 6745
Juror No. 377 ........................................................................... 6753
Juror No. 399 ........................................................................... 6758
Juror No. 441 ........................................................................... 6764
Juror No. 544 ........................................................................... 6770
Juror No. 573 ........................................................................... 6776

Completed Supplemental/Case-Specific Juror Questionnaire
(Selected Jurors)

Juror No. 26 ............................................................................. 6782
Juror No. 53 ............................................................................. 6799
Juror No. 64 ............................................................................. 6816
Juror No. 145 ........................................................................... 6833
Juror No. 188 ........................................................................... 6850
Juror No. 204 ........................................................................... 6867
Juror No. 261 ........................................................................... 6884
Juror No. 320 ........................................................................... 6901
Juror No. 350 ........................................................................... 6918
Juror No. 377 ........................................................................... 6935

Juror No. 378.................................................................6952
Juror No. 385.................................................................6969
Juror No. 395.................................................................6986
Juror No. 399.................................................................7003
Juror No. 414.................................................................7020
Juror No. 441.................................................................7037
Juror No. 455.................................................................7054
Juror No. 459.................................................................7071
Juror No. 481.................................................................7088
Juror No. 484.................................................................7105
Juror No. 500.................................................................7122
Juror No. 520.................................................................7139
Juror No. 529.................................................................7156
Juror No. 537.................................................................7173
Juror No. 544.................................................................7190
Juror No. 564.................................................................7207
Juror No. 573.................................................................7224

## Volume XVI (SEALED)

Juror No. 596.................................................................7241
Juror No. 635.................................................................7258
Juror No. 672.................................................................7275
Juror No. 678.................................................................7292
Juror No. 889.................................................................7309
Juror No. 906.................................................................7326
Juror No. 1011...............................................................7343
Juror No. 1038...............................................................7360
Juror No. 1051...............................................................7377
Juror No. 1170...............................................................7394
Juror No. 1192...............................................................7411
Juror No. 1193...............................................................7428
Juror No. 1241...............................................................7445
Juror No. 1301...............................................................7462
Juror No. 1333...............................................................7479
Juror No. 1355...............................................................7496
Juror No. 1370...............................................................7513
Juror No. 1441...............................................................7530

Juror No. 1533 ............................................................... 7547
Juror No. 1583 ............................................................... 7564
Juror No. 1611 ............................................................... 7581
Juror No. 1628 ............................................................... 7598
Juror No. 1688 ............................................................... 7615
Juror No. 1720 ............................................................... 7632
Juror No. 1758 ............................................................... 7649
Juror No. 1775 ............................................................... 7666
Juror No. 1787 ............................................................... 7683
Juror No. 1805 ............................................................... 7700
Juror No. 1901 ............................................................... 7717

Panel 252 Juror List Alphabetical, Pool No. 401190801
    (June 28, 2019) ........................................................... 7734

DE 797 - Panel Strike List (September 16, 2019) .............................. 7810

DE 798 - Jury List (September 16, 2019) ..................................... 7814

Government's Guilt-Phase Closing PowerPoint ................................. 7815

Government's Penalty-Phase Opening PowerPoint ............................... 7841

Government's Penalty-Phase Closing PowerPoint .............................. 7853

GX 21, Photo, Behind Counter ............................................... 7876

GX 23, Photo, Donna Major .................................................. 7877

GX 47, Photo, Skeen on Floor ............................................... 7878

GX 56, Photo, Skeen Injuries ............................................... 7879

GX 59, Photo, Major on Floor ............................................... 7880

# Cash Count

| ☐ Absence Count | ☐ Out of Balance Count | ☒ Surprise Count | ☒ Prior to accessing cash |
|---|---|---|---|
| | | | ☐ Immediately after balancing |

| Teller Number | Name | | Date / Time |
|---|---|---|---|
| 501 | DONNA MAJOR | | 07-26-17 8:20 AM |

| Teller Cash Limit | Branch Number | Branch Name |
|---|---|---|
| $ 12,500.00 | 5 | CONWAY 16TH |

| Currency | Top Drawer | 2nd Drawer | Vault | Total Currency |
|---|---|---|---|---|
| $100 | $ | $ 1,000.00 | $ | |
| $50 | $ 350.00 | $ 1,000.00 | $ | |
| $20 | $ 180.00 | $ 5,000.00 | $ | |
| $10 | $ 300.00 | $ 250.00 | $ | |
| $5 | $ 30.00 | $ 300.00 | $ | |
| $2 | $ 44.00 | $ | $ | |
| $1 | $ 20.00 | $ 250.00 | $ | |
| Totals | $ 924.00 | $ 7,800.00 | $ 0.00 | $ 8,724.00 |

| Coin | Loose | Rolled | Total Coin |
|---|---|---|---|
| Dollars | $ 2.00 | $ | |
| Halves | $ 7.00 | $ | |
| Q's (.25) | $ 14.75 | $ 790.00 | |
| D's (.10) | $ 6.00 | $ 345.00 | |
| N's (.05) | $ 1.25 | $ 144.00 | |
| P's (.01) | $ 0.61 | $ 27.00 | |
| Totals | $ 31.61 | $ 1,306.00 | $ 1,337.61 |

| Miscellaneous | | Total Miscellaneous |
|---|---|---|
| Bait Money | $ 100.00 | |
| Mutilated | $ | |
| Misc | $ | |
| Misc | $ | |
| Totals | $ 100.00 | $ 100.00 |

### Bait Money (List Serial Numbers)

| |
|---|
| JE28511806G |
| MB29814901D |
| ME71492841B |
| ML41174164J |
| ML13808739L |

Note: Randomly select 5 bills for Vault Bait Money

**Serial Numbers Match Bait Money Report?**
☒ Yes   ☐ No

Date Bait Money Report updated?
11/30/2016

| | |
|---|---|
| Grand Total $ | 10,161.61 |
| "Integrated Teller" Cash Total $ | |
| Difference (Over or Short) $ | 10,161.61 |

Cash Audited & Bait Verified By: _Cathy Sinnett_

Teller / Witness Signature: _Donna Major_
(Witness required when Teller is not present during cash count)

COUNCIL03850

JA6415









COUNCIL03347

JA6416

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 91A-CO-2200643

On (date) 10/23/2017

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☑ Returned To
- ☐ Released To

(Name) Freda Gore / GRACIE MCCLARY

(Street Address) CresCom Bank, 110 N. JK Powell Bvd

(City) Whiteville, NC 28472

Description of Item (s):  United States Currency

$100 x 24 = $2,400

$50 x 32 = $1,600

$20 x 188 = $3,760

$10 x 148 = $1,480

$5 x 66 = $330

$2 x 22 = $44

$1 x 451 = $451

Total : $10,065

Received By: _____ _____  Received From: _____
(Signature)                                              (Signature)

Printed Name/Title: Freda Gore, Bank Security       Printed Name/Title: Jeffrey M. Long/Special Agent FBI

Gracie McClary, Security Analyst

COUNCIL03449

JA6417

# Close Day Cash Totals

| | | Bills | Loose | Bundle |
|---|---|---|---|---|
| 8/21/17 7:44 PM | | 100's | $ 0.00 | $ 0.00 |
| Branch 5 | | 50's | $ 0.00 | $ 0.00 |
| Teller 501 | | 20's | $ 0.00 | $ 0.00 |
| | | 10's | $ 0.00 | $ 0.00 |
| **Starting Cash** | $ 11,089.25 | 5's | $ 0.00 | $ 0.00 |
| **Cash In** | $ 6,121.23 | 2's | $ 0.00 | $ 0.00 |
| **Cash Out** | $ 16,464.00 | 1's | $ 0.00 | $ 0.00 |
| **Ending** | $ 746.48 | **Coins** | | |
| | | 1's | $ 6.00 | $ 0.00 |
| **Cash** | $ 746.48 | .50's | $ 2.00 | $ 0.00 |
| **Integrated Teller** | $ 16,040.48 | .25's | $ 6.50 | $ 430.00 |
| **Over/Short** | -$ 15,294.00 | .10's | $ 8.30 | $ 135.00 |
| | | .05's | $ 2.05 | $ 104.00 |
| | | .01's | $ 0.13 | $ 52.50 |
| | | **Mutilated** | | $ 0.00 |
| | | **Bait** | | $ 0.00 |
| | | **Foreign** | | $ 0.00 |

Teller Signature: _____

Supervisor Signature: _____

Cash Audited? (Y/N): _____

Auditor's Signature: _____

COUNCIL30286

JA6418



COUNCIL01459



COUNCIL01589

JA6420



**AUTO MONEY**
**TITLE LOANS**

Items Needed for a Title Loan

☐ Vehicle Title
☐ Vehicle Registration
☐ Automobile Insurance Card
☐ Driver's License or Government Issued Photo I.D.
☐ Proof of Income
   (current pay stub, award letter, bank statement to show direct deposit)
☐ Current Utility Bill
   (electricity, water, cable, etc.)
☐ Spare Vehicle Key
☐ Five References
   * Must not live with you
   *Addresses and phone numbers must be provided and will be verified

COUNCIL01602

In Re: FBI Interview of Brandon Council

NO. 4:17-866

AUDIO TRANSCRIPT

INTERVIEWEE:        Brandon Council

INTERVIEWERS:       Federal Agent Todd Richards

                    Federal Agent Greg Coats

DATE:               August 23, 2017

TIME:               3:00 p.m.

TRANSCRIBED BY:     Tia Shean, Court Reporter


01:33:13.512    10  RICHARDS:  Mr. Council.

01:33:14.348    11  COUNCIL:  Mmm-hmm.

01:33:15.055    12  RICHARDS:  How are you, sir?

01:33:16.329    13  COUNCIL:  Okay.

01:33:18.218    14  RICHARDS:  How's everything going?  You doing all right?

01:33:20.655    15  COUNCIL:  Mmm-hmm.

01:33:21.850    16  RICHARDS:  My name is Todd Richards. I'm an FBI agent.

01:33:23.717    17  COUNCIL:  Yes, sir.

01:33:24.769    18  RICHARDS:  This is Mr. Coats. He's an FBI agent.

01:33:26.580    19  COUNCIL:  All right.

01:33:27.559    20  RICHARDS:  Okay.  We just want to, ah -- are you doing okay

01:33:29.862    21  today?

01:33:30.650    22  COUNCIL:  (Inaudible)

01:33:32.329    23  RICHARDS:  Are you doing okay today?

01:33:33.652    24  COUNCIL:  I'm all right.

01:33:34.512    25  RICHARDS:  Are you under any -- are you under the influence of

01:33:37.082  00002:01  any alcohol or drugs or anything like that?

01:33:40.102    02  COUNCIL:  No.

01:33:40.729    03  RICHARDS:  Okay.  What I want to do, before we get started, Mr.

JA6422

01:33:43.238    04  Council, is just -- just think about where you're at --

01:33:49.246    05  COUNCIL:  I'll keep it real with you, man.

01:33:50.210    06  RICHARDS:  Okay.

01:33:50.822    07  COUNCIL:  I -- I want to talk, man.

01:33:51.682    08  RICHARDS:  That's --

01:33:52.261    09  COUNCIL:  I don't even want to hear you talk.  I want to talk.

01:33:53.128    10  RICHARDS:  That's really cool.  Okay.

01:33:54.476    11  COUNCIL:  All right.

01:33:55.229    12  RICHARDS:  So let me just --

01:33:55.840    13  COUNCIL:  From the beginning.

01:33:56.585    14  RICHARDS:  Let me just -- let me just --

01:33:57.678    15  COUNCIL:  Because y'all are very intelligent people, and I

01:33:59.184    16  consider myself slightly intelligent.  Not as intelligent

01:34:01.681    17  as y'all.  Y'all level, but I need to speak, man.

01:34:04.921    18  RICHARDS:  Okay. Let me just -- before we get started, Brandon.

01:34:07.198    19  Let me just read you your rights.  Okay?  Please.

01:34:09.661    20  COUNCIL:  Okay.

01:34:10.606    21  RICHARDS:  Okay.

01:34:11.261    22  COUNCIL:  Okay.  I understand all my rights.

01:34:11.900    23  RICHARDS:  All right.  Let me just read them to you anyway.

01:34:12.888    24  Okay?

01:34:13.597    25  COUNCIL:  All right.

01:34:14.276  00003:01  RICHARDS:  Before we ask you any questions you must understand

01:34:15.924    02  your rights. You have the right to remain silent. Anything you

01:34:19.372    03  say can be used against you in court. You have the right to talk

01:34:22.719    04  to an lawyer for advice before we ask you any questions. You

01:34:26.137    05  have the right to have a lawyer with you during the questioning.

01:34:28.706    06  If you cannot afford a lawyer, one will be appointed for you

01:34:31.366    07  before any questioning, if you wish. If you decide to answer any

2

JA6423

01:34:34.312  08  questions, without a lawyer present, you have the right to stop

01:34:38.213  09  answering at any time.

01:34:39.840  10  COUNCIL: Mmm-hmm.

01:34:40.495  11  RICHARDS: I have read these rights to you, you understand your

01:34:43.426  12  rights, and you wish to answer questions, without a lawyer

01:34:45.770  13  present?

01:34:47.116  14  COUNCIL: That's correct.

01:34:47.701  15  RICHARDS: Okay. I need you to sign right there. Okay. Thank

01:35:03.617  16  you, Brandon-- all right. We are at the Greenville PD. It's

01:35:11.102  17  8-23-17, and the time is 3:00 p.m. Okay. Brandon, so why don't

01:35:35.347  18  you -- why don't you start where you want to start. You tell me

01:35:38.051  19  what -- tell me what you're thinking. Start from the beginning.

01:35:43.820  20  COUNCIL: Well, you cut me off, man. (Inaudible)-- try that.

01:35:48.219  21  We're going to try it your way. Ask me -- ask your questions.

01:35:49.764  22  RICHARDS: What's that?

01:35:50.532  23  COUNCIL: I said, you cut me off from the beginning, so --

01:35:52.599  24  RICHARDS: No, no, no. I just -- this -- I had to do that. I

01:35:54.890  25  have to do that. That's the law.

01:35:56.288  00004:01  COUNCIL: So I'll let you go first. I'll answer your questions.

01:35:58.609  02  RICHARDS: Okay. So -- so Brandon, where did we -- where are

01:36:02.816  03  you from?

01:36:05.683  04  COUNCIL: Wilson, North Carolina.

01:36:06.842  05  RICHARDS: You were born and raised in Wilson. That's in North

01:36:08.070  06  Carolina?

01:36:08.969  07  COUNCIL: That's correct.

01:36:12.377  08  RICHARDS: Okay. And so tell us about -- tell us about the bank

01:36:18.036  09  robbery up in Wilson, North Carolina.

01:36:22.413  10  COUNCIL: Mmm-hmm.

01:36:24.996  11  RICHARDS: What happened with that? Why --

3

01:36:26.491    12    COUNCIL:  Why or what --

01:36:28.537    13    RICHARDS:  Go ahead. Just tell us what happened.

01:36:29.610    14    COUNCIL:  (Inaudible)

01:36:30.304    15    RICHARDS:  Did you do it alone?

01:36:30.929    16    COUNCIL: Yes.

01:36:31.557    17    RICHARDS:  Okay. Do you know what the bank was?

01:36:34.835    18    COUNCIL:  BB&T.

01:36:37.028    19    RICHARDS:  Okay.  And do you know where it was located?

01:36:39.407    20    COUNCIL:  On Tarboro Street.

01:36:41.222    21    RICHARDS:  On Tarboro Street?

01:36:42.368    22    COUNCIL:  Yes.

01:36:43.125    23    RICHARDS:  Okay. And how much did you get from the bank robbery?

01:36:49.356    24    COUNCIL:  I want to say close to $2,000.

01:36:54.043    25    RICHARDS:  Okay. And tell me, what was the reasoning for that,

01:37:01.370  00005:01   Brandon? Why did you do that robbery?

01:37:03.711    02    COUNCIL:  Um, I just recently did six years in prison.

01:37:08.312    03    RICHARDS:  When did you get out?

01:37:09.645    04    COUNCIL:  November 24, 2016.

01:37:13.619    05    RICHARDS:  November twenty --

01:37:14.828    06    COUNCIL:  No. November 4th. November 4, 2016.

01:37:20.180    07    RICHARDS:  All right. You were released from a North Carolina

01:37:23.784    08    prison?

01:37:24.701    09    COUNCIL:  That's correct.

01:37:26.342    10    RICHARDS:  Okay.

01:37:27.937    11    COUNCIL:  And now, what was your last question?

01:37:29.067    12    RICHARDS:  You -- I said, why did you -- why did you do it? Why

01:37:31.488    13    did you do the bank robbery?

01:37:32.406    14    COUNCIL:  I was desperate. I was homeless. I was unemployed. And

01:37:38.565    15    I don't know how you terminize [sic] it, but I got thrown out of

4

| | | |
|---|---|---|
| 01:37:44.352 | 16 | my parent's house. Out on -- when I first got out of prison -- |
| 01:37:51.100 | 17 | well, right at the end of your term sentences, they normally, |
| 01:37:53.709 | 18 | you know, try to set you up with a place to live and everything. |
| 01:37:56.769 | 19 | We set that up for me to live with my mother and my step-father. |
| 01:38:00.532 | 20 | And I went through, and I got off on parole, and not too long |
| 01:38:04.163 | 21 | after that, maybe a day or two after that, my family -- they |
| 01:38:09.470 | 22 | were conspiring against me to get me -- my step-father -- I |
| 01:38:13.115 | 23 | don't know if you are familiar with this step-father and |
| 01:38:15.552 | 24 | step-son beef/turmoil type -- |
| 01:38:18.054 | 25 | RICHARDS: Well, I'm familiar with your mom, and your -- and you |
| 01:38:21.172 | 00006:01 | have a step-father. |
| 01:38:22.536 | 02 | COUNCIL: Yes. |
| 01:38:23.583 | 03 | RICHARDS: And you live with them, right from prison? |
| 01:38:25.545 | 04 | COUNCIL: Yes. Like -- |
| 01:38:26.440 | 05 | RICHARDS: Okay. |
| 01:38:27.053 | 06 | COUNCIL: -- I said, this is what it's -- the chaos came in, and |
| 01:38:30.749 | 07 | started to play with -- they told the people in prison that I |
| 01:38:33.077 | 08 | could come stay with them, I mean, and eventually, at the last |
| 01:38:36.984 | 09 | moment, they uh -- they recanted. They -- they said that they |
| 01:38:42.281 | 10 | couldn't help me. So at the last moment, I got out of prison, |
| 01:38:46.256 | 11 | went to jail, got out of jail the next day, lived with them for |
| 01:38:48.779 | 12 | nine months -- |
| 01:38:49.947 | 13 | RICHARDS: Okay. |
| 01:38:50.598 | 14 | COUNCIL: -- and during that time it was very, very -- what's |
| 01:38:55.971 | 15 | the word I want to -- it was crazy as hell in their house. You |
| 01:38:58.888 | 16 | know -- |
| 01:38:59.447 | 17 | RICHARDS: What's your mom's name? |
| 01:39:00.073 | 18 | COUNCIL: Beth Joyner. |
| 01:39:00.912 | 19 | RICHARDS: Beth? |

5

JA6426

01:39:01.553    20    COUNCIL: Mmm-hmm.

01:39:02.460    21    RICHARDS: Beth what?

01:39:03.187    22    COUNCIL: Joyner.

01:39:05.444    23    RICHARDS: Okay. And what's your step-father's name?

01:39:07.368    24    COUNCIL: James Joyner.

01:39:11.045    25    RICHARDS: Okay. But you did -- you did stay with them for about

01:39:13.217   00007:01   nine months?

01:39:14.257    02    COUNCIL: That's correct.

01:39:15.550    03    RICHARDS: And you stayed out of trouble?

01:39:16.641    04    COUNCIL: That's correct, also.

01:39:17.914    05    RICHARDS: Were you working?

01:39:18.781    06    COUNCIL: That's correct, also.

01:39:19.791    07    RICHARDS: Where were you working?

01:39:20.760    08    COUNCIL: I was working at Wendy's in Wilson, North Carolina.

01:39:27.339    09    RICHARDS: And did -- did you have a car or a vehicle? How did

01:39:32.844    10    you get to Wendy's?

01:39:34.240    11    COUNCIL: I lived down the road.

01:39:35.431    12    RICHARDS: So --

01:39:35.967    13    COUNCIL: I walked to work, primarily.

01:39:37.298    14    RICHARDS: So your parent's home is --

01:39:39.107    15    COUNCIL: Well, I wasn't a welcome party at their house, and my

01:39:43.348    16    step-father was doing other things to get me thrown out of the

01:39:46.162    17    house. And eventually I got thrown out of the house. I quit my

01:39:50.021    18    job. Didn't have a vehicle at the time. Didn't have --

01:39:54.512    19    RICHARDS: Okay.

01:39:54.948    20    COUNCIL: -- a source of income, and the stress of being, you

01:39:57.796    21    know, unemployed and homeless at the same time. I said, hell, I

01:40:02.617    22    don't have shit to lose right now. I don't have any other close

01:40:06.183    23    relatives. My mother -- she's basically like my sister. She's

JA6427

01:40:09.832  24  really not -- we're not really a mother-son type situation.

01:40:14.522  25  RICHARDS: Yeah.

01:40:15.027  00008:01  COUNCIL: She's my biological mother.

01:40:16.157  02  RICHARDS: Okay.

01:40:16.946  03  COUNCIL: But emotionally, you know what I'm saying? She really

01:40:19.426  04  didn't -- she wasn't there for me. So --

01:40:21.826  05  RICHARDS: Okay.

01:40:22.918  06  COUNCIL: -- I've learned to cope with that, but at the same

01:40:24.653  07  time it's like this, man.

01:40:27.035  08  RICHARDS: So -- go ahead. So -- go ahead. So then you left or

01:40:30.205  09  they threw you out or --

01:40:31.984  10  COUNCIL: Yeah, they threw me out in the middle of the night. I

01:40:33.175  11  don't -- because -- my girlfriend, she was a manager at Wendy's.

01:40:36.058  12  RICHARDS: Who was your girlfriend?

01:40:37.401  13  COUNCIL: Her name is Linda Parker.

01:40:40.155  14  RICHARDS: And she was also a manager?

01:40:41.517  15  COUNCIL: No. I wasn't a manager. She -- she was my girlfriend.

01:40:44.728  16  RICHARDS: She was a manager at Wendy's?

01:40:45.985  17  COUNCIL: That's correct.

01:40:46.631  18  RICHARDS: Okay.

01:40:47.590  19  COUNCIL: And uh --

01:40:48.288  20  RICHARDS: Do you remember when your parents threw you out?

01:40:52.824  21  COUNCIL: Honestly, I want to say -- I can get you exact dates.

01:40:59.447  22  I don't --

01:41:00.090  23  RICHARDS: No, just -- just generally speaking.

01:41:05.063  24  COUNCIL: Right before the BB&T bank robbery.

01:41:06.948  25  RICHARDS: Oh, really? Okay.

01:41:07.859  00009:01  COUNCIL: Like, I'm not exactly certain the exact -- shoot.

01:41:14.393  02  RICHARDS: Do you remember when --

7

JA6428

01:41:15.106　03 COUNCIL: I don't know the accurate date, is what I'm trying to

01:41:16.097　04 say. I don't know an accurate date.

01:41:17.724　05 RICHARDS: Do you know when you did the BB&T robbery?

01:41:19.422　06 COUNCIL: It was -- it was -- what's today's date, the 23rd?

01:41:22.906　07 RICHARDS: Yes.

01:41:26.221　08 COUNCIL: If I'm not mistaken, I believe it was on a Friday.

01:41:29.262　09 RICHARDS: On a Friday?

01:41:30.692　10 COUNCIL: Yes. About a week ago, two weeks ago, maybe.

01:41:32.760　11 RICHARDS: Would -- would -- August 11th -- Friday, August 11th

01:41:35.886　12 seem right?

01:41:36.720　13 COUNCIL: That'll -- that'll work.

01:41:39.294　14 RICHARDS: Okay. And so you got a quantity of cash from there,

01:41:42.498　15 about $2,000.

01:41:43.829　16 COUNCIL: Mmm-hmm.

01:41:44.544　17 RICHARDS: And did -- and you did it alone?

01:41:47.067　18 COUNCIL: Yes.

01:41:47.685　19 RICHARDS: Okay. Did you talk to anybody about doing it?

01:41:49.766　20 COUNCIL: No.

01:41:50.454　21 RICHARDS: No one. You just decided to do it?

01:41:53.177　22 COUNCIL: That's correct.

01:41:53.781　23 RICHARDS: Okay.

01:41:54.397　24 COUNCIL: I'm -- I'm not going to lie to you, man. I -- I watch

01:41:56.663　25 a lot of those, you know, what-you-call-it shows and...

01:42:00.365 00010:01 RICHARDS: You watch the shows?

01:42:01.359　02 COUNCIL: Yeah.

01:42:01.954　03 RICHARDS: Okay.

01:42:03.845　04 COUNCIL: I almost got away with it. That's the -- that's the

01:42:05.599　05 point. I almost got away with it.

01:42:08.117　06 RICHARDS: So did you -- what type of robbery was it?

| | | |
|---|---|---|
| 01:42:10.909 | 07 | COUNCIL: It was -- in my opinion? |
| 01:42:12.404 | 08 | RICHARDS: Yeah. |
| 01:42:13.407 | 09 | COUNCIL: I handed her a note demanding money. |
| 01:42:15.361 | 10 | RICHARDS: Oh, okay. You handed her a note. |
| 01:42:17.815 | 11 | COUNCIL: That's correct. |
| 01:42:18.824 | 12 | RICHARDS: And what did the note say? Do you remember? |
| 01:42:21.139 | 13 | COUNCIL: Probatim (sic)? No. |
| 01:42:22.856 | 14 | RICHARDS: Say it again? |
| 01:42:23.723 | 15 | COUNCIL: Verbatim? Probatim? I can't -- |
| 01:42:25.205 | 16 | RICHARDS: Roughly. |
| 01:42:25.792 | 17 | COUNCIL: -- recall. |
| 01:42:26.738 | 18 | RICHARDS: You know, roughly. |
| 01:42:28.186 | 19 | COUNCIL: This is a robbery. Give me the money or I will hurt |
| 01:42:30.126 | 20 | you. Let's say -- let's use that as an example. |
| 01:42:33.584 | 21 | RICHARDS: A robbery -- |
| 01:42:34.555 | 22 | COUNCIL: Or something to -- |
| 01:42:35.802 | 23 | RICHARDS: -- give -- |
| 01:42:36.379 | 24 | COUNCIL: -- that extent. |
| 01:42:37.035 | 25 | RICHARDS: -- me -- yeah, and that's fine. Okay. And she |
| 01:42:43.078 | 00011:01 | complied. |
| 01:42:44.425 | 02 | COUNCIL: She did. |
| 01:42:45.210 | 03 | RICHARDS: And gave you the money, and -- |
| 01:42:46.113 | 04 | COUNCIL: And I walked out. |
| 01:42:47.490 | 05 | RICHARDS: -- you left. |
| 01:42:48.407 | 06 | COUNCIL: I walked out the door, and then I ran maybe -- |
| 01:42:50.750 | 07 | approximately 50 yards. |
| 01:42:54.415 | 08 | RICHARDS: Yeah. |
| 01:42:56.309 | 09 | COUNCIL: To a waiting vehicle that I had. |
| 01:42:57.701 | 10 | RICHARDS: To a what? |

9

01:42:58.484    11 COUNCIL: A waiting vehicle.

01:43:00.098    12 RICHARDS: Who was waiting for you?

01:43:02.611    13 COUNCIL: To an awaiting vehicle. No one was waiting for me. I

01:43:05.212    14 drove by myself.

01:43:06.520    15 RICHARDS: Oh, okay. To an awaiting -- an awaiting vehicle.

01:43:09.559    16 COUNCIL: Yes.

01:43:10.627    17 COATS: What kind of car was it?

01:43:11.616    18 COUNCIL: Chevy Impala.

01:43:12.872    19 RICHARDS: A Chevy --

01:43:14.122    20 COUNCIL: A gray Chevy Impala.

01:43:15.526    21 RICHARDS: Whose car was it?

01:43:16.717    22 COUNCIL: My ex-girlfriend's.

01:43:18.982    23 RICHARDS: Is that Linda Parker?

01:43:20.179    24 COUNCIL: That's correct.

01:43:24.321    25 RICHARDS: Okay. And where did you go?

01:43:27.082 00012:01 COUNCIL: Uh, when I left Wilson?

01:43:32.491    02 RICHARDS: Well, after the bank robbery. You have Linda's car

01:43:35.656    03 --

01:43:36.303    04 COUNCIL: Mmm-hmm.

01:43:37.265    05 RICHARDS: Did you go back to her house?

01:43:39.784    06 COUNCIL: Yes.

01:43:40.907    07 RICHARDS: Okay.

01:43:42.800    08 COUNCIL: But I didn't tell her what I did.

01:43:44.174    09 RICHARDS: Okay.

01:43:44.852    10 COUNCIL: I did give her a small portion of the money. I gave

01:43:47.936    11 her, like, $200.

01:43:49.174    12 RICHARDS: You gave her $200?

01:43:50.527    13 COUNCIL: If I'm not mistaken. Close to it.

01:43:54.664    14 RICHARDS: Okay.

01:43:55.943    15   COUNCIL:  Maybe $150-200.

01:43:57.622    16   RICHARDS:  Yep.  Yeah.

01:43:59.429    17   COUNCIL:  Uh, after that, where did we go? She went and bought

01:44:08.479    18   another car.

01:44:09.527    19   RICHARDS:  She went and bought a car?

01:44:10.593    20   COUNCIL:  Mmm-hmm.

01:44:11.299    21   RICHARDS:  Okay.

01:44:12.008    22   COUNCIL:  But actually -- it's -- it's a private sale. She

01:44:14.545    23   traded her Impala in, and got a gray Toyota Camry.

01:44:25.533    24   RICHARDS:  Okay.  And then what happened?

01:44:34.741    25   COUNCIL:  Mmm --

01:44:36.592  00013:01   RICHARDS:  So you're on the --

01:44:37.354    02   COUNCIL:  We went to the DMV insurance place and got the tags

01:44:40.196    03   and--

01:44:41.084    04   RICHARDS:  Is that on Monday?

01:44:42.368    05   COUNCIL:  That's on Monday.

01:44:43.329    06   RICHARDS:  Okay, because you robbed the bank on Friday.

01:44:44.695    07   COUNCIL:  Right.

01:44:45.607    08   RICHARDS:  And now you have the weekend, and so Monday or --

01:44:49.796    09   Monday you go get tags for the new car, or?

01:44:53.255    10   COUNCIL:  I guess it was Monday.

01:44:54.774    11   RICHARDS:  Okay.

01:44:57.749    12   COUNCIL:  I don't want to mislead you, sir. I --

01:44:59.144    13   RICHARDS:  No. It's fine. Just do the -- you don't -- just to

01:45:01.998    14   the best of your memory.

01:45:02.821    15   COUNCIL:  All right.

01:45:03.587    16   RICHARDS:  Just to the best of your memory is fine.

01:45:04.396    17   COUNCIL:  Like, right now I'm not under the influence, but I

01:45:05.684    18   have been, you know -- I'm a -- I can -- okay. Where we at now?

11

01:45:13.390  19  RICHARDS: So you went to get -- you went and registered the

01:45:14.953  20  car.

01:45:15.770  21  COUNCIL: We -- yeah, she got -- she got the car registered. She

01:45:18.484  22  went to work that afternoon, and I borrowed her car. I pretty

01:45:21.849  23  much drove it around, and pretty much just, you know, mingled

01:45:25.571  24  with my friends that evening.

01:45:27.302  25  RICHARDS: Who -- who did you mingle with?

01:45:30.599  00014:01  COUNCIL: Let me think. Give me a few seconds. Who the hell was

01:45:41.098  02  I with. Mmm. I can't remember.

01:45:53.059  03  RICHARDS: Okay. But you just hung around?

01:45:54.876  04  COUNCIL: Right. I was -- I was in the city. I was in Wilson

01:45:56.741  05  driving around, going different places, you know.

01:45:59.702  06  RICHARDS: Okay.

01:46:00.633  07  COUNCIL: So that's pretty much...

01:46:03.346  08  RICHARDS: So what -- what happens?

01:46:05.541  09  COUNCIL: Well, of course, I believe that Monday or Tuesday

01:46:10.800  10  morning, I get a text message from my mother saying that the

01:46:14.675  11  sheriff's office had came to her house looking for me, and I --

01:46:18.811  12  RICHARDS: All right. A text -- a text from your mom?

01:46:20.521  13  COUNCIL: Yeah. Mmm-hmm. Said that the sheriff's office -- it's

01:46:25.306  14  in my phone.

01:46:26.356  15  RICHARDS: Okay.

01:46:27.874  16  COUNCIL: She sent me a -- said the sheriff's office had came by

01:46:30.635  17  her house that morning. They were looking for me for a bank

01:46:32.102  18  robbery.

01:46:34.924  19  RICHARDS: Okay. And so what did you do?

01:46:47.035  20  COUNCIL: When I got the text message?

01:46:48.605  21  RICHARDS: Yeah.

01:46:49.736  22  COUNCIL: Oh, I packed my shit and got -- I got ghost. I got

12

01:46:51.841  23  missing.

01:46:53.065  24  RICHARDS: You packed up your bags.

01:46:54.220  25  COUNCIL: That's when -- yeah. I left Linda that day.

01:46:56.767  00015:01  RICHARDS: And now, did you take her car?

01:46:58.581  02  COUNCIL: No.

01:46:59.271  03  RICHARDS: You walked.

01:46:59.836  04  COUNCIL: No.

01:47:00.727  05  RICHARDS: You -- what happened?

01:47:01.416  06  COUNCIL: I got a cab.

01:47:02.173  07  RICHARDS: You got a cab. Where did you go?

01:47:03.194  08  COUNCIL: To Wilson. From Rocky Mount to Wilson.

01:47:07.868  09  RICHARDS: To where?

01:47:08.657  10  COUNCIL: To Wilson.

01:47:09.831  11  RICHARDS: Whereabouts?

01:47:10.700  12  COUNCIL: Because -- well, the night that they threw me out --

01:47:12.563  13  RICHARDS: Yeah.

01:47:13.109  14  COUNCIL: -- was because Linda had came over to our house

01:47:15.217  15  really, really late, but Wendy's closes, like, 12:00-1:00 on the

01:47:17.965  16  weekends --

01:47:18.764  17  RICHARDS: Yeah.

01:47:19.320  18  COUNCIL: -- so it takes her approximately an hour-and-a-half to

01:47:21.142  19  two hours to clean up. And my step-dad went outside, spoke with

01:47:24.280  20  her for about an hour -- this was before all the robberies and

01:47:27.273  21  stuff. This is what led up to everything. This is where the

01:47:30.158  22  turmoil in my life -- where I feel like I lost my point of focus

01:47:34.070  23  in life, period. Because I felt like I only had two people to

01:47:38.675  24  depend on. Two-and-a-half people, my mother and my step-father.

01:47:41.803  25  I'm an only child. And my girlfriend -- but we're in a -- we

01:47:45.999  00016:01  were in a relatively new relationship. We don't know very much

13

| | | |
|---|---|---|
| 01:47:48.257 | 02 | about each other. We had only been dating since February. |
| 01:47:51.414 | 03 | RICHARDS: Okay. |
| 01:47:52.080 | 04 | COUNCIL: So long story short, they throw me out. I had moved in |
| 01:47:55.902 | 05 | with her -- this is background, this is background. |
| 01:47:57.877 | 06 | RICHARDS: Yeah. No, it's fine. Yeah. Yeah. |
| 01:47:59.144 | 07 | COUNCIL: I'm dealing with her because my step-father accused me |
| 01:48:02.692 | 08 | of selling drugs inside the -- in and out the house. He was just |
| 01:48:06.447 | 09 | making up shit, because I didn't have a car, so all my friends |
| 01:48:09.177 | 10 | had to come see me. So I'm pretty popular in Wilson, and the |
| 01:48:13.001 | 11 | surrounding areas, so I had, kind of, a lot of traffic. But it |
| 01:48:18.739 | 12 | wasn't constant, like, every day, all day. You know what I'm |
| 01:48:21.257 | 13 | saying? Like -- |
| 01:48:21.994 | 14 | COATS: Which is why everybody was coming by the house. |
| 01:48:22.947 | 15 | COUNCIL: Right. And it wasn't like all my company was coming |
| 01:48:24.930 | 16 | at late night. The only person that came to see me, late night, |
| 01:48:27.661 | 17 | was my girlfriend. |
| 01:48:29.223 | 18 | COATS: He -- he thought you were dealing. |
| 01:48:30.364 | 19 | COUNCIL: Right. Exactly. He -- he thought I was dealing, and he |
| 01:48:33.354 | 20 | kept putting these doubtful thoughts out. I'm like, mom, I just |
| 01:48:35.827 | 21 | got off of parole for probation. You said I've been using. You |
| 01:48:38.558 | 22 | claim -- he accused me of using drugs and I got off parole so |
| 01:48:42.267 | 23 | you know that's not true. I got off parole so I had to be |
| 01:48:44.964 | 24 | passing my drug tests. I had the job the whole time I was with |
| 01:48:47.660 | 25 | them -- living with them. I got frustrated with my job |
| 01:48:51.982 | 00017:01 | situation, guys. I was promised a promotion, and my general |
| 01:48:57.661 | 02 | manager got transferred to another store, so I never got the |
| 01:49:00.290 | 03 | promotion when it got the new general manager. She never had |
| 01:49:03.609 | 04 | time to really sit down and focus in. And I was trying to get |
| 01:49:07.852 | 05 | myself together, guys. I -- I know y'all don't want to hear this |

14

01:49:10.700  06  shit, but damn.

01:49:11.710  07  RICHARDS:  I want to hear it all, Brandon, so keep going.

01:49:15.370  08  COUNCIL:  Well, it's -- it's --

01:49:16.366  09  RICHARDS:  So when was your -- when was the turning point,

01:49:18.122  10  though. You were going to say you had a turning point.

01:49:19.566  11  COUNCIL:  I -- I think the next morning, because we got into a

01:49:24.146  12  big argument and --

01:49:25.434  13  RICHARDS:  You and Linda?

01:49:26.272  14  COUNCIL:  No, no, no. Me and my step-father, and my mother.

01:49:27.863  15  RICHARDS:  Okay.

01:49:28.438  16  COUNCIL:  This is the night that I got thrown out of the house.

01:49:29.537  17  RICHARDS:  Okay.

01:49:30.304  18  COUNCIL:  We got into a big argument and everything and we were

01:49:33.678  19  about to get physically violent and I, like -- are you

01:49:36.220  20  threatening me? Are you -- because he was -- black people talk

01:49:38.490  21  with their hands a lot and very, you know, animated --

01:49:41.765  22  RICHARDS:  Yeah.

01:49:42.563  23  COUNCIL:  We get hyper and aggressive and I seen -- he's very,

01:49:46.090  24  very, very, very red. Like, he -- if I hadn't have told you, you

01:49:50.895  25  probably would've thought he was an Indian.

01:49:52.326  00018:01  RICHARDS:  Really.

01:49:52.877  02  COUNCIL:  He's that -- but he's an African-American. Long story

01:49:54.916  03  short, they were, like, okay, well, who the fuck are you talking

01:49:58.326  04  to? I said, I'm talking to you. And that was -- that was the

01:50:01.703  05  draw. He felt -- you know, he's the type man -- king of the

01:50:04.121  06  castle. I'm the prince. My momma is the queen. So with that

01:50:08.533  07  being said, we were about to fight. I got thrown out of the

01:50:11.596  08  house. I tell him I wasn't selling drugs, that my girlfriend

01:50:14.595  09  just came, but he was, like, well, if that's your girlfriend

01:50:16.534 10 call her back. She came right back and picked me right up, and I

01:50:19.126 11 took right off. So, right now, at this point, I'm homeless, I'm

01:50:22.428 12 jobless, and with a woman that I don't trust and doesn't really,

01:50:25.605 13 you know what I'm saying, fit the criteria for an appropriate

01:50:29.394 14 relationship. You know what I'm saying. We get high together,

01:50:31.407 15 have sex, crazy parties and shit, go to casinos, and gamble and

01:50:35.565 16 shit. But long story short, man, after that money ran out --

01:50:42.739 17 RICHARDS: This is the bank robbery money?

01:50:44.952 18 COUNCIL: We skipped the whole thing, man. There is --

01:50:48.044 19 RICHARDS: What's that?

01:50:48.989 20 COUNCIL: We skipped Raleigh. Raleigh came first.

01:50:50.836 21 RICHARDS: Yeah. No. I just -- I just wanted to -- to start.

01:50:54.012 22 Raleigh was the -- the Food Lion?

01:50:56.251 23 COUNCIL: Yeah. That was, like -- I didn't use a knife or a gun

01:50:59.597 24 or anything. I just walked in there, and asked the cashier for

01:51:04.508 25 two packs of cigarettes, and when she came back with the

01:51:07.754 00019:01 cigarettes I told her to give me all the money in the cash

01:51:09.933 02 register, hurry up, and don't scream.

01:51:14.191 03 RICHARDS: Now, how -- and -- and did you use a knife?

01:51:16.765 04 COUNCIL: No.

01:51:17.546 05 RICHARDS: And how much did you get in that robbery?

01:51:19.592 06 COUNCIL: Maybe $250, $200-300. It wasn't much.

01:51:23.673 07 RICHARDS: All right. And was that -- did you do that -- was

01:51:25.426 08 that, like, the day before the bank robbery?

01:51:27.287 09 COUNCIL: No, no. Absolutely not. No.

01:51:28.781 10 RICHARDS: When was that?

01:51:29.637 11 COUNCIL: That was about two or three days before.

01:51:30.892 12 RICHARDS: Two or three days before the bank robbery.

01:51:32.540 13 COUNCIL: Because after I ran out of that money, that's when I

16

01:51:35.705   14   get BB&T.

01:51:39.649   15   RICHARDS: Did you do that alone?

01:51:41.005   16   COUNCIL: Yes.

01:51:42.299   17   RICHARDS: And -- and how did you get to the -- the Food Lion

01:51:44.303   18   robbery?

01:51:45.275   19   COUNCIL: I used the -- my girlfriend gave me access to her car.

01:51:48.193   20   She don't --

01:51:48.979   21   RICHARDS: That was -- that was the Impala?

01:51:50.517   22   COUNCIL: Mmm-hmm. Yeah.

01:51:51.796   23   RICHARDS: Okay.

01:51:52.853   24   COUNCIL: She didn't know the -- what the hell I was doing. She

01:51:54.509   25   -- she works second shift from four to twelve so, in the

01:51:57.524   00020:01   morning, she would be sleeping and I would have access to her

01:52:01.165   02   car easily. It wasn't like I was stealing it. It's just that,

01:52:04.623   03   you know, she didn't know what I was doing with it.

01:52:07.283   04   RICHARDS: What time was -- what time was the Food --

01:52:08.630   05   COUNCIL: It had to be early. It had to be in the morning. I

01:52:13.323   06   can't give you the exact time.

01:52:14.326   07   RICHARDS: Okay. That's okay.

01:52:15.507   08   COUNCIL: It was in the morning.

01:52:17.416   09   COATS: Do you remember which Food Lion it was?

01:52:18.945   10   COUNCIL: Mmm-hmm.

01:52:19.654   11   COATS: Where was it?

01:52:20.311   12   COUNCIL: The one on -- in Mini City on Capital Boulevard.

01:52:24.156   13   COATS: Which end of Capital?

01:52:26.091   14   COUNCIL: It's right there on the -- on the -- Mini City is

01:52:29.773   15   located off the -- off of New Hope Road.

01:52:32.160   16   COATS: Okay.

01:52:32.807   17   COUNCIL: And Capital Boulevard.

| | | |
|---|---|---|
| 01:52:33.473 | 18 | RICHARDS: Is it Mindy City? |
| 01:52:34.336 | 19 | COUNCIL: M-I-N-I. |
| 01:52:35.389 | 20 | COATS: Mini. |
| 01:52:35.995 | 21 | RICHARDS: Mini City. |
| 01:52:38.565 | 22 | COATS: It's close to New Hope and Capital. |
| 01:52:39.699 | 23 | RICHARDS: Okay. |
| 01:52:40.365 | 24 | COATS: Okay. |
| 01:52:41.873 | 25 | RICHARDS: And so when that money runs out -- |
| 01:52:43.725 | 00021:01 | COUNCIL: That's when I go to BB&T. |
| 01:52:45.618 | 02 | RICHARDS: And then you did the BB&T. You got about $2,000. |
| 01:52:48.181 | 03 | COUNCIL: Mmm-hmm. |
| 01:52:48.998 | 04 | RICHARDS: And then you get -- then you get thrown out. You |
| 01:52:53.074 | 05 | give her a couple hundred bucks, you said? |
| 01:52:54.891 | 06 | COUNCIL: Yes. This -- I don't -- the exact chain of events, no. |
| 01:52:58.754 | 07 | I don't know if that's the way that it -- that you wrote it down |
| 01:53:01.457 | 08 | or not but -- |
| 01:53:02.306 | 09 | RICHARDS: No. That's okay. |
| 01:53:03.509 | 10 | COUNCIL: Okay. |
| 01:53:04.248 | 11 | RICHARDS: All right. So now you -- you get thrown out of your |
| 01:53:05.918 | 12 | -- your parent's home. Okay. And you packed your stuff -- |
| 01:53:10.572 | 13 | COUNCIL: Mmm-hmm. |
| 01:53:11.209 | 14 | RICHARDS: You pack your stuff. |
| 01:53:11.982 | 15 | COUNCIL: Mmm. |
| 01:53:12.606 | 16 | RICHARDS: You take a cab. Where do you go? |
| 01:53:13.972 | 17 | COUNCIL: No. I don't take a cab. Me and my step-father was |
| 01:53:16.199 | 18 | arguing, and he didn't believe that I was just outside with my |
| 01:53:18.222 | 19 | girlfriend -- |
| 01:53:19.082 | 20 | RICHARDS: Oh, yeah. That's right. |
| 01:53:19.761 | 21 | COUNCIL: He called my bluff, so I called it right back. She |

18

| | | |
|---|---|---|
| 01:53:21.443 | 22 | came to pick me up in, like, two minutes. |
| 01:53:23.001 | 23 | RICHARDS: Okay. |
| 01:53:23.661 | 24 | COUNCIL: Because she lives in Rocky Mount. We live in Wilson. |
| 01:53:25.501 | 25 | RICHARDS: Okay. The girl lives in Rocky Mount. |
| 01:53:28.265 | 00022:01 | COUNCIL: Mmm-hmm. |
| 01:53:28.973 | 02 | RICHARDS: And where did you go? |
| 01:53:31.695 | 03 | COUNCIL: That night that they threw me out? |
| 01:53:32.953 | 04 | RICHARDS: Yeah. |
| 01:53:33.536 | 05 | COUNCIL: She picked me up. She hadn't even got all the way down |
| 01:53:35.571 | 06 | the street. |
| 01:53:36.322 | 07 | RICHARDS: Okay. And you went -- did you go back to her house? |
| 01:53:37.821 | 08 | COUNCIL: Yeah. Yeah. I moved in with her that night. |
| 01:53:39.283 | 09 | RICHARDS: Okay. You moved in with her? |
| 01:53:40.426 | 10 | COUNCIL: Mmm-hmm. |
| 01:53:43.766 | 11 | RICHARDS: Okay. And then what happens? |
| 01:53:48.432 | 12 | COUNCIL: During this whole process, me and my girlfriend -- we |
| 01:53:50.710 | 13 | going through, kind of, you know, bad times and everything. She |
| 01:53:53.006 | 14 | -- since we had started -- been dating she -- had been |
| 01:53:57.074 | 15 | padlocked, and her lights had been cut off, insurance was damn |
| 01:54:01.102 | 16 | being cancelled. She had been having financial problems, but |
| 01:54:03.561 | 17 | that has a lot to do with her drug habit, and gambling habits as |
| 01:54:07.894 | 18 | well. And I felt the pressure of that piling on me, and I don't |
| 01:54:12.832 | 19 | have a job, and I then moved in -- this one minute -- she's got |
| 01:54:15.999 | 20 | these kids and -- |
| 01:54:17.092 | 21 | RICHARDS: Does she have kids? |
| 01:54:17.868 | 22 | COUNCIL: Mmm-hmm. |
| 01:54:18.436 | 23 | RICHARDS: How many kids? |
| 01:54:19.185 | 24 | COUNCIL: She has a total of four. She has one grown, and three |
| 01:54:21.392 | 25 | in -- the three minors in her house. |

01:54:24.842 00023:01 RICHARDS: Okay. So the three minors are in her house?

01:54:27.401 02 COUNCIL: Mmm-hmm.

01:54:29.547 03 RICHARDS: And what type of -- what -- are they boys, girls?

01:54:32.035 04 COUNCIL: One boy, two girls.

01:54:39.170 05 RICHARDS: Okay. So you go back to -- you go back to her house?

01:54:43.278 06 COUNCIL: Mmm-hmm.

01:54:43.999 07 RICHARDS: Okay.

01:54:44.892 08 COUNCIL: And, you know, two or three days pass, and I take the

01:54:49.470 09 car -- I need -- I borrowed the car, rather. I didn't take it. I

01:54:52.568 10 borrowed the car, and told her I was going to do something, and

01:54:56.284 11 I went to Raleigh and got -- ran out of gas, and that's when the

01:55:01.293 12 damn Food Lion thing happened.

01:55:03.127 13 RICHARDS: Okay.

01:55:03.830 14 COUNCIL: Okay. Come back to Rocky Mount. She don't know nothing

01:55:07.192 15 about what's going on or -- is this a couple of hundred dollars

01:55:10.773 16 -- I don't know what the hell happened, really. We just -- that

01:55:13.861 17 money didn't last a damn day, I don't believe. Okay. So we're --

01:55:24.000 18 we're past the BB&T robbery now or --

01:55:25.046 19 RICHARDS: Yeah. Well, yeah. We went -- then, right after that

01:55:28.002 20 you did the BB&T?

01:55:28.780 21 COUNCIL: Mmm-hmm.

01:55:29.327 22 RICHARDS: You went back. You gave her a couple hundred bucks.

01:55:31.805 23 Did you tell her you did the robbery?

01:55:33.214 24 COUNCIL: No.

01:55:33.740 25 RICHARDS: Okay. So why did you leave?

01:55:36.380 00024:01 COUNCIL: Because I got the phone call from my mother --

01:55:38.232 02 RICHARDS: Okay. Right. You got your phone call from your mom.

01:55:40.346 03 COUNCIL: She said that the police had been to her house --

01:55:42.501 04 RICHARDS: And they were looking for you for the BB&T robbery?

| | | |
|---|---|---|
| 01:55:45.353 | 05 | COUNCIL: That's correct. |
| 01:55:46.095 | 06 | RICHARDS: Okay. Do you remember when that was, Brandon? |
| 01:55:49.118 | 07 | COUNCIL: It's in my phone. I can't -- I don't want to give you |
| 01:55:50.928 | 08 | -- |
| 01:55:51.505 | 09 | RICHARDS: Yeah. No, it's okay. |
| 01:55:52.163 | 10 | COUNCIL: -- any -- |
| 01:55:52.771 | 11 | RICHARDS: It's okay. |
| 01:55:53.418 | 12 | COUNCIL: -- incorrect information. |
| 01:55:53.997 | 13 | RICHARDS: So you -- you're leaving. What are you going to -- |
| 01:55:55.264 | 14 | what did you do? |
| 01:55:56.140 | 15 | COUNCIL: I got in the cab. |
| 01:55:57.317 | 16 | RICHARDS: Yeah. |
| 01:55:58.307 | 17 | COUNCIL: I think I went to Wilson. I got -- matter-of-fact, the |
| 01:56:05.115 | 18 | Wilson Police can verify this too. I walked around town the |
| 01:56:07.281 | 19 | whole damn night. |
| 01:56:11.300 | 20 | RICHARDS: Where did they drop you off? |
| 01:56:12.689 | 21 | COUNCIL: No, they didn't -- they didn't stop me, like, harass |
| 01:56:15.237 | 22 | me then. |
| 01:56:17.069 | 23 | RICHARDS: No, I mean, where did -- when the cab took you to |
| 01:56:19.074 | 24 | Wilson, where did you -- where did you go to? |
| 01:56:23.123 | 25 | COUNCIL: McDonalds. |
| 01:56:23.793 | 00025:01 | RICHARDS: McDonalds. Okay. |
| 01:56:25.278 | 02 | COUNCIL: Yeah. I got dropped off at McDonalds on 301 Highway. |
| 01:56:31.824 | 03 | RICHARDS: Okay. And so, then what happened? |
| 01:56:35.955 | 04 | COUNCIL: Okay. Let's see -- in Wilson -- after BB&T. Oh, you |
| 01:56:48.041 | 05 | asked me what happened after I got -- when I got to Wilson, when |
| 01:56:50.206 | 06 | I left Rocky Mount -- when I got to Wilson, right? |
| 01:56:52.472 | 07 | RICHARDS: Right. |
| 01:56:53.343 | 08 | COUNCIL: What events led up to BB&T, correct? |

21

| | | |
|---|---|---|
| 01:56:55.943 | 09 | RICHARDS: No. We're already past the BB&T. |
| 01:56:57.978 | 10 | COUNCIL: Okay. Well, I was just backtracking. I'm trying to |
| 01:57:00.110 | 11 | make sure -- |
| 01:57:00.880 | 12 | RICHARDS: No. Go ahead, yeah. |
| 01:57:01.789 | 13 | COUNCIL: -- that I'm at the same spot that you are. Okay. I get |
| 01:57:05.667 | 14 | the call from my mother -- |
| 01:57:06.821 | 15 | RICHARDS: Yep. |
| 01:57:07.639 | 16 | COUNCIL: She said that the sheriff's office had been to her |
| 01:57:09.097 | 17 | house looking for me. I get in the cab. I called Rocky Mount |
| 01:57:13.456 | 18 | Cab. They take me from Rocky Mount to Wilson, and they drop me |
| 01:57:17.100 | 19 | off at Wilson McDonalds on 301 Highway. And I think I ran into |
| 01:57:21.353 | 20 | somebody I know. A black guy, older black guy I know, and I |
| 01:57:25.155 | 21 | caught a ride across town. I stayed at my homeboy's house that |
| 01:57:29.962 | 22 | night. |
| 01:57:30.741 | 23 | RICHARDS: Who -- whose house? |
| 01:57:32.743 | 24 | COUNCIL: I don't want to get him in trouble, man. So -- |
| 01:57:33.891 | 25 | RICHARDS: He's not in trouble. |
| 01:57:35.488 | 00026:01 | COUNCIL: I don't want -- I'd rather leave him out of this. |
| 01:57:37.359 | 02 | RICHARDS: And that's fine, Brandon. That's fine. You stayed at |
| 01:57:39.637 | 03 | your homeboy's house. |
| 01:57:40.831 | 04 | COUNCIL: Yeah, I stayed at my homeboy's house that night. |
| 01:57:45.365 | 05 | RICHARDS: We're just trying to get it all down right. You know |
| 01:57:47.297 | 06 | -- |
| 01:57:47.824 | 07 | COUNCIL: Yeah. |
| 01:57:48.289 | 08 | RICHARDS: Brandon, you -- you're doing the right thing. So it |
| 01:57:49.674 | 09 | -- we're not looking to, you know, hurt anybody else. So that's |
| 01:57:53.996 | 10 | fine. So you stayed -- you stayed with a friend, some type of a |
| 01:57:58.234 | 11 | friend. |
| 01:57:58.913 | 12 | COUNCIL: That's right. |

22

01:57:59.510    13   RICHARDS:  Okay.

01:58:01.706    14   COUNCIL:  Okay. This same friend takes me -- where did we go

01:58:09.000    15   that day. Because I was trying to find a five or six hundred

01:58:14.281    16   dollar car. I think we went to Stantonsburg. We went to

01:58:21.636    17   Stantonsburg. We checked on a car. The man said he -- the car

01:58:26.134    18   wasn't registered, so we went back to Wilson. Pretty much stayed

01:58:31.202    19   at his house.

01:58:35.939    20   RICHARDS:  Mmm-hmm. So you stayed at his house.

01:58:53.100    21   COUNCIL:  Yeah. I stayed at his house, and --

01:58:56.159    22   RICHARDS:  Then what happened?

01:58:58.940    23   COUNCIL:  I went to South Carolina.

01:59:00.183    24   RICHARDS:  How did you get to South Carolina?

01:59:02.269    25   COUNCIL:  My friend drove me.

01:59:03.382   00027:01   RICHARDS:  The same friend whose house you stayed at?

01:59:05.023    02   COUNCIL:  Mmm-hmm.

01:59:05.527    03   RICHARDS:  Okay. Why South Carolina?

01:59:11.134    04   COUNCIL:  Because I just robbed a bank in North Carolina.

01:59:12.989    05   RICHARDS:  Okay.

01:59:18.268    06   COUNCIL:  I mean -- it is -- what I could get -- get to at the

01:59:21.508    07   time, basically. It wasn't --

01:59:23.005    08   RICHARDS:  Did you know any --

01:59:23.774    09   COUNCIL:  -- no specific reason. No. I don't have any family or

01:59:24.948    10   relatives --

01:59:25.894    11   RICHARDS:  You have nobody in South Carolina?

01:59:27.328    12   COUNCIL:  No. The only reason I went to South Carolina,

01:59:34.435    13   basically, was because my friend was going somewhere else, and I

01:59:38.371    14   was like, well, shit, drop me off in South Carolina.

01:59:40.445    15   RICHARDS:  Where was your friend going?

01:59:42.135    16   COUNCIL:  If I'm not mistaken he was going to Georgia, which is

23

01:59:47.479    17    where he's at right now, I believe.

01:59:52.256    18    RICHARDS:  Now, you -- now, you -- and I know who your friend

01:59:54.727    19    is. Your friend -- your friend wasn't alone.

01:59:58.287    20    COUNCIL:  I beg your pardon?

01:59:59.269    21    RICHARDS:  You didn't -- you didn't get -- the -- you didn't get

02:00:01.848    22    taken to South Carolina by just your friend.

02:00:05.067    23    COUNCIL:  That's correct.

02:00:05.867    24    RICHARDS:  There was someone else in the car.

02:00:07.137    25    COUNCIL:  That's correct.

02:00:07.941  00028:01  RICHARDS:  Okay. Who was in the car?

02:00:09.118    02    COUNCIL:  I don't know.

02:00:10.193    03    RICHARDS:  You don't know who was in the car? Who was your

02:00:11.638    04    friend? Is it male or female? So I know -- I know -- I know both

02:00:15.087    05    people, Brandon.

02:00:16.302    06    COUNCIL:  You already know that this is a sensitive issue and --

02:00:19.028    07    RICHARDS:  I do.

02:00:19.551    08    COUNCIL:  -- I try to avoid these people and --

02:00:20.879    09    RICHARDS:  I do --

02:00:21.878    10    COUNCIL:  -- and he's --

02:00:22.488    11    RICHARDS:  -- but here's the thing --

02:00:23.137    12    COUNCIL:  -- already circled around and --

02:00:24.275    13    RICHARDS:  I've got to know who your friend is. So who is your

02:00:26.229    14    friend? Is your friend --

02:00:28.040    15    COUNCIL:  It's irrelevant. Can we keep it moving? I'm not going

02:00:30.118    16    to disclose that information.

02:00:31.248    17    RICHARDS:  Okay.  But is the friend -- is the friend the male or

02:00:33.455    18    the female?

02:00:34.607    19    COUNCIL:  Both.

02:00:35.356    20    RICHARDS:  They're both your friends?

02:00:36.257   21   COUNCIL:  Both of them.

02:00:37.078   22   RICHARDS:  Okay. You're both friends.

02:00:37.939   23   COUNCIL:  Both of them.

02:00:38.676   24   RICHARDS:  Okay. Good enough. And what kind of car did they take

02:00:39.754   25   you to the -- what kind of car did they take you to South

02:00:43.180   00029:01   Carolina in?

02:00:45.105   02   COUNCIL:  If I'm not mistaken, I want to say it's a white

02:00:48.355   03   Chrysler Town and Country.

02:00:50.165   04   RICHARDS:  Yeah. It was a white -- white Chrysler Town and

02:00:52.406   05   Country.

02:00:54.480   06   COUNCIL:  Mmm-hmm.

02:00:58.553   07   RICHARDS:  Okay.  Did you have to -- did you pay your friends

02:01:01.656   08   any money to take you?

02:01:04.159   09   COUNCIL:  Very little. Some gas money.

02:01:06.078   10   RICHARDS:  You gave them gas money.

02:01:07.296   11   COUNCIL:  Some drug money.

02:01:08.428   12   RICHARDS:  Some drug money. Okay. Do -- do you have -- did you

02:01:10.604   13   have any drugs?

02:01:11.735   14   COUNCIL:  Yeah.

02:01:12.427   15   RICHARDS:  Okay. What kind of drugs?

02:01:14.479   16   COUNCIL:  Cocaine and marijuana.

02:01:20.014   17   RICHARDS:  And did you give -- did you give them cocaine, and

02:01:23.166   18   marijuana, and gas money?

02:01:24.276   19   COUNCIL:  That's correct.

02:01:24.897   20   RICHARDS:  To take you.

02:01:25.439   21   COUNCIL:  That's correct.

02:01:26.426   22   RICHARDS:  Were they aware that you had -- were -- were leaving

02:01:28.952   23   because you had done a bank robbery in North Carolina?

02:01:31.614   24   COUNCIL:  One of them was.

25

02:01:32.757    25  RICHARDS:  Which --

02:01:33.344  00030:01  COUNCIL:  One of my friends.

02:01:33.920    02  RICHARDS:  Which friend? The male or the female?

02:01:35.680    03  COUNCIL:  You might as well say both knew.

02:01:37.167    04  RICHARDS:  Both of them knew.

02:01:37.988    05  COUNCIL:  Might as well say.

02:01:39.236    06  RICHARDS:  So they both --

02:01:39.879    07  COUNCIL:  I'm sure the one that I told, told the other, so --

02:01:41.397    08  RICHARDS:  Yeah.

02:01:42.632    09  COUNCIL:  -- that's --

02:01:43.466    10  RICHARDS:  Who did you tell?

02:01:44.121    11  COUNCIL:  I told the female friend.

02:01:45.097    12  RICHARDS:  All right. You told the female.

02:01:46.012    13  COUNCIL:  Yeah.

02:01:49.163    14  RICHARDS:  And you -- you're fairly certain that -- that --

02:01:51.336    15  COUNCIL:  She told the male.

02:01:52.098    16  RICHARDS:  -- she told the male.

02:01:53.006    17  COUNCIL:  Yeah. Because she didn't want to go. I guess she felt

02:01:53.936    18  like I was on the edge. She didn't know if I would do anything

02:01:56.790    19  crazy or anything, so...

02:02:04.047    20  RICHARDS:  Okay. And were they -- did you use -- did you use

02:02:07.940    21  cocaine or marijuana with both of them on the way?

02:02:11.222    22  COUNCIL:  Yeah. We got -- yeah.

02:02:12.397    23  RICHARDS:  You got high on the way.

02:02:13.144    24  COUNCIL:  Yeah.

02:02:13.700    25  RICHARDS:  Okay.

02:02:14.458  00031:01  COUNCIL:  Before and -- before, during, and there.

02:02:20.115    02  RICHARDS:  Did -- and you --

02:02:20.755    03  COUNCIL:  Now, I'm n South Carolina I met the -- if I'm not

26

02:02:23.140   04   mistaken the name of it is the Conway Inn Express.

02:02:27.189   05   RICHARDS: Yep.

02:02:28.094   06   COUNCIL: That'd be it. My friend got the room for a week for

02:02:32.209   07   me.

02:02:33.839   08   RICHARDS: The friend got -- got you the room?

02:02:36.370   09   COUNCIL: That's correct.

02:02:37.774   10   RICHARDS: The -- the male or the female?

02:02:40.751   11   COUNCIL: The male.

02:02:42.337   12   RICHARDS: The -- I didn't hear you, Brandon.

02:02:42.944   13   COUNCIL: The male.

02:02:43.443   14   RICHARDS: The male. Okay. So the male got the room.

02:02:46.648   15   COUNCIL: Mmm-hmm.

02:02:48.216   16   RICHARDS: For a week.

02:02:48.885   17   COUNCIL: That's correct.

02:02:49.573   18   RICHARDS: Do you know how much he paid?

02:02:50.624   19   COUNCIL: Yeah.

02:02:51.180   20   RICHARDS: How much?

02:02:51.807   21   COUNCIL: $350.

02:02:52.860   22   RICHARDS: And was that -- was that his money or your money?

02:02:54.794   23   COUNCIL: That was my money.

02:02:58.893   24   RICHARDS: And was that the money from the bank robbery?

02:03:00.640   25   COUNCIL: Yes, it was.

02:03:04.505   00032:01   RICHARDS: Okay. All right. And, and, um, did they stay the

02:03:10.912   02   night? Did they leave?

02:03:12.159   03   COUNCIL: They left immediately.

02:03:13.027   04   RICHARDS: So they -- they got high -- you got high with them

02:03:14.519   05   and --

02:03:15.328   06   COUNCIL: And they stayed, maybe, 30, 40, 50 -- maybe an hour.

02:03:19.722   07   RICHARDS: Okay. They stayed an hour, and you got high, and then

27

| | | |
|---|---|---|
| 02:03:24.699 | 08 | they took off. |
| 02:03:25.650 | 09 | COUNCIL: That's right. |
| 02:03:26.419 | 10 | RICHARDS: Do you remember what room it was? The number? |
| 02:03:32.876 | 11 | COUNCIL: It was next to the last on the right. It was one -- |
| 02:03:39.309 | 12 | 110. |
| 02:03:40.757 | 13 | RICHARDS: Room 110. |
| 02:03:41.799 | 14 | COUNCIL: I think so. Yeah. |
| 02:03:42.894 | 15 | RICHARDS: Yeah? |
| 02:03:43.464 | 16 | COUNCIL: Because 210 was right on top. |
| 02:03:44.653 | 17 | RICHARDS: And 210 was on top? |
| 02:03:46.618 | 18 | COUNCIL: Mmm-hmm. |
| 02:03:50.212 | 19 | RICHARDS: And, and, um, what did you do when you were there? |
| 02:03:55.514 | 20 | COUNCIL: Watched TV. |
| 02:03:57.249 | 21 | RICHARDS: Just hung out. |
| 02:03:58.076 | 22 | COUNCIL: Yeah. Watched TV. Walked around on my own. |
| 02:04:03.987 | 23 | RICHARDS: And you walked around? |
| 02:04:04.981 | 24 | COUNCIL: Pretty much. That's the word I'm looking for, pretty |
| 02:04:08.998 | 25 | much tried to, you know -- what's it called when you go to a new |
| 02:04:15.260 | 00033:01 | place and you just -- explore. I was trying to explore. |
| 02:04:18.194 | 02 | RICHARDS: Okay. Exploring, on foot? |
| 02:04:19.792 | 03 | COUNCIL: Mmm-hmm. |
| 02:04:20.315 | 04 | RICHARDS: Okay. |
| 02:04:20.922 | 05 | COUNCIL: Yeah, I do a lot of walking. |
| 02:04:25.141 | 06 | RICHARDS: Did you meet anybody? |
| 02:04:30.294 | 07 | COUNCIL: Mmm, from where? |
| 02:04:32.682 | 08 | RICHARDS: Anywhere. Did you have anybody there? Were you there |
| 02:04:34.533 | 09 | alone? Did you -- |
| 02:04:36.051 | 10 | COUNCIL: I was there alone. Yeah. |
| 02:04:36.967 | 11 | RICHARDS: Did your friends come back or -- |

28

02:04:38.009   12   COUNCIL: They never came back. No.

02:04:39.178   13   RICHARDS: Okay. Did you make any friends or did you talk to

02:04:48.481   14   anybody?

02:04:49.404   15   COUNCIL: No. I was on the run.

02:04:51.414   16   RICHARDS: Okay. You were on the run.

02:04:52.307   17   COUNCIL: Yeah.

02:04:52.862   18   RICHARDS: Okay.

02:04:53.493   19   COUNCIL: So I -- you know, I wasn't trying to mingle too much

02:04:55.071   20   down there. Just trying to get to go where I got to go.

02:04:58.535   21   RICHARDS: Okay. Did you -- where did you eat? What did you --

02:05:04.001   22   COUNCIL: There was a Hardee's next door.

02:05:06.006   23   RICHARDS: And you ate -- you ate at Hardee's a lot or --

02:05:07.407   24   COUNCIL: Yeah. Yeah.

02:05:08.403   25   RICHARDS: Okay.

02:05:08.967   00034:01   COUNCIL: You'll see on the camera, if you all get them. I

02:05:10.397   02   pretty much ate there every day.

02:05:12.469   03   RICHARDS: Okay.

02:05:13.540   04   COUNCIL: Twice a day.

02:05:18.784   05   RICHARDS: Okay. Did, um -- did you buy any alcohol?

02:05:22.266   06   COUNCIL: Yes.

02:05:23.737   07   RICHARDS: Where did you go to get that?

02:05:25.079   08   COUNCIL: That was down the street at the ABC store.

02:05:33.320   09   RICHARDS: Okay. What kind of-- what did you buy, Brandon? What

02:05:37.218   10   kind of alcohol?

02:05:38.176   11   COUNCIL: Amsterdam vodka. New Amsterdam vodka.

02:05:43.200   12   RICHARDS: Okay. Did you -- did you go to that -- did you go to

02:05:46.865   13   that ABC store more than once?

02:05:48.076   14   COUNCIL: No.

02:05:48.768   15   RICHARDS: You only went there once?

29

02:05:49.565    16  COUNCIL:  That's correct.

02:05:50.242    17  RICHARDS:  Okay.

02:05:51.376    18  COUNCIL:  Couldn't find one. And it's so hidden. It's like part

02:05:55.234    19  of a big, big - it reminds you of, like, a --a complex,

02:05:59.414    20  Sheetz-like. It's like one big gas station and a --

02:06:02.936    21  RICHARDS:  Oh, a Sheetz --

02:06:03.656    22  COUNCIL:  -- bunch of -- no.  That's not the name of it.

02:06:04.838    23  RICHARDS:  But it reminded you of a Sheetz?

02:06:06.277    24  COUNCIL:  Right.

02:06:06.957    25  RICHARDS:  Yeah, okay.

02:06:07.641  00035:01  COUNCIL:  It's -- it's really nice, and it's really, you know --

02:06:10.618    02  got a whole bunch of other little, bitty, kind of, like store,

02:06:13.775    03  boutiques and shit, in it.

02:06:15.024    04  RICHARDS:  Yeah.  Did you ever go in that store?

02:06:16.641    05  COUNCIL:  No.

02:06:17.399    06  RICHARDS:  You never went in the -- the, the --

02:06:18.544    07  COUNCIL:  The boutique store --

02:06:19.345    08  RICHARDS:  The Sheetz-type store.

02:06:20.448    09  COUNCIL:  Yeah. That's the gas station.

02:06:21.804    10  RICHARDS:  Oh, you went into the gas station. Okay. What did you

02:06:24.012    11  -- did you get anything in there?

02:06:25.267    12  COUNCIL:  Yeah. I bought a -- I bought a soda.

02:06:33.070    13  RICHARDS:  Okay. And did you ever share that alcohol with

02:06:37.557    14  anybody?

02:06:41.380    15  COUNCIL:  No.

02:06:41.966    16  RICHARDS:  No. Okay.

02:06:42.629    17  COUNCIL:  No.

02:06:44.275    18  (The proceedings were interrupted -- cell phone ringing.)

02:06:47.636    19  RICHARDS:  I'm sorry about that. I thought I turned that off. I

02:06:51.363  20  don't know why that --

02:06:52.531  21  COATS:  Might be --(inaudible).

02:06:54.003  22  RICHARDS:  Um, uh. Did not -- okay. And you didn't -- didn't

02:07:05.916  23  share with anyone. If you could handle all that stuff, Greg, if

02:07:08.697  24  you don't mind. I appreciate it.

02:07:09.639  25  COATS:  Yeah.

02:07:10.345  00036:01  RICHARDS:  Anything you need to -- okay?

02:07:11.155  02  COATS:  Yeah.

02:07:12.200  03  RICHARDS:  Um, so you didn't -- you didn't share with anybody,

02:07:14.365  04  but you -- but you did buy a --

02:07:16.893  05  COUNCIL:  I bought --

02:07:17.592  06  RICHARDS:  -- a soda -- a soda in there, right? Um, and what

02:07:20.133  07  else? What else did you do?

02:07:23.262  08  COUNCIL:  I walked back to the hotel room, after I got the

02:07:24.904  09  liquor.

02:07:25.872  10  RICHARDS:  Yeah. And you just -- you just hung out?

02:07:27.845  11  COUNCIL:  Yeah. Because I was down to nothing then, at this

02:07:30.047  12  point.

02:07:31.126  13  RICHARDS:  Okay. And what did -- what did you have? What type of

02:07:33.061  14  -- what did you have? Did you have all your clothes? All your

02:07:34.879  15  belongings? Everything you owned?

02:07:36.709  16  COUNCIL:  Everything. Everything that I left with from --

02:07:39.583  17  everything that I packed up from my mother's house to my

02:07:43.119  18  ex-girlfriend's house, and everything that I packed up from my

02:07:47.236  19  ex-girlfriend's house.

02:07:48.812  20  RICHARDS:  Okay. And what did you have?  How many bags?

02:07:53.608  21  COUNCIL:  One.

02:07:54.329  22  RICHARDS:  You only had one bag?

02:07:56.479  23  COUNCIL:  (Inaudible)

31

JA6452

| | | |
|---|---|---|
| 02:07:57.452 | 24 | RICHARDS: Okay. |
| 02:07:59.970 | 25 | COUNCIL: It's a luggage bag, though. It's -- |
| 02:08:01.859 | 00037:01 | RICHARDS: A good size? |
| 02:08:02.555 | 02 | COUNCIL: -- quite big. Yeah. |
| 02:08:03.345 | 03 | RICHARDS: Yeah. Okay. |
| 02:08:04.436 | 04 | COUNCIL: Just, like, twice the size of a regular duffel bag. |
| 02:08:07.338 | 05 | Maybe three times. |
| 02:08:10.991 | 06 | RICHARDS: Okay. And you were down -- you were getting down on |
| 02:08:15.636 | 07 | your money, down on your -- |
| 02:08:16.970 | 08 | COUNCIL: I was down to my last -- I think I spent next to my |
| 02:08:19.346 | 09 | last on that bottle. |
| 02:08:20.943 | 10 | RICHARDS: Okay. |
| 02:08:21.674 | 11 | COUNCIL: The room was going -- I had to check out that Tuesday |
| 02:08:24.308 | 12 | morning, so this brings us to the bank in South Carolina. |
| 02:08:34.543 | 13 | RICHARDS: You had to check out Tuesday morning. |
| 02:08:36.337 | 14 | COUNCIL: Mmm-hmm. |
| 02:08:37.807 | 15 | RICHARDS: And so, we're on -- we're at Monday? |
| 02:08:39.614 | 16 | COUNCIL: We're at Monday. |
| 02:08:40.413 | 17 | RICHARDS: Monday morning? |
| 02:08:41.261 | 18 | COUNCIL: We're at Monday morning. |
| 02:08:43.184 | 19 | RICHARDS: Okay. |
| 02:08:44.703 | 20 | COUNCIL: It's the day of the eclipse shit. Right. |
| 02:08:46.564 | 21 | RICHARDS: The day of the eclipse. Yeah. |
| 02:08:47.799 | 22 | COUNCIL: Mmm-hmm. |
| 02:08:55.532 | 23 | RICHARDS: Okay. And tell us -- why don't you start -- how did |
| 02:08:58.417 | 24 | -- what did you do, Brandon? What did you do that day? |
| 02:09:06.145 | 25 | COUNCIL: I hurt some people that didn't deserve it. |
| 02:09:09.516 | 00038:01 | RICHARDS: You hurt some people that didn't deserve it? |
| 02:09:11.109 | 02 | COUNCIL: That's correct. Not that I know of anyway. |

32

02:09:21.400    03  RICHARDS:  Okay. And so how did you -- what did you do?

02:09:25.267    04  COUNCIL: I walked in the bank. I had a .22 pistol under my

02:09:29.364    05  shirt. I spoke with the counter lady. I said, I'd like to cash a

02:09:34.238    06  check. However, she was, you know, reluctant to give me any

02:09:38.013    07  attention at the time, and she was doing something with the

02:09:41.616    08  computer. She wasn't rude or, you know, unprofessional or

02:09:44.458    09  anything, but it took quite a while -- maybe close to 30, 40, 50

02:09:49.943    10  - maybe a minute before she even, you know, really gave me any

02:09:53.778    11  kind of attention. She asked me -- as soon as I came in, could

02:09:56.550    12  she help me, and I told her what I wanted. That I wanted to cash

02:09:59.109    13  a check but -- however, she was just, you know -- seemed like

02:10:02.005    14  she was preoccupied with her computer duties at that time. So

02:10:05.984    15  after I'll say 10, 20 seconds, I'd rather --

02:10:18.759    16  RICHARDS:  What did you do?

02:10:19.557    17  COUNCIL:  I did it.

02:10:20.447    18  RICHARDS:  What did you do, Brandon?

02:10:21.561    19  COUNCIL: I did it. I don't even know if I can bring my words out

02:10:25.528    20  my mouth to even say it.

02:10:27.408    21  RICHARDS: Okay.

02:10:28.208    22  COUNCIL: But I did it.

02:10:29.423    23  RICHARDS: Okay. But, so you have this .22.

02:10:31.710    24  COUNCIL: Yes.

02:10:32.539    25  RICHARDS: Where did you get that?

02:10:36.895  00039:01  COUNCIL:  You know what -- when I, I think I left out a part of

02:10:40.624    02  Rocky Mount, because this is a very interesting question. I was

02:10:50.837    03  walking to the store, not far from where my girlfriend lives at,

02:10:55.825    04  and a guy asked me -- he had a backpack -- he asked me did I

02:11:00.744    05  know anybody that wanted to buy a gun? And I said, sure,

02:11:04.108    06  everybody in the damn hood wants a gun. Just -- shit, if it

| | | |
|---|---|---|
| 02:11:07.412 | 07 | ain't just to re-sell it, its just to protect your house or |
| 02:11:09.888 | 08 | anything. So but he was like, man, I got a gun for you, man. You |
| 02:11:13.123 | 09 | got one for $65. I was, like, man, I ain't got no $65. He was |
| 02:11:17.527 | 10 | like, what can you give me? I was like, man, shit, I got about |
| 02:11:20.075 | 11 | $40, and I gave him $40 for it. |
| 02:11:23.474 | 12 | RICHARDS:  In Rocky Mount -- |
| 02:11:24.649 | 13 | COUNCIL:  Mmm-hmm. |
| 02:11:25.309 | 14 | RICHARDS:  -- North Carolina? |
| 02:11:25.864 | 15 | COUNCIL:  Yeah. A complete stranger. |
| 02:11:26.743 | 16 | RICHARDS:  Okay. |
| 02:11:27.350 | 17 | COUNCIL:  I have no clue -- |
| 02:11:28.071 | 18 | RICHARDS:  White male or black male? |
| 02:11:28.818 | 19 | COUNCIL:  Black guy. Young guy. Probably no more than 17, 18, |
| 02:11:32.443 | 20 | 19. |
| 02:11:33.665 | 21 | RICHARDS:  17 to 19? |
| 02:11:34.875 | 22 | COUNCIL:  Yeah. |
| 02:11:36.325 | 23 | RICHARDS:  And what -- do you remember what the store was, |
| 02:11:37.531 | 24 | Brandon? |
| 02:11:39.604 | 25 | COUNCIL:  I can give you a general location, I believe. Let's -- |
| 02:11:43.651 | 00040:01 | I'm not -- I'm not good with Rocky Mount area, so I -- I only |
| 02:11:46.296 | 02 | lived there less than two weeks. So I -- |
| 02:11:48.456 | 03 | RICHARDS:  Yeah. |
| 02:11:49.149 | 04 | COUNCIL:  -- can't really -- |
| 02:11:49.969 | 05 | RICHARDS:  Was it in walking distance of your girl's house? |
| 02:11:52.125 | 06 | COUNCIL:  Hell, no. |
| 02:11:53.110 | 07 | RICHARDS:  Hell -- okay, so you took the car? |
| 02:11:54.310 | 08 | COUNCIL:  No. But it wasn't -- I -- I walked there, but when you |
| 02:11:57.916 | 09 | say walking distance, I think of -- you know, local, like around |
| 02:12:00.474 | 10 | the corner. This was maybe two and half, three, miles down the |

34

| | | |
|---|---|---|
| 02:12:04.645 | 11 | road. |
| 02:12:05.150 | 12 | RICHARDS: Oh, okay. |
| 02:12:05.677 | 13 | COUNCIL: That's why I say, it wasn't walking -- |
| 02:12:06.344 | 14 | RICHARDS: But it was -- so it was two or three miles from your |
| 02:12:07.752 | 15 | girl's house? |
| 02:12:08.671 | 16 | COUNCIL: Mmm-hmm. I could tell you this, it's -- I don't know |
| 02:12:15.016 | 17 | the exact name of it. A hotel room. But it's a -- it's two hotel |
| 02:12:20.389 | 18 | rooms on the same side of the road. Across the street it's a car |
| 02:12:23.573 | 19 | lot, and a gas station. And when I was leaving, around the |
| 02:12:27.730 | 20 | corner of the gas station, I bumped into him. |
| 02:12:33.249 | 21 | RICHARDS: Had you seen him before? |
| 02:12:34.083 | 22 | COUNCIL: Never. Complete stranger. |
| 02:12:36.016 | 23 | RICHARDS: No idea what his name is? |
| 02:12:37.088 | 24 | COUNCIL: No. I don't know -- I know you going to hang in the |
| 02:12:39.114 | 25 | hood, but you meet new people, sometimes every day. Just |
| 02:12:42.079 | 00041:01 | stumbling upon -- you know what I'm saying, so. |
| 02:12:44.518 | 02 | RICHARDS: Yeah. And what kind of weapon was it? |
| 02:12:45.735 | 03 | COUNCIL: Twenty-two. |
| 02:12:46.693 | 04 | RICHARDS: Twenty-two pistol or revolver? |
| 02:12:48.265 | 05 | COUNCIL: It was a pistol. |
| 02:12:48.750 | 06 | RICHARDS: It was a pistol? |
| 02:12:49.963 | 07 | COUNCIL: Revolver. |
| 02:12:52.635 | 08 | RICHARDS: Pistol or revolver? |
| 02:12:53.243 | 09 | COUNCIL: Revolver. |
| 02:12:54.743 | 10 | RICHARDS: Okay. Twenty-two revolver. |
| 02:12:56.317 | 11 | COUNCIL: Mmm-hmm. That's a pistol, right? |
| 02:12:57.877 | 12 | RICHARDS: Well, the -- |
| 02:12:58.567 | 13 | COUNCIL: You called it a -- any handgun is a -- |
| 02:13:00.215 | 14 | RICHARDS: Well, a pistol is kind of semi-automatic. It can -- |

35

| | | |
|---|---|---|
| 02:13:02.040 | 15 | can keep firing, firing, firing, firing, and it ejects a round. |
| 02:13:05.436 | 16 | COUNCIL: Oh. |
| 02:13:05.941 | 17 | RICHARDS: And a pistol is a little -- is a little different. |
| 02:13:08.086 | 18 | COUNCIL: Oh, well I call all handguns pistols. |
| 02:13:09.776 | 19 | RICHARDS: You call all handguns pistols. Okay. How how -- did |
| 02:13:11.790 | 20 | he -- did he give you ammunition with it? |
| 02:13:13.449 | 21 | COUNCIL: It was loaded when I bought it. |
| 02:13:14.607 | 22 | RICHARDS: It was loaded when you bought it? |
| 02:13:15.615 | 23 | COUNCIL: Yes, it was. |
| 02:13:16.475 | 24 | RICHARDS: Do you know how many rounds were in it? |
| 02:13:17.295 | 25 | COUNCIL: Yes, sir. |
| 02:13:18.001 | 00042:01 | RICHARDS: How many rounds? |
| 02:13:19.945 | 02 | COUNCIL: I want to say, I think it's six. |
| 02:13:31.952 | 03 | RICHARDS: Did you ever unload it? |
| 02:13:34.454 | 04 | COUNCIL: Like, just to unload it? |
| 02:13:36.054 | 05 | RICHARDS: Yeah. Just to unload it? |
| 02:13:36.764 | 06 | COUNCIL: No. |
| 02:13:37.591 | 07 | RICHARDS: You just - you -- you knew that it was fully loaded? |
| 02:13:39.757 | 08 | COUNCIL: No. He showed me that. |
| 02:13:41.093 | 09 | RICHARDS: He did? |
| 02:13:41.923 | 10 | COUNCIL: When -- when I bought it. Yeah.I -- |
| 02:13:42.766 | 11 | RICHARDS: Oh -- |
| 02:13:43.523 | 12 | COUNCIL: -- I gave him $45 for it. Yeah. Yeah. He -- yeah. |
| 02:13:50.645 | 13 | RICHARDS: All right. Okay. So, we're inside the bank -- |
| 02:13:59.642 | 14 | COUNCIL: Mmm-hmm. |
| 02:14:00.470 | 15 | RICHARDS: You have the gun. |
| 02:14:01.342 | 16 | COUNCIL: Mmm-hmm. |
| 02:14:02.243 | 17 | RICHARDS: What are you wearing that day? |
| 02:14:05.136 | 18 | COUNCIL: Blue and white. |

36

02:14:06.199    19    RICHARDS:  Blue and white golf shirt?

02:14:07.942    20    COUNCIL:  Blue and white golf shirt. Mmm-hmm.

02:14:09.441    21    RICHARDS:  Okay. And wearing those sneakers?

02:14:13.577    22    COUNCIL:  That's correct.

02:14:15.997    23    RICHARDS:  White sneakers?

02:14:16.858    24    COUNCIL:  Mmm. These.

02:14:19.821    25    RICHARDS:  Okay. And what pants?

02:14:24.244    00043:01    COUNCIL:  Blue jeans.

02:14:24.974    02    RICHARDS:  Blue jeans. And you have --

02:14:28.274    03    COUNCIL:  Light blue jeans.

02:14:29.442    04    RICHARDS:  Light blue jeans, yeah. And where is the -- where is

02:14:33.152    05    the gun when you walk in the bank, Brandon? Is it in the front

02:14:37.239    06    of your pants or the back of your pants?

02:14:39.008    07    COUNCIL:  The front.

02:14:39.665    08    RICHARDS:  Okay. Okay. And so you're -- you're sitting there,

02:14:47.808    09    and she's not paying attention to you, and you're working on a

02:14:50.867    10    -- and she's working on her computer, and --

02:14:54.642    11    COUNCIL:  I get impatient and I -- I'm not going to lie to you,

02:14:57.446    12    man. I knew what I was going do when I went there, man. And I

02:15:00.292    13    knew how I had to do it to stand a chance of getting away,

02:15:03.075    14    because of the location and the response times of the local law

02:15:09.306    15    enforcement agencies in that area.

02:15:11.627    16    RICHARDS:  How did you know that?

02:15:13.825    17    COUNCIL:  I watch almost -- I get -- I almost get away with it

02:15:15.615    18    every day.

02:15:17.749    19    RICHARDS:  Did you -- did you do counter-surveillance? Did you

02:15:19.498    20    --

02:15:19.906    21    COUNCIL:  No.

02:15:20.369    22    RICHARDS:  Did you look at the bank at all beforehand?

37

02:15:21.998　23　COUNCIL: I mean, the bank was right across the street from the

02:15:23.804　24　--

02:15:24.301　25　RICHARDS: Sure. I know exactly where it is.

02:15:25.512　00044:01　COUNCIL: The relativity to the -- the interstate was -- it's no

02:15:32.063　02　more than 30 seconds from the front door.

02:15:33.974　03　RICHARDS: But you're on foot.

02:15:36.129　04　COUNCIL: No. No. That's not -- it's not accurate. That's not

02:15:38.275　05　correct. I never said that I left the bank on foot.

02:15:40.634　06　RICHARDS: No. I know you didn't. No. I know you didn't. I -- but

02:15:43.365　07　you left the -- you left the hotel --

02:15:45.249　08　COUNCIL: On foot, that's correct.

02:15:46.290　09　RICHARDS: -- on foot. And -

02:15:47.152　10　COUNCIL: But I left the bank driving.

02:15:48.316　11　RICHARDS: Say that again.

02:15:48.903　12　COUNCIL: I left the bank driving.

02:15:50.076　13　RICHARDS: Right. Okay. But before you go to do the bank, did

02:15:53.527　14　you -- you packed all your gear?

02:15:55.693　15　COUNCIL: Yes. I told you I -- that I knew what I was going to

02:15:57.818　16　do.

02:15:58.841　17　RICHARDS: Did you know you were going to shoot somebody,

02:16:00.580　18　Brandon?

02:16:02.152　19　COUNCIL: I hate to admit it, but yes.

02:16:03.973　20　RICHARDS: You did know you were going to shoot somebody.

02:16:05.727　21　COUNCIL: Unfortunately.

02:16:07.082　22　RICHARDS: Okay. Why did you do -- why did you decide that --

02:16:11.415　23　why did you pre-decide that you were going to shoot somebody?

02:16:17.864　24　COUNCIL: First of all, my decision-making pattern, if you can't

02:16:20.675　25　tell, is extremely fucked up. I don't handle stress very well. I

02:16:25.936　00045:01　tend to don't give a fuck -- it -- sometimes because I feel like

02:16:29.793    02  I'm the only person in the world that cares about me, and I

02:16:32.451    03  can't get any help. It's a whole -- it's a whole lot of

02:16:36.816    04  conflicts, layers, to this story. It's -- I'm going to write a

02:16:41.115    05  book. I hope y'all read it one day.

02:16:43.776    06  RICHARDS:  Okay.

02:16:44.605    07  COUNCIL:  And I'm going to divulge everything in that.

02:16:46.612    08  RICHARDS:  Okay.

02:16:47.613    09  COUNCIL:  There are some details that -- like, the part about

02:16:50.291    10  the gun, you know, and some of the characters that I bumped into

02:16:55.177    11  and -- let's get back to the bank.

02:16:58.650    12  RICHARDS:  Yeah, so -- so you're -- so you're --

02:16:59.620    13  COUNCIL:  In the bank, the lady is taking too long.

02:17:01.452    14  RICHARDS:  Right.

02:17:02.029    15  COUNCIL:  I'm irritated. I did intentionally know that I was

02:17:05.572    16  going to do that, because it increases your chances of escape.

02:17:12.141    17  RICHARDS:  When you say, "Do that", you mean shoot her?

02:17:14.296    18  COUNCIL:  Yes, unfortunately.

02:17:15.763    19  RICHARDS:  Okay. So -- so you're sitting there, you're

02:17:18.008    20  irritated, you know you're going to shoot her before you go in

02:17:20.680    21  the bank.

02:17:21.723    22  COUNCIL:  May I state this? Just for the --

02:17:22.642    23  RICHARDS:  Yes. Please.

02:17:23.452    24  COUNCIL:  -- record. Just because we're on camera and recording.

02:17:25.232    25  RICHARDS:  Absolutely. Please.

02:17:26.124  00046:01  COUNCIL:  It's not that I was irritated. That I was -- it was

02:17:29.841    02  not the point that I was irritated. I'm just really giving you

02:17:32.103    03  the real -- my real feelings at that time. But that's not the

02:17:35.678    04  reason why I did what I did. I was going to shoot the woman or

02:17:40.089    05  whoever was in there regardless, because at that time, and my

| | | |
|---|---|---|
| 02:17:44.461 | 06 | thought process, I felt like -- not -- it wasn't even about |
| 02:17:48.136 | 07 | witnesses. It was about them calling that -- pushing that button |
| 02:17:51.575 | 08 | or whatever they do to alert the authorities. |
| 02:17:53.803 | 09 | RICHARDS: Pushing the alarm. |
| 02:17:54.683 | 10 | COUNCIL: Yeah. That's the only reason why I did that. And I |
| 02:17:57.041 | 11 | felt that if I was to -- because when I went to the bank, I |
| 02:18:01.375 | 12 | didn't have a way to get away. |
| 02:18:03.650 | 13 | RICHARDS: Okay. |
| 02:18:04.186 | 14 | COUNCIL: It was pretty much spur -- not -- not spur of the |
| 02:18:07.051 | 15 | moment, but what do you call it? It's called a -- winging it. |
| 02:18:13.971 | 16 | RICHARDS: Winging -- yeah, winging it. Yeah. Yeah. |
| 02:18:16.300 | 17 | COUNCIL: Yeah, I kind of winged it. |
| 02:18:17.151 | 18 | RICHARDS: Okay. |
| 02:18:17.928 | 19 | COUNCIL: And I saw that there was a second woman in there, and |
| 02:18:20.175 | 20 | -- |
| 02:18:21.289 | 21 | RICHARDS: Where was she when you saw her? The second woman? |
| 02:18:26.048 | 22 | COUNCIL: I think she was the manager. |
| 02:18:28.525 | 23 | RICHARDS: Where was she though, Brandon? |
| 02:18:30.571 | 24 | COUNCIL: She was in her office. |
| 02:18:32.472 | 25 | RICHARDS: Okay. |
| 02:18:35.612 | 00047:01 | COUNCIL: But I know you people didn't deserve that but, man, I |
| 02:18:39.781 | 02 | got to tell y'all guys the truth, man. |
| 02:18:41.166 | 03 | RICHARDS: Yeah. |
| 02:18:41.745 | 04 | COUNCIL: This is where I am. This is where I am. It's -- it's |
| 02:18:45.020 | 05 | -- I don't know if you're religious or spiritual people but, |
| 02:18:47.327 | 06 | man, this really is some shit out there that's demonic man. I |
| 02:18:52.528 | 07 | swear to God to you, man. This shit is demonic, man. It's |
| 02:18:55.453 | 08 | nothing that nobody can do about it. Just like when soldiers go |
| 02:18:58.984 | 09 | across in other countries and shit, I know that they're fighting |

02:19:01.856  10  for a great cause, but at the same time, man, it's collateral

02:19:05.046  11  damage, man. I didn't -- I pray to God that these people are

02:19:10.258  12  still alive, but at the same time, man. I knew that it was going

02:19:14.385  13  -- somebody was going to get hurt that day because of the

02:19:16.339  14  circumstances that I placed myself in. You know. I did this shit

02:19:22.078  15  because I didn't -- my mother turned my -- her back on me. My

02:19:27.241  16  father is dead. I don't have any brothers and sisters. My

02:19:30.880  17  girlfriend can't be trusted. I'm unemployed. I just said, to

02:19:35.243  18  hell with it. I mean, shit. I -- I'm going to tell you the damn

02:19:37.640  19  truth. If the situation had -- had gone out my way, I'd be dead

02:19:43.559  20  right now today, because me and the police would've shot it out.

02:19:46.841  21  Because I don't -- this is -- shit is crazy, man. It's -- it's

02:19:54.213  22  so many demons out here, man. Y'all just don't know. These

02:19:57.047  23  demons out there -- you got to control the people's minds and

02:20:00.285  24  shit. They don't control my mind. I -- I willingly went with the

02:20:03.016  25  demons. I knew what the hell I was doing. I didn't sell my soul

02:20:05.639  00048:01  to the devil. I don't believe in the illuminati or none of that

02:20:08.112  02  stupid shit.  I -- I -- I made some bad decisions and it's time

02:20:12.459  03  for me to pay the consequences. I just hope them women know, and

02:20:17.855  04  their family know, that it wasn't nothing personal. It wasn't

02:20:22.054  05  that the lady was being rude or that I was mad that she was

02:20:26.016  06  taking too long, because if she could've immediately served me I

02:20:28.910  07  still would've did the same thing.

02:20:30.526  08  RICHARDS:  You were going to shoot her no matter what.

02:20:31.660  09  COUNCIL:  Because that's the only way I knew that I could get

02:20:33.383  10  away with -- from the start -- the location and not have -- and

02:20:36.860  11  not have a -- please tell me, are those ladies dead?

02:20:46.648  12  RICHARDS:  They're hurt. They're hurt.

02:20:48.738  13  COUNCIL:  They're not dead?

02:20:49.892    14    RICHARDS: They're hurt. Okay.

02:20:52.067    15    COUNCIL: Are they dead?

02:20:55.510    16    RICHARDS: Brandon, you know, you just told me -- you told me the

02:20:58.434    17    story. Did you -- have you not heard -

02:21:00.337    18    COUNCIL: I asked you a question. You ask me any question you

02:21:02.502    19    want, and I'll answer that too. I want to know, are they dead?

02:21:05.645    20    RICHARDS: They are.

02:21:08.036    21    COUNCIL: And it's not even about the time. I can do the time.

02:21:09.805    22    They can keep --

02:21:10.696    23    RICHARDS: And you knew that.

02:21:11.434    24    COUNCIL: I did not know that. I -- I honestly -- the reason --

02:21:13.863    25    I didn't overkill them or nothing. I just had to make sure that

02:21:17.455 00049:01  they could not call authorities or -- and the fact that it's --

02:21:22.789    02    that I'm a piece of shit, man. I know that.

02:21:25.652    03    RICHARDS: So Brandon, but you -- the thing is, you go in there,

02:21:27.579    04    and you know you're going to shoot them --

02:21:30.495    05    COUNCIL: Yeah.

02:21:31.130    06    RICHARDS: -- and -- and you shoot the woman. You shoot the --

02:21:32.681    07    the first woman. How many times did you shoot her?

02:21:34.985    08    COUNCIL: Twice.

02:21:35.950    09    RICHARDS: Okay. So you shot her twice.

02:21:37.829    10    COUNCIL: I think I shot the other lady twice.

02:21:39.601    11    RICHARDS: Okay, but -- so why did you -- what made you decide

02:21:42.040    12    to shoot the second lady, though?

02:21:43.973    13    COUNCIL: Because she --

02:21:45.226    14    RICHARDS: She heard something or --

02:21:46.502    15    COUNCIL: No. No. She could call the police or press a button or

02:21:52.016    16    whatever, how the hell they would alert the situation. I don't

02:21:54.587    17    know, computers. I don't know. Whatever it is that they do. I

02:21:57.156  18  just seen her, after I shot this first lady, and I know that she

02:22:01.350  19  was going to call the police on me, so I had to do the same

02:22:04.655  20  thing, and her -- she was at her desk and she --

02:22:07.711  21  RICHARDS:  Where was she at her desk?

02:22:10.069  22  COUNCIL:  Huh?

02:22:10.682  23  RICHARDS:  Where was she at her desk?

02:22:12.225  24  COUNCIL:  Behind her desk. She was behind her desk.

02:22:14.856  25  RICHARDS:  Okay.

02:22:15.522  00050:01  COUNCIL:  And she -- she didn't beg for her life. She just --

02:22:18.340  02  you know, she - I -- I told her I was sorry, but -

02:22:21.717  03  RICHARDS: You said you were sorry?

02:22:22.780  04  COUNCIL: I -- I said, I'm sorry, and I shot her twice.

02:22:26.757  05  RICHARDS:  Okay. Did you shoot her -- did you - did you

02:22:28.747  06  specifically shoot her anywhere or --

02:22:31.253  07  COUNCIL:  I don't remember.

02:22:32.224  08  RICHARDS: You just fired that weapon?

02:22:34.076  09  COUNCIL: I know she - she she was under the desk. I shot at her

02:22:37.173  10  because I didn't want her to call the police on me, because I

02:22:39.592  11  didn't have a way to get away.

02:22:41.710  12  RICHARDS: Okay. So what did you do?

02:22:43.447  13  COUNCIL: I took her keys out of her pocketbook, and I took her

02:22:45.576  14  car.

02:22:46.637  15  RICHARDS: Where was her pocketbook?

02:22:48.761  16  COUNCIL: She was at her desk.

02:22:50.249  17  RICHARDS:  So -- so

02:22:50.948  18  COUNCIL:  Her pocketbook -- her drawer, at the bottom, was open.

02:22:53.612  19  That's how I saw her car keys.

02:22:55.490  20  RICHARDS:  Okay. So you heard -- you saw her car keys in the

02:22:59.269  21  open drawer when you were shooting her?

02:23:02.356    22  COUNCIL: No.

02:23:03.092    23  RICHARDS: Okay. Tell me -- tell me -- tell me the story. I

02:23:04.804    24  wasn't there.

02:23:05.412    25  COUNCIL: I don't want to give you any false leadings about the

02:23:06.990  00051:01  --

02:23:07.465    02  RICHARDS: No. Absolutely not.

02:23:08.216    03  COUNCIL: That -- that train of thought right there. All I know

02:23:10.726    04  is that after I shot the first lady, I ran into her office,

02:23:15.244    05  because I saw her or she screamed or whatever that --

02:23:18.521    06  RICHARDS: Yeah. Okay.

02:23:19.299    07  COUNCIL: I mean, it's -- I shot her, and I told her I was

02:23:21.184    08  sorry.

02:23:22.114    09  RICHARDS: Yep.

02:23:22.766    10  COUNCIL: That I had to get her keys, and I got her keys, and I

02:23:25.181    11  got away.

02:23:26.304    12  RICHARDS: Did she say anything to you?

02:23:31.283    13  COUNCIL: Mm-mm.

02:23:32.509    14  RICHARDS:   And how did you know -- how did you know -- so did

02:23:36.013    15  you take only one set of keys?

02:23:41.094    16  COUNCIL: I got the keys off the counter too.

02:23:43.129    17  RICHARDS: You took the keys off the counter when you -- when you

02:23:45.457    18  jumped the counter?

02:23:46.459    19  COUNCIL: Mmm.

02:23:47.035    20  RICHARDS: Okay. So you took two sets of keys?

02:23:50.153    21  COUNCIL: I took -- I took two sets of keys.

02:23:53.129    22  RICHARDS:  Okay. How did you find the car that you got away in?

02:23:56.247    23  COUNCIL:  It's a very, very, very small bank. There's only --

02:23:59.718    24  maybe five or six -- maybe -- no more than ten parking spaces,

02:24:04.045    25  and there was only two cars in the --

02:24:05.977 00052:01 RICHARDS: Oh, okay.

02:24:07.231 02 COUNCIL: Both of them were white, so --

02:24:09.348 03 RICHARDS: They were both white. And -- and do you know what

02:24:11.443 04 kind they were?

02:24:13.582 05 COUNCIL: Yeah. One is a Honda, the other was a Chrysler.

02:24:17.377 06 RICHARDS: Okay. And those keys -- what made you decide to take

02:24:22.204 07 the Chrysler, as opposed to the Honda?

02:24:24.371 08 COUNCIL: I don't know. It was the closest one.

02:24:25.811 09 RICHARDS: It was the closest one. And were you -- were you

02:24:27.691 10 physically -- were you -- were you clicking the -- the -- the

02:24:31.226 11 key fobs to open it or did you know that one was a Chrysler, one

02:24:35.316 12 was a Honda, and you just took the Chrysler?

02:24:38.028 13 COUNCIL: I took both keys, and when I got out there the first

02:24:40.478 14 one that I pressed, that the lights blinked, I got to it.

02:24:43.464 15 RICHARDS: Okay.

02:24:44.278 16 COUNCIL: And that was the Chrysler, which was the closet to the

02:24:45.609 17 door.

02:24:46.455 18 RICHARDS: Okay. And did you take anything else from them?

02:24:52.512 19 COUNCIL: Yes.

02:24:53.082 20 RICHARDS: What did you take?

02:24:55.058 21 COUNCIL: I took their wallets.

02:24:56.332 22 RICHARDS: Okay. And -- and -- and did you use --

02:24:59.880 23 COUNCIL: No. I didn't use any credit cards or -- no.

02:25:07.093 24 RICHARDS: And where are the wallets now?

02:25:10.210 25 COUNCIL: I have no idea.

02:25:11.721 00053:01 RICHARDS: Well, what did -- what did you do with them?

02:25:17.832 02 COUNCIL: Before I left South Carolina, in the lady's car, I

02:25:21.601 03 took it to the car wash, and I think I dumped all the contents

02:25:26.274 04 out at the car wash, in the trash can by the vacuum.

02:25:31.022  05  RICHARDS:  And whereabouts?

02:25:33.423  06  COUNCIL:  I don't know anything about South Carolina so --

02:25:36.216  07  RICHARDS:  All right. So when you came out of the bank, you made

02:25:37.918  08  a right-hand turn. I mean when you came out of the hotel. So --

02:25:42.390  09  we -- we're getting ahead of ourselves. So you leave the bank.

02:25:45.893  10  What do you do after you leave the bank, in the car?

02:25:52.746  11  COUNCIL:  After I leave the bank, I get in the car, I take off,

02:25:59.358  12  and I leave the county. I think I got two or three counties over

02:26:05.037  13  or north. I -- I left the city. I left Conway, North Carolina

02:26:08.234  14  [sic].

02:26:08.972  15  RICHARDS:  But you went back to the hotel.

02:26:12.640  16  COUNCIL:  Yeah, because I went and got my stuff.

02:26:14.585  17  RICHARDS:  Okay. So you left the bank, and you went back to the

02:26:16.382  18  hotel?

02:26:17.193  19  COUNCIL:  Yeah.

02:26:17.789  20  RICHARDS:  Okay.

02:26:18.499  21  COUNCIL:  Then I left Conway.

02:26:22.851  22  RICHARDS:  Okay.  Now, where did you -- you went two or three

02:26:28.043  23  counties away before you dumped the wallets?

02:26:31.899  24  COUNCIL:  That's correct.

02:26:37.326  25  RICHARDS:  In South Carolina?

02:26:39.622  00054:01  COUNCIL:  Yes. Not sure what city. It might have been Marion or

02:26:42.437  02  one other of them little cities right there, before you get to

02:26:44.726  03  North Carolina.

02:26:45.899  04  RICHARDS:  Do you know what -- do you know what road you were

02:26:47.745  05  on?

02:26:48.522  06  COUNCIL:  I actually got lost before I got back to North

02:26:49.996  07  Carolina, so I'm not exactly sure. I had to -- I had to stop and

02:26:57.892  08  -- because it was raining like --(inaudible)-- that day. I had

46

| | | |
|---|---|---|
| 02:27:00.738 | 09 | to stop one time, and I drove on 501 the wrong way. I was going |
| 02:27:07.705 | 10 | south. I was trying to go north, is what I mean when I say the |
| 02:27:10.172 | 11 | wrong way. |
| 02:27:12.256 | 12 | RICHARDS: Okay. But you were on 501; you remember that? |
| 02:27:14.841 | 13 | COUNCIL: If I'm not mistaken. Yes. |
| 02:27:16.248 | 14 | RICHARDS: Okay. How about 701? |
| 02:27:18.161 | 15 | COUNCIL: It might have been. I don't -- |
| 02:27:19.351 | 16 | RICHARDS: You don't know whether it -- |
| 02:27:20.114 | 17 | COUNCIL: They both run north and south so -- |
| 02:27:21.622 | 18 | RICHARDS: That's right. |
| 02:27:22.824 | 19 | COUNCIL: -- I do know that it was one of those. I -- |
| 02:27:24.721 | 20 | RICHARDS: And it was -- do you know -- |
| 02:27:26.675 | 21 | COUNCIL: -- can't swear to it, that -- |
| 02:27:27.314 | 22 | RICHARDS: -- know -- |
| 02:27:27.947 | 23 | COUNCIL: -- it's 501, but I do know it was one of them. |
| 02:27:28.700 | 24 | RICHARDS: Do you know what car wash it was? Any idea the name |
| 02:27:30.837 | 25 | of it? |
| 02:27:32.057 | 00055:01 | COUNCIL: That's the first time I've ever seen it in my life. |
| 02:27:33.332 | 02 | RICHARDS: How far away? Do you know how far away it was? |
| 02:27:36.316 | 03 | COUNCIL: Oh, when I got lost -- I want to tell you that -- |
| 02:27:41.434 | 04 | maybe 25, 30 minutes out of -- outside of Conway. |
| 02:27:45.159 | 05 | RICHARDS: Twenty-five to 30 minutes -- |
| 02:27:46.820 | 06 | COUNCIL: Yeah. |
| 02:27:48.599 | 07 | RICHARDS: -- from Conway. And you got rid of the wallets? |
| 02:27:52.021 | 08 | COUNCIL: I -- I got rid of it. Yeah. |
| 02:27:54.329 | 09 | RICHARDS: And did -- where is the gun? |
| 02:27:56.406 | 10 | COUNCIL: The gun is in the car. |
| 02:27:58.308 | 11 | RICHARDS: And -- and -- you have the Mercedes? |
| 02:28:00.333 | 12 | COUNCIL: Mmm-hmm. |

47

02:28:01.031    13    RICHARDS:  Okay.

02:28:06.105    14    COUNCIL:  And the rest of the money.

02:28:07.451    15    RICHARDS:  Say that again.

02:28:08.066    16    COUNCIL:  And the rest of the money.

02:28:09.352    17    RICHARDS:  Okay. Do you have any idea -- do you have any idea

02:28:19.709    18    how much money you got in the robbery?

02:28:25.900    19    COUNCIL:  I would say -- I heard a guy say $15,000.

02:28:28.888    20    RICHARDS:  You heard what guy?

02:28:30.233    21    COUNCIL:  Oh, man. I been hearing him talk about me all day,

02:28:32.348    22    since I've been here.

02:28:33.241    23    RICHARDS:  Out here?

02:28:33.915    24    COUNCIL:  Mmm-hmm.

02:28:34.462    25    RICHARDS:  Okay.

02:28:36.451    00056:01    COUNCIL:  Mmm.

02:28:41.745    02    RICHARDS:  Okay. And -- and when -- when did you -- when did you

02:28:44.382    03    buy the Mercedes?

02:28:46.548    04    COUNCIL:  Yesterday.

02:28:52.372    05    RICHARDS:  Okay. Where is -- where is the white car?

02:28:56.207    06    COUNCIL:  The Chrysler?

02:28:57.430    07    RICHARDS:  Yeah, where is the Chrysler?

02:28:58.514    08    COUNCIL:  Economy Lodge.

02:28:59.644    09    RICHARDS:  Where?

02:29:00.430    10    COUNCIL:  In Greenville.

02:29:02.029    11    RICHARDS:  Okay.

02:29:05.004    12    COATS:  Which one? Where at?

02:29:06.452    13    COUNCIL:  I only know of one.

02:29:08.031    14    COATS:  Do you remember --

02:29:09.205    15    COUNCIL:  Off of Stantonsburg Road.

02:29:10.999    16    COATS:  Oh, right by the hospital?

48

02:29:11.959   17   COUNCIL:  Mmm-hmm.

02:29:12.599   18   RICHARDS:  Statesboro Road?

02:29:13.429   19   COUNCIL:  Stantonsburg.

02:29:14.319   20   COATS:  Stantonsburg.

02:29:18.854   21   RICHARDS:  Okay. And when did you leave it there?

02:29:23.025   22   COUNCIL:  The day that I got there.

02:29:24.383   23   RICHARDS:  The day of the -- is that the same day as the

02:29:25.422   24   robbery?

02:29:29.229   25   COUNCIL:  Excuse me. Hold on one second. Let me think. Give me a

02:29:31.870 00057:01   second. Same day as the robbery. Where did I stay that night.

02:29:45.102   02   Damn, this shit is crazy.

02:29:48.897   03   RICHARDS:  So the robbery was Monday.

02:29:50.233   04   COUNCIL:  Right.

02:29:50.823   05   RICHARDS:  And today is Wednesday.

02:29:51.875   06   COUNCIL:  That's correct. I bought the car yesterday.

02:29:54.495   07   RICHARDS:  You bought the car yesterday.

02:29:58.959   08   COUNCIL:  You know, the brain fart. It's just a brain fart. I'm

02:30:00.740   09   not trying to mislead you or any --

02:30:02.765   10   RICHARDS:  No. It's okay. No.

02:30:03.363   11   COUNCIL:  It's just --

02:30:03.949   12   RICHARDS:  I know that. I know that, Brandon.

02:30:04.923   13   COUNCIL:  Uhh.

02:30:05.590   14   RICHARDS:  I know that, Brandon.

02:30:11.868   15   COUNCIL:  But the car is there. Back to your other question.

02:30:13.386   16   RICHARDS:  Okay.  So -- so you come -- so from the bank you --

02:30:16.447   17   you drive 25-30 minutes, you pull over -- you --

02:30:19.476   18   COUNCIL:  Because of the rain, yeah.

02:30:20.413   19   RICHARDS:  Because of the rain.

02:30:20.991   20   COUNCIL:  Yeah.

49

| | | |
|---|---|---|
| 02:30:21.668 | 21 | RICHARDS: At a car wash, you get rid of the wallets. |
| 02:30:23.675 | 22 | COUNCIL: Mmm-hmm. |
| 02:30:24.839 | 23 | RICHARDS: Right? You never use them. |
| 02:30:27.623 | 24 | COUNCIL: Well, people were pulling over there, because it was |
| 02:30:29.964 | | 25 -- the rain was -- |
| 02:30:30.733 | 00058:01 | RICHARDS: It was raining that bad? |
| 02:30:32.788 | 02 | COUNCIL: Yeah. |
| 02:30:33.510 | 03 | RICHARDS: Okay. So you pulled over. You never ever used the |
| 02:30:34.356 | | 04 credit cards or any of that. |
| 02:30:35.551 | 05 | COUNCIL: No. |
| 02:30:36.311 | 06 | RICHARDS: Okay. You threw the wallets away. Did you throw |
| 02:30:37.615 | | 07 anything else away? |
| 02:30:39.248 | 08 | COUNCIL: The things that the credit cards were in, yeah. |
| 02:30:41.426 | 09 | RICHARDS: Yeah. |
| 02:30:41.903 | 10 | COUNCIL: The wallets. |
| 02:30:42.449 | 11 | RICHARDS: But -- you -- |
| 02:30:43.167 | 12 | COUNCIL: That's it. |
| 02:30:43.653 | 13 | RICHARDS: -- threw the wallets. Okay. |
| 02:30:44.362 | 14 | COUNCIL: Yeah. That's basically -- that's it. |
| 02:30:45.779 | 15 | RICHARDS: Then you keep going and you go straight to the Econo |
| 02:30:47.134 | | 16 Lodge? Do you pick anybody up? |
| 02:30:52.318 | 17 | COUNCIL: Yeah. That's how I met Jalen. |
| 02:31:00.021 | 18 | RICHARDS: So you're on your way back to South Carolina. What do |
| 02:31:01.725 | | 19 you do? Excuse me, North Carolina. |
| 02:31:08.012 | 20 | COUNCIL: I'm on my way back to North Carolina, what do I do? |
| 02:31:11.857 | 21 | RICHARDS: Yeah. You're on your way back to North Carolina. |
| 02:31:13.348 | | 22 You're in this car -- |
| 02:31:14.088 | 23 | COUNCIL: (Inaudible)-- yeah. |
| 02:31:14.509 | 24 | RICHARDS: -- from South Carolina. |

50

02:31:15.270  25  COUNCIL: That's right.

02:31:16.281  00059:01  RICHARDS: Do you have a phone?

02:31:17.871  02  COUNCIL: No.

02:31:18.680  03  RICHARDS: No phone. So you're not calling anybody.

02:31:20.604  04  COUNCIL: No.

02:31:21.211  05  RICHARDS: Okay.

02:31:21.758  06  COUNCIL: You can check my phone. You know, I --(inaudible).

02:31:25.999  07  RICHARDS: Okay. Did you bring a phone into the bank with you?

02:31:30.351  08  COUNCIL: No.

02:31:30.847  09  RICHARDS: Okay.

02:31:31.375  10  COUNCIL: I'm absolutely certain of that.

02:31:32.395  11  RICHARDS: Okay. So you -- you're --you're driving home. You got

02:31:34.950  12  no phone. You're in the car. Where do you go?

02:31:42.034  13  COUNCIL: Okay. When I get in the -- give me a second. Let me

02:31:46.686  14  think. I'm in the Chrysler -- okay. Okay. I stayed at The Heart

02:31:58.398  15  of Wilson that night.

02:31:59.731  16  RICHARDS: The what?

02:32:00.288  17  COUNCIL: The Heart of Wilson.

02:32:01.594  18  RICHARDS: Heart of Wilson Inn?

02:32:03.295  19  COUNCIL: Mmm-hmm.

02:32:07.782  20  RICHARDS: So you go right from the bank -- bank robbery to The

02:32:10.685  21  Heart of Wilson Inn.

02:32:12.094  22  COUNCIL: I stayed there one night.

02:32:13.445  23  RICHARDS: Where is that?

02:32:14.555  24  COUNCIL: I didn't even stay the night, to tell you the truth. I

02:32:16.074  25  got the room --

02:32:17.460  00060:01  RICHARDS: What room was it?

02:32:19.537  02  COUNCIL: 131.

02:32:21.054  03  RICHARDS: Number 131. Where is The Heart of Wilson Inn?

| | | |
|---|---|---|
| 02:32:24.778 | 04 | COUNCIL: Wilson, North Carolina, about 30 minutes west of |
| 02:32:29.955 | 05 | Greenville. |
| 02:32:31.228 | 06 | RICHARDS: And you drove straight there? |
| 02:32:34.133 | 07 | COUNCIL: I believe so. |
| 02:32:35.359 | 08 | RICHARDS: What time did you get there? Any idea? Night time? |
| 02:32:37.453 | 09 | COUNCIL: I -- I -- let me say this, I'm misleading you, |
| 02:32:40.319 | 10 | unintentionally, because it's -- it's a whole lot to put |
| 02:32:42.812 | 11 | together. |
| 02:32:43.436 | 12 | RICHARDS: Yeah. Absolutely. |
| 02:32:47.166 | 13 | COUNCIL: I drove around in Wilson before I did anything. I seen |
| 02:32:50.767 | 14 | an old girlfriend, and she got the -- I wanted her to get the |
| 02:32:54.410 | 15 | room for me. She couldn't get it because she didn't have -- |
| 02:32:57.165 | 16 | RICHARDS: Who? What was her name? |
| 02:32:58.196 | 17 | COUNCIL: Her name is Liddy. |
| 02:32:59.181 | 18 | RICHARDS: What is it? |
| 02:32:59.715 | 19 | COUNCIL: Liddy. |
| 02:33:00.373 | 20 | RICHARDS: Liddy? |
| 02:33:00.942 | 21 | COUNCIL: Mmm-hmm. |
| 02:33:02.552 | 22 | RICHARDS: Do you remember -- |
| 02:33:03.079 | 23 | COUNCIL: L-I-D-D-Y. |
| 02:33:05.930 | 24 | RICHARDS: L-I-D-D-Y. |
| 02:33:07.553 | 25 | COUNCIL: D-D-Y. |
| 02:33:07.996 00061:01 | | RICHARDS: Liddy. |
| 02:33:08.594 | 02 | COUNCIL: Mmm-hmm. |
| 02:33:09.149 | 03 | RICHARDS: Do you know her last name? |
| 02:33:09.777 | 04 | COUNCIL: Yeah. |
| 02:33:10.341 | 05 | RICHARDS: What is it? |
| 02:33:10.931 | 06 | COUNCIL: Barnes. |
| 02:33:11.772 | 07 | RICHARDS: Barnes. Black female? |

52

02:33:13.867   08   COUNCIL:  Yes.

02:33:15.629   09   RICHARDS:  How old is she?

02:33:16.904   10   COUNCIL:  She's a little older than me.  She might be about 36,

02:33:19.054   11   37. She's a known hooker, prostitute, in Wilson, so...

02:33:26.981   12   RICHARDS:  Where does she live?

02:33:28.092   13   COUNCIL:  Everywhere.

02:33:29.512   14   RICHARDS:  So where -- how did you find her?

02:33:30.704   15   COUNCIL:  I bumped into her. I told you I was riding around.

02:33:32.182   16   RICHARDS:  Yeah.

02:33:34.089   17   COUNCIL:  I seen her on the street, and I asked her, could she

02:33:36.666   18   get us a room, and she said she didn't have no ID, so she asked

02:33:40.565   19   a guy, one of her neighbors. One of the young guys. She was,

02:33:43.161   20   like, you give him $10, he'll get the room for us. Went in the

02:33:46.332   21   room with her, we had sex, and I took her back to the same

02:33:51.454   22   neighborhood where I found her at. Came back to the room. I want

02:33:57.575   23   to say I watched --

02:33:59.569   24   RICHARDS:  In the -- in the car?

02:34:01.107   25   COUNCIL:  Say that again.

02:34:01.750 00062:01   RICHARDS:  In the white Chrysler?  Okay.

02:34:03.296   02   COUNCIL:  Yeah.

02:34:03.921   03   RICHARDS:  Yep.

02:34:07.532   04   COUNCIL:  I took her, dropped her off, went and came back to the

02:34:10.562   05   room. Stayed in and watched maybe two episodes of Big Bang

02:34:15.701   06   Theory and Modern Guy -- Modern Family, something like that, but

02:34:19.538   07   I didn't stay the night is what I'm saying.

02:34:21.166   08   RICHARDS:  Yep.

02:34:22.431   09   COUNCIL:  Okay. And I got the Economy -- that's when I came out

02:34:29.930   10   here.

02:34:30.886   11   RICHARDS:  So that's -- that -- so Monday -- so Monday night --

02:34:34.629    12  COUNCIL:  Yeah.

02:34:35.233    13  RICHARDS:  -- you went --

02:34:35.931    14  COUNCIL:  I got it.

02:34:36.457    15  RICHARDS:  You got the Econo Lodge --

02:34:37.298    16  COUNCIL:  That's correct.

02:34:37.784    17  RICHARDS:  -- in Greenville.

02:34:38.278    18  COUNCIL:  That's correct.

02:34:47.114    19  RICHARDS:  Okay. And -- and how did you get that room?

02:34:49.378    20  COUNCIL:  With my own ID.

02:34:50.795    21  RICHARDS:  You show an ID there?

02:34:52.361    22  COUNCIL:  No, no, no. The guy -- remember I told you -- just

02:34:54.606    23  told you the -- Liddy, she got one of her neighbors, the guy

02:34:57.558    24  that lived across the street.

02:34:58.615    25  RICHARDS:  Yeah.

02:34:59.233  00063:01  COUNCIL:  Well, and I guess she lived there, man. I don't know

02:35:00.916    02  --

02:35:01.428    03  RICHARDS:  But he got the -- he got the room for you at The

02:35:03.285    04  Heart of Wilson Inn.

02:35:04.405    05  COUNCIL:  That's correct.

02:35:05.084    06  RICHARDS:  And then --

02:35:08.149    07  COUNCIL:  I dropped them off --

02:35:09.387    08  RICHARDS:  Yeah.

02:35:09.913    09  COUNCIL:  -- come back, watched two or three episodes of

02:35:12.362    10  sitcoms.

02:35:12.966    11  RICHARDS:  Yeah.

02:35:13.493    12  COUNCIL:  Modern Family and then, Big Bang Theory.

02:35:16.862    13  RICHARDS:  Yep.

02:35:17.397    14  COUNCIL:  And I leave.

02:35:18.855    15  RICHARDS:  Yep.

54

02:35:19.351   16   COUNCIL:  I come down here to Greenville.

02:35:20.138   17   RICHARDS:  Yep.

02:35:20.815   18   COUNCIL:  I check into the Economy Lodge.

02:35:23.888   19   RICHARDS:  How did you check in?

02:35:24.723   20   COUNCIL:  With my ID.

02:35:25.696   21   RICHARDS:  Okay. You checked in with your own ID.

02:35:26.992   22   COUNCIL:  That's correct.

02:35:32.498   23   RICHARDS:  Okay.

02:35:34.484   24   COUNCIL:  I pretty much stayed in the room that night.

02:35:36.885   25   RICHARDS:  You alone?

02:35:37.726  00064:01  COUNCIL:  Yep. And I met Jalen yesterday at the BPL Plasma

02:35:44.256   02   Center.

02:35:47.039   03   RICHARDS:  You met Jae at the plasma center?

02:35:48.923   04   COUNCIL:  Mmm.

02:35:49.897   05   RICHARDS:  Do you know his last name?

02:35:51.559   06   COUNCIL:  I just met him yesterday.

02:35:52.601   07   RICHARDS:  Okay.

02:35:55.386   08   COUNCIL:  That's the guy that --

02:35:56.699   09   RICHARDS:  Yeah.

02:35:57.279   10   COUNCIL:  -- put the car in his name for me. I paid him to put

02:35:58.462   11   the car in his name for me.

02:36:00.990   12   RICHARDS:  You paid him to put the car in the name?

02:36:02.651   13   COUNCIL:  Mmm-hmm. Because I tried to buy the car cash, and they

02:36:05.963   14   wouldn't --

02:36:06.122   15   RICHARDS:  Hang on. Hang on. Is he -- what time did you get to

02:36:13.198   16   the plasma center?

02:36:14.362   17   COUNCIL:  8:00.

02:36:15.184   18   RICHARDS:  8:00am?

02:36:15.891   19   COUNCIL:  Before 8:00, probably 10.

55

| 02:36:17.136 | 20 | RICHARDS: Is that on Tuesday? |
| 02:36:17.836 | 21 | COUNCIL: I rode a bus -- |
| 02:36:18.466 | 22 | RICHARDS: That's yesterday. |
| 02:36:19.030 | 23 | COUNCIL: I rode the bus, right. I didn't drive there. I rode |
| 02:36:21.167 | 24 | the bus. I called the transits. |
| 02:36:28.045 | 25 | RICHARDS: You rode the bus -- bus to the plasma center? |
| 02:36:30.221 | 00065:01 | COUNCIL: Mmm-hmm. Yeah. |
| 02:36:31.478 | 02 | RICHARDS: Where is it? |
| 02:36:34.281 | 03 | COUNCIL: I want to say it's either 10th or 14th Street, one of |
| 02:36:36.833 | 04 | the two. I'm not familiar with the -- |
| 02:36:38.284 | 05 | RICHARDS: In Greenville? |
| 02:36:38.899 | 06 | COUNCIL: Yes. |
| 02:36:42.484 | 07 | RICHARDS: And did you give -- and did you give plasma? |
| 02:36:45.280 | 08 | COUNCIL: No. No. |
| 02:36:46.397 | 09 | RICHARDS: Okay. |
| 02:36:47.285 | 10 | COUNCIL: I was over there waiting for the car lot to open. The |
| 02:36:50.181 | 11 | car lot wasn't open when I got to the -- |
| 02:36:51.750 | 12 | RICHARDS: Is the car lot across the street? |
| 02:36:52.985 | 13 | COUNCIL: Yes. |
| 02:36:53.510 | 14 | RICHARDS: Okay. |
| 02:36:54.281 | 15 | COUNCIL: Directly across the street. A lot of people, you know, |
| 02:37:00.188 | 16 | urban people who hang out around there. You know, it's a place |
| 02:37:03.061 | 17 | that -- |
| 02:37:03.781 | 18 | RICHARDS: Okay. And you met -- but you met Jae at the -- at |
| 02:37:05.341 | 19 | the plasma center. |
| 02:37:06.191 | 20 | COUNCIL: Right. He was just coming in with his brother. I |
| 02:37:08.975 | 21 | actually offered his brother the job. His brother was reluctant |
| 02:37:12.644 | 22 | to accept, so -- |
| 02:37:15.114 | 23 | RICHARDS: How much did you pay him to register the car? |

56

02:37:17.494   24   COUNCIL:  A hundred dollars.

02:37:22.892   25   RICHARDS:  How much did you -- how much did the car cost you?

02:37:25.363   00066:01   COUNCIL:  Thirty-four.

02:37:26.203   02   RICHARDS:  Hundred?

02:37:26.686   03   COUNCIL:  Mmm-hmm.

02:37:29.898   04   RICHARDS:  What is it?

02:37:30.728   05   COUNCIL:  1996 Mercedes 300E.

02:37:38.759   06   RICHARDS:  Did you -- did you -- so you paid cash?

02:37:41.197   07   COUNCIL:  Yes.

02:37:42.047   08   RICHARDS:  Okay. And -- and so Jae did all the paperwork at

02:37:44.897   09   the place for you?

02:37:45.766   10   COUNCIL:  Yes. Yes.

02:37:46.806   11   RICHARDS:  Okay.

02:37:48.346   12   COUNCIL:  And he became my driver.

02:37:49.682   13   RICHARDS:  He became your driver?

02:37:51.609   14   COUNCIL:  Right. For the day anyway. Okay. So me and Jae get up,

02:37:59.037   15   we go -- after we get the car situated --

02:38:01.275   16   RICHARDS:  He -- he -- he went back to the hotel with you?

02:38:03.899   17   COUNCIL:  After we got the car situated --

02:38:05.083   18   RICHARDS:  Yeah.

02:38:05.598   19   COUNCIL:  Yeah.  We did a lot of -- a lot of traveling yesterday

02:38:07.950   20   trying to get the insurance on the car. We went to two insurance

02:38:12.619   21   companies.

02:38:13.831   22   RICHARDS:  Where did you go to get the insurance?

02:38:14.595   23   COUNCIL:  Cade Insurance.

02:38:15.371   24   RICHARDS:  Say that --

02:38:16.109   25   COUNCIL:  Cade, C-A-D-E.

02:38:18.327   00067:01   RICHARDS:  C-A-D-E?

02:38:19.745   02   COUNCIL:  Yeah.

| | | |
|---|---|---|
| 02:38:20.242 | 03 | RICHARDS: Where was that? |
| 02:38:21.416 | 04 | COUNCIL: It's in Greenville. I don't even know. It's in |
| 02:38:23.280 | 05 | Greenville. |
| 02:38:25.799 | 06 | RICHARDS: Did -- and did he go inside to do it all? |
| 02:38:27.125 | 07 | COUNCIL: We both went inside. |
| 02:38:28.512 | 08 | RICHARDS: Both -- |
| 02:38:29.100 | 09 | COUNCIL: Actually, he was -- his last insurance had elapsed. He |
| 02:38:34.022 | 10 | had canceled it, so we put -- I paid that to get that |
| 02:38:38.626 | 11 | reinstated. We thought we as adding that insurance -- we thought |
| 02:38:41.918 | 12 | we was adding the Mercedes to his insurance, but actually we |
| 02:38:44.894 | 13 | weren't. All we did was paid off his previous balance. |
| 02:38:48.773 | 14 | RICHARDS: Okay. And did he know that you had committed a bank |
| 02:38:57.801 | 15 | robbery? |
| 02:38:58.541 | 16 | COUNCIL: He has no idea about any crime. |
| 02:39:01.197 | 17 | RICHARDS: Where did he think you got all that money? |
| 02:39:02.824 | 18 | COUNCIL: He has no idea. I just told him that I didn't have a |
| 02:39:06.227 | 19 | license. That I was trying to buy a car for cash, and he was |
| 02:39:09.263 | 20 | like: For real, bro? I was, like, yeah. I was like, the man |
| 02:39:11.154 | 21 | won't sell me the car because I don't have a drivers license. |
| 02:39:14.859 | 22 | And I was, like, I thought you could buy a car with cash with no |
| 02:39:16.874 | 23 | drivers license, and drive off, but I -- he said -- I -- like, I |
| 02:39:21.351 | 24 | -- he explained it to me. He was, like, something about being a |
| 02:39:23.343 | 25 | private owner -- when you sell to a private owner, they might |
| 02:39:26.581 | 00068:01 | let you do it but a car lot won't. |
| 02:39:28.353 | 02 | RICHARDS: Yeah. |
| 02:39:29.011 | 03 | COUNCIL: So with that being said, I hadn't purchased the car at |
| 02:39:31.020 | 04 | the time, because he wasn't going to allow me to drive off |
| 02:39:33.653 | 05 | without insurance and everything. |
| 02:39:36.537 | 06 | RICHARDS: Oh, the guy at the car lot. |

58

| 02:39:37.724 | 07 | COUNCIL: That's correct. |
| 02:39:38.432 | 08 | RICHARDS: Right. |
| 02:39:39.073 | 09 | COUNCIL: Even though the car was paid for. |
| 02:39:40.640 | 10 | RICHARDS: Right. So you had to go -- did you go to the car lot |
| 02:39:43.404 | 11 | first? |
| 02:39:43.909 | 12 | COUNCIL: Because, you know, you got tags. You know, you got to |
| 02:39:44.589 | 13 | put tags on the car -- |
| 02:39:45.729 | 14 | RICHARDS: Yeah. |
| 02:39:47.186 | 15 | COUNCIL: -- and everything. |
| 02:39:48.309 | 16 | RICHARDS: Did you go to the car lot first? |
| 02:39:49.282 | 17 | COUNCIL: After we left BPL? |
| 02:39:50.324 | 18 | RICHARDS: Well -- |
| 02:39:51.032 | 19 | COUNCIL: I met him at BPL. |
| 02:39:52.440 | 20 | RICHARDS: The plasma center, right. |
| 02:39:53.585 | 21 | COUNCIL: I explained my situation to his brother. His brother |
| 02:39:56.218 | 22 | was, you know, reluctant to accept the offer, so after his |
| 02:40:00.167 | 23 | brother went in the BPL station, we elaborated on the situation |
| 02:40:03.652 | 24 | a little further. I told him he wasn't doing anything illegal. I |
| 02:40:06.486 | 25 | told him it was not like we were committing a crime. So that |
| 02:40:09.876 | 00069:01 | pretty much sealed the fact. He went and jumped on it. He's |
| 02:40:12.389 | 02 | young. He's -- |
| 02:40:13.267 | 03 | RICHARDS: Yeah. |
| 02:40:13.938 | 04 | COUNCIL: -- nothing but 18. He -- |
| 02:40:14.847 | 05 | RICHARDS: Yep. So from -- so from the plasma place you went to |
| 02:40:18.267 | 06 | the car lot? |
| 02:40:19.433 | 07 | COUNCIL: Yeah. It's right across the street. |
| 02:40:20.520 | 08 | RICHARDS: Okay. |
| 02:40:21.042 | 09 | COUNCIL: We walked over there. |
| 02:40:21.630 | 10 | RICHARDS: And you -- and you -- |

59

JA6480

02:40:23.917    11    COUNCIL:  We conducted the business.

02:40:24.963    12    RICHARDS:  Yeah.

02:40:25.914    13    COUNCIL:  And we got all the way to the point of the paperwork

02:40:28.475    14    and everything was fine, until we got to the insurance issues,

02:40:32.385    15    and the tag, putting the tags on the car. So he took us -- as a

02:40:36.938    16    matter of fact, the guy at the lot took me to go pick the money

02:40:39.142    17    up.

02:40:43.770    18    RICHARDS:  Where did you go?

02:40:44.710    19    COUNCIL:  Economy Lodge.

02:40:52.186    20    RICHARDS:  Do you remember the guy's name?

02:40:52.933    21    COUNCIL:  Bill Tripp.

02:40:53.886    22    RICHARDS:  Bill Tripp?

02:40:54.726    23    COUNCIL:  Yeah. He's a sales manager at Pirate Auto Sales.

02:41:00.427    24    RICHARDS:  Pirate Auto Sales?

02:41:01.512    25    COUNCIL:  Mmm-hmm.

02:41:07.657 00070:01    RICHARDS:  Okay.  And do you remember what kind of car you went

02:41:11.595    02    over to your hotel in? What kind of car he was driving?

02:41:15.362    03    COUNCIL:  Yeah, we drove the Mercedes, yeah. He --

02:41:16.900    04    RICHARDS:  Oh --

02:41:17.396    05    COUNCIL:  -- put a dealer's tag on it. Yeah.

02:41:18.087    06    RICHARDS:  Okay.

02:41:18.733    07    COUNCIL:  Yeah. He put dealer's tags on it for us.

02:41:22.862    08    RICHARDS:  Okay.  So once you got the money for the car, how did

02:41:26.537    09    you get the insurance?

02:41:28.309    10    COUNCIL:  We go back -- we go -- we leave the Economy Lodge. Me,

02:41:30.789    11    Jalen, and Bill.

02:41:31.833    12    RICHARDS:  Yeah.

02:41:32.380    13    COUNCIL:  We leave the Economy Lodge. We go back to his office,

02:41:35.193    14    and we call the people. He called the insurance people. They

60

| | | |
|---|---|---|
| 02:41:38.983 | 15 | were busy, so we had to actually go there. So he gave us this |
| 02:41:42.414 | 16 | ticket that says, you know -- basically giving you permission to |
| 02:41:46.110 | 17 | drive the car under the dealer's insurance for purposes -- |
| 02:41:48.650 | 18 | RICHARDS: Yeah. |
| 02:41:51.160 | 19 | COUNCIL: -- relating to getting the car sold. Okay. |
| 02:41:53.472 | 20 | RICHARDS: Did you -- did you drive or did Jae? |
| 02:41:55.189 | 21 | COUNCIL: No. Jae was driving. |
| 02:41:56.183 | 22 | RICHARDS: Jae drove to the -- you -- you and Jae drove to the |
| 02:41:58.992 | 23 | insurance company? |
| 02:41:59.665 | 24 | COUNCIL: He drove to the insurance company. |
| 02:42:00.405 | 25 | RICHARDS: Yeah. Yeah. Yeah. |
| 02:42:01.435 | 00071:01 | COUNCIL: Not us. |
| 02:42:02.451 | 02 | RICHARDS: Okay. |
| 02:42:03.131 | 03 | COUNCIL: I was with him though. |
| 02:42:03.888 | 04 | RICHARDS: Yeah. Okay. And you got the insurance? |
| 02:42:10.773 | 05 | COUNCIL: Yes. |
| 02:42:12.007 | 06 | RICHARDS: And you returned? |
| 02:42:14.094 | 07 | COUNCIL: So we returned, he placed the 30-day tags on it. |
| 02:42:21.996 | 08 | RICHARDS: Okay. And where did you stay last night? |
| 02:42:27.034 | 09 | COUNCIL: Where did I stay last night? |
| 02:42:28.296 | 10 | RICHARDS: Yeah. Yeah. |
| 02:42:29.044 | 11 | COUNCIL: I stayed at the Economy. |
| 02:42:29.967 | 12 | RICHARDS: You stayed at the Economy Lodge that night? |
| 02:42:30.819 | 13 | COUNCIL: Right. |
| 02:42:31.436 | 14 | RICHARDS: Okay. |
| 02:42:32.064 | 15 | COUNCIL: With me and Shamyra. |
| 02:42:33.511 | 16 | RICHARDS: And where did Shamyra come in? |
| 02:42:36.286 | 17 | COUNCIL: Shamyra is Jalen's girlfriend's best friend. During |
| 02:42:40.748 | 18 | our -- after we got the car, and settled in and everything, we |

61

| 02:42:44.798 | 19 | went back to the Economy Lodge, and two guys in a room is not |
| 02:42:47.936 | 20 | cool. So of course, we trying to get some women involved, and he |
| 02:42:52.008 | 21 | called his girlfriend, and she was at work at Wendy's. She's |
| 02:42:56.210 | 22 | like -- she knows somebody. They got a friend for you. I was, |
| 02:42:59.138 | 23 | like, well, okay. Bit. So we wait until his girlfriend gets off |
| 02:43:03.460 | 24 | work, a little after nine last night, and we drive somewhere in |
| 02:43:08.474 | 25 | Greenville, to a small apartment complex, and we pick up |
| 02:43:12.714 | 00072:01 | Shamyra. Yeah, I've only known her less than 24-hours. And she |
| 02:43:18.752 | 02 | agrees to join us at the hotel room. Me, Jalen, his girlfriend |
| 02:43:23.001 | 03 | and --(inaudible). So we get in there, drinking, and -- |
| 02:43:26.909 | 04 | RICHARDS: What are you drinking? |
| 02:43:27.877 | 05 | COUNCIL: -- playing cards. Hennessy. |
| 02:43:31.125 | 06 | RICHARDS: And doing any drugs? |
| 02:43:32.769 | 07 | COUNCIL: Marijuana. |
| 02:43:34.019 | 08 | RICHARDS: Smoked some -- smoked a little dope? Smoked a little |
| 02:43:36.472 | 09 | marijuana? |
| 02:43:37.116 | 10 | COUNCIL: Oh, yeah. |
| 02:43:37.613 | 11 | RICHARDS: Yeah. |
| 02:43:38.139 | 12 | COUNCIL: Marijuana. |
| 02:43:41.674 | 13 | RICHARDS: Okay. |
| 02:43:45.865 | 14 | COUNCIL: I say, close to two maybe one or two -- I'm trying to |
| 02:43:49.587 | 15 | get everybody to leave, so I can score, so I kick everybody else |
| 02:43:53.584 | 16 | out. Jalen goes with his brother. |
| 02:43:57.524 | 17 | RICHARDS: His brother came over? |
| 02:43:58.483 | 18 | COUNCIL: Mmm-hmm. |
| 02:43:59.334 | 19 | RICHARDS: Okay. Is -- is the girlfriend there? |
| 02:44:04.498 | 20 | COUNCIL: Shamyra's girlfriend? |
| 02:44:05.491 | 21 | RICHARDS: Yeah. Yes. |
| 02:44:06.495 | 22 | COUNCIL: Yeah, she's there. |

02:44:08.032    23    RICHARDS: Okay. What's his brother's name?

02:44:11.050    24    COUNCIL: Brandon.

02:44:16.261    25    RICHARDS: Okay. So that makes five of you.

02:44:19.549    00073:01    COUNCIL: That's it, at this time, yeah.

02:44:21.290    02    RICHARDS: All right. That doesn't -- that doesn't work, does

02:44:23.583    03    it?

02:44:24.339    04    COUNCIL: Oh, yeah. I told you I kicked everybody out so I could

02:44:26.023    05    score. Exactly.

02:44:27.721    06    RICHARDS: Okay. Okay. So what happened?

02:44:29.182    07    COUNCIL: I kicked everybody else out so I could score.

02:44:31.396    08    RICHARDS: So it's just you and Shamyra?

02:44:32.574    09    COUNCIL: That's right. We spent the night together.

02:44:34.196    10    RICHARDS: Okay.

02:44:34.843    11    COUNCIL: We left this morning before check out. We left about

02:44:39.279    12    nine something. No. We was close to ten. I -- check the -- it

02:44:43.595    13    was close to ten. We get up with Jalen again today. Matter of

02:44:51.386    14    fact, we go to his girlfriend's house, and he meets us over

02:44:54.271    15    there. He got dropped off this morning. We take his girlfriend

02:44:59.050    16    to work at Wendy's and -- the Economy Lodge -- either I have to

02:45:05.505    17    pay again or get another hotel room, and I wasn't satisfied, so

02:45:09.101    18    I went to get another hotel room. So I said, let's go to get a

02:45:13.286    19    hotel room with a pool and Super 8 was, you know, relatively

02:45:18.004    20    close so we went to Super 8 and I presented -- (The proceedings

02:45:22.724    21    were interrupted -- cell phone ringing) We walked in there

02:45:24.784    22    together. We walked in there together --

02:45:26.441    23    RICHARDS: (Inaudible) You went to the Super 8?

02:45:28.196    24    COUNCIL: Me and -- yeah. Me and Jalen walked in there together,

02:45:29.968    25    and he sees the sign on the thing that says, "Must be 21-years

02:45:35.920    00074:01    old", and Jalen is only 18, so he couldn't rent. So I tried to

02:45:39.533    02  give the lady my card --

02:45:41.640    03  RICHARDS:  Was he driving?

02:45:43.313    04  COUNCIL:  At this time, no.

02:45:44.256    05  RICHARDS:  Okay. You had -- you drove --

02:45:45.340    06  COUNCIL:  I drove to the Super 8.

02:45:46.133    07  RICHARDS:  You drove to the Super 8. Okay. Okay.

02:45:52.849    08  COUNCIL:  I drove to the Super 8, we go in, we see the sign.

02:45:55.129    09  That -- the man says must be 21-years old to -- to rent a room,

02:46:02.177    10  and so I was, like, well, I got my ID in the car. So I went and

02:46:06.140    11  got my ID, and when I presented it to them, she says, we're on a

02:46:11.623    12  no rent -- I'm on the no rent list. And I was, like, I've never

02:46:15.285    13  rented from you before. And she was, like, I don't know. She

02:46:19.849    14  was, like, try some smaller hotel that don't have no computer.

02:46:22.779    15  That's what she told me. And we left. I was, like, y'all know

02:46:27.278    16  another hotel room that might have good prices, that got a pool

02:46:29.890    17  in it, that's in Greenville? So Shamyra was, like, the Baymont.

02:46:35.725    18  And I was, like, how much is the Baymont? So we go to the

02:46:37.737    19  Baymont to find out, and no sooner than we get there I see the

02:46:42.927    20  police everywhere. Matter of fact, soon as I got out of the car,

02:46:46.932    21  before I even made it to the front door, I seen the police on

02:46:51.176    22  the highway and he was looking at me real hard, so I knew it

02:46:54.562    23  was that time. But I said -- I got -- at the same time, man.

02:47:06.700    24  You know, I'm a dufus. I'm an idiot. I don't deserve to live.

02:47:12.247    25  I'm in a bad, bad spot, man, you know. They ain't no excuse and

02:47:21.767  00075:01  what I did can't be taken back, man. But I do know this, if I

02:47:28.688    02  was under the same circumstances again, sober, we wouldn't be

02:47:35.979    03  having this conversation today. But because the turmoil and

02:47:40.687    04  chaos that I created in my own life, and the ridiculous attitude

02:47:46.508    05  that I -- I have, it's just -- it seems -- I -- I don't know,

02:47:52.992    06    man. What I'm trying to say is, man, I'm sorry for what I did,

02:47:57.377    07    but at the same time I -- I -- it's hard to apologize to anyone

02:48:05.719    08    on that kind of situation. Because they didn't deserve that, but

02:48:11.703    09    just like the people that fighting over wars, it's collateral

02:48:14.147    10    damage everywhere. And I hate to be rude or sound insensitive,

02:48:18.541    11    but that's -- that's basically the mind frame that I had when I

02:48:22.134    12    walked in that bank. That I wasn't going to let anything deter

02:48:26.385    13    me from, you know, successfully pulling this off, because I

02:48:30.132    14    didn't have a dime when I went in that damn bank. I didn't have

02:48:33.353    15    a car to get away -- go home with. I'm already on the run for

02:48:36.922    16    one bank on a robbery. And the reason why I bought the gun was

02:48:40.797    17    not to actually commit more robberies, it's because I like

02:48:46.054    18    jewelry. I wear a lot of jewelry, bulky jewelry. It's all fake

02:48:49.294    19    as hell, but it looks real, because I keep buying new fake

02:48:53.035    20    jewelry so people think, when they see, constantly -- you got

02:48:58.023    21    nice clothes or name-brand clothes and jewelry on that's -- and

02:49:01.318    22    I knew I was going to be living in the streets, so that's why I

02:49:03.932    23    bought that gun from that guy that day.

02:49:06.400    24    RICHARDS:  But why? To protect your jewelry?

02:49:09.432    25    COUNCIL:  I beg your pardon?

02:49:10.906    00076:01    RICHARDS:  Why did you buy the gun? To protect your jewelry?

02:49:13.397    02    COUNCIL:  To protect myself.

02:49:15.605    03    RICHARDS:  Oh, because of the jewelry.

02:49:16.516    04    COUNCIL:  Not the jewelry.

02:49:17.289    05    RICHARDS:  Because of the jewelry that you --

02:49:18.300    06    COUNCIL:  Because people will -- yeah.

02:49:19.027    07    RICHARDS:  Yeah. People will try to rob you for the jewelry.

02:49:20.435    08    COUNCIL:  When you living in the street life, you're only

02:49:22.617    09    dealing with pretty much 97-8 percent of street people. You're

65

| | | |
|---|---|---|
| 02:49:28.205 | 10 | not going to be dealing with -- what would you say, productive |
| 02:49:32.834 | 11 | class citizens. |
| 02:49:33.866 | 12 | RICHARDS: Right. |
| 02:49:34.809 | 13 | COUNCIL: You're going to be dealing with the people that, you |
| 02:49:37.450 | 14 | know, deal in the streets. Y'all know. Y'all -- y'all -- y'all |
| 02:49:41.795 | 15 | know. Y'all know what I'm talking about. |
| 02:49:43.234 | 16 | RICHARDS: Right. Right. |
| 02:49:45.734 | 17 | COUNCIL: But man, I'm sorry them women died, man. I -- I swear |
| 02:49:49.533 | 18 | I wasn't trying -- I was -- I did -- I will be a man and say I |
| 02:49:54.321 | 19 | did know that I was going to shoot whoever was in there that was |
| 02:49:57.877 | 20 | going to try to stop me from -- because I felt like I was dead, |
| 02:50:00.754 | 21 | at that point in time. Because if a man don't have a house, a |
| 02:50:05.493 | 22 | job. I hope you gentleman never feel that pain that I felt this |
| 02:50:09.346 | 23 | past week, and this past month, because if you don't have a job |
| 02:50:13.518 | 24 | -- of someone that -- that you can fall back on, and see pride |
| 02:50:17.383 | 25 | -- and like I said, when we first started talking about the |
| 02:50:20.280 | 00077:01 | Bible, and when we first started this interview -- them demons is |
| 02:50:23.658 | 02 | real, man. And I can't make you believe. I'm not going to try to |
| 02:50:27.426 | 03 | use that as no stupid defense, but I believe in God, and I |
| 02:50:31.395 | 04 | believe in it. You know what I'm saying -- justice, and I don't |
| 02:50:36.833 | 05 | believe in trying to excuse your behavior. And I just want |
| 02:50:43.399 | 06 | people to hear my side. At least they have an explanation. |
| 02:50:47.346 | 07 | RICHARDS: Yep. |
| 02:50:48.004 | 08 | COUNCIL: It's not a good one. It's not a -- a -- a get away |
| 02:50:54.615 | 09 | from your problems, and I probably could've sucked is up harder, |
| 02:50:58.575 | 10 | but I just felt like I was at the bottom, and there was nothing |
| 02:51:06.474 | 11 | to lose. |
| 02:51:07.538 | 12 | RICHARDS: Brandon, what -- did -- did you know there was only |
| 02:51:10.057 | 13 | going to be two people in the bank? |

66

| | | |
|---|---|---|
| 02:51:11.413 | 14 | COUNCIL: No. |
| 02:51:12.465 | 15 | RICHARDS: So it was -- |
| 02:51:13.102 | 16 | COUNCIL: I told you, this -- |
| 02:51:13.852 | 17 | RICHARDS: Everybody is getting shot if you -- |
| 02:51:15.543 | 18 | COUNCIL: Well, first of all, no. |
| 02:51:16.898 | 19 | RICHARDS: You know what I mean? |
| 02:51:17.709 | 20 | COUNCIL: When I -- well, let me -- let me take that back. |
| 02:51:19.130 | 21 | RICHARDS: Yeah. |
| 02:51:19.674 | 22 | COUNCIL: I mean -- I'm not answering that question. I'm |
| 02:51:20.511 | 23 | speaking -- |
| 02:51:21.296 | 24 | RICHARDS: Yeah. Yeah. |
| 02:51:23.131 | 25 | COUNCIL: Did I know -- your question was, Did I know -- |
| 02:51:25.693 | 00078:01 | RICHARDS: That there was only two people in the bank? |
| 02:51:27.016 | 02 | COUNCIL: No. |
| 02:51:28.769 | 03 | RICHARDS: Okay. But you -- you said you had a -- |
| 02:51:30.801 | 04 | COUNCIL: That is -- you know, who would ever thought you would |
| 02:51:32.951 | 05 | have just two people in a bank, period? |
| 02:51:34.830 | 06 | RICHARDS: Right. |
| 02:51:35.721 | 07 | COUNCIL: In the middle of the day. I think I went in there at |
| 02:51:36.991 | 08 | 1:00. |
| 02:51:38.633 | 09 | RICHARDS: Right. You went in there about 1:00? |
| 02:51:40.077 | 10 | COUNCIL: That's correct. |
| 02:51:41.103 | 11 | RICHARDS: How do you know that? |
| 02:51:43.115 | 12 | COUNCIL: Because I'm -- I'm -- I'm a hundred percent sure it |
| 02:51:48.110 | 13 | was 1:00 on my watch. |
| 02:51:49.251 | 14 | RICHARDS: How do you know what time? You have -- is your watch |
| 02:51:50.646 | 15 | on? |
| 02:51:51.418 | 16 | COUNCIL: Yes. This is -- |
| 02:51:52.101 | 17 | RICHARDS: Yeah. Can I see it? |

02:51:52.767  18  COUNCIL: Sure.

02:51:55.346  19  RICHARDS: That's -- yeah. The gold -- that gold watch. Yeah.

02:51:58.210  20  Now, do you have -- so you knew it was about 1:00.

02:52:03.153  21  COUNCIL: Mmm. I know it was 1:00.

02:52:04.366  22  RICHARDS: Okay. It was 1:00, and you said you were going to --

02:52:07.845  23  were you going to shoot -- what if there was five people in

02:52:09.728  24  there?

02:52:10.834  25  COUNCIL: I would have shot -- because I was going to try --

02:52:12.847  00079:01  this is -- there is a movie in my -- in my possession, that I

02:52:17.035  02  own, that's called "Get Rich or Die Trying," but it wasn't my

02:52:21.113  03  intentions to get rich at this point, it was to survive or die

02:52:24.653  04  trying. That's where my mentality was when I went in that bank.

02:52:28.718  05  That I was going to successfully get away with this or die

02:52:32.616  06  trying.  And I was not going to allow any circumstances,

02:52:37.727  07  persons, places or things to, you know, come between me and that

02:52:41.753  08  goal, because I have a determination that's, you know,

02:52:47.616  09  unparalleled to the average persons, but I felt so stupid

02:52:54.184  10  because I quit my job --

02:52:55.965  11  RICHARDS: At Wendy's?

02:52:56.832  12  COUNCIL: -- and right after I quit my job, my parents fussed at

02:53:00.191  13  me, and then the night of the turmoil with my girlfriend, she

02:53:04.236  14  visited me too late. She wasn't in the house or nothing, but

02:53:06.612  15  they want to throw me out of the house at my most weakest,

02:53:09.166  16  vulnerable point. I'm already having a beef with my mother,

02:53:12.768  17  because my step-father is trying to put a wedge between us. I

02:53:17.042  18  had only been out of prison nine or ten months. You count from

02:53:19.558  19  November to now. You know what I'm saying? I was doing extremely

02:53:22.580  20  well, and then it seemed like life want to hit me with all this

02:53:27.564  21  bullshit. The lady is supposed to be giving me a raise and a

68

| | | |
|---|---|---|
| 02:53:30.247 | 22 | promotion. She disappeared, and the new boss lady, she don't |
| 02:53:33.620 | 23 | want to talk to me. She playing with my hours making -- I'm |
| 02:53:36.228 | 24 | making less money. And my step-dad, he trying to get me thrown |
| 02:53:40.339 | 25 | out of the house, and my momma, she wishy-washy -- like, when |
| 02:53:44.018 | 00080:01 | she with me she on my side, when she with him, she on his side. |
| 02:53:47.527 | 02 | That's that two-faced shit. So I know I can't depend on them. |
| 02:53:50.789 | 03 | The only other person I got, really, in my life, is my |
| 02:53:53.073 | 04 | girlfriend and she ain't right for me. I know she ain't right |
| 02:53:56.041 | 05 | for me. She know I ain't right for her. |
| 02:53:58.319 | 06 | RICHARDS: Yeah. |
| 02:53:58.936 | 07 | COUNCIL: We both knew this entering the relationship. |
| 02:54:00.937 | 08 | RICHARDS: Yep. |
| 02:54:01.949 | 09 | COUNCIL: And I just felt like I -- I feel like I'm trying to |
| 02:54:06.432 | 10 | explain myself to y'all to get y'all to understand me, but -- |
| 02:54:08.965 | 11 | RICHARDS: No. I -- you don't -- |
| 02:54:09.985 | 12 | COUNCIL: -- I'm just -- |
| 02:54:10.797 | 13 | RICHARDS: -- we're listening. |
| 02:54:11.573 | 14 | COUNCIL: Naa -- |
| 02:54:12.169 | 15 | RICHARDS: It's important. |
| 02:54:13.038 | 16 | COUNCIL: What I did was so stupid, man. It's so, so ignorant. I |
| 02:54:16.536 | 17 | should've just been a homeless bum, but my pride wouldn't never |
| 02:54:20.125 | 18 | let me do that. |
| 02:54:21.968 | 19 | RICHARDS: Yep. |
| 02:54:22.442 | 20 | COUNCIL: I'd rather -- I know from the way I was raised to this |
| 02:54:24.954 | 21 | point, the very minute, to this day, that the Bible say pride |
| 02:54:29.778 | 22 | comes before a fall, so something like that. Similar to it. I |
| 02:54:33.649 | 23 | might misquoted, but I know what the Bible talks about is pride, |
| 02:54:37.612 | 24 | and proverbs, and everything, and that was -- that was my main |
| 02:54:43.147 | 25 | -- that's always been my main -- I'm too prideful. I won't allow |

69

02:54:47.027  00081:01  -- if I can't handle the situation, I will try to maneuver

02:54:51.037  02  around it, and create an even worse situation than the one I was

02:54:55.074  03  in. Because even if I hadn't done those robberies before this

02:55:00.471  04  last one in South Carolina, I could've stood a chance. I

02:55:03.827  05  probably would've got another chance at life, but the pain that

02:55:08.373  06  I feel right now. You know, I don't have no family. No one --

02:55:11.406  07  when my six years -- no one wrote me, hardly, or came to see me.

02:55:15.991  08  My mother is my only living relative. I do have a son, but he --

02:55:19.341  09  he's a minor. He can't really produce a -- a --

02:55:24.231  10  RICHARDS:  What is your son --

02:55:27.398  11  COUNCIL:  -- a regular family relationship at his age.

02:55:28.788  12  RICHARDS:  What's your son's name?

02:55:29.473  13  COUNCIL:  Brandon Michael Council, Junior.

02:55:33.540  14  RICHARDS:  Where is he?

02:55:34.332  15  COUNCIL:  In Wilson, North Carolina.

02:55:38.326  16  RICHARDS:  How old is he?

02:55:39.164  17  COUNCIL:  12.

02:55:44.580  18  RICHARDS:  And who is -- who is the mom?

02:55:47.269  19  COUNCIL:  She doesn't have custody of him. His grandmother has

02:55:49.405  20  legal custody of him.

02:55:51.167  21  RICHARDS:  Okay. Where is --

02:55:52.005  22  COUNCIL:  Her name is Gracie Saddler.

02:55:53.381  23  RICHARDS:  Gracie?

02:55:54.586  24  COUNCIL:  Saddler.

02:55:56.036  25  RICHARDS:  Could you spell that?

02:55:56.984  00082:01  COUNCIL:  S-A-D-D-L-E-R.

02:56:00.315  02  RICHARDS:  Gracie Saddler.

02:56:01.212  03  COUNCIL:  Mmm-hmm.

02:56:01.820  04  RICHARDS:  And where does she live?

JA6491

02:56:02.557   05   COUNCIL:  Wilson, North Carolina.

02:56:03.587   06   RICHARDS:  Do you know the street?

02:56:04.682   07   COUNCIL:  Snowden Drive.

02:56:05.480   08   RICHARDS:  Snow?

02:56:06.174   09   COUNCIL:  Snowden.

02:56:06.882   10   RICHARDS:  Snowden.

02:56:07.933   11   COUNCIL:  S-N-O-W --

02:56:08.885   12   RICHARDS:  Yep.

02:56:09.450   13   COUNCIL:  D-E-N.

02:56:10.220   14   RICHARDS:  Do you know her number?

02:56:14.308   15   COUNCIL:  I want to say 1406.

02:56:20.423   16   RICHARDS:  And who -- and that's your -- your -- the mother's

02:56:23.594   17   grandmother?

02:56:25.029   18   COUNCIL:  No. My son's mother's mother.

02:56:27.606   19   RICHARDS:  Yeah. Yeah. What's your -- what's the mother's name?

02:56:35.562   20   COUNCIL:  Carrie Saddler.

02:56:37.653   21   RICHARDS:  Carrie Saddler? Where does she live?

02:56:42.737   22   COUNCIL:  Somewhere in Goldsboro.

02:56:44.654   23   RICHARDS:  In -- in Goldsboro?

02:56:46.043   24   COUNCIL:  Mmm-hmm.

02:56:50.547   25   RICHARDS:  And that's your -- that's your only child?

02:56:52.287   00083:01   COUNCIL:  That's my only child.

02:56:53.624   02   RICHARDS:  Okay. Is there any other crimes that you want to tell

02:56:56.673   03   us about, Brandon?

02:56:58.704   04   COUNCIL:  That's it.

02:56:59.253   05   RICHARDS:  That you did.

02:57:00.257   06   COUNCIL:  Let's keep it 100. First thing I did, when I broke the

02:57:03.720   07   law, was the Food Lion. The second thing I did was the BB&T,

02:57:11.466   08   then the bank, and I stole the lady's car. That's all.

| | | |
|---|---|---|
| 02:57:19.193 | 09 | RICHARDS: That's it? |
| 02:57:19.800 | 10 | COUNCIL: That's it. |
| 02:57:21.788 | 11 | RICHARDS: Okay. You had -- the phone that you had with you. |
| 02:57:26.889 | 12 | COUNCIL: The white one? |
| 02:57:27.446 | 13 | RICHARDS: Yeah. The white one. |
| 02:57:28.277 | 14 | COUNCIL: That's mine. |
| 02:57:28.866 | 15 | RICHARDS: That's your phone? |
| 02:57:29.401 | 16 | COUNCIL: That's correct. |
| 02:57:30.094 | 17 | RICHARDS: Does it work? |
| 02:57:31.653 | 18 | COUNCIL: No. It wasn't -- it hasn't been on for -- what's |
| 02:57:36.027 | 19 | today's date? The 23rd. My bill was due the 17th, but I lost the |
| 02:57:40.875 | 20 | battery to it, maybe, a few days before then. So no, it hasn't |
| 02:57:45.760 | 21 | been operational until today. I just bought a battery today. I |
| 02:57:49.931 | 22 | went and bought a battery from Bulbs and -- y'all not from here |
| 02:57:56.115 | 23 | so y'all wouldn't -- |
| 02:57:56.441 | 24 | COATS: I am. |
| 02:57:57.222 | 25 | RICHARDS: Bob's? |
| 02:57:58.174 | 00084:01 | COATS: The one here? |
| 02:57:58.737 | 02 | COUNCIL: Yes. |
| 02:58:00.734 | 03 | COATS: The bulb place over by the -- |
| 02:58:01.377 | 04 | COUNCIL: It's a -- it's a battery and bulb place. |
| 02:58:02.233 | 05 | COATS: Battery and Bulbs by -- |
| 02:58:03.377 | 06 | COUNCIL: Yeah. It's right beside the UPS -- yep. I just put a |
| 02:58:05.606 | 07 | battery in it today. |
| 02:58:06.376 | 08 | COATS: On Greenville Boulevard. |
| 02:58:07.784 | 09 | COUNCIL: Mmm-hmm. |
| 02:58:08.685 | 10 | RICHARDS: What -- what is it, Greg? |
| 02:58:10.071 | 11 | COATS: It's a Battery and Bulbs. It's just a shop that sells |
| 02:58:13.880 | 12 | batteries and bulbs. |

72

02:58:15.246  13  RICHARDS:  How much did that cost you?

02:58:17.670  14  COUNCIL:  Forty.

02:58:18.447  15  RICHARDS:  Forty bucks?

02:58:19.217  16  COUNCIL:  Mmm-hmm.

02:58:19.888  17  COATS:  What time were you -- what time did you go by there?

02:58:25.283  18  COUNCIL:  I want to say a little after 12.

02:58:26.802  19  COATS:  Today?

02:58:27.481  20  COUNCIL:  Mmm-hmm.

02:58:28.412  21  COATS:  It's on Charles -- the intersection of Charles and

02:58:32.072  22  Greenville Boulevard. Charles Street and Greenville Boulevard.

02:58:37.902  23  That's the one you're talking about, right?

02:58:38.942  24  COUNCIL:  Mmm-hmm.

02:58:39.604  25  COATS:  Yep.

02:58:41.672  00085:01  RICHARDS:  Okay. Brandon, would you -- do you give us consent to

02:58:44.790  02  look into that phone?

02:58:46.549  03  COUNCIL:  Why not. There's nothing to hide in it.

02:58:48.392  04  RICHARDS:  Okay. We just want to get -- you know -- you -- you

02:59:00.818  05  were texting or something you said, right? You got a text from

02:59:02.998  06  your --

02:59:03.683  07  COUNCIL:  My mother. Mmm-hmm.

02:59:05.708  08  RICHARDS:  Text from your mom. Yeah. Let's see if I can find a

02:59:09.568  09  consent form here.  Um...

02:59:22.305  10  COUNCIL:  May I save you some time though?

02:59:23.633  11  RICHARDS:  Yeah, please.

02:59:24.534  12  COUNCIL:  Since you know I've been extremely honest as far as

02:59:25.982  13  I'm --

02:59:26.835  14  RICHARDS:  Sure.

02:59:28.309  15  COUNCIL:  There's nothing that the phone can help you with. I

02:59:31.703  16  mean, it's not --

02:59:32.513    17  RICHARDS:  We just -- we just have a bunch of procedures anyway,

02:59:34.418    18  Brandon.

02:59:34.973    19  COUNCIL:  Oh, okay. Sure. That's what -- what I thought. You

02:59:36.350    20  know, I -- I was --

02:59:37.363    21  RICHARDS:  You know, so if -- if you're okay with it --

02:59:38.801    22  COUNCIL:  Yeah.

02:59:39.473    23  RICHARDS:  -- we'll just go ahead and take a peek at it and --

02:59:40.554    24  COUNCIL:  Yeah. That ain't no problem.

02:59:42.167    25  RICHARDS:  That way we'll --

02:59:43.348  00086:01  COUNCIL:  I -- I bought another phone today.

02:59:46.001    02  RICHARDS:  You bought another phone?

02:59:46.943    03  COUNCIL:  Never used it. Never --

02:59:47.838    04  RICHARDS:  When did you buy the phone?

02:59:48.665    05  COUNCIL:  This morning.

02:59:49.779    06  RICHARDS:  Oh.

02:59:51.958    07  COATS:  Is that one -- was that with you? Was it in the car?

02:59:54.112    08  COUNCIL:  Yeah.

02:59:55.389    09  COATS:  Did you --

02:59:55.996    10  COUNCIL:  It was in the bag.

02:59:56.988    11  COATS:  Oh, it was in the bag. The police took it from you?

02:59:59.824    12  COUNCIL:  I don't know what they did with it. I didn't see --

03:00:01.202    13  COATS:  But they -- you had it with you?

03:00:02.641    14  COUNCIL:  No. It was actually in the store -- bought bag. Like

03:00:04.573    15  --

03:00:05.241    16  COATS:  Oh, you never took it out of the bag?

03:00:06.548    17  COUNCIL:  Yeah. Yeah. I took it out but, I mean, like, when you

03:00:08.826    18  go get the phone from the place -- they take it out of the box.

03:00:11.570    19  COATS:  Right. Right. Right.

03:00:12.159    20  COUNCIL:  They give you a bag.

74

03:00:12.774  21  COATS: Yeah. I'm with you.

03:00:13.385  22  COUNCIL: Yeah. I put the phone back in the bag.

03:00:14.272  23  COATS: Okay.

03:00:17.918  24  COUNCIL: Because I didn't know -- actually I left the store

03:00:19.665  25  with the phone in the store. The lady came out of the store and

03:00:22.819  00087:01  said she was charging it, because the batteries that they give

03:00:24.743  02  you are only charged to, like, 50 percent or something like

03:00:27.001  03  that, she said.

03:00:31.628  04  RICHARDS: Um. Okay.

03:00:37.627  05  COATS: (Inaudible)-- I'll get you one. Do you want me to get

03:00:39.813  06  you one?

03:00:40.470  07  RICHARDS: No. I have it. I just -- I just have to look through

03:00:44.035  08  it, you know what I mean. I've got to get my -- my stuff in

03:00:51.610  09  order here, Greg. Brandon, we'd also like to search that -- that

03:00:57.619  10  -- that car.

03:00:59.176  11  COUNCIL: Sure.

03:01:00.067  12  RICHARDS: So you give us permission to search the car?

03:01:01.864  13  COUNCIL: No. I don't have a car -- I'm not the owner of any

03:01:03.722  14  vehicle, but sure.

03:01:04.968  15  RICHARDS: Yeah. Well, the car that -- if we go that way. We --

03:01:08.545  16  you know, just in case. I just -- you know, you're okay with it.

03:01:11.267  17  COUNCIL: Sure.

03:01:11.977  18  RICHARDS: Okay. And what is that? It's a white -- a white

03:01:16.442  19  Samsung phone?

03:01:17.939  20  COUNCIL: Mmm-hmm. Samsung Galaxy Core.

03:01:21.296  21  RICHARDS: White Samsung --

03:01:24.202  22  COUNCIL: Mmm-hmm.

03:01:24.907  23  RICHARDS: -- Galaxy --

03:01:25.761  24  COUNCIL: Mmm-hmm.

03:01:26.619    25 RICHARDS:  What did you say, four?

03:01:27.398 00088:01 COUNCIL:  Core.

03:01:28.025    02 RICHARDS:  Core.

03:01:28.671    03 COUNCIL:  Mmm-hmm.

03:01:29.903    04 RICHARDS:  Do you remember the telephone number?

03:01:31.360    05 COUNCIL:  (252) --

03:01:32.777    06 RICHARDS:  (252) --

03:01:33.747    07 COUNCIL:  371 --

03:01:34.669    08 RICHARDS:  371 --

03:01:35.520    09 COUNCIL:  5337.

03:01:36.522    10 RICHARDS:  5337.

03:01:38.274    11 COUNCIL:  Mmm-hmm.

03:01:39.144    12 RICHARDS:  Okay. And I'm going to put down and a 1999 --

03:01:45.403    13 COUNCIL:  '96.

03:01:46.894    14 RICHARDS:  Is it '96?

03:01:47.821    15 COUNCIL:  Yeah. '96 Mercedes.

03:01:51.703    16 RICHARDS:  Mercedes E300 vehicle. I have been advised of my

03:02:04.470    17 right to refuse. I give this permission voluntarily. I authorize

03:02:08.814    18 these agents to take any items, which they determine may be

03:02:11.487    19 related to the investigation.

03:02:13.219    20 COUNCIL:  Sure.

03:02:14.020    21 RICHARDS:  You -- okay. Just going to have you sign right there.

03:02:19.754    22 Just sign right there.

03:02:21.031    23 COUNCIL:  Signature.

03:02:21.644    24 RICHARDS:  Yeah. Okay. Let's see here. Sign that for me. Thank

03:03:03.642    25 you. Okay. I'm just going to put the -- okay. Where are those --

03:03:27.630 00089:01 where are the clothes that are from the bank robbery that you

03:03:30.375    02 were wearing, Brandon? Are those in your luggage?

03:03:33.938    03 COUNCIL:  Mmm-hmm.

03:03:34.528    04   RICHARDS: Is that luggage in the car?

03:03:35.276    05   COUNCIL: Mmm-hmm.

03:03:35.835    06   RICHARDS: Okay.

03:03:37.555    07   COUNCIL: The luggage, the money, and the gun. It's in the car.

03:03:44.400    08   RICHARDS: Okay. Is there anything else that you -- you -- you'd

03:03:48.148    09   like to talk to us about about, Brandon? Is there anything you

03:03:50.580    10   want to get off your chest?

03:03:53.469    11   COUNCIL: I pretty much said --

03:03:54.829    12   RICHARDS: You think you told the whole story?

03:03:57.829    13   COUNCIL: There may be some blank spots, but I think I gave you

03:04:00.332    14   more than enough that I feel like I sufficiently cooperated.

03:04:05.166    15   RICHARDS: Right. And I -- and I feel that way too. Okay. Can

03:04:08.365    16   you just hang in there for a -- you know, a couple of minutes

03:04:12.460    17   and we'll -- we'll be back in here momentarily, and I'm going to

03:04:16.396    18   -- we'll go -- end up finger -- we're going to fingerprint you,

03:04:19.608    19   and I've got to get some DNA, you know.

03:04:22.831    20   COUNCIL: Sure.

03:04:23.429    21   RICHARDS: Yeah. Can you think of anything else, Greg?

03:04:25.634    22   COATS: Huh-uh.

03:04:27.631    23   RICHARDS: I'm just going to -- I'm just going to step out for a

03:04:29.325    24   minute --

03:04:30.048    25   COATS: That's fine.

03:04:30.599   00090:01   RICHARDS: -- if you don't mind.

03:04:31.132    02   COATS: Yeah.

03:04:31.608    03   RICHARDS: I just want to -- you know, because there may be a

03:04:32.450    04   couple of, you know, things that we -- I want to talk about.

03:04:34.787    05   COATS: Yeah.

03:04:35.405    06   RICHARDS: You got a minute?

03:04:36.004    07   COATS: Yeah. Yeah. Yeah.

77

03:04:37.370    08    RICHARDS:  Yeah. I'll be right back with you, Brandon. Okay?

03:04:38.686    09    COUNCIL:  Mmm-hmm.

03:04:49.522    10    (A brief recess transpired. Both agents leave the room.)

03:04:50.949    11    COATS:  Hey man.

03:04:53.047    12    COUNCIL:  Thank you.

03:04:55.820    13    COATS:  Here you go.

03:04:56.661    14    COUNCIL:  I appreciate it.

03:04:57.435    15    COATS:  Yeah, man.

03:05:05.763    16    RICHARDS:  He -- he didn't --(inaudible). He didn't

03:05:08.828    17    --(inaudible).  Well -- well, some -- some --(inaudible)-- after

03:05:10.746    18    the bank robbery he doesn't know --(inaudible)-- said he ended

03:05:12.474    19    up going to --(inaudible)-- but it sounds to me like he was

03:05:14.157    20    going to --(inaudible)-- but sometime he got --(inaudible)--

03:05:15.453    21    pulled over at a car wash and dumped the wallets. (Inaudible)--

03:05:17.124    22    over at the car wash and dumped the wallets. No. He's not from

03:05:18.615    23    --(inaudible). So he said he didn't have anybody down here. He

03:05:19.829    24    didn't know anybody in South Carolina, and he didn't

03:05:21.039    25    --(inaudible). He acknowledged --(inaudible)-- wouldn't

03:05:22.272    00091:01    --(inaudible). No, I didn't -- I didn't get the full story, and

03:05:23.541    02    he didn't know anybody in --(inaudible). Right. We had two other

03:05:24.798    03    -- two other people in custody that helped him. We have another

03:05:25.828    04    guy that --(inaudible). You know --(inaudible)-- nothing that

03:05:26.923    05    --(inaudible)-- go back in there, but I just wanted to check

03:05:27.859    06    with you and --(inaudible). He -- he didn't -- he says he didn't

03:05:28.951    07    know anybody here. He just -- he said that those people were

03:05:30.014    08    coming from --(inaudible)-- he said they were coming into South

03:05:31.060    09    Carolina, and they brought him --(inaudible)-- I get

03:05:32.069    10    --(inaudible). He did. He said right next -- right next to the

03:05:33.106    11    place. He said he --(inaudible)-- he said he was --(inaudible)--

03:05:34.360　12　he had no idea how he was going to --(inaudible)-- and that's

03:05:35.555　13　what it is. He said --(inaudible)-- he said --(inaudible)-- he

03:05:36.649　14　didn't talk about that, but will. We haven't --(inaudible)-- you

03:05:37.691　15　know, we haven't pressured him so --(inaudible)-- yep. What do

03:05:38.887　16　you mean --(inaudible)-- oh, yeah, yeah. Good one. Yep. Yep.

03:05:40.031　17　Yep. Yep. And --(inaudible)-- yeah. All right. All right. All

03:05:41.380　18　right. Bye-bye. (Inaudible)

03:19:03.801　19　(Agents re-enter room.)

03:19:05.523　20　COATS:　-- both of them.

03:19:06.222　21　RICHARDS:　Hey, Brandon. Hey, Brandon, we're going -- we're

03:19:08.317　22　going to do some of the logistical stuff. It -- it's 4:42. I'm

03:19:13.777　23　back in with Greg. We're going to do some logistical stuff in a

03:19:17.150　24　couple of minutes, if you don't mind. You know, like the -- it's

03:19:19.862　25　this electronic fingerprint kit, and then this -- this DNA kit,

03:19:24.214　00092:01　but before we -- before we start that, when you went into the

03:19:29.498　02　bank, you had no mask or -- or anything like that.

03:19:35.057　03　COUNCIL:　I told you I was winging it.

03:19:36.566　04　RICHARDS:　Yeah. No. I remember. I know you were winging it, but

03:19:39.088　05　did you -- did you give any thought about it? Did you know there

03:19:42.217　06　was cameras?

03:19:42.903　07　COUNCIL:　Yeah.

03:19:43.553　08　RICHARDS:　You knew --

03:19:44.444　09　COUNCIL:　I was so desperate. I was so hurt. I was so distraught

03:19:47.575　10　that I didn't care. That's -- and I -- I -- the only thing that

03:19:50.215　11　I care about now is the people that I hurt, and their families

03:19:54.356　12　because, I mean, as far as, you know, making a way out of no way

03:19:57.992　13　--

03:19:59.332　14　RICHARDS:　Right.

03:19:59.867　15　COUNCIL:　-- there is no right way to do wrong.

03:20:01.701 16 RICHARDS: Right.

03:20:02.410 17 COUNCIL: So with that being said. I heard y'all gentleman. You

03:20:05.397 18 should tell the Pitt County people that -- that -- they should

03:20:09.165 19 do something about the acoustics in --

03:20:12.290 20 RICHARDS: Yeah. No. It's fine. It's fine.

03:20:13.412 21 COATS: It's fine, man.

03:20:14.535 22 RICHARDS: I -- you know, we -- I -- I would never say anything

03:20:16.896 23 unprofessional anyway.

03:20:17.897 24 COATS: Oh, no. No, no, no.

03:20:19.325 25 RICHARDS: You know, so it's fine. Whatever --

03:20:20.500 00093:01 COUNCIL: (Inaudible)-- was talking about y'all anyway.

03:20:21.533 02 RICHARDS: No. It's -- it's fine. It's -- it's okay. I

03:20:23.195 03 understand. Thank you. I appreciate that. But, Brandon, when you

03:20:27.399 04 were in the bank, did you do anything that you wouldn't normally

03:20:32.161 05 have done when you shot those two gals?

03:20:36.516 06 COUNCIL: Everything is on camera, man. Y'all seen the tape.

03:20:38.815 07 RICHARDS: Right. But something happened. What happened?

03:20:41.126 08 COUNCIL: No shit.

03:20:42.404 09 RICHARDS: No. Something happened.

03:20:44.267 10 COUNCIL: Doing something unusual. What does that mean?

03:20:48.148 11 RICHARDS: Did you pick up the phone?

03:20:49.453 12 COUNCIL: Oh, hell, no.

03:20:50.558 13 RICHARDS: You didn't answer the phone?

03:20:51.822 14 COUNCIL: Hell, no. For what?

03:20:54.784 15 RICHARDS: In the bank --

03:20:56.127 16 COUNCIL: In South Carolina?

03:20:56.927 17 RICHARDS: In South Carolina. Think about this, okay. So --

03:20:58.690 18 COUNCIL: Why would I pick up a phone?

03:21:00.841 19 RICHARDS: Because the -- the bank -- the security company calls

80

JA6501

03:21:04.448    20   the bank --

03:21:05.549    21   COUNCIL: Mmm-hmm. Well, no. I didn't touch the phone.

03:21:07.749    22   RICHARDS: You didn't touch the phone? You didn't speak into the

03:21:09.356    23   phone at all?

03:21:10.328    24   COUNCIL: Absolutely not. Why would I?

03:21:11.991    25   RICHARDS: I don't know.

03:21:12.975   00094:01   COUNCIL: I'm trying to see what -- I'm trying to --

03:21:14.149    02   RICHARDS: That was one of the -- that was one of the questions

03:21:15.751    03   that --

03:21:16.699    04   COUNCIL: Then shut up and listen. So I -- the question -- can

03:21:22.826    05   you repeat the question one more time?

03:21:24.113    06   RICHARDS: So --

03:21:25.479    07   COUNCIL: Did I pick up a phone, no.

03:21:26.876    08   RICHARDS: Did you -- did you answer the tele --

03:21:28.932    09   COUNCIL: No.

03:21:29.544    10   RICHARDS: -- a phone ringing in the bank?

03:21:30.532    11   COUNCIL: No.

03:21:31.640    12   RICHARDS: You never answered the telephone?

03:21:33.138    13   COUNCIL: I never heard a phone ring.

03:21:34.505    14   RICHARDS: Perfect. I -- I was just asking.

03:21:36.145    15   COUNCIL: Yeah.

03:21:36.836    16   RICHARDS: I was just asking. How many times did you jump up and

03:21:39.759    17   over --

03:21:40.297    18   COUNCIL: Twice.

03:21:40.965    19   RICHARDS: -- the -- and why?

03:21:42.068    20   COUNCIL: Well -- well, the amount of time that I was in there,

03:21:47.014    21   I was freaking out. I was trying to find a way to goddamn get

03:21:49.188    22   out of that motherfucker. Have you seen the camera? You can,

03:21:51.714    23   kind of, see that I was goddamn --

81

03:21:53.628    24    RICHARDS:  I have. I have seen it.

03:21:54.687    25    COUNCIL:  Pretty much goddamn on this type of shit, like, with

03:21:57.082    00095:01    the cocaine, and the reefer high. That's a -- and the weed that

03:22:00.018    02    they got out there now, with the cocaine and shit is goddamn --

03:22:03.523    03    RICHARDS:  Had you done reefer and cocaine?

03:22:04.897    04    COUNCIL:  Not that day. No.

03:22:05.563    05    RICHARDS:  Yeah.

03:22:06.064    06    COUNCIL:  I was broke.

03:22:06.646    07    RICHARDS:  Yeah. Yeah.

03:22:07.107    08    COUNCIL:  Broke as hell.

03:22:07.712    09    RICHARDS:  Yeah.

03:22:08.225    10    COUNCIL:  Hell, no. No, I was sober.

03:22:08.881    11    RICHARDS:  So, again --

03:22:10.956    12    COUNCIL:  Desperate.

03:22:11.765    13    RICHARDS:  You were desperate, right.

03:22:12.500    14    COUNCIL:  Desperate.

03:22:13.473    15    RICHARDS:  And so you don't think -- you didn't --

03:22:14.397    16    COUNCIL:  Desperate and demonic.

03:22:15.546    17    RICHARDS:  You don't think you heard the bank being called, and

03:22:18.602    18    you don't remember picking up the phone?

03:22:20.203    19    COUNCIL:  I did not hear the phone ring, and I did not answer

03:22:23.070    20    the phone.

03:22:23.951    21    RICHARDS:  Okay.

03:22:24.813    22    COUNCIL:  So those are two things that I'm most --

03:22:26.157    23    RICHARDS:  That's for sure of?

03:22:26.897    24    COUNCIL:  -- definitely sure of.

03:22:27.701    25    RICHARDS:  Okay. And tell me again, why Conway, South Carolina?

03:22:34.022    00096:01    COUNCIL:  It's the furthest I could get at the moment.

03:22:36.105    02    RICHARDS:  But how -- why -- but why there?

03:22:38.757  03  COUNCIL: That's the direction my friend wanted to go. He was

03:22:40.752  04  traveling south so --

03:22:41.997  05  RICHARDS: He was going to Georgia.

03:22:43.143  06  COUNCIL: That's according what he told me. I don't know if they

03:22:44.894  07  went -- ever made it or not.

03:22:46.802  08  RICHARDS: That's what he did. And --

03:22:47.895  09  COUNCIL: Because, like I said, they didn't stay long --

03:22:48.790  10  RICHARDS: Yeah.

03:22:49.618  11  COUNCIL: -- after they left, and I had no more contact with

03:22:50.932  12  these people.

03:22:52.445  13  RICHARDS: Right. And you gave -- but you gave them --

03:22:54.032  14  COUNCIL: That's why I was telling you the cell phone thing.

03:22:55.846  15  Like, that angle right there is -- none of these people are

03:22:57.475  16  involved --

03:22:57.950  17  RICHARDS: Well, it's -- we're going to do it anyway. You know.

03:22:59.388  18  COUNCIL: I understand that. I'm just --

03:23:00.653  19  RICHARDS: Yeah.

03:23:01.201  20  COUNCIL: -- you know.

03:23:01.819  21  RICHARDS: Yeah.

03:23:02.335  22  COUNCIL: I'm trying to be cooperative.

03:23:03.124  23  RICHARDS: And you are cooperative. By all -- by all --

03:23:04.562  24  absolutely. I'm just trying -- so now -- so we've had a chance

03:23:07.195  25  to, kind of, think --

03:23:08.331  00097:01  COUNCIL: What's up with the phone? I got a question. What was

03:23:09.727  02  up with the phone? What did the people say about the phone? They

03:23:12.807  03  said they called there and spoke to me?

03:23:14.426  04  RICHARDS: No. The policy is -- so it's like you said, when you

03:23:16.836  05  come in -- when that alarm gets hit -- so they hit the alarm --

03:23:21.892  06  COUNCIL: No. I don't believe they ever had a chance.

83

| | | |
|---|---|---|
| 03:23:23.992 | 07 | RICHARDS: They did. |
| 03:23:24.852 | 08 | COUNCIL: That's -- that's, that was the point of -- |
| 03:23:27.079 | 09 | RICHARDS: So the alarm - the -- |
| 03:23:27.949 | 10 | COUNCIL: I don't know. |
| 03:23:28.629 | 11 | RICHARDS: Okay. It did. So the alarm got hit. |
| 03:23:30.685 | 12 | COUNCIL: Okay. |
| 03:23:31.506 | 13 | RICHARDS: And then they called the bank. Somebody -- so -- so |
| 03:23:35.701 | 14 | the security company called the bank. |
| 03:23:36.756 | 15 | COUNCIL: Mmm-hmm. |
| 03:23:37.857 | 16 | RICHARDS: And -- |
| 03:23:39.349 | 17 | COUNCIL: But they didn't speak with me. I didn't -- |
| 03:23:40.389 | 18 | RICHARDS: Did not speak to you? |
| 03:23:40.980 | 19 | COUNCIL: No. |
| 03:23:41.566 | 20 | RICHARDS: Okay. Perfect. |
| 03:23:42.450 | 21 | COUNCIL: I didn't hear a phone ring, and didn't answer one. |
| 03:23:44.371 | 22 | RICHARDS: Okay. You didn't answer the phone. |
| 03:23:45.770 | 23 | COUNCIL: That's correct. |
| 03:23:47.817 | 24 | RICHARDS: The other thing was -- |
| 03:23:48.801 | 25 | COUNCIL: What, did they say that I answered the phone? What did |
| 03:23:50.026 | 00098:01 | they say they said to me? Uh, sir, are you in here robbing the |
| 03:23:52.528 | 02 | bank, and stay there until you -- |
| 03:23:53.881 | 03 | RICHARDS: I know. I -- |
| 03:23:55.701 | 04 | COUNCIL: I'm just wondering. |
| 03:23:56.799 | 05 | RICHARDS: Brandon, this is just so -- |
| 03:23:57.990 | 06 | COUNCIL: I mean, this is very serious and Lord forgive me for, |
| 03:24:00.411 | 07 | you know -- I'm ready to bear my cross. |
| 03:24:03.542 | 08 | RICHARDS: And you have. And you have. |
| 03:24:04.504 | 09 | COUNCIL: No. I mean, really. Like -- like -- really, really |
| 03:24:07.048 | 10 | bear my cross, because -- I'm going to reiterate something I |

84

| | | |
|---|---|---|
| 03:24:09.924 | 11 | said to you earlier. I wish that this situation had actually |
| 03:24:12.052 | 12 | ended differently. I wish that I was actually dead. That's -- |
| 03:24:14.898 | 13 | because forethought or afterthought, whichever way it came to me |
| 03:24:20.859 | 14 | when I had this idea about, you know, going in and going all |
| 03:24:24.401 | 15 | out, one way or another, do or die type shit. When I -- when I |
| 03:24:27.925 | 16 | got to that point, it's like, okay. I don't care if I live |
| 03:24:32.648 | 17 | anymore. I do care, but I don't care, because I feel like I'm -- |
| 03:24:37.788 | 18 | I'm out here in the world by myself. That's the horriblest [sic] |
| 03:24:40.804 | 19 | feeling in the world. I hope you guys never have to feel that |
| 03:24:42.955 | 20 | way in your life. No one that you know. No one that you ever |
| 03:24:45.608 | 21 | thought about knowing, because it brings you to such a -- I |
| 03:24:51.055 | 22 | can't even describe the word. I don't even think a word exists |
| 03:24:53.669 | 23 | for that feeling that I have -- had. I don't feel that way no |
| 03:24:56.656 | 24 | more, because surprisingly enough, you know, the truth, it |
| 03:25:00.494 | 25 | cleanses the soul. So I don't feel good about what I did. I wish |
| 03:25:04.719 | 00099:01 | that the women had survived my gruesome attack, but at the same |
| 03:25:09.889 | 02 | time I knew that there was going to be collateral damage when I |
| 03:25:12.818 | 03 | went in there. |
| 03:25:14.002 | 04 | RICHARDS: Okay. |
| 03:25:15.045 | 05 | COUNCIL: Now, what's up with the DNA test? Why -- you said -- |
| 03:25:16.695 | 06 | you asked me why did I do something that I don't normally do, |
| 03:25:18.757 | 07 | and you did like that -- |
| 03:25:19.880 | 08 | RICHARDS: No. That was the phone. |
| 03:25:20.669 | 09 | COUNCIL: Oh. |
| 03:25:21.288 | 10 | RICHARDS: Pick up the phone. |
| 03:25:21.846 | 11 | COUNCIL: Oh. I thought you were trying to -- that's a boner -- |
| 03:25:23.183 | 12 | RICHARDS: No. |
| 03:25:24.033 | 13 | COUNCIL: Like -- I didn't rape nobody. I don't have to rape no |
| 03:25:26.605 | 14 | women. I'm a handsome guy. That's what I thought you -- because |

85

| | | |
|---|---|---|
| 03:25:29.188 | 15 | DNA. |
| 03:25:30.184 | 16 | RICHARDS: No. That -- no, no, no. I was picking up a -- |
| 03:25:32.303 | 17 | everybody gets -- we take samples of DNA from everybody. |
| 03:25:34.000 | 18 | COUNCIL: Sure. I understand. |
| 03:25:35.226 | 19 | RICHARDS: All right. So -- so -- the other -- so the other |
| 03:25:37.649 | 20 | thing is, did these -- the two people that brought you there -- |
| 03:25:40.252 | 21 | okay -- |
| 03:25:40.897 | 22 | COUNCIL: Yes. |
| 03:25:41.919 | 23 | RICHARDS: Did they know you were going to do the bank robbery? |
| 03:25:44.178 | 24 | COUNCIL: Absolutely not. |
| 03:25:45.235 | 25 | RICHARDS: Okay. Who are they? |
| 03:25:46.368 | 00100:01 | COUNCIL: Because at that -- that's irrelevant. But I will -- |
| 03:25:48.294 | 02 | RICHARDS: It is -- |
| 03:25:49.033 | 03 | COUNCIL: We'll revisit that -- we'll revisit that. |
| 03:25:49.895 | 04 | RICHARDS: Okay. |
| 03:25:50.888 | 05 | COUNCIL: I'll revisit that. Let me answer the first question, |
| 03:25:52.395 | 06 | and just hold on -- |
| 03:25:53.107 | 07 | RICHARDS: Yes, go ahead. |
| 03:25:53.703 | 08 | COUNCIL: -- to that. |
| 03:25:54.313 | 09 | RICHARDS: Please. |
| 03:25:55.456 | 10 | COUNCIL: You said -- you asked me who the people are. |
| 03:25:56.510 | 11 | RICHARDS: Yes. |
| 03:25:57.235 | 12 | COUNCIL: I don't want to disclose that information. But you ask |
| 03:25:59.049 | 13 | me, did they know that I was going up there to commit another |
| 03:26:02.697 | 14 | crime? |
| 03:26:03.292 | 15 | RICHARDS: Yes. |
| 03:26:03.782 | 16 | COUNCIL: No. |
| 03:26:04.376 | 17 | RICHARDS: Okay. |
| 03:26:04.892 | 18 | COUNCIL: Absolutely not. |

86

| 03:26:05.501 | 19 | RICHARDS: Okay. |
| 03:26:06.229 | 20 | COUNCIL: And to my knowledge, only one of them knew that I was |
| 03:26:07.821 | 21 | absconding. |
| 03:26:09.290 | 22 | RICHARDS: And that was the woman. |
| 03:26:09.977 | 23 | COUNCIL: That's correct. |
| 03:26:11.081 | 24 | RICHARDS: And what was her name? |
| 03:26:12.672 | 25 | COUNCIL: Why? |
| 03:26:14.114 | 00101:01 | RICHARDS: It just -- I've got to close the loop on it, Brandon. |
| 03:26:16.652 | 02 | You've given us -- you're so cooperative on everything. |
| 03:26:18.769 | 03 | COUNCIL: I know. And I -- |
| 03:26:19.660 | 04 | RICHARDS: You know, we've already talked to her. |
| 03:26:23.060 | 05 | COUNCIL: Well, what do you need me for? |
| 03:26:25.395 | 06 | COATS: We just need to hear it from you. |
| 03:26:26.542 | 07 | RICHARDS: We need to hear it from you. |
| 03:26:27.298 | 08 | COUNCIL: I have nothing to say on that. |
| 03:26:28.403 | 09 | RICHARDS: Okay. And how about the guy? Same thing? |
| 03:26:30.778 | 10 | COUNCIL: Same on that. |
| 03:26:31.769 | 11 | RICHARDS: Okay. Those -- those two points you -- those two |
| 03:26:34.138 | 12 | points you don't want to reveal. |
| 03:26:37.117 | 13 | COUNCIL: Because, I mean, I - I really don't know the guy's |
| 03:26:39.464 | 14 | name, to be honest with you. I know - I know - I know him |
| 03:26:42.486 | 15 | because I lived in Wilson so long, and I've been in -- |
| 03:26:45.866 | 16 | RICHARDS: Yeah. |
| 03:26:46.343 | 17 | COUNCIL: -- circles that -- |
| 03:26:46.961 | 18 | RICHARDS: Yeah. |
| 03:26:47.527 | 19 | COUNCIL: -- you know, so I really can't give you his name, even |
| 03:26:49.481 | 20 | if I wanted to. |
| 03:26:50.466 | 21 | COATS: Do you know a street -- do you know his street name? |
| 03:26:52.987 | 22 | COUNCIL: Donnie, Daryl, some shit like that. |

87

| | | |
|---|---|---|
| 03:26:53.951 | 23 | RICHARDS:  Yeah, Daryl. |
| 03:26:55.194 | 24 | COUNCIL:  Okay. We call him Don. |
| 03:26:57.121 | 25 | RICHARDS:  You call him, Don? |
| 03:26:57.978 | 00102:01 | COUNCIL:  Mmm-hmm. |
| 03:26:58.570 | 02 | RICHARDS:  You call Daryl, Don? |
| 03:26:59.124 | 03 | COUNCIL:  Donnie. |
| 03:26:59.944 | 04 | RICHARDS:  You call him Donnie. |
| 03:27:00.522 | 05 | COUNCIL:  Yeah. Yeah. |
| 03:27:01.375 | 06 | RICHARDS:  Okay. And -- and is that his girlfriend? |
| 03:27:03.996 | 07 | COUNCIL:  Damn if I know. I don't know what the hell they got |
| 03:27:05.576 | 08 | going -- |
| 03:27:06.264 | 09 | RICHARDS:  Was she ever your girlfriend? |
| 03:27:08.725 | 10 | COUNCIL:  Once -- we've -- we've had sex before. |
| 03:27:11.064 | 11 | RICHARDS:  Okay. |
| 03:27:11.845 | 12 | COUNCIL:  We messed around, so. |
| 03:27:17.456 | 13 | RICHARDS:  Did you ever stay with her? |
| 03:27:20.000 | 14 | COUNCIL:  Like, during this -- |
| 03:27:21.195 | 15 | RICHARDS:  Yeah. |
| 03:27:21.773 | 16 | COUNCIL:  Series of events? |
| 03:27:22.329 | 17 | RICHARDS:  Yeah. |
| 03:27:22.816 | 18 | COUNCIL:  No. |
| 03:27:23.387 | 19 | RICHARDS:  How did you -- how did you get -- how did you -- how |
| 03:27:25.863 | 20 | did you find them to get a ride? |
| 03:27:30.840 | 21 | COUNCIL:  You know what, I'm not 100 percent certain or sure. |
| 03:27:36.015 | 22 | Ahh, oh, I do know. I remember now. I was in the white car -- |
| 03:27:41.026 | 23 | no, no, I was in -- |
| 03:27:45.332 | 24 | RICHARDS:  This is before you went to South Carolina. |
| 03:27:46.942 | 25 | COUNCIL:  When I -- when I got back to -- when I got from Rocky |
| 03:27:49.354 | 00103:01 | Mount to Wilson -- when I got to McDonalds and dropped off, I |

88

03:27:52.584  02  stashed my bag, I walked around, bumped into some people I knew,

03:27:57.264  03  caught a ride across town. I just bumped into her, basically.

03:28:00.760  04  RICHARDS:  You bumped into her?

03:28:01.793  05  COUNCIL:  Yeah. Yeah. Several chains of events later I -- long

03:28:03.859  06  story short, I bumped into her. I didn't -- it was no -- that's

03:28:07.140  07  why I was saying, like, there is no phone dialogue for y'all to

03:28:09.824  08  --

03:28:10.269  09  RICHARDS:  Yeah.

03:28:10.777  10  COUNCIL:  -- really follow, because I haven't used the phone.

03:28:13.167  11  That's why -- hell, you can search the phone or do whatever you

03:28:14.818  12  need to pull up or --

03:28:17.623  13  RICHARDS:  Brandon, where did you -- where did you leave the --

03:28:19.002  14  what did you put the money in when you left the bank?

03:28:24.135  15  COUNCIL:  A Goody's bag.

03:28:25.027  16  RICHARDS:  A Goody's bag?

03:28:25.877  17  COUNCIL:  Yes.

03:28:26.445  18  RICHARDS:  Where did you get it?

03:28:27.436  19  COUNCIL:  From Goody's.

03:28:28.764  20  RICHARDS:  Goody's?

03:28:29.387  21  COUNCIL:  Mmm-hmm.

03:28:30.082  22  RICHARDS:  Did you, like -- where -- what's that? What's

03:28:31.165  23  Goody's?

03:28:31.863  24  COUNCIL:  That's a clothing store. Retail store.

03:28:35.012  25  RICHARDS:  Where did you get the bag?

03:28:36.908  00104:01  COUNCIL:  Mmm, Goody's.

03:28:38.081  02  RICHARDS:  Yeah. What -- what's with the --

03:28:39.753  03  COUNCIL:  In Conway, South Carolina. I'm sorry.

03:28:41.110  04  RICHARDS:  Oh, okay. Was it white plastic?

03:28:43.771  05  COUNCIL:  Yes. White and red.

03:28:45.422   06  RICHARDS:  White and red?

03:28:46.649   07  COUNCIL:  Mmm-hmm. White -- white bag with red letters.

03:28:50.770   08  RICHARDS:  Is that bag still in the car?

03:28:52.310   09  COUNCIL:  No.

03:28:53.283   10  RICHARDS:  Where's that bag?

03:28:57.709   11  COUNCIL:  If I'm not mistaken, it's with the -- matter of fact,

03:29:00.111   12  the purses and the stuff. I took the money out of that bag, and

03:29:05.214   13  it's at the car wash or it was. I think it's still there. It

03:29:09.670   14  might be.

03:29:11.182   15  COATS:  Hey, so when you were at that car wash, was there

03:29:12.737   16  anything around you that you noticed? Like a store or anything

03:29:16.548   17  that can help us?

03:29:17.619   18  COUNCIL:  No, because -- actually, on -- on one side of that

03:29:20.609   19  road it seems like ain't nothing on it, but on the other side of

03:29:22.845   20  the road, all the stores are on that side.

03:29:25.030   21  COATS:  But, like, what's beside it? Do you remember?

03:29:27.637   22  COUNCIL:  I can't really tell --

03:29:28.424   23  COATS:  Is it right off the interstate?

03:29:29.217   24  COUNCIL:  I swear, it was cloudy as hell that day. Y'all know

03:29:30.804   25  the damn eclipse was shit --

03:29:33.135  00105:01  RICHARDS:  Yeah. Yeah. It was dark.

03:29:34.857   02  COUNCIL:  And it rained like hell --

03:29:35.729   03  RICHARDS:  It was dark. Yeah.

03:29:36.547   04  COUNCIL:  -- on and off. So --

03:29:37.662   05  COATS:  But you said, earlier, you thought it was, like, around

03:29:39.069   06  Marion somewhere?

03:29:40.557   07  COUNCIL:  I want to say, because that's the only other little

03:29:42.234   08  town --

03:29:42.789   09  COATS:  Right.

03:29:43.356   10   COUNCIL:  -- that I remember.

03:29:43.963   11   COATS:  But, I'm --

03:29:44.855   12   COUNCIL:  I can't tell you for certain that I was there though.

03:29:46.080   13   COATS:  Because that's like Florence. Marion, that -- that area.

03:29:49.526   14   COUNCIL:  I'm not familiar with it.

03:29:51.459   15   COATS:  Okay.

03:29:52.328   16   COUNCIL:  I -- like -- like if I had --

03:29:53.382   17   COATS:  But you don't remember, like, a specific store or --

03:29:55.761   18   COUNCIL:  I could tell you -- I could tell --

03:29:56.752   19   COATS:  -- like a --

03:29:57.362   20   COUNCIL:  -- you the colors that was on the car wash. If that

03:29:59.091   21   would help.

03:29:59.967   22   RICHARDS:  Yeah. Sure.

03:30:01.007   23   COUNCIL:  If I'm not mistaken it was blue and yellow. Blue,

03:30:03.756   24   yellow and white. And I heard what y'all was saying about 501

03:30:09.292   25   and 701. I -- I can't tell you which highway I was on. I just

03:30:12.807   00106:01   know I --

03:30:13.504   02   RICHARDS:  Right. Well, you said you got lost.

03:30:14.359   03   COUNCIL:  -- got turned around. Yeah. I know I got turned

03:30:15.308   04   around.

03:30:15.959   05   RICHARDS:  You were going south, and I couldn't remember what --

03:30:17.082   06   and I don't know if you were going south on 701 or south on 501.

03:30:22.360   07   COUNCIL:  I don't know, but I got back on 501.

03:30:24.465   08   RICHARDS:  You definitely got on 501.

03:30:26.309   09   COUNCIL:  I know that that's the -- yeah. Because --

03:30:27.808   10   RICHARDS:  And you took 501 --

03:30:28.720   11   COUNCIL:  I took 501 to 95.

03:30:29.705   12   RICHARDS:  You took 501 to 95.

03:30:31.040   13   COUNCIL:  That's correct.

91

03:30:32.660  14  RICHARDS:  Really?  That is amazing.  Hmm.  And 501 to 95 --

03:30:40.043  15  COUNCIL:  Mmm-hmm.

03:30:41.341  16  RICHARDS:  -- to Wilson.

03:30:42.842  17  COUNCIL:  Yeah.  Well, no.  I didn't come back to Wilson.  I came

03:30:45.483  18  to Greenville.

03:30:46.283  19  RICHARDS:  Oh.  To Greenville.

03:30:47.042  20  COUNCIL:  Mmm-hmm.

03:30:48.936  21  COATS:  So when you -- how did you come into Greenville?

03:30:51.194  22  COUNCIL:  On the car, the Chrysler.

03:30:52.231  23  COATS:  No.  I know that, but I mean, you came, what -- 95 to

03:30:55.347  24  264?

03:30:58.892  25  COUNCIL:  Man, that's so much -- blurry.  Man, I'm not trying to

03:31:01.503  00107:01  defraud -- mislead y'all, but I -- I feel like I done pretty

03:31:06.182  02  much --

03:31:06.871  03  COATS:  Did you take highways all the way in?

03:31:08.229  04  COUNCIL:  Yeah.  Yeah.

03:31:09.131  05  COATS:  Instead of taking the back roads.

03:31:09.808  06  COUNCIL:  No.  I took highways all the way in.

03:31:11.011  07  COATS:  Because you had to go by --

03:31:12.642  08  COUNCIL:  Because I go -- the -- I went through Fayetteville, so

03:31:15.305  09  that's -- I know I got on 95, because I came through

03:31:17.017  10  Fayetteville.

03:31:17.746  11  COATS:  Mmm-hmm.  But you had -- you went through Wilson to get

03:31:20.510  12  to Greenville.

03:31:22.365  13  COUNCIL:  Oh.  Oh.  That's what you mean?

03:31:23.410  14  COATS:  Yeah.  Yeah.

03:31:24.028  15  COUNCIL:  That's what y'all were asking me.

03:31:24.755  16  COATS:  Like, how -- how did you drive it?

03:31:25.696  17  COUNCIL:  Yeah.  I -- I drove through and got on 264.

03:31:27.756    18  COATS:  264. Okay. So 95 to 264 --

03:31:30.426    19  COUNCIL:  Yeah.

03:31:31.033    20  COATS:  -- and then all the way in to --

03:31:32.137    21  COUNCIL:  Yeah. 501 or 701 or --

03:31:33.798    22  RICHARDS:  So the -- so where you dropped the purses, it was not

03:31:36.969    23  on 95. You hadn't got to 95 yet.

03:31:38.965    24  COUNCIL:  Oh. Oh, no. It's in South Carolina.

03:31:41.233    25  RICHARDS:  In South Carolina.

03:31:42.175  00108:01  COUNCIL:  Yeah.

03:31:42.842    02  RICHARDS:  Okay. Okay. So you had no idea about going to South

03:31:55.762    03  Carolina to rob a bank. You didn't have nobody here that you

03:31:58.321    04  knew?

03:32:00.228    05  COUNCIL:  You say you talked to my home girl, right?

03:32:02.029    06  RICHARDS:  We did.

03:32:02.667    07  COUNCIL:  I don't know what she told you, but I do know this --

03:32:05.982    08  I was trying to get away from North Carolina as quickly as

03:32:10.142    09  possible. She was the first reliable source that I know was

03:32:16.027    10  going --(inaudible)-- do whatever she could to goddamn get me

03:32:20.406    11  away, so...

03:32:21.627    12  RICHARDS:  Okay.

03:32:24.953    13  COATS:  (Inaudible)

03:32:25.567    14  RICHARDS:  You want -- you want to get Mike?

03:32:27.188    15  COATS:  Yeah. Let me grab Mike.

03:32:28.403    16  RICHARDS:  If he wants to do the --(inaudible).

03:32:30.046    17  COATS:  The -- back to the car wash. Like, I'm really trying to

03:32:31.870    18  figure this out. Is it -- was it a residential area? Were houses

03:32:35.506    19  around? Was it a commercial area?

03:32:36.661    20  COUNCIL:  It was a commercial area.

03:32:37.586    21  COATS:  Was there, like, a Wal-mart close by or a Texaco or

93

| | | |
|---|---|---|
| 03:32:40.421 | 22 | something? |
| 03:32:41.635 | 23 | COUNCIL: I'll tell you, those roads are so freaking long, man, |
| 03:32:43.975 | 24 | and they, like, plain -- like -- like -- nothing on them. |
| 03:32:46.714 | 25 | COATS: No. I know man. I work out here. It's just like being |
| 03:32:48.393 | 00109:01 | here. |
| 03:32:49.225 | 02 | COUNCIL: So I really can't recall exactly -- |
| 03:32:52.035 | 03 | COATS: This is Agent Sutton. He's going to do your |
| 03:32:55.309 | 04 | fingerprints. You want to -- I don't have a key with me. It's on |
| 03:33:07.113 | 05 | my key ring from my -- |
| 03:33:08.215 | 06 | SUTTON: This will be okay. |
| 03:33:08.845 | 07 | COATS: You sure? |
| 03:33:09.362 | 08 | SUTTON: Yeah. |
| 03:33:09.917 | 09 | COATS: All right. |
| 03:33:11.132 | 10 | RICHARDS: I have one if -- |
| 03:33:12.455 | 11 | SUTTON: No. We're good without it. |
| 03:33:19.165 | 12 | COATS: I am going to step out and -- |
| 03:33:20.045 | 13 | RICHARDS: Yeah. |
| 03:33:20.643 | 14 | COATS: -- make sure this stuff is -- |
| 03:33:21.300 | 15 | RICHARDS: Okay. Hey, Greg |
| 03:33:22.658 | 16 | COATS: Yes. |
| 03:33:23.418 | 17 | RICHARDS: Will you - will -- call about that car wash? |
| 03:33:26.157 | 18 | COATS: Yeah. Do you want me - -- I'll call -- |
| 03:33:27.814 | 19 | RICHARDS: Yeah. Mike. |
| 03:33:28.563 | 20 | COATS: Yep. Yep. |
| 03:33:29.292 | 21 | RICHARDS: Thank you. |
| 03:33:29.923 | 22 | COATS: I got it. |
| 03:33:35.918 | 23 | SUTTON: Let me get over there, to your left hand. Thanks. I'm |
| 03:33:44.863 | 24 | sorry. |
| 03:33:45.523 | 25 | COUNCIL: You all right. |

03:33:46.564 00110:01 SUTTON: Like, turning them like their not connected to

03:33:48.164 02 anything. I'll tell you what, I want you to bend your ring a

03:33:57.050 03 little bit, because I need to get both your ring and your pinkie

03:34:02.388 04 on there. There we go. Let me have your right. Just -- just --

03:34:28.797 05 just your pinkie.

03:34:30.000 06 COUNCIL: Okay.

03:34:37.008 07 SUTTON: I'll get some pictures of you real quick, too.

03:34:40.785 08 COUNCIL: You want me to stand up?

03:34:41.558 09 SUTTON: No. You're fine, just the way you are. Can you look

03:34:43.115 10 right at me?

03:34:43.978 11 COUNCIL: Mmm-hmm.

03:35:07.982 12 SUTTON: Any personal --(inaudible). Yep. You got it. I'll tell

03:35:31.478 13 you what -- there you go -- let me get up here. Look away - look

03:35:35.878 14 away.

03:35:43.979 15 RICHARDS: Mike, you got a DNA guy? Kit guy?

03:35:47.506 16 SUTTON: Do you need another kit?

03:35:49.197 17 RICHARDS: Do you do this stuff?

03:35:50.322 18 SUTTON: I can.

03:35:51.294 19 RICHARDS: Yeah.

03:35:52.126 20 SUTTON: Yeah. Let me just send this off.

03:36:14.049 21 RICHARDS: I want to get - is there - is it only the one? You

03:36:18.082 22 just do the --

03:36:19.287 23 SUTTON: So, yeah. Just take it --

03:36:21.523 24 RICHARDS: No, I -- I got that. All right.

03:36:23.073 25 SUTTON: Okay. Yeah. So if you just take it -- you're going to

03:36:25.487 00111:01 swab real hard on his cheek --

03:36:27.278 02 RICHARDS: Left and then the right?

03:36:27.866 03 SUTTON: Do both, yep.

03:36:28.838 04 RICHARDS: All right. Brandon, just open your mouth a minute.

95

JA6516

03:36:30.725    05   I'm no expert at this, so don't let me --

03:36:34.501    06   SUTTON: Yeah, get a -- rub it back and forth four or five

03:36:36.870    07   times.

03:36:39.739    08   RICHARDS: Okay.

03:36:40.683    09   SUTTON: Now, as long as it's good and wet.

03:36:41.601    10   RICHARDS: Can you do me a favor, Mike?

03:36:43.142    11   SUTTON: Mmm-hmm.

03:36:43.792    12   RICHARDS: Can I get another one?

03:36:44.693    13   SUTTON: Absolutely. Sure.

03:36:45.926    14   RICHARDS: And then I just close this up?

03:36:47.678    15   SUTTON: Mmm-hmm.

03:36:50.008    16   RICHARDS: And I put it in this bag?

03:36:51.761    17   SUTTON: Yep. Well, you'll need to fill out all this --

03:36:52.997    18   RICHARDS: Yep. Yep.

03:36:53.675    19   SUTTON: We'll -- (inaudible).

03:36:55.904    20   RICHARDS: (Inaudible)-- yeah, and I'm going to take -- I'm

03:36:57.485    21   going to take one, but I'd like to get -

03:37:00.061    22   SUTTON: A second one.

03:37:00.950    23   RICHARDS: -- have you -- yeah.

03:37:02.194    24   SUTTON: Okay.

03:37:08.988    25   RICHARDS: Okay. Now, we've got a ink packet here, Brandon.

03:37:29.594   00112:01   Okay. Okay. Is there -- completely have -- all right. Let me

03:37:33.644    02   have your right index. Yeah, just this one. Okay. And then,

03:37:39.418    03   let's put that -- just -- no. Yeah. Get rid of those three

03:37:42.956    04   fingers, like you just did. Yeah, there you go. Looks good to

03:37:49.928    05   me. And then we have your left one. And we are going to try to

03:37:53.023    06   do this here. Okay. I'll try to get this here, Brandon.

03:38:01.135    07   (Inaudible)-- okay. Okay. That looks good to me. All right. Now,

03:38:08.710    08   I'm going to give you a -- a wipe here. Actually, let's just --

03:38:13.819   09   we're going -- we're going to do it again, so do you have

03:38:16.217   10   another one, Mike?

03:38:16.621   11   SUTTON: Yeah. He's getting it (Inaudible).

03:38:51.494   12   RICHARDS: Awesome.

03:38:52.366   13   COATS: Sorry.

03:38:53.133   14   RICHARDS: Oh, yeah. No, I just need one like this. Yeah.

03:38:54.986   15   Thanks. Thanks. Now there are two.

03:39:07.520   16   COATS: Hmm.

03:39:08.166   17   RICHARDS: Now I've got two. Now there is two in a package.

03:39:11.991   18   COATS: What, did you only get one in this pack?

03:39:13.270   19   RICHARDS: Yeah. But I'm going to keep that. Yeah. Let's just do

03:39:15.424   20   it --

03:39:16.025   21   COATS: Okay.

03:39:17.259   22   RICHARDS: This will be -- this will be the -- like a -- you

03:39:18.602   23   know the Bureau's stuff. Yeah.

03:39:19.990   24   COATS: Yeah. I was going to say if you want to do the one to

03:39:22.305   25   send to -- in the packet, and then one for you to keep, right.

03:39:25.462   00113:01   Isn't that what you were doing?

03:39:26.333   02   RICHARDS: Yeah. So I'll just send -- I'll just give you the

03:39:27.778   03   two.

03:39:28.807   04   COATS: Okay.

03:39:29.341   05   RICHARDS: Because I already did the -- I already did the -- the

03:39:30.840   06   one.

03:39:31.485   07   COATS: Okay. I got you.

03:39:32.506   08   RICHARDS: Yeah. I'm good to go.

03:39:37.431   09   COATS: You might want to call Mike, too. He wouldn't answer. I

03:39:39.307   10   don't know if it's because he saw my 202 number or --

03:39:41.593   11   RICHARDS: Yeah, probably.

03:39:43.363   12   COATS: So --

97

| | | |
|---|---|---|
| 03:39:44.295 | 13 | RICHARDS: Okay. Yeah. I'll get to that in a minute. Right. I |
| 03:39:53.996 | 14 | don't want to mix that up. Okay. |
| 03:39:57.772 | 15 | COATS: Okay. |
| 03:39:58.392 | 16 | RICHARDS: Okay. Here you go, buddy. Let me do this again for |
| 03:39:59.219 | 17 | you --(inaudible). Thanks, Brandon. |
| 03:40:05.385 | 18 | COUNCIL: Mmm-hmm. |
| 03:40:10.863 | 19 | RICHARDS: So that one is going to -- that one is going in |
| 03:40:12.327 | 20 | there. Let me give you another one. That's going to be a -- that |
| 03:40:18.845 | 21 | -- you know, that we're going to send. Okay, Mike? Uh, Greg? |
| 03:40:23.253 | 22 | COATS: Mmm-hmm. |
| 03:40:50.334 | 23 | RICHARDS: One more time, pal. It's going to be like going to |
| 03:40:54.305 | 24 | the dentist. You all right? |
| 03:40:57.304 | 25 | COUNCIL: Mmm-hmm. |
| 03:40:58.477 | 00114:01 | RICHARDS: Thank you. Okay. Okay. All right. Now I just need |
| 03:41:07.052 | 02 | your fingerprints. Sorry. |
| 03:41:08.952 | 03 | COATS: That's alright. |
| 03:41:14.271 | 04 | RICHARDS: Okay. Let's try this again, Brandon. Okay, your |
| 03:41:23.864 | 05 | right. Let's do the right one, it's easier for me. That one |
| 03:41:33.252 | 06 | comes up good. This one here, for some reason -- it's probably |
| 03:41:36.079 | 07 | cause of where it is, right? |
| 03:41:37.528 | 08 | COUNCIL: Mmm-hmm. |
| 03:41:45.050 | 09 | RICHARDS: Let me try -- okay. I want to give you a -- I'm going |
| 03:41:55.311 | 10 | to give you the wipe. Wipe off your -- there for you. There you |
| 03:42:16.119 | 11 | go. You got that. Can you use it? |
| 03:42:17.194 | 12 | COUNCIL: Yeah. Thank you. |
| 03:42:24.969 | 13 | RICHARDS: This is -- I'm going to give that to you -- Greg. |
| 03:42:27.598 | 14 | COATS: Do you want to -- do you want to be the -- |
| 03:42:30.419 | 15 | RICHARDS: Yeah. |
| 03:42:30.937 | 16 | COATS: (Inaudible) |

98

| | | |
|---|---|---|
| 03:42:31.627 | 17 | RICHARDS: Yeah. Yeah. No, I'll do it. I'll do it. Yeah, sure. |
| 03:42:34.055 | 18 | Yeah. |
| 03:42:34.894 | 19 | SUTTON: I'll fill it out for you, but I was just -- I didn't |
| 03:42:36.385 | 20 | know if you wanted -- |
| 03:42:36.981 | 21 | RICHARDS: No, it's okay. I can fill it out. I just was trying |
| 03:42:37.899 | 22 | to clean this thing up. |
| 03:42:39.094 | 23 | COATS: (Inaudible) |
| 03:42:42.464 | 24 | RICHARDS: Because that one -- do you need another one? I got |
| 03:43:03.910 | 25 | another one, Brandon. |
| 03:43:04.729 | 00115:01 | COUNCIL: No. No. This is fine. |
| 03:43:05.842 | 02 | RICHARDS: Yeah. Are you okay? |
| 03:43:06.974 | 03 | COUNCIL: Mmm-hmm --it's taking a little scrubbing. |
| 03:43:10.360 | 04 | COATS: Council is C-O-U-N-C-I-L, right? |
| 03:43:13.505 | 05 | COUNCIL: Mmm-hmm. |
| 03:43:24.497 | 06 | COATS: Brandon, common spelling B-R-A-N-D-O-N? |
| 03:43:27.386 | 07 | COUNCIL: That's correct. |
| 03:43:36.074 | 08 | RICHARDS: C-O-U-N -- |
| 03:43:37.030 | 09 | COUNCIL: N-C-I-L. |
| 03:43:37.756 | 10 | RICHARDS: -- N-C-I-L. What is your date of birth, Brandon? |
| 03:43:43.065 | 11 | COUNCIL: 07/11/1985. |
| 03:43:53.374 | 12 | RICHARDS: Do you have a middle initial? |
| 03:43:54.276 | 13 | COUNCIL: Michael. |
| 03:44:02.908 | 14 | RICHARDS: Do you know your Social? |
| 03:44:03.791 | 15 | COUNCIL: 239- |
| 03:44:05.206 | 16 | RICHARDS: 239 -- |
| 03:44:06.341 | 17 | COUNCIL: -- 65 -- |
| 03:44:07.576 | 18 | RICHARDS: 65 -- |
| 03:44:08.693 | 19 | COUNCIL: -- 56 -- |
| 03:44:09.622 | 20 | RICHARDS: -- 56 -- |

99

03:44:10.574  21  COUNCIL:  -- 86.

03:44:11.568  22  RICHARDS:  -- 86.  What else do you got to put on there?

03:44:54.333  23  COATS:  I need y'all's --

03:44:56.672  24  RICHARDS:  Okay. I'll -- I'll do it.

03:44:58.221  25  COATS:  All right.

03:44:59.296  00116:01  RICHARDS:  Yeah. I got the --

03:45:00.746  02  COATS:  And then your -- just your contact information.

03:45:03.392  03  RICHARDS:  Okay.

03:45:04.370  04  COATS:  Then sign it and I'll -- if you want I can get this

03:45:06.942  05  dropped in the mail today.

03:45:08.380  06  RICHARDS:  Yep. Okay.

03:45:28.242  07  COATS:  Then I -- you don't know your -- do you know y'all's ORI

03:45:30.757  08  number?

03:45:32.173  09  RICHARDS:  No. But -- it -- it's not going to -- I wanted to --

03:45:39.296  10  do you use the Columbia office or do you use the RA --

03:45:45.304  11  COATS:  For the address?

03:45:46.337  12  RICHARDS:  Yeah. Does it matter?

03:45:47.905  13  COATS:  No. I just -- I just use the --

03:45:49.131  14  RICHARDS:  RA?

03:45:49.911  15  COATS:  Yeah, the RA office.

03:45:51.471  16  RICHARDS:  Appreciate it. Yeah.

03:45:53.446  17  COATS:  Because that's where -- if it doesn't -- if something

03:45:54.634  18  doesn't jive with it, they're going to send it back to you

03:45:55.038  19  anyway. Yeah, I just put to the RA. And then, let's see -- yeah.

03:46:36.284  20  They'll -- they'll kick it back without this -- the ORI number

03:46:40.765  21  for Columbia. And I think you're --

03:46:43.835  22  RICHARDS:  Okay.

03:46:44.442  23  COATS:  If you want, I can call --

03:46:45.326  24  RICHARDS:  Yeah. I'll --

03:46:45.934　25　COATS: I can get it for you --

03:46:46.637　00117:01　RICHARDS: Yeah.

03:46:47.195　02　COATS: -- and fill it in.

03:46:47.803　03　RICHARDS: We'll get it. I'm going to -- I'm going to be out in

03:46:48.695　04　a minute.

03:46:49.326　05　COATS: Okay.

03:46:49.873　06　RICHARDS: I'm coming out, right now --

03:46:50.672　07　COATS: Okay.

03:46:51.601　08　RICHARDS: -- anyway. Okay. Brandon, is there anything else that

03:46:59.217　09　you want -- want us to know?

03:47:01.731　10　COATS: I'm sorry, buddy.

03:47:03.700　11　COUNCIL: Yes.

03:47:08.121　12　RICHARDS: Excuse me?

03:47:08.768　13　COUNCIL: Yes.

03:47:09.337　14　RICHARDS: What would you like us to know?

03:47:11.714　15　COUNCIL: I swear to God I wish them women hadn't -- hadn't --

03:47:14.504　16　RICHARDS: Say it again. Say it -- speak up.

03:47:18.041　17　COUNCIL: I wish those women hadn't passed away. They didn't

03:47:20.039　18　deserve what they got. They was just in the wrong place at the

03:47:23.081　19　wrong time, in the wrong field, and -- it's just -- I wish I had

03:47:30.143　20　made a better decision -- I hadn't put those people and their

03:47:35.225　21　families in that type of, you know, situation because, you never

03:47:41.512　22　know what people deserve, but you don't -- you don't get to

03:47:44.183　23　decide what they do deserve and what they don't deserve, you

03:47:47.396　24　know. I had no right to play God. I won't intentionally trying

03:47:51.485　25　to murder. I was trying to wound and injure to the point of

03:47:58.517　00118:01　where I felt like I had a better chance of, you know,

03:48:02.474　02　successfully getting away. But it's -- what I did is horrible. I

03:48:09.288　03　wish -- I'll be regretting it for the rest of my life. That's

| | | |
|---|---|---|
| 03:48:15.860 | 04 | what I want you to know. |
| 03:48:16.918 | 05 | RICHARDS: Okay. Well, you know, thank you, Brandon. You've been |
| 03:48:21.084 | 06 | very cooperative. I'm going to turn that recorder off now. If |
| 03:48:25.691 | 07 | there's anything else that we need to come talk to you about, do |
| 03:48:30.782 | 08 | you have any problem with us coming to to talk to you? |
| 03:48:32.644 | 09 | COUNCIL: Sure. |
| 03:48:33.342 | 10 | RICHARDS: Okay. I'm -- my name is Todd Richards. I'm with the |
| 03:48:35.949 | 11 | FBI out of Myrtle Beach, and this is Special Agent Greg Coats, |
| 03:48:40.491 | 12 | and he's out of the FBI in this area, which is -- |
| 03:48:43.307 | 13 | COATS: Greenville. |
| 03:48:44.006 | 14 | RICHARDS: -- Greenville, South Carolina. Okay? |
| 03:48:45.528 | 15 | COATS: North. |
| 03:48:46.778 | 16 | RICHARDS: Excuse me. I'm -- North Carolina. |
| 03:48:49.217 | 17 | COATS: Different. |
| 03:48:50.088 | 18 | RICHARDS: So if there's anything we'll -- we'll come and |
| 03:48:52.733 | 19 | address it with you. Okay? |
| 03:48:53.898 | 20 | COUNCIL: Sure. |
| 03:48:54.675 | 21 | RICHARDS: All right, sir. Thank you very much. The time is 5:12 |
| 03:48:59.511 | 22 | and I'm turning off the recorder. |
| 03:49:04.093 | 23 | (Recorded interview ended at 5:12 p.m.) |

# ADVICE OF RIGHTS

Place _Greenvill PD_
Date _8/23/17_
Time _3:00 PM_

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during the questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed _Brittan R Council._

Witness: _SA Nathan Ruleu (FBI)_
Witness: _____
Time: _3:00 pm_

COUNCIL00496

JA6524

FD-26 (Rev. 7-20-94)

# DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

### CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

(Describe the person(s), place(s), or thing(s) to be searched.)

White Samsung Galaxy Core,
252 - 371 - 5337

+ a 1996 mercedes E300 vehicle

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

8/23/17
Date

Brandon M Carrol
Signature

Witness

SA Todd L. Richard, FBI, SA

4:30 PM

COUNCIL00497

JA6525

COUNCIL02039



JA6526

COUNCIL02041

JA6527



JA6528



JA6529

COUNCIL01761



JA6530



JA6531

COUNCIL01806



JA6532



JA6533

COUNCIL01810



JA6534


COUNCIL01841

COUNCIL01929



JA6536




COUNCIL01805

JA6538



COUNCIL01835

JA6539

FD-340 (Rev. 4-11-03)

File Number ___9IA-CO- 2200643___

Field Office Acquiring Evidence ___CO___

Serial # of Originating Document _____

Date Received ___8/1/18___

From ___LISA HILL___
_____(Name of Contributor/Interviewee)

___Evidence Custodian - Conway PD___
_____(Address)

_____
_____(City and State)

By ___Michael Connelly___

To Be Returned  ☐ Yes    ☐ No
Receipt Given  ☐ Yes    ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
   ☐ Yes    ☐ No
Federal Taxpayer Information (FTI)
   ☐ Yes    ☐ No

Title: ___Brandon Michael Council___

Reference: _____
_____(Communication Enclosing Material)

_____

Description: ☐ Original notes re interview of
___Conway Express Inn Miscellaneous___
___documents___
_____
_____

**GOVERNMENT
EXHIBIT
176**
PENGAD 800-631-6989



NORTH CAROLINA DRIVER LICENSE
000001019293 03/08/1974
03/08/2023
ARTIS
DARYL EDWIN
1301 DOWNING ST SW
WILSON NC 27893-5744
03/08/72

# Express Inn

Days Express Inn
1240 PINE STREET
CONWAY, SC 29526 US
Phone: (843) 248-3414
Fax: (843) 248-3414
Email: cpTIGER98@gmail.com

7:23 PM

Folio _____

Name _____

Address _____

Room  110

# Nights  7      # Guests  2

Arrival  8-15      Departure  8-22

Room Rate _____  TAX _____

Payment Type  Cash
TOTAL  35000

GOVERNMENT EXHIBIT
176
FED(AU) 800-631-6989



COUNCIL30663

JA6542



COUNCIL30657

JA6543



COUNCIL30656

JA6544



COUNCIL30304



COUNCIL30309

JA6546



COUNCIL30310

JA6547



COUNCIL30314



COUNCIL30320

JA6549

COUNCIL30419



JA6550



COUNCIL30426

JA6551



COUNCIL30391

JA6552



COUNCIL30396

JA6553



COUNCIL30404

JA6554

# Miles Davis Memorial Scholarship

- Category (Miles' legacy)

  - How did he influence the community
  - Unique skills
  - Integrity - the quality of being honest & having strong moral principles; moral uprightness.
- Qualifications

  - Grade
  - extra curricular activities
  - All around
  - No referrals

Deadline: At least 30/45 day before awards banquet?

Who can nominate students??

  - Anyone
  - favorite teacher
  - Guidance / Principle

COUNCIL30405



**Miles For Miles Foundation**

The Miles for Miles Scholarship is founded in memory of Kenneth Miles Davis and is designed to recognize and promote ethics and integrity among young people. Miles for Miles Foundation will award an annual scholarship to a graduation High School Senior who personifies all of the best aspects of high character in their personal choices and actions. Scholarship money is award directly toward educations expenses (tuition or Room/ Board) at any accredited institution. This is a onetime non-renewable scholarship. The receipted is required to be enrolled in an education institution beginning the first fall quarter/ trimester/ semester immediately following graduation. Student may determine where and when to apply the scholarship funds throughout the school year.

**Qualifications for Miles for Miles Scholarship**

- Integrity- I strive to do what I say I will do
- Honesty- I strive to consistently speak truth with compassion
- Respect- I strive to treat others as they would want to be treated
- Kindness- I strive to treat others with respect and dignity
- Forgiveness- I strive to extend and receive from others unmerited acceptance
- Courage- I strive to consistently and persistently act on my convictions
- Honoring Authority- I strive to respect boundaries and yield to those given responsibility to others
- Justice- I strive to uphold truth, expose error and correct wrong
- Accountability- I strive to take responsibility for my actions and correct them when I am wrong
- Responsibility – I strive to fulfill my personal duty as a good citizen, neighbor and friend
- Excellence- I strive to be the Best me I can be and be proud of that person – " Miles Davis Quote"

COUNCIL30406

JA6556

# Teen Center

1. Place –

2. Entertainment & Food –

3. Volunteers –

4. Kids –

JA6557

# Places/People/Businesses/Organizations to Partner With:

* Supporting those troubled during grief through the love of Christ

* Helping bridge the gap for today's youth during.

# POS Declaration

Food Lion
Branch 247

Cash Office

POS Number: 7

Current Period

| Media | Qty | This Declaration | Qty | Declaration | Qty | Accountability | Over/Short | % Over/Short |
|---|---|---|---|---|---|---|---|---|
| Cash | ******** | 13.57 | ******** | 13.57 | ******** | 359.13 | -345.56 | -96.22 |
| Coin Machine | ******** | 0.00 | ******** | 14.23 | ******** | 14.23 | 0.00 | 0.00 |
| Vendor Coupons | ******** | 0.00 | ******** | 1.50 | ******** | 1.50 | 0.00 | 0.00 |
| EBT Food Stamp | ******** | 0.00 | ******** | 19.77 | ******** | 19.77 | 0.00 | 0.00 |
| EFT Check | ******** | 0.00 | ******** | 35.69 | ******** | 35.69 | 0.00 | 0.00 |
| Credit Card | ******** | 0.00 | ******** | 117.22 | ******** | 117.22 | 0.00 | 0.00 |
| ?t Card | ******** | 0.00 | ******** | 886.11 | ******** | 886.11 | 0.00 | 0.00 |
| **Totals:** | 0 | 13.57 | 0 | 1,088.09 | 75 | 1,433.65 | -345.56 | -24.10 |

JA6559

**PRINTED FROM EJ**

# Balance Sheet

Time: 11:07

Teller Name: **DAISY MUNOZ ALVAREZ**    Date: 08/11/2017    Cashbox Number: **022**

## Cash Count - Top Drawer

| Currency Amount | | Coin Amount | |
|---|---|---|---|
| $100 | 0.00 | $1.00 | 21.00 |
| 50 | 0.00 | .50 | 0.00 |
| 20 | 0.00 | .25 | 10.25 |
| 10 | 0.00 | .10 | 2.50 |
| 5 | 0.00 | .05 | 1.40 |
| 1 | 0.00 | .01 | 0.04 |
| Total $ | 0.00 | Total $ | 35.19 |

## Cash Count - Second Drawer

| Currency Amount | | Coin Amount | |
|---|---|---|---|
| $100 | 0.00 | $1.00 | 0.00 |
| 50 | 0.00 | .50 | 0.00 |
| 20 | 2,000.00 | .25 | 0.00 |
| 10 | 250.00 | .10 | 0.00 |
| 5 | 125.00 | .05 | 0.00 |
| 1 | 400.00 | .01 | 0.00 |
| Total $ | 2,775.00 | Total $ | 0.00 |

## Cash Count - Coin Vault/Locker

| Currency Amount | | Coin Amount | |
|---|---|---|---|
| $100 | 0.00 | $1.00 | 0.00 |
| 50 | 0.00 | .50 | 0.00 |
| 20 | 0.00 | .25 | 0.00 |
| 10 | 0.00 | .10 | 35.00 |
| 5 | 0.00 | .05 | 8.00 |
| 1 | 0.00 | .01 | 4.00 |
| Total $ | 0.00 | Total $ | 47.00 |

## Cash Count - Vault TL 15 Stge

| Currency Amount | | Coin Amount | |
|---|---|---|---|
| $100 | 0.00 | $1.00 | 0.00 |
| 50 | 0.00 | .50 | 0.00 |
| 20 | 0.00 | .25 | 0.00 |
| 10 | 0.00 | .10 | 0.00 |
| 5 | 0.00 | .05 | 0.00 |
| 1 | 0.00 | .01 | 0.00 |
| Total $ | 0.00 | Total $ | 0.00 |

## Window

| | |
|---|---|
| Unfit | 19.00 |
| Consignment Funds | 0.00 |
| $2 Bills | 2.00 |

## Vault TL 15 Stge

| | |
|---|---|
| Unfit | 0.00 |
| Consignment Funds | 0.00 |
| $2 Bills | 0.00 |

## Dispenser

| Currency Amount | | Coin Amount | |
|---|---|---|---|
| $100 | 0.00 | $1.00 | 0.00 |
| 50 | 0.00 | .50 | 0.00 |
| 20 | 0.00 | .25 | 0.00 |
| 10 | 0.00 | .10 | 0.00 |
| 5 | 0.00 | .05 | 0.00 |
| 1 | 0.00 | .01 | 0.00 |
| Total $ | 0.00 | Total $ | 0.00 |

## Summary

| | | |
|---|---|---|
| Top Drawer | $ | 35.19 |
| Second Drawer | $ | 2,775.00 |
| Coin Vault/Locker | $ | 47.00 |
| Vault/TL 15 Stge | $ | 0.00 |
| Unfit/Dispenser | $ | 21.00 |
| Total Cash Count | $ | 2,878.19 |
| Ending Cash | $ | 5,554.19 |
| Difference | $ | -2,676.00 |

**SHORTAGE POSTED TO D17752**

[stamp: BB&T WILSON, NC AUG 11 17 -022- MEDICAL CENTER]

**9000** (1406)                    Retain for Two (2) Years

COUNCIL30287

JA6560



COUNCIL03504

JA6561



COUNCIL03507



COUNCIL03508

MICHAEL COUNCIL Guest #88506
1300 WAVERLY RD NW
WILSON NC 27896

Room: 119 KING/SMOKING/HCAP  Daily rate: 48.67 + Tax
Check-in: 08/21/17 9:03pm  Out: 08/23/17  Nights: 2  Guests: 1/0
ID:  24695003

| | CHARGES | | | | | PAYMENT | | | | |
|------|-------|-------|-------|------|-------|--------|-------|------|-------|---------|
| Date | Room | Phone | Misc. | Tax | Total | Credit | Cash | Bill | Total | Balance |
| 8/21/17 | 97.34 | 0.00 | 0.00 | 12.66 | 110.00 | 0.00 | 110.00 | 0.00 | 110.00 | 0.00 |

(Taxes - lodging: $12.66)

AMOUNT TENDERED : $110.00 Cash/Check
TOTAL: $110.00
CHANGE : $0.00

Check-out time: 11:00am  Check-in time: 11:00am

Guest Signature: _____

WEEKLY GUEST:ONLY FRESH TOWELS AND TRASH TAKEN OUT . MONDAY,WEDNESDAY AND FRIDAY ONLY.THANK YOU.
PLEASE PARK IN FRONT AND BACK OF ECONOMY INN BUILDING ONLY.
THE MANAGEMENT ASSUMES NO RESPONSIBILITY FOR ACCIDENTS, INJURIES, THEFT OR LOSS DUE TO ANY CAUSE AT ECONOMY INN.
IF YOU ARE NOT CHECKED OUT BY 11 AM YOUR ROOM WILL BE CHARGED FOR ANOTHER NIGHT.
MANAGEMENT DOES NOT ALLOW EXTRA GUESTS UNLESS AN ADDITIONAL CHARGE OF $5 IS PAID PER PERSON.NO MORE THAN FOUR ADULTS PER ROOM.EXTRA CHARGE FOR EXTRA PEOPLE. THANK YOU
GUEST ARE LIABLE AND RESPONSIBLE TO PAY FOR ANY DAMAGED CAUSED ON THE PROPERTY AND ROOMS
PETS ARE NOT ALLOWED TO BE LEFT ALONE IN THE ROOM.
---ABSOLUTELY NO REFUNDS UNDER ANY CIRCUMSTANCES-----
EXTRA KEY CARD $1
NOTICE TO GUEST: THE MANAGEMENT ALSO RESEVES THE RIGHT TO REFUSE SERVICE.
THANK YOU FOR STAYING AT ECONOMY INN.PLEASE COME AGAIN.

GUEST SIGNATURE: _____

COUNCIL00418

JA6564

# STATE OF NORTH CAROLINA
## VEHICLE INSPECTION RECEIPT/STATEMENT
### SAFETY ONLY

| | | |
|---|---|---|
| Classification: | SI | |
| Electronic Authorization No.: | 055 | |
| Date: | 01/18/2017 | |

**PASSED**

| | |
|---|---|
| Inspection Fee: | $12.75 |
| E-Auth. Fee: | $0.85 |
| Window Tinting Fee: | |
| Total Fees: | $13.60 |

| | |
|---|---|
| Make: | MERCEDES BENZ |
| Year: | 1996 |
| Engine Size: | 3000  cc |
| Body Style: | Sedan |
| VIN: | WDBJF20F8TJ005298 |
| County: | PITT |
| TIN: | 455910221598 |

| | |
|---|---|
| Vehicle Type: | Light Duty |
| Plate Number: | 67422D |
| Odometer Reading: | 146,103 |
| Number of Cylinders: | 6 |
| Type of Fuel: | Diesel |
| Previous Odometer: | 0 |
| Motor Vehicle Dealer Number: | |

See your vehicle's registration card for your next Inspection Due Date.

### Safety Equipment

| | |
|---|---|
| Headlights | PASS |
| Parking Lights | PASS |
| Tail Lights | PASS |
| Beam Indicator / Light Switch | PASS |
| License Plate Light | PASS |
| Stop Lights | PASS |
| Directional Signals | PASS |
| Horn | PASS |
| Windsheild Wiper | PASS |
| Rear View Mirrors | PASS |
| Foot Brake | PASS |
| Emergency Brake | PASS |
| Steering Mechanism | PASS |
| Tires | PASS |
| Exhaust System | PASS |
| Clearance Lights | N/A |
| Reflectors | N/A |
| Window Tinting | N/A |

| | |
|---|---|
| Station Number: | 33259 |
| Inspection Class: | Safety |
| Parts Exemption Number: | |
| Inspector-Mechanic: | GRADY, RYAN |

| | |
|---|---|
| Analyzer Number: SZ200124 | Ver: 0903 |
| Receipt/Statement Number: 00004028 | |
| Waiver Number: | |
| Owner's Repair Authorization: | |

RETAIN THIS COPY FOR YOUR RECORDS

JA6565

COUNCIL02354

Below is a list of some major defects that may occur in used motor vehicles.

**Frame & Body**
Frame – cracks, corrective welds, or rusted through
Dog tracks – bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in gear
Manual clutch slips or clatters

**Differential**
Improper fluid level or leakage excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs.)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than ¼ inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension**
Ball joint seats damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Radius rod damaged or missing
Rubber bushings damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage

---

**PIRATE AUTO SALES**
DEALER

**2616 East 10th St  GREENVILLE, NC  27858**
ADDRESS

**Manager on Duty**
SEE FOR COMPLANTS

IMPORTANT: The information on this form is part of any contract to buy this vehicle.  Removal of this label before consumer purchaser (except for purpose of test-driving) is a violation of federal law (16 C.F.R. 455).

I hereby acknowledge receipt of the Buyers Guide at the closing of this sale

X _____          8-22-17
          Vehicle Buyers Signature                              Date

COUNCIL02355

JA6566

# BUYER'S GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put ALL promises in writing. Keep this form.

| | | | |
|---|---|---|---|
| MERCEDES-BENZ | E300 D | 1996 | WDBJF20F8TJ005298 |
| Vehicle Make | Model | Year | VIN |

005298-R
Dealer Stock Number (Optional)

WARRANTIES FOR THIS VEHICLE:

# [X] AS IS - NO WARRANTY

**YOU WILL PAY ALL COSTS FOR ANY REPAIRS.** The dealer assumes no responsibility for any repairs regardless of any oral statements about this vehicle.

# [ ] WARRANTY

[ ] FULL [X] LIMITED WARRANTY. The dealer will pay: ___50_% of the labor and ___50_% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the of the warranty documents for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

**SYSTEMS COVERED:**         **DURATION:**

50 % parts and labor warranty on engine and transmission for 30 days

[ ] SERVICE CONTRACT. A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

**PRE PURCHASE INSPECTION:** ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

**SEE THE BACK OF THIS FORM** for important information, including a list of some major defects that may occur in used motor vehicles.

COUNCIL02356

# North Carolina Division of Motor Vehicles
# Eligible Risk Statement for Registration and Certificate of Title

I/we ___JALEN SAVON VINES_____ am/are an eligible risk for insurance coverage as defined in G.S. 58-37-1(4a) because I am:        (Check at least one or more of the following that apply)

☑ 1. A resident of North Carolina and have a valid driver license issued by the State of North Carolina.

☐ 2. A resident of North Carolina who owns a motor vehicle registered or principally garaged in North Carolina. ("Principally garaged" means that the vehicle is garaged for six or more months of the current or preceding year on property in this State which is owned, leased, or otherwise lawfully occupied by you as the owner of the vehicle.)

☐ 3. A person required to file proof of financial responsibility under Article 9A or 13 of Chapter 20 of the General Statutes in order to register a vehicle or to obtain a driver license in this State.

☐ 4. A nonresident of this State and own a motor vehicle registered and principally garaged in North Carolina. (See Item 2 above for definition of "principally garaged".)

☐ 5. A nonresident of North Carolina and meet one of the following:
1) A member of the United States armed forces stationed in this State or deployed outside this State from a home base in this State who intends to return to his or her home state;
2) The spouse of a nonresident member of the United States armed forces stationed or deployed outside this State from a home base in this State who intends to return to his or her home state; or,
3) An out-of-state student who intends to return to his or her home state upon completion of his or her time as a student enrolled in school in this State; or

☐ 6. The State of North Carolina and its agencies and cities, counties, towns, and municipal corporations in this State and their agencies.

I understand that providing incorrect or false and misleading information as to my status as an eligible risk can result in criminal prosecution and the denial of insurance coverage for any loss under any insurance policies for which application is made if I provide false and misleading information as to eligible risk status.

I will inform the insurer before the next policy renewal if I cease to be an "eligible risk" as defined in G.S. 58-37-1(4a).

_____        08/22/2017
Signature of owner(s)                                          Date

---

### Definition of Non-Fleet Private Passenger Vehicle as defined in G.S. 58-40-10
**(Note, the vehicle must meet both definitions below to be a "non-fleet private passenger vehicle")**

**"Private Passenger Motor Vehicle" means one of the following:**

● A motor vehicle of the private passenger or station wagon type that is owned or hired under a long term contract to the insured and is not used for public transportation or rented to others.

● A pick up truck or van that is owned by an individual, or by a husband and wife, or individuals who are residents of the same household and has a gross vehicle weight (GVW) as specified by the manufacturer of less than 10,000 pounds and is not used for the delivery or transportation of goods or materials, unless the delivery or transportation of goods and material is:
    (a)    Incidental to the insured's business of installing, maintaining, repairing furnishings or equipment; or
    (b)    For farming or ranching.

● A motorcycle, motorized scooter or other similar motorized vehicle not used for commercial purposes.

**"Non-fleet" motor vehicle means:**

A motor vehicle not eligible for classification as a fleet vehicle for the reason that the motor vehicle is one of four or fewer motor vehicles hired under a long-term contract or owned by the insured named in the policy.

**Definition of "Eligible Risk"** - "Eligible Risk" means that you may legally obtain automobile insurance for a "non-fleet private passenger motor vehicle in the state of North Carolina because at least one of the above classifications applies to you. It does not mean that you currently have automobile insurance.

---

**IMPORTANT NOTE - YOU SHALL NOT BE DEEMED AN ELIGIBLE RISK if timely payment or premium is not tendered or if there is a valid unsatisfied judgment of record against you for recovery of amounts due for motor vehicle insurance premiums and you have not been discharged from paying the judgment or if you do not furnish the information necessary to effect insurance.**

COUNCIL02357

MVR-2 (Rev.09/08)  NO FEE

## North Carolina Division of Motor Vehicles
# DEALER'S REASSIGNMENT OF TITLE TO A MOTOR VEHICLE

To be used by North Carolina licensed dealers to reassign out-of-state assigned certificates of title, non-title state registration certificates and/or bills of sale or other documents acceptable for obtaining a certificate of title in North Carolina. May also be used to reassign manufacturer's certificates of origin and North Carolina certificates of title when the space or spaces provided on these documents for dealer's assignments have been used.

YEAR 1996 MAKE MERCEDES-BENZ BODY STYLE 4DR SDN VIN WDBJF20F8TJ005298

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:
913 SEBRING DR Winterville, NC 28590

JALEN SAVON VINES

"I certify to the best of my knowledge that the odometer reading is: 116,502 (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits. ☐ 2. The odometer reading is not the actual mileage. **WARNING — ODOMETER DISCREPANCY**

8/22/2017
DATE VEHICLE DELIVERED TO PURCHASER
To my knowledge the vehicle described herein:
Yes ☐ No ☒ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☒ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent _Henry Mary hue Voyo_

Printed Firm Name PIRATE AUTO SALES  Dealer No. 67422

Date 08/22/2017 County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name)(s) of principal(s).

Notary
Signature _____

Notary Printed
or Typed Name _____

"I am aware of the above odometer certification and damage disclosure made by the seller." My Commission Expires _____ **(SEAL)**

Hand Printed Name and
Signature(s) of Buyer(s) _Jalen Savon Vines_ _Jalen Savon Vines_

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits. ☐ 2. The odometer reading is not the actual mileage. **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER
To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent _____

Printed Firm Name _____ Dealer No. _____

Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name)(s) of principal(s).

Notary
Signature _____

Notary Printed
or Typed Name _____

"I am aware of the above odometer certification and damage disclosure made by the seller." My Commission Expires _____ **(SEAL)**

Hand Printed Name and
Signature(s) of Buyer(s) _____

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."

☐ 1. The mileage stated is in excess of its mechanical limits. ☐ 2. The odometer reading is not the actual mileage. **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER
To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and
Signature of Dealer or Agent _____

Printed Firm Name _____ Dealer No. _____

Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name)(s) of principal(s).

Notary
Signature _____

Notary Printed
or Typed Name _____

"I am aware of the above odometer certification and damage disclosure made by the seller." My Commission Expires _____ **(SEAL)**

Hand Printed Name and
Signature(s) of Buyer(s) _____

### LIEN OR ENCUMBRANCE - ENTER IN OWNER'S APPLICATION FOR TITLE.
This form contains the conforming odometer statement and must have the hand printed name and signature of both the buyer and seller.

JA6569

COUNCIL02358

**MVR-1**
(Rev. 01/17)

North Carolina Division of Motor Vehicles
## TITLE APPLICATION

### CHECK Appropriate Block/s (Application cannot be processed without certification of services)

☐ Title Only – Vehicle Not in Operation

☐ Truck Weight Desired _____
(This includes the truck, trailer and load)

For Hire Vehicle
☐ Yes  or  ☒☒No

☐ Title and License Plate
Class of License  **PRIVATE**

☐ Plate No. Transferred _____
(List Plate Number and Expiration)

☐ Inoperable Vehicle – Vehicle substantially disassembled
and unfit or unsafe to be operated on the highway

☒☒ Limited Registration Plate
(When property taxes are deferred)

**I certify that all the above information is correct.** _____ (Customer's Initials)

### VEHICLE SECTION

| YEAR | MAKE | BODY STYLE | SERIES MODEL | VEHICLE IDENTIFICATION NUMBER | FUEL TYPE | ODOMETER READING |
|------|------|------------|--------------|-------------------------------|-----------|------------------|
| 1996 | MERCEDES | 4DR SDN | E300 D | WDBJF20F8TJ005298 | DIESEL | 116,502 |

### OWNER SECTION

Owner 1 ID #  30187380          JALEN SAVON VINES
Full Legal Name of Owner 1 (First, Middle, Last, Suffix) or Company Name

Owner 2 ID # _____
Full Legal Name of Owner 2 (First, Middle, Last, Suffix) or Company Name

Joint applicants request this title to be issued with Joint Tenants with Rights of Survivorship?  Check appropriate block:   Yes ☐   No ☐

| Residence Address (Individual) Business Address (Firm) | City and State  Winterville, NC 28590 | Zip Code |
|---|---|---|
| Mail Address (if different from above) | City and State | Zip Code |
| Vehicle Location Address (if different from residence address above) | City and State | Zip Code | Tax County  Pitt |

### LIEN SECTION

| **FIRST LIEN** | | **SECOND LIEN** | |
|---|---|---|---|
| Date of Lien        ACCOUNT # | | Date of Lien        ACCOUNT # | |
| Lienholder ID #    Lienholder Name  NONE | | Lienholder ID #    Lienholder Name  NONE | |
| Address _____ | | Address _____ | |
| City ____ State ____ Zip Code ____ | | City ____ State ____ Zip Code ____ | |

I certify for the motor vehicle described above that I have financial responsibility as required by law.

_____ ALLSTATE _____                _____ 990751686 _____
Insurance Company authorized in N.C.                                                    Policy Number

| Purchased | Purchase Date | From Whom Purchased (Name and Address) | N.C. Dealer No. | Is this vehicle leased? If Yes, Attach Form MVR-330 | Equipment # |
|---|---|---|---|---|---|
| ☐ New  ☒☒Used | 8/22/2017 | PIRATE AUTO SALES  2616 East 10th St GREENVILLE, NC 27858 | 67422 | ☐ Yes   ☒☒No | |

### DISCLOSURE SECTION

All motor vehicle records maintained by the North Carolina Division of Motor Vehicles will remain closed for marketing and solicitation unless the block below is checked.
☐ I (We) would like the personal information contained in this application **to be available for disclosure.**

**APPLICATION MUST BE SIGNED IN INK BY EACH OWNER OR AUTHORIZED REPRESENTATIVE OF FIRMS OR CORPORATIONS.**

I (we) am (are) the owner(s) of the vehicle described on this application and request that a North Carolina Certificate of Title be issued. I (we) certify that the information on the application is correct to the best of my (our) knowledge. The vehicle is subject to the liens named and no others. If a registration plate is issued or transferred, I (we) further certify that there has not been a registration plate revocation and that liability insurance is in effect on this vehicle on the date of this application as required by the North Carolina Financial Security Act of 1957.

OWNER'S SIGNATURE  _John Savon Vines_____

Date  8/22/2017 _____  County _____  State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ (name(s) of principal(s) ).

Notary
Signature _____

Notary Printed
or Typed Name _____

(SEAL)

My Commission Expires _____

COUNCIL02359

# BILL OF SALE Form DSS-001 (Rev 4/13)

Date __8/22/2017__
Stock No. __005298-R__

Seller:

**PIRATE AUTO SALES**

2616 East 10th St
GREENVILLE, NC 27858
Phone: 252-364-2006  Fax: 252-364-2824

## Purchaser Information

Buyer(s)
JALEN SAVON VINES

Street

| City | State | Zip |
|---|---|---|
| Winterville | NC | 28590 |

Home Phone | Work Phone

## Vehicle Information

| Year | Make | Model | Serial No. | Mileage | Color |
|---|---|---|---|---|---|
| 1996 | MERCEDES-BENZ | E300 D | WDBJF20F8TJ005298 | 116,502 | White |

## Purchase Information

| | | | | |
|---|---|---|---|---|
| 1. Cash Price | $3,015.58 | 9. Misc | | n.a. |
| 2. Documentation Fee | $199.95 | 10. Total Price (1 through 9) | | $3,400.00 |
| 3a. Total Trade Allowance | n.a. | 11a. Trade-In Payoff | | n.a. |
| 3b. Taxable Amount (1 + 2 - 3a) | $3,215.53 | 11b. Net Trade Allowance (3a - 11) | | n.a. |
| 3c. Highway Use Tax Rate | 3.000% | 11c. Cash Down Payment | | n.a. |
| 3. Highway Use Tax (3b x 3c) | $96.47 | 11. Total Down Payment (11b + 11c) | | n.a. |
| 4a. Service Contract | n.a. | 12. Amount Financed (10 - 11) | | $3,400.00 |
| 4b. Sales Tax Rate | n.a. | | | |
| 4c. Sales Tax | n.a. | | | |
| 4. Service Contract Total (4a + 4c) | n.a. | | | |
| 5. License and Registration Total (5a + 5b) | $88.00 | | | |
| 6. Electronic Registration and Titling | n.a. | | | |
| 7. GAP | n.a. | Dealer may receive a fee, commission or other compensation for providing or arranging financing for the purchase of this motor vehicle. | | |
| 8. VSI | n.a. | Salesman:  HENRY TRIPP | | |

## Lien

Name
NONE

Street Address

| City | State | Zip |
|---|---|---|

Phone

## Trade-In

| Year | Make | Model |
|---|---|---|

| Body | Color | Mileage |
|---|---|---|

VIN

| Gross Allowance | n.a. | Payoff Amt | n.a. | Net Trade | n.a. |
|---|---|---|---|---|---|

Payoff Payable To:

## Tag

Tags:

Sticker#:

Exp. Date:

## Insurance

| Agent: CADE INS | Ins. Phone 752-2862 |
|---|---|
| Ins. Co.: ALLSTATE | Pol. #: 990751686 |
| Address: 1610 DICKINSON AVE Greenville, NC  27834 | |

Purchaser agrees that this Order includes all of the terms and conditions stated herein, that the Order cancels and supersedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of the agreement relating to the to the subject matters covered hereby, and that THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY DEALER OR HIS AUTORIZED REPRESENTATIVE AND IN THE EVENT OF A TIME SALE, DEALER SHALL NOT BE OBLIGATED TO SELL UNTIL APPROVAL OF THE TERMS HEREOF IS GIVEN BY A BANK OR FINANCE COMPANY WILLING TO PURCHASE A RETAIL INSTALLMENT CONTRACT BETWEEN THE PARTIES HERETO BASED ON SUCH TERMS. Purchaser by his execution of this Order certifies that he is 18 years of age or older and acknowledges that he has read its terms and conditions and has received a true copy of this order.  Seller may retain a portion of the above amount.

**THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISION IN THE CONTRACT OF SALE.**

The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle, and the purchaser acknowledges this disclaimer.

BUYER HEREBY ACKNOWLEDGES THE RECEIPT OF A COPY OF THIS BILL OF SALE.

_Jalen Savon Vines_                8/22/2017
BUYER'S SIGNATURE                          Date

                                            8/22/2017
COBUYER'S SIGNATURE                         Date

_signature_                        8/22/2017
SELLER OR AUTHORIZED REPRESENTATIVE        Date

JA6571

COUNCIL02360

# ODOMETER DISCLOSURE STATEMENT

Federal and State law require that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, **PIRATE AUTO SALES** _____ state that
<span style="font-size:small">(SELLER'S NAME, *PRINT*)</span>

the odometer now reads __**116,502**__ miles and to the best of my knowledge that it reflects
<span style="font-size:small">(NO TENTHS)</span>

the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is *not* the actual mileage. **WARNING — ODOMETER DISCREPANCY.**

| MAKE | BODY STYLE | YEAR MODEL | SERIES MODEL |
|---|---|---|---|
| MERCEDES-BENZ | 4DR SDN | 1996 | E300 D |
| **VEHICLE IDENTIFICATION NUMBER** | | **LAST PLATE STATE YEAR NUMBER** | |
| WDBJF20F8TJ005298 | | | |

_____     _Henry May hue Vrr_
(SELLER'S SIGNATURE)          (SELLER'S NAME, HAND PRINTED)

2616 East 10th St
(SELLER'S ADDRESS)         (STREET)

GREENVILLE        NC        27858
(CITY)           (STATE)         (ZIP CODE)

_Jalen Savon Rines_
(BUYER'S SIGNATURE—ACKNOWLEDGING MILEAGE READING AS CERTIFIED)

Jalen Savon Vines
(BUYER'S NAME, *HAND PRINTED*)

▆▆▆▆▆▆▆▆
(BUYER'S ADDRESS)         (STREET)

Winterville        NC        28590
(CITY)           (STATE)         (ZIP CODE)

8/22/2017
(DATE OF CERTIFICATION)

The provisions of this disclosure statement section shall not apply to the following transfers:
(1) A vehicle having a gross vehicle weight rating of more than 16,000 pounds;
(2) A vehicle that is not self-propelled;
(3) A vehicle that is 10 years old or older; or
(4) A new vehicle prior to its first transfer for purposes other than resale.
(5) A new vehicle sold directly by the manufacturer to any agency of the United States in conformity with contractual specifications.

*ALTERATIONS OR ERASURES VOID THIS FORM!*

COUNCIL02361

MVR-181
(Rev. 12/2011)

# DAMAGE DISCLOSURE STATEMENT

Questions 1 & 4 apply only to five (5) model years old and newer.
*Alterations or erasures void this form.*

## NOTICE TO SELLER:

*STATE LAW REQUIRES THAT EVERY SELLER DISCLOSE TO THE BUYER IF HE/SHE KNOWS THE INFORMATION LISTED BELOW.*
*FAILURE TO DO SO MAY RESULT IN CIVIL AND/OR CRIMINAL LIABILITY.*

## NOTICE TO BUYER:

*RETAIN THIS INFORMATION.*
*STATE LAW REQUIRES YOU TO DISCLOSE SIMILAR DAMAGE INFORMATION WHEN YOU SELL OR TRANSFER TITLE TO THIS VEHICLE.*

| 1996 | MERCEDES-BE | 4DR SDN | WDBJF20F8TJ005298 |
|------|-------------|---------|-------------------|
| Year | Make | Body Style | Vehicle Identification Number |

1. Has this vehicle been *damaged by collision or other occurrence to the extent that damages exceed 25%
   of its value at the time of the collision or other occurrence*? **(Applies to 5 Model Years old and newer)**       Yes ☐   No ☒
   If yes, list parts that were damaged. _____
   _____

2. Was this vehicle a *salvage motor vehicle*? **(Applies to All Model Years)**       Yes ☐   No ☒
   If yes, in which state was it titled? _____

3. Is this vehicle a *flood vehicle*? **(Applies to All Model Years)**       Yes ☐   No ☒

4. Is this vehicle a *recovered theft vehicle*? **(Applies to 5 Model Years old and newer)**       Yes ☐   No ☒
   If yes, list parts that were damaged. _____

5. Has this vehicle been *reconstructed*? **(Applies to All Model Years)**       Yes ☐   No ☒

### As the Seller, I declare that the above information is true to the best of my knowledge.

SELLER'S SIGNATURE: _____   DATE: 8-22-17

SELLER'S ADDRESS: 2616 East 10th St GREENVILLE, NC 27858 _____

BUYER'S ACKNOWLEDGEMENT AND SIGNATURE: _John barw Kim_____

## Damage Disclosure Definitions

**Five (5) Model Years** - The term "five model years" shall be calculated by counting the model year of the vehicle's manufacture as the first model year and the current calendar year as the final model year.

**Flood Vehicle** - A motor vehicle that has been submerged or partially submerged in water in the extent that damage to the body, engine, transmission, or differential has occurred.

**Non-U.S.A. Vehicle** - A motor vehicle manufactured outside of the United States and not intended by the manufacturer for sale in the United States.

**Reconstructed Vehicle** - A motor vehicle of a type required to be registered hereunder that has been materially altered from original construction due to removal, addition or substitution of new or used essential parts; and includes glider kits and custom assembled vehicles.

**Salvage Motor Vehicle** - Any motor vehicle damaged by collision or other occurrence to the extent that the cost of repairs to the vehicle and rendering the vehicle safe for use on the public streets and highways would exceed seventy-five percent (75%) of its fair retail market value, whether or not the motor vehicle has been declared a total loss by an insurer. Repairs shall include the cost of parts and labor; or a vehicle for which an insurance company has paid a claim that exceeds 75% of the fair market retail value. Fair market retail values shall be as found in the NADA Pricing Guide Book or other publications approved by the Commissioner.

**Salvage Rebuilt Vehicle** - A salvage vehicle that has been rebuilt for title and registration.

**Junk Vehicle** - A motor vehicle which is incapable of operation or use upon the highways and has no resale value except as a source of parts or scrap, and shall not be titled or registered.

COUNCIL02362

JA6573



**DRIVER LICENSE**

NOT FOR FEDERAL
IDENTIFICATION

1999
2025

CLASS C
END NONE
RESTR NONE

SEX M    EYES BRO
HGT 5-11"    HAIR BLK
RACE

VINES
JALEN SAVON

WALSTONBURG, NC 27888-8464

99

06/19/2017
0019400752

COUNCIL0

LT-425 (Rev. 9/04)

North Carolina Division of Motor Vehicles

## DEMONSTRATION PERMIT FOR USE OF DEALER PLATE

### VOID IF ALTERED

I/we, the undersigned, a licensed dealer in the State of North Carolina, do hereby state that the vehicle described below is the property of the undersigned dealer and that it and the dealer plate designated are loaned to the person indicated for a period of 96 hours from the time indicated. This permit may be renewed by the issuing dealer for an additional 96-hour period by good cause being shown. It is further stated that no compensation has or will be received for the use of this vehicle or dealer plate.

Vehicle and plate issued to _JASON C VINSE_

Address: ███████████████ _WINTERVILLE NC_

Driver License Number(s) _____

Make of vehicle _1996 MERCEDES E 300_

Vehicle Serial number _WDBJF20F8TJ005258_

Dealer plate number _ID. 092228_

Date of issuance _8-22-17_ Hour _10:34_ A.M. _____ P.M.

Vehicle & plate must be returned by _8-22-17_ Hour _____ A.M. _12_ P.M.

_PIRATE AUTO SALES 2616 E 10th GREENVILLE_
DEALER'S NAME AND ADDRESS

By: _Henry Vino_
(AUTHORIZED REPRESENTATIVE)

It is agreed the vehicle and the dealer plate will be returned by the above date and time.

_John Kim_
(SIGNATURE OF PERSON RECEIVING VEHICLE)

Renewal date of this permit _____ Hour _____ A.M. _____ P.M.

Vehicle & plate must be returned by _____ Hour _____ A.M. _____ P.M.

### Notice to Dealer and Operators

This permit and a copy of the registration card must be in the possession of the operator at all times. This permit may be renewed for one additional 96 hour period by good cause being shown as required under North Carolina General Statute 20-79.

Issue in duplicate. Original to be given to the operator of the vehicle. Copy to be retained by the issuing dealer.

JA6575

COUNCIL02364



**CASH RECEIPT**

No. 161632

Received From Salen Vines

Address

For

one hundred fifty three dollars                Dollars $ 153.95

Date 8-22-7

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | 153.95 |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER ☐ CREDIT CARD ☐ | |

DL 33496630

By _____

CADE INSURANCE AGENCY
1610 DICKERSON AVENUE
GREENVILLE NC 27884

COUNCIL02369

LINE 19
WALK-IN
EFF 8-23-17
POL # 990751686

# UM FORM = ✓



**Allstate.**
You're in good hands.

ALLSTATE INDEMNITY COMPANY
NORTH CAROLINA                                              #

HOME OFFICE                          Application No.: 078172342280874
NORTHBROOK, ILLINOIS

                                     Send Policy to Agent: N

Applicant's Name : JALEN VINES
Address         :
City            : WINTERVILLE      St: NC Zip: 28590
Telephone Num.  :                  County: 074  Terr.: S1J0150  Facility:Y

VEHICLES
No Yr  Make        Model              Vehicle ID Number    Cy Dr CT PGS   VSC Cost

1  1996 MERCEDES-BNZ MERCEDES-BNZ     WDBJF20F8TJ005298    6  4  10 18/18  V71
                    E300D

USE RATE

      Odom Car Usage Miles   Date   Est Ann Incl Split     Alt
No    (000)          One Way Purch  Mi (000) Cmpr Terr Pts Yr

1:    99   WORK     1       08/2017  015     N   0150

      Own/            Original
No    Lease           Owner/Lessee

1:    Y/N             N

COVERAGES                                    1996
                                             MERCEDES-
                                             BNZ E300D
                                  LIMITS     PREMIUMS
AA   Bodily Injury      Ea Per   $30,000     487.50
     Liability          Ea Acc   $60,000     Included

BB   Prop Damage        Ea Acc   $50,000     556.00
     Liability

CC   Medical Payments   Ea Per   $2,000      100.00

     Estimated Vehicle Premiums              1,143.50


POLICY COVERAGE              LIMITS     POLICY
                                        PREMIUM

SS Uninsured Mot Bodily  Ea Per  $30,000  $7.00
   Injury                Ea Acc  $60,000  INCLUDED

Page 1 of 3

+            0781723422808745381SR4033NC1            +

G52-3

COUNCIL00541

JA6577



**Allstate.**
You're in good hands.

# ALLSTATE INDEMNITY COMPANY
## NORTH CAROLINA

HOME OFFICE
NORTHBROOK, ILLINOIS

Application No.: 078172342280874

| | | | |
|---|---|---|---|
| PD Uninsured Motorist | | $50,000 | $1.50 |
| Property Damage | Ded | $100 | |

Estimated Policy Coverages Premium          $8.50

DISCOUNTS APPLIED                    ITEM 1
Airbag Discount                      30 %
Est. 6 mo. Policy Premium                        : 1,279.18
Premiums charged must be in accordance with the company's rules and rates
All Clean Risk Allocation and/or Loss Recoupment Charges are included in the
premium.
Amount Paid:   440.00 Cash

HOUSEHOLD SECTION (APPLIES TO APPLICANT ONLY)
Mo Yr at Present Residence: 08/2016  Residence Type:  HO Own or Rent:  RE
Years at Present Employment:    Other Vehicles Owned in Household: N
Is this the address where the vehicles are principally garaged?     Y

INSURANCE RECORD (PRESENT OR MOST RECENT AUTO INSURANCE CARRIED)
Prior Co:                      Policy Number:
Exp Date:                      Years/Months Insured:  00/00     PI Code:  NO
Is the above policy JUA or Assigned Risk?                                N
                                          BI Limit(s):  $0/$0

OPERATOR INFORMATION ON ALL DRIVING MEMBERS OF HOUSEHOLD

Name: JALEN S VINES                       Sex: M   DOB: ███ 1999
Relation to Ins: SA INSURED    Occupation: ST                  Mar St: SI
Orig Date Licensed: 05/2017    Drivers Lic
                    No: ██████
State Lic: NC              DD Course Completion Date:
Est % Use of Item 1: 100 Item 2:    Item 3:    Item 4:

REMARKS:

Page 2 of 3

+          078172342280874453815R4033NC2          +

G52-3



COUNCIL00542

JA6578



HOME OFFICE
NORTHBROOK, ILLINOIS

Application No.: 078172342280874

NOTICE: As part of Allstate's underwriting/qualification procedure and subject to applicable laws and regulations, we may obtain information regarding you and other individuals who may be covered by the insurance you are applying for, including: (i) driving record, based on state motor vehicle reports and loss information reports; (ii) your prior insurance record, if any, which will be obtained from your current or prior carrier(s); (iii) credit reports; and (iv) claim history, based on loss information reports.

BINDER PROVISION

In reliance on the statements in this application and subject to the terms and conditions of the policy authorized for the company's issuance to the applicant, the company named above binds the insurance applied for, to

| | | |
|---|---|---|
| Become Effective | 11:33 AM | 08/22/2017 |
| Transaction Time/Date | 11:33 AM | 08/22/2017 |

CHALLENDER AGENCY                    No:   053815    Loc:  925
      Agent/Agency Name              Office Phone:   252 752 4147
                                     Home Phone :

To the best of my knowledge, the statements made on this application, including any attachments, are true. I request the Company, in reliance on these statements, to issue the insurance applied for. The Company may recompute the premium shown if the statements made herein are not true.
I have read this entire application, including the binder provision before signing:

_____              _____
  Policyholder/Applicant Signature              Transaction/Date/Time

SR4033-8

(01/16)

Page 3 of 3

+                    078172342280874538153R4033NC3                    +

G52-3

COUNCIL00543


**Allstate.**
You're in good hands.

**VERIFICATION FORM:**
**UNINSURED MOTORISTS COVERAGE &**
**COMBINED UNINSURED/UNDERINSURED**
**MOTORISTS COVERAGE**

**Uninsured Motorists Coverage (Coverage SS)** pays you or anyone insured under your policy, subject to the terms and conditions of the policy, for injuries and property damage caused by at-fault owners or operators of Uninsured Motor Vehicles, which are:

- vehicles with no liability bond or insurance policy in effect at the time of the accident, nor cash or securities on file with the North Carolina Commissioner of Motor Vehicles;

- hit-and-run vehicles (a motor vehicle whose owner or operator cannot be identified) which hits an insured or your covered auto, causing bodily injury to you or any family member;

- vehicles insured by insurance companies or bonded by bonding companies which deny coverage or are or become insolvent; or

- vehicles which have a liability bond or policy in effect at the time of the accident at limits less than the minimum limits specified by the financial responsibility law of North Carolina ($30,000 per person/$60,000 per accident for bodily injury, $25,000 per accident for property damage).

**Combined Uninsured/Underinsured Motorists Coverage (Coverage SU)** provides you with the protection listed above and adds coverage for bodily injury caused by the at-fault owners or operators of Underinsured Motor Vehicles, which are vehicles for which the sum of the limits of liability under all bodily injury liability bonds or policies in effect at the time of the accident is less than your limit of liability for this coverage, but equal to or greater than the minimum limit specified by the financial responsibility law of North Carolina.

**As a reminder:** Coverage SS does not include Underinsured Motorists Coverage. However, Coverage SU provides both Uninsured Motorists Coverage and Underinsured Motorists Coverage.

Selection of coverage applies to any renewal, reinstatement, substitute, amended, altered, modified, transfer or replacement policy with this company, or affiliated company, unless a named insured makes a written request to the company to exercise a different option.

Selection of coverage below is valid and binding on all insureds and vehicles under the policy, unless a named insured makes a written request to the company to exercise a different option.

Pursuant to North Carolina law, we are required to provide you with the following information concerning Uninsured Motorists Coverage and Combined Uninsured/Underinsured Motorists Coverage:

NOTICE: YOU ARE REQUIRED TO PURCHASE UNINSURED MOTORIST BODILY INJURY COVERAGE, UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE AND, IN SOME CASES, UNDERINSURED MOTORIST BODILY INJURY COVERAGE. THIS INSURANCE PROTECTS YOU AND YOUR FAMILY AGAINST INJURIES AND PROPERTY DAMAGE CAUSED BY THE NEGLIGENCE OF OTHER DRIVERS WHO MAY HAVE LIMITED OR ONLY MINIMUM COVERAGE OR EVEN NO LIABILITY INSURANCE. YOU MAY PURCHASE UNINSURED MOTORIST BODILY INJURY COVERAGE AND, IF APPLICABLE, UNDERINSURED MOTORIST COVERAGE WITH LIMITS UP TO ONE MILLION DOLLARS ($1,000,000) PER PERSON AND ONE MILLION DOLLARS ($1,000,000) PER ACCIDENT OR AT SUCH LESSER LIMITS YOU CHOOSE. YOU CANNOT PURCHASE COVERAGE FOR LESS THAN THE MINIMUM LIMITS FOR THE BODILY INJURY AND PROPERTY DAMAGE COVERAGE THAT ARE REQUIRED FOR YOUR OWN VEHICLE. IF YOU DO NOT CHOOSE A GREATER OR LESSER LIMIT FOR UNINSURED MOTORIST BODILY INJURY COVERAGE, A LESSER LIMIT FOR UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE, AND/OR A GREATER OR LESSER LIMIT FOR UNDERINSURED MOTORIST BODILY INJURY COVERAGE, THEN THE LIMITS FOR THE UNINSURED MOTORIST BODILY INJURY COVERAGE AND, IF APPLICABLE, THE UNDERINSURED MOTORIST BODILY INJURY COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR BODILY INJURY LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY AND THE LIMITS FOR THE UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR PROPERTY DAMAGE LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY. IF YOU WISH TO PURCHASE

+ 990751686ZZZZZZ53815AUR939NC1 +

GS2-3

COUNCIL00544

JA6580


Allstate.
You're in good hands.

UNINSURED MOTORIST AND, IF APPLICABLE, UNDERINSURED MOTORIST COVERAGE AT DIFFERENT LIMITS THAN THE LIMITS FOR YOUR OWN VEHICLE INSURED UNDER THE POLICY, THEN YOU SHOULD CONTACT YOUR INSURANCE COMPANY OR AGENT TO DISCUSS YOUR OPTIONS FOR OBTAINING DIFFERENT COVERAGE LIMITS. YOU SHOULD ALSO READ YOUR ENTIRE POLICY TO UNDERSTAND WHAT IS COVERED UNDER UNINSURED AND UNDERINSURED MOTORIST COVERAGES.

**Uninsured Motorists Coverage** - I have selected the following limits:

<u>$30,000 / $60,000</u> [UM Bodily Injury]          <u>$50,000</u> [UM Property Damage]

**Combined Uninsured/Underinsured Motorists Coverage** - I have selected the following limits:

$_____ / $_____ [UM/UIM Bodily Injury]          $_____ [UM Property Damage]

**Please note:** Subject to the terms and conditions of your policy, the first number of each Bodily Injury selection above indicates coverage limits for bodily injury to one person in any one accident and the second number of each selection indicates coverage limits for bodily injury to two or more people in any one accident. Additionally, per North Carolina state statute, the uninsured motorist property damage coverage must include a $100 deductible.

**Liability Coverage** - I have selected the following limits:

<u>$30,000 / $60,000</u> [Liability - Bodily Injury]          <u>$50,000</u> [Liability - Property Damage]

Uninsured Motorists Coverage and Combined Uninsured/Underinsured Motorists Coverage, as well as available limits, premiums and deductible have been explained to me. I understand the offer and I selected Uninsured Motorists Coverage or Combined Uninsured/Underinsured Motorists Coverage at the limits shown above.

JALEN VINES
Applicant's Name - Printed

_Jalen Vines_                                    _8-22-17_
Applicant's Signature                          Date

990751686
Application/Policy Number

<u>(04/15)</u>

AUR939-1

990751686ZZZZZZ53815AUR939NC2

G52-3

COUNCIL00545

JA6581



JA6582

COUNCIL00117

**Dunhams Sports 9211**

Customer Transaction Reprint

Customer Name:                                          Salesperson Id     Sale %

Customer #:                          Register:  6                    0

Tx #:  3539     Regular Sale          Drawer:  1                    0

Date:  8/22/2017                      Associate: 53592              0

| SKU | Description | Quantity | Price | Extended |
|-----|-------------|----------|-------|----------|
| 002914091 | W CLOUDFOAM VS CIT | 1.00 | 49.99 | 49.99 |
| 002914091 | W CLOUDFOAM VS CIT | -1.00 | 49.99 | -49.99 |
| 001955855 | 22LR 222 PACK | 1.00 | 15.99 | 15.99 |
| | TX700 TX700 @ | 1.00 | 1.12 | 1.12 |
| | | | Total Due: | 17.11 |
| | Cash | 0.00 | | 20.00 |
| | Cash | 0.00 | | -2.89 |

Transaction Comments:



COUNCIL01929

JA6584



COUNCIL01930

JA6585



COUNCIL01871



COUNCIL01872

JA6587



COUNCIL01873

JA6588



COUNCIL01874

JA6589



COUNCIL01875





COUNCIL01877



This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:
Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card you will not receive a response.

**Social Security Administration**
Form **SSA-3000** (08-2011)          G76275061

COUNCIL01878



COUNCIL01879



COUNCIL01880





COUNCIL01882



COUNCIL01883

JA6598



COUNCIL30353

JA6599

8-18-17

Pray for Cathy Rhodes + husband. Meet her today - she came to open a the deposit of unto her grand-daughter's account who is going to Charleston Southern. Her husband has Lyme disease for 3 years. They moved here from PA because their daughter is here and they need to be by family. Cathy has an amputated leg and her husband has had 3 strokes due to neuro-lymes. Told her about NewSpring. She will look it up.

8-21-17

Monday. Today is the Big Solar Eclipse. Total Eclipse should be at around 2:45. All the kids have their eclipse glasses,

COUNCIL30367

including Riley. Danny is at work and so am I — at the bank. It is cloudy now at 1:00. Doug Heather & Katie are headed toward Sumter and tell me they have slight clouds, but can still see the Sun. I remember the last eclipse in 1979. I was three years out of high school, living at home, before I became a Christian (which was February 8, 1980). I was probably working at that time at Fuji Bicycles in Oakland NJ as a receptionist. The next eclipse is in 35 years. I will be 94 if I am still alive, but probably not.

COUNCIL30366



COUNCIL30329

JA6602



COUNCIL30365

JA6603

©COUNCIL30380



JA6604



COUNCIL30383

JA6605



BMC_DISC_00105

DEFENDANT'S
TRIAL EXHIBIT
001



## Glad Tiding Gospel Hall Holiness Church



## Black Creek United Methodist Church

## Tabernacle of God Praise and Worship Center

> " *Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof...* "
> — **First amendment**

## Grace Missionary Baptist





## Free Spirit O.F.W.B. Church

## Trinity A.M.E. Zion Church



## Suggs Christian Temple Free Will Baptist Church





DEFENDANT'S
TRIAL EXHIBIT
002

JA6607



© 1986

BMC_DISC_00040

DEFENDANT'S TRIAL EXHIBIT 003



BMC DISC 00042

DEFENDANT'S
TRIAL EXHIBIT
004



BMC_DISC_00038

DEFENDANT'S
TRIAL EXHIBIT
005



BMC_DISC_00039

DEFENDANT's
TRIAL EXHIBIT
006

# Sixth Grade



DEFENDANT'S
TRIAL EXHIBIT
007

JA6612

DOLIN

# NORTH CAROLINA OFFICE OF JUVENILE JUSTICE
## Training School Admission

Juvenile's Name:  BRANDON MICHAEL COUNCIL  C 24307

**Personal data**

| | |
|---|---|
| Date of Birth: ▮/1985 | OJJ Classification  2 |
| Race:  Black | Parent/Guardian:  Beth Spells Joyner |
| Sex:  Male | Relationship:  Biological Parent(s) |
| SS#: ▮5686 | Address:  304 Tobacco Rd., Apt. B |
| Willie M. Status:  N/A | Greenville, NC 27834 |
| Sex Offender Treat.:  Not applicable | Home Phone:  (252) 231-5967 |
| Medication History:  No | County:  Pitt |
| Suicide attempt/threat:  No | Previous School:  D. H. Conley High |
| | School Placement:  Regular Classroom |
| | Last Grade Completed:  9 |

**Commitment data**

| | |
|---|---|
| Commitment Date:  11/28/2000 | Date called in:  11/28/2000 |
| Admission Date:  11/29/2000 | Court Counselor:  Brian Stewart |
| Admission Type:  Revocation of Con Release - Dobbs | Telephone:  (252) 695-7350 |
| Commitment Type:  Indefinite | Judge:  Galen Braddy |
| School Assigned:  Dobbs | Judicial District:  3A |

| Cnts. | Type | Commitment Offense(s) | GS No. | DVS Code | Weapon | Med. | Relation | Victim's Age |
|---|---|---|---|---|---|---|---|---|
| 1 | F | Controlled substance - sell/deliver - class I  90-95(e)( | B16 | | No | | | |

*New Law*

**Assessment Scale**

| | | |
|---|---|---|
| Age at first referral:  13 | Single parent:  No | Substance abuse:  Some |
| # Prior adjudications:  2 | Urban resident:  Yes | Most serious prior:  Non violent felony |
| Prior OJJ commitments:  1 | Family criminal history:  No | Who in family: |
| Risk Assessment Score:  12 | Risk Level:  Moderate | |

**Special Conditions/Pending Charges:**            **Physical/Mental Problems:**

Pending charges; substance abuse and grief counseling            NA

**Placements**

Pitt County Detention

Wake Detention

OJJ 7020 (10/30/96)                                            Staff. Pat Hall

DEFENDANT'S
TRIAL EXHIBIT
008

COUNCIL02640

BMC_DISC_00043

JA6613

**CR4307**

**NORTH CAROLINA**
**OFFICE OF JUVENILE JUSTICE**
**Training School Admission**

Date/Time: 5-19-99
Counselor: Terri Bass
Telephone: 252/243-2299

Juvenile's Name: Branden Michael Council  DOB ███ 95  Race B  Sex M
County Wilson  District 7  SSN ███ 5686  Last Grade Completed: 7
Parent/Guardian: Beth S. Jones  Relationship: M  Phone 237-1371
Address: ███  City: Wilson  Zip code: 27893
Commitment Date: 5-19-99  Judge: John Britt  Detention Center: Wake

| # | County | Type | Commitment Offense(s) | GS Number | DYS Code |
|---|--------|------|------------------------|-----------|----------|
|   |        | F | Poss/sell Crack |  |  |
|   |        |  |  |  |  |
|   |        |  |  |  |  |
|   |        |  |  |  |  |
|   |        |  |  |  |  |

Commitment: ☒ New  ☐ Revocation  ☐ Recidivist   Length of Commitment: ☒ Indef. ☐ Def. ( )months
Date of prior release:    School:    ID
Physical/mental health problems (including detox): ☒ N/A
Name of medicine: ☒ N/A    Bringing med.? ☐ Yes  ☐ No
Willie M status: ☐ Nominated    ☐ Certified    ☒ Not applicable
Sex offender treatment required:    ☐ Adjudicated for sex offense    ☐ Court-ordered    ☒ Not applicable
Recent suicide threats/attempts? If "yes" list dates.    NA
Assigned to school: Dobbs    Admission Date: 5-19-99    DYS Staff: PN

| Assessment Scale | | | | | |
|---|---|---|---|---|---|
| Age at first referral | 10-12 = 3 pt | 13-14 = 1 pt | 15 = 0 pt | 1 | Actual age: 13 |
| # Prior adjudications | 2+ = 4 pt | 1 = 3 pt | 0 = 0 pt | 3 | Number: |
| Prior DYS commitments | Yes = 3 pt | No = 0 pt |  | 0 | Number: 0 |
| Family criminal history | Yes = 1 pt | No = 0 pt |  | 0 | M F B S O |
| Single parent | Yes = 1 pt | No = 0 pt |  | 1 |  |
| Urban resident | Yes = 1 pt | No = 0 pt |  | 1 |  |
| Substance abuse | Serious = 3 pt | Some = 2 pt | Exper. = 1 pt | 3 | No evid. 0 pts |
| Most serious prior | Vio fel.= 2 pt | Nonv.fel. = 1 pt | Misd. = 0 pt |  |  |
| HIGH = 13-18 PTS   MODERATE = 7-12 PTS   LOW = 0-6 PTS | | | TOTAL | 9 |  |

For assaults: what kind of weapon was used?    ( ) Gun   ( ) Knife   ( ) Other   ( ) None
For assaults: was medical attention required?    ( ) Yes   ( ) No
For assaults: was the victim related to the offender?   Moth. Fath. Bro. Sis  Oth  Acq.  X (Stranger)
For assaults: what was the victim's age?    ( ) Child   ( ) Teenager   ( ) Adult

LIST ANY PENDING CHARGES: NA
LIST ANY SPECIAL CONDITIONS: Grief and sub abuse Counseling

DID HE/SHE RECEIVE SPECIAL EDUCATION SERVICES IN SCHOOL?: ☐ YES ☒ NO ☐ DON'T KNOW
NAME OF SCHOOL ATTENDED: Forest Hills Middle

Group 2

OJJ 7020 (2/3/99;formsts\ tsadtn2.doc)

COUNCIL02641

BMC_DISC_00044

JA6614

| **Objective 1: Safety and Security** | The Youth Development Centers are housed in facilities that are, for the most part, over 60 years old. Half of the Detention Centers are 30-40 years old. Most Centers are in poor physical condition, and the age and construction of the Centers increases the security risks. Two of the five Youth Development Centers do not have security fences, and the use of electronic security measures is virtually non-existent. The Centers' campus-style layouts further increase security risks by requiring offenders to be moved from secured housing units to less secure buildings for meals, classes, or other reasons. Abandoned buildings obscure lines of sight allowing opportunities for escapes. Poor building layouts and high juvenile-to-staff ratios lessens the safety for both offenders and staff. Some Detention Centers are overcrowded which can increase the stress on both offenders and staff. Due to inconsistent policies and procedures, staff is confused over what, when, and to whom to report suspected incidents of abuse and neglect. Estimated repair and renovation costs for the existing Centers is about $44 million. The Department estimates construction of three new Youth Development Center facilities to replace the existing ones to be $90 million. |
|---|---|

| **Objective 2: Juvenile Training, Education, Treatment, Rehabilitation** | The Youth Development Center schools, classified as alternative schools by the State, use the North Carolina's Standard Course of Study even though the requirements are not applicable to a substantial number of juvenile offenders. Approximately 61% of offenders have specific identified therapeutic and educational needs when committed to the Centers, with about 60% of them not functionally literate according to Center teachers. On average, only 13.2% of the offenders complete a GED while at the Centers. Further, vocational programs varied at the Centers; community leaders had little input into the vocational education courses offered, and there was no systematic follow-up to assess vocational training or to assist juveniles in obtaining jobs in areas where they had received training. Youth Development Center instructional budgets were not sufficient, did not include any funding from local education authorities, and did not have any input from education staff at the Centers.

There is a lack of clarity about the importance and role of clinical treatment and rehabilitation in the system. Programs are disorganized, lack resources, and may not be allocated enough time. However, the Assessment and Treatment Center approach offers significant improvement. While several model programs are on-going within the system, major shortcomings noted included need for more group treatment, family treatment, and increased one-to-one therapy. Provision of these services would better justify the State's $55,029 annual investment in each juvenile offender. |
|---|---|

BMC_DISC_00001

DEFENDANT'S TRIAL EXHIBIT 009

# YOUTH DEVELOPMENT CENTER DATA

## YOUTH DEVELOPMENT CENTER COMMITMENTS



| 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|------|------|------|------|------|------|------|
| 1360 | 1217 | 975  | 660  | 605  | 478  | 473  |

BMC_DISC_00012

DEFENDANT'S TRIAL EXHIBIT 011



## STATE OF NORTH CAROLINA
### DEPARTMENT OF JUVENILE JUSTICE AND DELINQUENCY PREVENTION
1801 MAIL SERVICE CENTER
RALEIGH, NC 27699-1801

Michael F. Easly  
Governor

George L. Sweat  
Secretary

March 31, 2004

Dear Friends of Juvenile Justice and Delinquency Prevention:

The 2003 Department of Juvenile Justice and Delinquency Prevention Annual Report: *Portrait of Our Youth* focuses on what's most important: our youth. For the first time in the history of North Carolina juvenile justice, computerized data collection and analysis are enabling us to paint a realistic portrait of the youth we serve, and this report presents that portrait.

The following pages reveal the many challenges we must meet to fulfill our obligations of promoting public safety and reducing and preventing juvenile delinquency and crime. The portrait offers information that will guide us as we shift away from a correctional model to a holistic therapeutic one in which counseling and teaching are emphasized.

An audit released in May, 2003, pointed out that DJJDP has seen much progress since its establishment three years ago. The leadership of Governor Mike Easley has enabled DJJDP to make this progress. With youth development center admissions at an unprecedented low and juvenile crime lower than when Governor Easley took office, we can be proud of our prevention efforts, Juvenile Crime Prevention Councils and programs, court counselors, and youth development center staff. But we cannot be satisfied. We know there is much work ahead as we endeavor to create the best comprehensive juvenile justice system in the nation.

Thank you for your continued support. We look forward to working with you in 2004.

Sincerely,

George L. Sweat  
Secretary


DEFENDANT'S TRIAL EXHIBIT 012



JA6617

Of special interest in this study was the outcome, in terms of adult recidivism, for the cohort cases committed to training school as juveniles. A total of 225 cohort cases were committed to training school at least once while under juvenile court jurisdiction. Of these, 134 (59.6%) were identified as having an adult conviction for a misdemeanor or felony offense. Figure 4.12 compares the adult recidivism rates for cohort cases with a training school commitment to those not committed as juveniles. While nearly 60% of cohort cases with a training school commitment were subsequently convicted as adults, only about 41% of cases not committed to training school were convicted as adults.

**Figure 4.12**

Training School Commitment and Adult Recidivism

Training School Commitment (n=225)     No Commitment (n=1 837)

59.6%     40.4%

41.3%     58.7%

■ Adult Conviction
□ No Adult Conviction

Source: 2003 Comprehensive Criminal History Dataset

BMC_DISC_00015

DEFENDANT'S TRIAL EXHIBIT 013



### STATE OF NORTH CAROLINA
#### DEPARTMENT OF JUVENILE JUSTICE AND DELINQUENCY PREVENTION
1801 MAIL SERVICE CENTER
RALEIGH, NC 27699-1801

MICHAEL F. EASLEY
GOVERNOR

GEORGE L. SWEAT
SECRETARY

March 31, 2005

Dear Friends of Youth:

The Department's 2004 Annual Report: *Creating Success for Youth* reviews a year in which we worked with communities throughout the state to create success for the most at-risk youth. Our community connections are growing, and together we will be able to achieve even more success in the future.

All 100 North Carolina counties are implementing a comprehensive juvenile justice strategy that is being touted as a national model. Through data analysis and research, the Department has built the foundation for community-oriented juvenile justice. Our state of the art information system, NC-JOIN, is able to provide the most accurate and consistent data. Through the development of monitoring and evaluation tools, we are learning what programs are working for our youth and what needs to be developed to help them achieve success. Because of our advances in data collection in 2004, we are able to make data-driven decisions that directly impact youth needs.

North Carolina's youth population continues to grow, and we continue to work diligently to serve their needs. We continue to reduce our youth development center population and are developing a plan for facility replacement in which we plan to shift our juvenile justice system from a correctional system to a holistic, therapeutic approach emphasizing treatment and education. At the core of this plan is family involvement, staffing capability, and community connectedness. We still have much left to do and will continue to need the support of your community.

Thank you for your continued support. We look forward to celebrating success in 2005.

Sincerely,

*George L. Sweat*

George L. Sweat
Secretary

GLS/LPH

DEFENDANT'S TRIAL EXHIBIT 015

BMC_DISC_00019

# FROM THE DEPUTY COMMISSIONER

I am proud to present the citizens of North Carolina the Juvenile Justice Section's 2015 Annual Report. This report highlights the many accomplishments achieved by the Juvenile Justice Section over the past year and presents a road map for future progress.



As the leader of the Juvenile Justice Section, I am privileged to oversee a dedicated workforce of juvenile justice professionals who strive each day to make our state a safer place for all our citizens. From our Court Services staff who are the first to interact with youth entering the juvenile justice system; to our community programs staff who help to ensure effective community-based alternatives are available across the state; to our facility-based personnel who house and care for those youth who are confined to our care: all have an unrivaled passion for working with the youth and families who enter our system. Of course, the juvenile justice system relies on many other professionals to accomplish our goals, including community-based programs, law enforcement, judges, schools, mental health clinicians, social workers and community mentors and volunteers. In collaboration with our stakeholders we are achieving better results for youth and families and making our communities safer.

When learning about incidents of juvenile crime on your television screen or in your newspaper, it is often hard to put the full picture of juvenile justice into view. The full story – as described in this report – is that much progress has been made on improving the juvenile justice system in our state, including: a decline for nine straight years in the juvenile delinquency rate; a 48 percent reduction in the use of juvenile detention; limiting the use of the youth development centers to only 1 percent of juveniles entering the system, and to those juveniles who commit the worst crimes and who present the greatest risk to their communities; and saving the state and local counties millions through the implementation of the juvenile justice strategic plan, which closes outdated and unsafe facilities and invests in more community-based alternatives. This is the full picture of a juvenile justice system that is improving and will continue to evolve in our state.

As I look to the future, where we will rely more upon evidence-based practices, moving beyond community-based supervision to comprehensive case management where a juvenile and his/her families' needs are addressed, and to establishing a full continuum of services that does not stop once a child leaves a facility, I know our system can do even more to prevent juvenile delinquency and to intervene with juveniles before they are lost to a life of crime. I would ask you to join me in this vision where every juvenile who enters the system will receive the right service, at the right time, producing positive outcomes for the youths, their families and our state.

- William Lassiter, Deputy Commissioner
Division of Adult Correction and Juvenile Justice



2

DEFENDANT'S TRIAL EXHIBIT 017

BMC_DISC_00024

# Juvenile Secure/Temporary Custody Rate Trends in North Carolina



**Youth Development Center Commitments 2010-2018**

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|
| | 357 | 307 | 216 | 219 | 202 | 217 | 179 | 187 | 192 |

**Detention Center Admissions 2010-2018**

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|
| | 6,246 | 5,170 | 4,012 | 3,421 | 3,238 | 3,229 | 2,749 | 2,742 | 2,380 |

BMC_DISC_00025

DEFENDANT'S TRIAL EXHIBIT 018



DEFENDANT'S
TRIAL EXHIBIT
020

BMC_DISC_00074



DEFENDANT'S
TRIAL EXHIBIT
021



COPY 1
STATE COPY

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
STATE CENTER FOR HEALTH STATISTICS — NC VITAL RECORDS

**MEDICAL EXAMINER'S CERTIFICATE OF DEATH**

826

Registration
District No. 0H-90   Local No.

| DECEDENT'S NAME (First, Middle, Last) | | SEX | DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|
| 1. Brian Kieth McCarter | | 2. M | 3. 06/26/99 |

| SOCIAL SECURITY NUMBER | AGE-Last Birthday | UNDER 1 YEAR | | UNDER 1 DAY | | DATE OF BIRTH (Month, Day, Year) | BIRTHPLACE (County and State or Foreign Country) |
|---|---|---|---|---|---|---|---|
| 8906 | 5a. 36 Years | 5b. Months | 5c. Days | 5d. Hours | 5e. Minutes | 6. 1962 | 7. Boston, MA. |

WAS DECEDENT EVER IN U.S.
ARMED FORCES (Yes or No)
8. No

9a. PLACE OF DEATH (Check only one see instructions on other side)
HOSPITAL X Inpatient ☐ ER/Outpatient ☐ DOA   OTHER ☐ Nursing Home ☐ Residence ☐ Other (Specify)

| FACILITY NAME (If not institution, give street and number) | CITY, TOWN, OR LOCATION OF DEATH | INSIDE CITY LIMITS? (Yes or No) | COUNTY OF DEATH |
|---|---|---|---|
| 9b. PTH Memorial Hospital | 9c. Greenville | 9d. Yes | 9e. PITT |

| MARITAL STATUS-Married, Never Married, Widowed, Divorced (Specify) | SURVIVING SPOUSE (if wife, give maiden name) | DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life) Do not use retired | KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| 12a. Married | 12b. LeSheryl McCarter | 11a. Custodial Home Manager | 11b. Juvenile Justice system |

| RESIDENCE — STATE | COUNTY | CITY, TOWN OR LOCATION | STREET AND NUMBER |
|---|---|---|---|
| 12a. N.C. | 12b. Lenoir | 12c. Kinston | 12d. |

| INSIDE CITY LIMITS (Yes or No) | ZIP CODE | Was Decedent of Hispanic Origin? (Specify Yes or No—If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☐ Yes ☑ No (Specify) | RACE — American Indian, Black, White, etc. (Specify) | DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) College (13-17+) |
|---|---|---|---|---|
| 12e. Yes | 12f. 28501 | 14. No | 15. Black | 16. 4 + 110 |

| FATHER'S NAME (First, Middle, Last) | MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| 17. James Anderson | 18. Delores McCarter |

| INFORMANT'S NAME (Type/Print) | MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) | DATE AMENDED |
|---|---|---|
| 19a. LeSheryl McCarter | 19b. Kinston NC | 19c. |

MEDICAL EXAMINER: When the supplemental report of the investigation is pending, if the cause of death cannot be determined, I may certify the cause of death "pending." Copy 2 may be signed by a local registrar within 5 days after death. Copy 1, when signed by a funeral director to be released (if the body is to be released) when the body is observed. Supplemental information has been observed. Must be completed and filed with a local registrar within 5 days after death. DIRECTOR, ECU. FUNERAL DIRECTOR, ECU. (Revised 8/94) VITAL RECORDS

PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. If appropriate, enter tobacco, alcohol, or drug use. List only one cause on each line (PRINT or TYPE)

Approximate Interval Between Onset and Death

| | | |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. → Gunshot wound of head | 32 hr |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| Sequentially list conditions if any, leading to immediate cause Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. | b. | |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| | c. | |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| | d. | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I, such as tobacco, alcohol, or drug use; diabetes, etc.
20a.
20b.

| | WAS AN AUTOPSY PERFORMED (Yes or No) | Were Autopsy Findings Available Prior to Completion of Certificate? |
|---|---|---|
| | 21a. No | 21b. Yes (or No) |

| MANNER OF DEATH | DATE OF INJURY (Month, Day, Year) | TIME OF INJURY | INJURY AT WORK? (Yes or No) | DESCRIBE HOW INJURY OCCURRED shot |
|---|---|---|---|---|
| 23. ☐ Natural ☐ Accident X Suicide ☐ Homicide ☐ Pending ☐ Not Determined | 24. 06/25/99 | 24b. 4 PM | 22. self inflicted | |

| PLACE OF INJURY — At home, farm, street, factory, office — (Specify) | LOCATION (Street and Number or Rural Route Number, City or Town, State) | TIME OF DEATH |
|---|---|---|
| 26. Juvenile Detention Ctr | Dobbs School 1996 Dobbs Farm Rd, Kinston, NC | 26a. 8:28 AM |

To the best of my knowledge, death occurred at the time, date and place stated. (Signature and Title of Certifier)
30a. MGF Gilliland, MD

| | DATE SIGNED (Month, Day, Year) |
|---|---|
| | 30b. 06/28/99 |

NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 20) (Type or Print)
34a. MGF Gilliland, MD; ECU-SOM, Greenville, NC

| | DATE PRONOUNCED DEAD (Month, Day, Year) |
|---|---|
| | 34b. 06/28/99 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION (Name of cemetery, ...) | LOCATION — City or Town, State, Zip Code |
|---|---|---|
| 25a. ☐ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) Pinelawn Cem | | 26c. Kinston, NC 28501 |

| NAME AND ADDRESS OF FUNERAL HOME | NAME OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | LICENSE NUMBER |
|---|---|---|
| 26b. Mills Funeral Home, Inc, Kinston, NC | 28b. Clement C. Mills | 26c. FS445 |

| REGISTRAR'S SIGNATURE | DATE FILED (Month, Day, Year) | NAME OF | LICENSE NUMBER |
|---|---|---|---|
| 27. John A. Morrow RN/PO | 28. 10-29-99 | Clement C. Mills | FS445 |

DEFENDANT'S TRIAL EXHIBIT 028

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA, }  4:17-CR-00866-RBH
          }
   VERSUS     }  APRIL 10, 2019
          }
BRANDON MICHAEL COUNCIL }  FLORENCE, SC
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - }

BEFORE THE HONORABLE R. BRYAN HARWELL
UNITED STATES DISTRICT JUDGE

TRANSCRIPT OF PROCEEDINGS

(STENOTYPE/COMPUTER-AIDED TRANSCRIPTION)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BETH A. KRUPA, RPR, CRR
UNITED STATES COURT REPORTER
401 WEST EVANS STREET
FLORENCE, SC 29501

DEFENDANT'S
TRIAL EXHIBIT
031

*Beth A. Krupa, RPR, CRR*

BMC_DISC_00129

A P P E A R A N C E S:

FOR THE GOVERNMENT: EVERETT EUGENE MCMILLIAN, AUSA
                    SHERRI A. LYDON, AUSA
                    NATHAN STUART WILLIAMS, AUSA
                    U.S. ATTORNEY'S OFFICE
                    PO BOX 1567
                    FLORENCE, SC 29503

FOR THE DEFENDANT: WILLIAM F. NETTLES, IV, AFPD
                   MICHAEL A. MEETZE, AFPD
                   FEDERAL PUBLIC DEFENDER'S OFFICE
                   401 WEST EVANS STREET, SUITE 105
                   FLORENCE, SC 29503

                   DUANE K. BRYANT, ESQUIRE
                   LAW OFFICES OF DUANE K. BRYANT
                   1207 BRENTWOOD STREET
                   HIGH POINT, NC  27260

(STENOTYPE/COMPUTER-AIDED TRANSCRIPTION)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BETH A. KRUPA, RPR, CRR
UNITED STATES COURT REPORTER
401 WEST EVANS STREET
FLORENCE, SC  29501

*Beth A. Krupa, RPR, CRR*

BMC_DISC_00130

1     Q    And you are -- do you have your FBI issued firearm

2  with you?

3     A    I do.

4     Q    And how about special agent Coats?

5     A    I believe he does, too.

6     Q    He does, too, during that time.  Now, during the

7  course of the interview, Mr. Council told you what happened

8  in the bank; is that correct, at the CresCom Bank?

9     A    Yes.

10     Q    Okay.  Expressed remorse for that?

11     A    Yes.

12     Q    In fact, said he was a doofus?

13     A    Yes.

14     Q    Said he was a piece of shit?

15     A    Yes.

16     Q    Started crying?

17     A    He did.

18     Q    And when Mr. Council said I know you all don't

19  want to hear it, you told him, no, Brandon, it's important.

20  We want to hear it.

21     A    I don't remember those words, but, yes.

22     Q    Okay.  You didn't have to threaten Brandon to

23  cooperate with you, did you?

24     A    No, sir.

25     Q    Okay.  In your opinion, he did so willingly?

*Beth A. Krupa, RPR, CRR*

BMC_DISC_00131

1     A    Yes.

2          ATTORNEY NETTLES:  Beg the Court's indulgence?

3          THE COURT:  Yes.

4          (Brief pause.)

5          ATTORNEY NETTLES:  Thank you, nothing further,

6 Your Honor.

7          THE COURT:  Any redirect?

8          ATTORNEY MCMILLIAN:  No redirect.  No further

9 questions for him.

10         THE COURT:  You may step down, thank you.

11         ATTORNEY MCMILLIAN:  The government calls officer

12 Jeremiah Lovelace.

13         THE COURT:  Right up here, please, thank you.

14 Right in front of this lady here.  Thank you.

15         THE CLERK:  Raise your right hand and place your

16 left hand on the Bible.  State your full name for the

17 record.

18         THE WITNESS:  Jeremiah Lovelace.

19         JEREMIAH LOVELACE, called as a witness, being

20 sworn, testified as follows:

21

22

23

24

25

*Beth A. Krupa, RPR, CRR*

BMC_DISC_00132

1          ATTORNEY MCMILLIAN:  Not unless Your Honor has any

2      questions.

3          THE COURT:  No.  All right.  I'll take it under

4      advisement.

5          ATTORNEY MCMILLIAN:  Thank you, Your Honor.

6          THE COURT:  Thank you all.

7          (Hearing was concluded at 1:24 p.m.)

8      *************************************************

9                    CERTIFICATE OF REPORTER

10

11     I certify that the foregoing is a correct transcript of the

12     proceedings taken from my stenographic notes in the

13     above-entitled matter.

14

15     /S/ Beth A. Krupa_____          _____May 13, 2019_____

16     Beth A. Krupa, RPR, CRR          Date
       Official Court Reporter
17     United States District Court
       District of South Carolina
18

19

20

21

22

23

24

25

*Beth A. Krupa, RPR, CRR*

BMC_DISC_00133

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO.: 4:17CR00866-RBH |
| | ) |
| v. | ) |
| | ) **STIPULATION** |
| BRANDON MICHAEL COUNCIL | ) |

On August 24, 2017, Brandon Michael Council was charged in this case. On October 27, 2017, Mr. Council offered to plead guilty to the charges and serve two life sentences without the possibility of release, in exchange for the United States not seeking the death penalty.

At the time of the offer, the United States was considering whether to seek the death penalty. Thereafter, the United States confirmed its intent to seek the death penalty. Mr. Council maintained his offer since that time.

_____,
Everett E. McMillian, AUSA

_____,
Brandon Michael Council, Defendant

_____,
Duane K. Bryant, Esquire

_____,
William F. Nettles, IV, AFPD

_____,
Michael A. Meetze, AFPD



DEFENDANT'S EXHIBIT 32 tabbies

# BRANDON COUNCIL FAMILY
## Health History

EMOTIONALLY DISENGAGED FAMILY

1921 - 2008 Earl Spells

1945 Carnell Spells IQ-86

1948 Faye Spells (Powell) IQ-109

1957 James Joyner

Sherry

1949 Lenwood Spells IQ-86 DUI-D Alcohol Dependence-D

1965 Artilla Spells (McDonald) IQ-98

1961 - 2002 Curtis Joyner

1960 Tracee Spells (Hand) IQ-92

Transitional Cell Carcinoma

1964 Beth Spells Joyner (58) Depression-D Cocaine-D Psychosis-D Hypertension Scleroderma Asthma

1928 - 1998 Bessie Mae Spells

Carrie Stadtler

2004 Brandon Junior

Brandon Council IQ -81; 84

1921 Martha Council — Depression-D Anxiety-D Diabetes, Hypertension...

1992 - 1999 Melissa Council

1951 - 2015 Charles Council — Depression Hysteria Stiff Man Syndrome. Frontal Lobe Dementia Psychosis Bipolar Diabetes, Hypertension; Seizure Disorder

1907 Edward Council IQ - 77 Mental Illness-R

1953 Mary Austin-Council

1968 Roger Council IQ - 77 IVC-D Substance Abuse Tx-D

1964 Wilma Cox IQ - 77 Depression -D Hypertension;

1960 Naomi Oates IQ - 76 Anxiety Disorder-D Hypertension;

1990 - 1994 Thelma Council Substance Abuse-R

1927 - 1989 Charles Council

Ernima Council — Physical abusive Sexually Abusive

1965 Sandra Council Smith — Depression - D Cocaine - D Hypertension

Died of Mania - D

**Legend:**

R - Reported

D - Documented

○ Female

□ Male

§§ Outside of Marriage

BMC_DISC_08166



DEFENDANT'S TRIAL EXHIBIT 033

# End-of-Grade Testing
## Parent/Teacher Report
### Public Schools of North Carolina

Student: BRANDON M COUNCIL
Teacher: PATE D
School: TOISNOT MIDDLE
System: WILSON
Test Date: SPRING 1998

Grade **7**

DEFENDANT'S TRIAL EXHIBIT 034

## Reading (66 questions)

Scale Score
**167**

This student scored at or above
**88**
percent of students who took the test during the norming year (1993).

Developmental Scale Score

| | I | II | III | IV |
|---|---|---|---|---|
| | 130 | 140 150 160 170 | 180 |

Level
Student
School
System
State 1993

## Mathematics (80 questions)

Scale Score
**172**

This student scored at or above
**77**
percent of students who took the test during the norming year (1993).

Developmental Scale Score

| | I | II | III | IV |
|---|---|---|---|---|
| | 130 140 150 | 160 170 180 | 190 200 |

Level
Student
School
System
State 1993

### Interpretative Achievement Levels for Reading

Students performing at Level IV consistently perform in a superior manner clearly beyond grade-level requirements, competencies, and expectations. Students scoring in Level IV typically read at an analysis level and consistently use integration and evaluation thinking skills. They have success with literary passages (including poetry) and informative passages about less familiar topics. In addition, they are able to perform all the knowledge and skills described in Levels I, II, and III.

These students are able to respond to questions assessing the following:
- use of the information in the passage to solve problems and identification of consequences of the information in the passage in another situation
- evaluation of the characteristics of the passage such as footnotes, capital letters, and quotation marks

### Interpretative Information for Mathematics

| Math Goals | Number of Questions | Stanines | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Low | | | Average | | | High | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| Math Computation | 8 | | | | | | X | | | |
| Numeration | 8 | | | | | | X | | | |
| Geometry | 8 | | | | | | X | | | |
| Patterns and Pre-Algebra | 12 | | | | | | X | | | |
| Measurement | 10 | | | | | | X | | | |
| Problem Solving | 14 | | | | | | X | | | |
| Statistics | 8 | | | | | | X | | | |
| Word Problems | 12 | | | | | | X | | | |

### Teacher Comments

*The shaded areas indicate performance at achievement levels III and IV which are considered to be at or above the expectation for this grade level.*

**PART ONE – EARLY CHILDHOOD**
*Family is bound together*

**PROTECTIVE FACTORS**

**RISK FACTORS**



Early Family Life

*Dominated by Grandmother*

Protection
Overriding
Family investment in "looking good"
Poor conflict resolution skills
Freezing people out

**MOTHER**

**CHURCH AND SCHOOL**

**GRANDMOTHER**

BMC_DISC_07127

DEFENDANT'S
TRIAL EXHIBIT
035



PART TWO
*Things fall apart*

RISK FACTORS

PROTECTIVE FACTORS

FAMILY SPLINTERS

LOSS - SCHOOL

LIFE WITH MOTHER
FOUR SCHOOLS
JUVENILE JUSTICE SYSTEM

GRANDMOTHER BECOMES ILL AND DIES

Street Family

LOSS - CHURCH

6th Grade: Pull of the streets

AUNT AND THEN MOTHER HAVE AFFAIR WITH PASTOR

BMC_DISC_07128

DEFENDANT'S TRIAL EXHIBIT 036

## DOBBS TRAINING SCHOOL
### 1999 - 2002

| POLICE REPORTS | DOBBS INCIDENT REPORTS Total – 33 Substantiated - 2 | CPS CENTRAL REGISTRY Total- 35 Substantiated - 6 |
|---|---|---|
| - Motor vehicle theft<br>- Juveniles assaulted a worker<br>- Sexual assault (08/28/00)<br>- Sexual assault (07/15/00)<br>- Bomb threat<br>- False fire alarm<br>- Physical assault<br>- Larceny from MV<br>- Attempted suicide<br>- Intimidation<br>- Runaway (03/03/01)<br>- Unwanted anal sex (05/06/01)<br>- Runaway (05/23/01)<br>- Sodomy (05/29/01)<br>- All other sex offenses (Custodian - 05/03/02)<br>- Theft of automobile<br>- Runaway (03/30/02)<br>- Aggravated assault<br>- Victim states he has been abused (01/29/02) | - (Alleged) hit in head with fist several times (U)<br>- (Alleged) staff choked student (U)<br>- (Alleged) staff choked, punched and slammed student into the bed (U)<br>- (Alleged) staff kicked and slammed student to the floor (U)<br>- (Alleged) staff pushed him into a door; slammed him to the floor (U)<br>- (Alleged) staff choked student (U)<br>- Student attempted suicide by hanging (NI)<br>- (Alleged) staff punched student in chest (U)<br>- (Alleged) sexually assaulted by another student (U)<br>- (Alleged) staff choked him **(S)**<br>- (Alleged) staff attempted to touch in private parts (U)<br>- (Alleged) he was choked by staff(U)<br>- Bruises on child (reported to home DSS) | *Audit showed 67% of CPS documents were missing*<br>*Allegation        Outcome*<br>- Abuse – Unsubstantiated<br>- Neglect - Unsubstantiated<br>- Neglect – Neglect<br>- Neglect – Unsubstantiated<br>- No Available Data – No Available Data<br>- Neglect – Unsubstantiated<br>- Neglect – Unsubstantiated<br>- Neglect – Neglect<br>- No Available Data – No Available Data<br>- Neglect – Unsubstantiated<br>- Abuse – Abuse<br>- Neglect – Unsubstantiated<br>- Neglect – Unsubstantiated<br>- Neglect – Neglect<br>- Neglect – Unsubstantiated<br>- Neglect – (SIC)<br>- No Available Data<br>- Neglect - Unsubstantiated |

DEFENDANT'S TRIAL EXHIBIT 037

BMC_DSC_07122

JA6635

## DOBBS TRAINING SCHOOL
### 1999 - 2002

| | |
|---|---|
| • (Alleged) staff grabbed him by his throat and hit his head against wall (U) | • Abuse – Unsubstantiated |
| | • Neglect – Unsubstantiated |
| • (Alleged) staff hit student in his ribs with a lock wrapped around his knuckles (U) | • Neglect – Unsubstantiated |
| | • **Abuse – Abuse** |
| • (Alleged) staff choked student (U) | • Neglect – Unsubstantiated |
| • (Alleged) he was assaulted by staff (U) | • Neglect – Unsubstantiated |
| | • Neglect – Unsubstantiated |
| • (Alleged) staff hit student (U) | • No Available Data – No Available Data |
| • (Alleged) staff hit student (U) | |
| • (Alleged) staff slapped student (NI) | • Abuse – Unsubstantiated |
| | • Neglect – Unsubstantiated |
| • (Alleged) hit by staff (U) | • Neglect – Unsubstantiated |
| • (Alleged) assaulted by staff (U) | • No Available Data – No Available Data |
| • (Alleged) choked by staff (U) | |
| • (Alleged) sexually harassed by staff (U) | • Neglect – Unsubstantiated |
| • Reported by the parents to DSS (U) | • No Available Data – No Available Data |
| • (Alleged) assaulted by staff (U) | • Abuse – Unsubstantiated |
| • (Alleged) kneed by staff (NI) | • Neglect – Unsubstantiated |
| • (Alleged) staff assaulted him (NI) | • Neglect – Unsubstantiated |
| • (Alleged) staff hit student in the eye (NI) | • **Neglect - Neglect** |
| • (Alleged) staff was having sex with him (U) | |
| • (Alleged) threatened by staff and grabbed around the neck (S) | |

BMC_DMC_07123

JA6636

1    OVER THERE BECAUSE LIKE IN I.D.P. YOU GO TO SCHOOL IN

2    YOUR COTTAGE.  THE TEACHER COMES.

3    Q.        OKAY.  YOU SAID THAT THEY CHANGED THE DOORS.

4    A.        YES, SIR.

5    Q.        WHEN DID THEY DO THAT?

6    A.        LIKE A MONTH LATER, SOMETHING LIKE THAT.

7    Q.        SO YOU WERE BACK IN I.D.P. A MONTH LATER?

8    A.        YES, SIR.

9    Q.        WHAT WERE YOU BACK IN I.D.P. FOR?

10   A.        BECAUSE THEY KIND OF KEEP YOU ON LIKE IF YOU GO

11   TO ORIENTATION SOMEBODY BEAT YOU UP OR SOMETHING OR

12   SOMETHING HAPPENED LIKE HAPPENED TO ME, YOU BE ON

13   S.K.A.T.  THAT MEANS SCARED KID AT TRAINING SCHOOL.  AND

14   LIKE YOU CAN'T STAY ON S.K.A.T. BUT SO LONG.

15       SO THEY SENT ME BACK TO ORIENTATION TO I.D.P.

16   AND JOSEPH AND -- JOSEPH TUCKER AND ANTOINE GROVES WASN'T

17   THERE ANYMORE.  SO I TRY TO BE FRIENDS WITH EVERYBODY

18   ELSE OVER THERE.

19       I USED TO GET PICKED ON EVERY DAY BECAUSE WHEN

20   THEY WENT TO SEGREGATION AND TOLD EVERYBODY WHAT HAPPENED

21   AND IT WENT ALL OVER CAMPUS.  AND EVERY TIME I WENT TO

22   ORIENTATION OR SOMETHING LIKE THAT I WAS S.K.A.T.  AND

23   LIKE, OOH, MAN, YOU GOT RAPED.

24   Q.        THAT'S ENOUGH.  THAT'S ENOUGH.  I DIDN'T ASK

25   YOU --

*DAVETTE G. VAUSE, OFFICIAL REPORTER    (252) 522-4378*

DEFENDANT'S
TRIAL EXHIBIT
038

BMC_DISC_06445



# North Carolina Department of Public Safety

Division of Adult Correction and Juvenile Justice

Roy Cooper, Governor
Erik A. Hooks, Secretary

Tracy Little, Deputy Secretary
Sarah Llaguno, Director
Combined Records

August 22, 2019

Federal Public Defender's Office
C/O McMillan Federal Building, Suite 105
Attn: Michael A. Meetze, Assist. Federal Public Defender
    William F. Nettles, Assist. Federal Public Defender
401 West Evans Street
Florence, SC 29501

RE: Rodney A. Alston    NCDAC#: 0833252

Dear Sirs,

In reply to the Federal Subpoena of recent date, enclosed is a certified copy of the above subject's visitation record.

We have taken the liberty of forwarding your request for Inmate Trust Fund, Controller's Office, ATTN: Francyne Brazier, so your request can be completed. Those records are also enclosed.

If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

Sarah Llaguno
Director of Combined Records

KR/kah
Cc: Records



**MAILING ADDRESS:**
4226 Mail Service Center
Raleigh, NC 27699-4226

www.ncdps.gov

An Equal Opportunity Employer

**OFFICE LOCATION:**
2020 Yonkers Road
Raleigh, NC 27699
Telephone: (919) 716-3200
Fax: 919-324-6237

**DEFENDANT'S TRIAL EXHIBIT 040**

BMC_DISC_00026

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Cr. No.: 4:17CR00866-RBH(1)** |
| | ) | |
| | ) | |
| | ) | |
| -vs- | ) | **DECLARATION PURSUANT** |
| | ) | **TO F.R.E. 902(11)** |
| | ) | |
| **BRANDON MICHAELCOUNCIL** | ) | |

I, custodian of records, for *NCDPS Combined Records*, declare the following:

A.   The attached records are records kept by the above referenced office and/or business activity and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by a person with knowledge of those matters;

B.   such records are kept in the course of a regularly conducted business activity;

C.   this office made such a record as a regular practice; and

D.   the attached records are duplicates of the original.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _22 August_, 2019

_____
Custodian of Records

BMC_DISC_00027



## Visitor Information Screen

| Show Side Menu Buttons | Back to Offender Screen | Print | Refresh Screen |
|---|---|---|---|

| | | |
|---|---|---|
| DOC Number: 0833252 | Status: ACTIVE INMATE | DNA Test: DOJ RECEIVED |
| Name: ALSTON, RODNEY A | | Birth Date: 12/05/1986 |
| SID: NC1043926A | FBI#: 860255CC1 | SSN: XXX-XX-4261 (?) |

Active Inmate Specific Information    # Infractions: 30 (04/29/2019)    Crime Type: FELON
Custody: CLOSE   Nxt Rev: 01/2020   Cur. Loc: 4870 - ALEXANDER C.I.   Bed: NPODC005
Convicted: 01/28/2010   Admitted: 01/28/2010   SPL: L1
Sp. Char: REGULAR   Control: RESTRCT HOUSNG 4 CTL PURP   Nxt Rev: 10/13/2019
Projected Release Date: 12/20/2031   Case Manager: MINTZ, BYRON A
Activity: RH CONTROL PURPOSES   Crime: MURDER SECOND DEGREE (PRINCIPAL)
Last Movement: RECEIVED FROM LANESBORO C.I. On: 04/24/2018
Reason: TREATMENT   PC Analyst: MITCHELL, NICOLE I

| This Offender's Visitation History | Reset to Defaults |
|---|---|

**FILTER**

| Display last | 200 | visits | Status: | | ▼ |
|---|---|---|---|---|---|
| Visitor ID: | | | Location of Visit: | | |
| Visitation Date: | Min Date | | Max Date | | |

| Redisplay With Above Filter Criteria |
|---|

Found 39 visits matching filter criteria     Displaying matches 1-39

| Date/Time of Visit | | Visitor ID/ Visitor Name | Location of Visit | Status | Visit Rejected? |
|---|---|---|---|---|---|
| 08/08/2019 | 13:32:00 | V850334 LYNCH, TREMAINE MARQUEZ | 4870 - ALEXANDER C.I. | APPROVED | |
| 08/08/2019 | 13:32:00 | V374351 ALSTON, FELICIA ANN | 4870 - ALEXANDER C.I. | APPROVED | |
| 05/01/2019 | 13:29:00 | V374351 ALSTON, FELICIA ANN | 4870 - ALEXANDER C.I. | APPROVED | |
| 05/01/2019 | 13:29:00 | V062708 ALSTON, LATORIYA JUANITA | 4870 - ALEXANDER C.I. | APPROVED | |
| 10/16/2017 | 13:30:00 | V374351 ALSTON, FELICIA ANN | 4865 - LANESBORO C.I. | APPROVED | |
| 07/21/2017 | 13:47:00 | V374351 ALSTON, FELICIA ANN | 3730 - MARION CI | APPROVED | |
| 07/21/2017 | 13:47:00 | V062708 ALSTON, LATORIYA JUANITA | 3730 - MARION CI | APPROVED | |
| 02/23/2016 | 13:00:00 | V374351 ALSTON, FELICIA ANN | 4860 - SCOTLAND CI | APPROVED | |
| 12/21/2015 | 13:13:00 | V374351 ALSTON, FELICIA ANN | 4860 - SCOTLAND CI | APPROVED | |
| 09/21/2015 | 13:08:00 | V374351 ALSTON, FELICIA ANN | 4860 - SCOTLAND CI | APPROVED | |
| 12/09/2014 | 13:00:00 | V374351 ALSTON, FELICIA ANN | 4860 - SCOTLAND CI | APPROVED | |
| 12/09/2014 | 13:00:00 | | 4860 - SCOTLAND CI | APPROVED | |

BMC_DISC_00028

JA6640

| | | V062708<br>ALSTON, LATORIYA JUANITA | | | |
|---|---|---|---|---|---|
| 02/19/2013 | 10:09:00 | V062708<br>ALSTON, LATORIYA JUANITA | 4860 - SCOTLAND CI | APPROVED | |
| 03/19/2012 | 14:09:00 | V374351<br>ALSTON, FELICIA ANN | 4860 - SCOTLAND CI | APPROVED | |
| 06/17/2011 | 12:47:00 | V374351<br>ALSTON, FELICIA ANN | 4290 - WARREN CI | APPROVED | |
| 03/25/2011 | 13:57:00 | V374351<br>ALSTON, FELICIA ANN | 4290 - WARREN CI | APPROVED | |
| 03/25/2011 | 13:57:00 | V492487<br>LYNCH, EDWARD CHRISTOPHER | 4290 - WARREN CI | APPROVED | |
| 08/06/2010 | 15:10:00 | V492487<br>LYNCH, EDWARD CHRISTOPHER | 4290 - WARREN CI | APPROVED | |
| 08/06/2010 | 15:10:00 | V374351<br>ALSTON, FELICIA ANN | 4290 - WARREN CI | APPROVED | |
| 10/27/2009 | 10:29:00 | V318948<br>WOLFE, NICOLE | 3100 - CENTRAL PRISON | APPROVED | |
| 10/27/2009 | 10:29:00 | V287763<br>GIBSON, CHRISTOPHER | 3100 - CENTRAL PRISON | APPROVED | |
| 10/26/2009 | 11:45:00 | V432687<br>TUCKER, DAMIAN | 3100 - CENTRAL PRISON | PENDING | |
| 04/23/2009 | 12:03:00 | V432687<br>TUCKER, DAMIAN | 3100 - CENTRAL PRISON | APPROVED | |
| 06/25/2008 | 13:19:00 | V056329<br>MEWBORN, CHANDRA LETRICE | 3720 - FOOTHILLS CI | APPROVED | |
| 06/25/2008 | 13:19:00 | V057397<br>MEWBORN, SHAMIYA RASHAY | 3720 - FOOTHILLS CI | APPROVED | |
| 03/19/2008 | 13:16:00 | V073312<br>ALSTON, JANET DELORES | 3720 - FOOTHILLS CI | APPROVED | |
| 03/19/2008 | 13:16:00 | V056329<br>MEWBORN, CHANDRA LETRICE | 3720 - FOOTHILLS CI | APPROVED | |
| 12/11/2005 | 13:19:00 | V056329<br>MEWBORN, CHANDRA LETRICE | 3905 - WESTERN YI | APPROVED | |
| 12/11/2005 | 13:19:00 | V057397<br>MEWBORN, SHAMIYA RASHAY | 3905 - WESTERN YI | APPROVED | |
| 10/10/2004 | 09:50:00 | V059485<br>ALSTON, ELLA LOUISE | 3905 - WESTERN YI | APPROVED | |
| 10/10/2004 | 09:50:00 | V056329<br>MEWBORN, CHANDRA LETRICE | 3905 - WESTERN YI | APPROVED | |
| 10/10/2004 | 09:50:00 | V057397<br>MEWBORN, SHAMIYA RASHAY | 3905 - WESTERN YI | APPROVED | |
| 10/03/2004 | 09:15:00 | V057397<br>MEWBORN, SHAMIYA RASHAY | 3905 - WESTERN YI | APPROVED | |
| 10/03/2004 | 09:15:00 | V062708<br>ALSTON, LATORIYA JUANITA | 3905 - WESTERN YI | APPROVED | |
| 10/03/2004 | 09:15:00 | V073312<br>ALSTON, JANET DELORES | 3905 - WESTERN YI | APPROVED | |
| 10/03/2004 | 09:15:00 | V056329<br>MEWBORN, CHANDRA LETRICE | 3905 - WESTERN YI | APPROVED | |
| 09/04/2004 | 09:21:00 | V057397<br>MEWBORN, SHAMIYA RASHAY | 3905 - WESTERN YI | INCOMPLETE | |
| 09/04/2004 | 09:21:00 | V062708<br>ALSTON, LATORIYA JUANITA | 3905 - WESTERN YI | APPROVED | |
| 09/04/2004 | 09:21:00 | V056329<br>MEWBORN, CHANDRA LETRICE | 3905 - WESTERN YI | APPROVED | |

...©2019 North Carolina Department of Public Safety. .<br>All rights reserved ....

...Revision: 1.5

BMC_DISC_00029

JA6641

IBSR511 (39)

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
REMITTER DEPOSIT REPORT
INMATE: 0833252 - ALSTON, RODNEY A.
FOR PERIOD: 01/01/2003 THROUGH 08/22/2019

08/22/19
15:41:23
PAGE    1

| REMITTER | ACCOUNT | NAME | AMOUNT | DATE | REFERENCE |
|---|---|---|---|---|---|
| ALSTEN,LATOYA | 0833252 ALSTON, RODNEY A. | | $ | 30.00 10/10/11 | 14-376032453 |
| ALSTEN,LATOYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 02/23/12 | 14-434843713 |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 12/10/13 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 07/31/16 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 10.00 09/05/16 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 15.00 11/20/16 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 02/18/17 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 10.00 02/20/17 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 100.00 02/24/17 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 10.00 08/27/17 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 11.00 09/14/17 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 10.00 09/21/17 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 15.00 09/28/17 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 02/24/18 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 100.00 08/10/18 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 10.00 08/26/18 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 25.00 09/06/18 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 11/30/18 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 25.00 01/26/19 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 25.00 02/13/19 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 10.00 04/23/19 | JPAY DEPOSIT |
| ALSTON, FELICIA | 0833252 ALSTON, RODNEY A. | | $ | 50.00 07/01/19 | JPAY DEPOSIT |
| ALSTON, JANET | 0833252 ALSTON, RODNEY A. | | $ | 85.00 02/25/14 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 25.00 08/11/14 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 10/02/14 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 25.00 10/20/14 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 12/05/14 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 12/21/14 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 30.00 01/10/15 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 35.00 02/27/15 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 07/14/15 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 25.00 08/11/15 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 08/20/15 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 35.00 09/01/15 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 50.00 09/15/15 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 40.00 10/15/15 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 35.00 11/04/15 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 40.00 12/12/15 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 25.00 12/23/15 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 01/08/16 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 25.00 01/21/16 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 02/11/16 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 200.00 02/16/16 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 25.00 04/01/16 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 04/14/16 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 04/28/16 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 06/23/16 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 25.00 11/08/16 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 25.00 12/02/16 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 ALSTON, RODNEY A. | | $ | 20.00 12/12/16 | JPAY DEPOSIT |

BMC_DISC_00030

| REMITTER | ACCOUNT | NAME | AMOUNT | DATE | REFERENCE |
|---|---|---|---|---|---|
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 02/23/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 05/06/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 05/24/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 06/28/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 07/11/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 08/05/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 08/27/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/10/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 10/08/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 10/15/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 15.00 | 10/25/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 11/04/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 11/24/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/28/17 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 01/24/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 02/28/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 03/02/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 03/12/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 03/19/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 03/24/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 07/04/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 07/17/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 15.00 | 07/31/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/04/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 10/12/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 15.00 | 10/26/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 10/30/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 11/12/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 11/22/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/03/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/03/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 12/16/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/24/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 12/28/18 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 35.00 | 01/23/19 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 02/14/19 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 02/24/19 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 100.00 | 03/02/19 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 03/27/19 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 04/06/19 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 04/15/19 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 04/22/19 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 05/05/19 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 05/23/19 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 06/06/19 | JPAY DEPOSIT |
| ALSTON, LATORIYA | 0833252 | ALSTON, RODNEY A. | $ 45.00 | 08/03/19 | JPAY DEPOSIT |
| ALSTON, LATOUYA | 0833252 | ALSTON, RODNEY A. | $ 100.00 | 02/19/13 | 116760629 7 |
| ALSTON, C | 0833252 | ALSTON, RODNEY A. | $ 80.00 | 07/14/04 | 06725987280 |
| ALSTON, C | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 07/01/09 | 201519589535 |
| ALSTON, C | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 09/17/09 | 17564611230 |

BMC_DISC_00031

| REMITTER | ACCOUNT | NAME | AMOUNT | DATE | REFERENCE |
|---|---|---|---|---|---|
| ALSTON,C | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 10/27/09 | 58478001461 |
| ALSTON,C | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 04/20/10 | 17278581093 |
| ALSTON,C | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 05/20/10 | 17636554034 |
| ALSTON,C | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 07/01/10 | 10199418551 |
| ALSTON,C | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 07/30/10 | 18046316136 |
| ALSTON,C | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 10/01/10 | 5866300296 |
| ALSTON,C | 0833252 ALSTON, RODNEY A. | $ | 25.00 | 12/03/10 | 5866301081 |
| ALSTON,C. | 0833252 ALSTON, RODNEY A. | $ | 40.00 | 04/01/09 | 16266427918 |
| ALSTON,C. | 0833252 ALSTON, RODNEY A. | $ | 40.00 | 10/08/09 | 17492812288 |
| ALSTON,C. | 0833252 ALSTON, RODNEY A. | $ | 50.00 | 02/18/10 | 58564922262 |
| ALSTON,C. | 0833252 ALSTON, RODNEY A. | $ | 50.00 | 03/31/10 | 103160177780 |
| ALSTON,DORA | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 09/23/04 | 4393272484 |
| ALSTON,DORA | 0833252 ALSTON, RODNEY A. | $ | 15.00 | 01/16/08 | 08805479070 |
| ALSTON,DORA | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 02/11/08 | 08859303057 |
| ALSTON,ELLA | 0833252 ALSTON, RODNEY A. | $ | 25.00 | 11/17/09 | 0836045937 |
| ALSTON,ELLA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 12/22/11 | 14-376032706 |
| ALSTON,F | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 11/29/11 | 1069768755 |
| ALSTON,FALICIA | 0833252 ALSTON, RODNEY A. | $ | 30.00 | 04/21/10 | 029319 |
| ALSTON,FELICA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 04/02/09 | 6686394 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 02/11/08 | 08826538138 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 30.00 | 04/11/08 | 101357701654 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 05/07/08 | 08886623723 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 05/27/08 | 100933380042 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 35.00 | 06/05/08 | 101337601486 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 06/25/08 | 101514739623 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 07/03/08 | 101635455450 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 05/26/09 | 102334109284 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 15.00 | 09/18/09 | 09165555958 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 25.00 | 11/02/09 | 09184193227 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 100.00 | 11/05/09 | 076209566 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 100.00 | 02/02/10 | 0843170517 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 03/23/10 | Z0904606713 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 04/27/10 | 14023845789 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 04/25/11 | 0978350328 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 12/22/11 | 1069772409 |
| ALSTON,FELICIA | 0833252 ALSTON, RODNEY A. | $ | 30.00 | 03/07/12 | 1111678542 |
| ALSTON,JANET | 0833252 ALSTON, RODNEY A. | $ | 30.00 | 02/14/11 | 0973312362 |
| ALSTON,JANET | 0833252 ALSTON, RODNEY A. | $ | 15.00 | 10/11/11 | 14-321941481 |
| ALSTON,JANET | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 01/09/12 | 106649738 1 |
| ALSTON,JANET | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 04/26/12 | 1067182479 |
| ALSTON,JANET & DORA | 0833252 ALSTON, RODNEY A. | $ | 100.00 | 03/14/08 | 101357695813 |
| ALSTON,LATONYA | 0833252 ALSTON, RODNEY A. | $ | 30.00 | 05/12/09 | 602257365 |
| ALSTON,LATONYA | 0833252 ALSTON, RODNEY A. | $ | 30.00 | 10/18/12 | 1160735742 |
| ALSTON,LATORIYA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 07/13/11 | 103459768 |
| ALSTON,LATORIYA | 0833252 ALSTON, RODNEY A. | $ | 40.00 | 11/23/11 | 14-410356871 |
| ALSTON,LATOYA | 0833252 ALSTON, RODNEY A. | $ | 20.00 | 09/21/11 | 103997923 2 |
| ALSTON,LATYA | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 05/21/10 | 0931410117 |
| ALSTON,RODNEY | 0833252 ALSTON, RODNEY A. | $ | 45.00 | 08/09/07 | CASH T7080 |
| ALSTON,SHAVONNE | 0833252 ALSTON, RODNEY A. | $ | 15.00 | 02/01/08 | 08824912768 |
| ALSTON,SHAVONNE | 0833252 ALSTON, RODNEY A. | $ | 10.00 | 05/11/11 | 0978352938 |

BMC_DISC_00032

| REMITTER | ACCOUNT | NAME | AMOUNT | DATE | REFERENCE |
|---|---|---|---|---|---|
| ALSTON,SHAVONNE | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 06/30/11 | 9025164521 |
| ARRINGTON, DOROTHY | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 09/28/18 | JPAY DEPOSIT |
| BLAKE,JANET | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 04/25/08 | 101357704217 |
| BLAKE,JANET | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 04/16/10 | 0861450417 |
| BOKE,JANET | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 11/28/07 | 100933375675 |
| BRAKE,JANET | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 09/16/04 | 44594190729 |
| BRAKE,JANET | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 09/12/07 | 08753674443 |
| BRAKE,JANET | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 10/19/07 | 08789574903 |
| BRAKE,JANET | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 12/05/07 | 57305145711 |
| BRAKE,JANET | 0833252 | ALSTON, RODNEY A. | $ 15.00 | 01/31/08 | 08826538085 |
| BRAKE,JANET | 0833252 | ALSTON, RODNEY A. | $ 15.00 | 06/13/08 | 08916416787 |
| BRAKE,JANET | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 02/11/10 | 102990006559 |
| BRAKE,JANET | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 07/20/10 | 0920802798 |
| BUTTS,L | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 08/07/13 | Z1279504026 |
| C MEULLAIN | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 10/27/05 | 09253555007 |
| C MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 08/25/04 | 07362353711 |
| C MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 12/15/04 | 07801842374 |
| C NEWBORN | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 10/20/04 | 44140821923 |
| C. ALSTON | 0833252 | ALSTON, RODNEY A. | $ 80.00 | 06/09/04 | 07024888394 |
| C. ALSTON | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 02/26/09 | 16266411551 |
| C. ALSTON | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 04/21/09 | 5106633557 |
| C. MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 05/06/09 | 6839019060 |
| C. MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 06/01/09 | 6855777701 |
| C. MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 09/05/13 | 14746477725 |
| C. NEWBORN | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 07/09/04 | 92459644874 |
| C. NEWBORN | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/03/04 | 237804218 |
| C. NEWBORN | 0833252 | ALSTON, RODNEY A. | $ 35.00 | 12/19/05 | 09255328536 |
| C. NEWBORN | 0833252 | ALSTON, RODNEY A. | $ 15.00 | 06/18/09 | 6855774068 |
| C.MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 10/07/04 | 08118200724 |
| C.NEWBORN | 0833252 | ALSTON, RODNEY A. | $ 15.00 | 10/22/04 | 07379423008 |
| C.S. MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 60.00 | 11/23/05 | 460158865 |
| C, ALSTON | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 03/01/10 | 10316017309 |
| CALSTON | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 06/06/09 | 08933050157 |
| CHANDA MEWBARN | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 08/05/04 | 4459427282 |
| CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/28/05 | 08980571711 |
| CHANDRAY LATOYA | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 07/21/04 | 07384245658 |
| ELLA ALSTON | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 12/04/09 | 084759138 |
| ELLA HARRISON | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 11/10/04 | 222074833 |
| FELICIA ALSTON | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 09/30/13 | 14766992398 |
| FORD, NAKETA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/12/18 | JPAY DEPOSIT |
| JANET & CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 120.00 | 05/02/08 | 68026565970 |
| JANET BRAKE | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 12/02/05 | 08379840981 |
| JANET BRAKE | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 12/22/09 | 9008081719 |
| JETR,LAKYO | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/24/07 | 0537842052 |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 01/22/14 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 15.00 | 09/19/15 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 11/21/15 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 11/24/16 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 18.00 | 04/11/17 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 04/18/17 | JPAY DEPOSIT |

BMC_DISC_00033

IBSR511 (39)

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
REMITTER DEPOSIT REPORT
INMATE: 0833252 - ALSTON, RODNEY A.
FOR PERIOD: 01/01/2003 THROUGH 08/22/2019

08/22/19
15:41:23
PAGE   5

| REMITTER | ACCOUNT | NAME | AMOUNT | DATE | REFERENCE |
|----------|---------|------|--------|------|-----------|
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 18.00 | 05/08/17 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 18.00 | 05/27/17 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 06/25/17 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 07/18/17 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 18.00 | 09/04/17 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 18.00 | 09/07/17 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 18.00 | 09/27/17 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 35.00 | 11/14/17 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 12/24/17 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 01/15/18 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 18.00 | 01/31/18 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 17.00 | 02/14/18 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 18.00 | 08/27/18 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/17/18 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 18.00 | 01/12/19 | JPAY DEPOSIT |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 06/09/11 | 20259187113 |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 07/07/11 | 20259187857 |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 11/23/11 | 203618016624 |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/29/11 | 203618010200 |
| LAMM, TAMMY | 0833252 | ALSTON, RODNEY A. | $ 100.00 | 02/09/12 | 203801971660 |
| LARRY | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 05/14/08 | 0723291516 |
| LATOYA ASROR | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/07/12 | 1160731413 |
| LJ | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 12/07/11 | 106372814 4 |
| LUCY | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 01/31/08 | 069377408 |
| LUTORYA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 03/15/10 | 0847599066 |
| LYNCH, CHRYSTAL | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 10/29/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 06/23/17 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 06/30/17 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 35.00 | 07/20/17 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/04/17 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/08/17 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 18.00 | 02/03/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 02/12/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 03/16/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 17.00 | 03/31/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 35.00 | 05/05/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 07/11/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 43.00 | 07/19/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 22.00 | 07/23/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 07/29/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 7.00 | 08/04/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 10/02/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 10/05/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 10/07/18 | JPAY DEPOSIT |
| LYNCH, TREMAINE | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/31/18 | JPAY DEPOSIT |
| LYNCH, EDWARD | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 01/18/08 | 08814839501 |
| MANLEY, JORDAN | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 11/03/17 | JPAY DEPOSIT |
| MANLEY, JORDAN | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/05/17 | JPAY DEPOSIT |
| MANLEY, JORDAN | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 01/11/18 | JPAY DEPOSIT |
| MEMBORN,C | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 12/20/10 | 185489237065 |

BMC_DISC_00034

IBSR511 (39)

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
REMITTER DEPOSIT REPORT
INMATE: 0833252 - ALSTON, RODNEY A.
FOR PERIOD: 01/01/2003 THROUGH 08/22/2019

08/22/19
15:41:23
PAGE   6

| REMITTER | ACCOUNT | NAME | AMOUNT | DATE | REFERENCE |
|---|---|---|---|---|---|
| MEUBARR, C | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 07/21/11 | 14353755974 |
| MEWBERN, CLYNCH | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 01/02/08 | 08715234078 |
| MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 06/17/11 | 102957695 |
| MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/07/11 | 58828283899 |
| MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/13/11 | 20310215580 |
| MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 12/02/11 | 20363152564 |
| MEWBORN | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 03/06/13 | 20416988012 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 100.00 | 06/12/13 | 5903762838 |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 11/24/13 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 12/05/13 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 02/25/14 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 08/11/14 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 10/10/14 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 11/04/14 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 11/26/14 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 12/05/14 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 12/23/14 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 01/13/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 03/03/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 05/31/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 07/25/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 09/06/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 09/21/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 10/03/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 10/15/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 10/27/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 10/31/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 11/03/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 11/17/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 11/28/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 12/04/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 12/25/15 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 01/09/16 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 01/25/16 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 02/06/16 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 03/10/16 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 03/25/16 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 05/10/16 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 07/12/16 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 07/28/16 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 08/10/16 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 11/04/16 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 12/18/16 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 01/16/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 04/15/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 05/20/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 06/09/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 07/18/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 08/04/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 08/15/17 | JPAY DEPOSIT |

BMC_DISC_00035

| REMITTER | ACCOUNT | NAME | AMOUNT | DATE | REFERENCE |
|---|---|---|---|---|---|
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 09/12/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/20/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 10/01/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 10/28/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 11/14/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 11/29/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 12/13/17 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 01/03/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 01/11/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 01/19/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 01/24/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 02/07/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 02/17/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 03/05/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 03/15/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 04/01/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 04/11/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 05/03/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 07/03/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 08/04/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 09/09/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/26/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 10/15/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 10/31/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 11/21/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 12/17/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/31/18 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 01/20/19 | JPAY DEPOSIT |
| MEWBORN, CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 02/04/19 | JPAY DEPOSIT |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 02/04/08 | 11874261611 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 03/07/08 | 08858409502 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 15.00 | 05/27/08 | 57466399771 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 05/30/08 | 68026569226 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 07/03/08 | 68028023371 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 12/03/09 | 102949700546 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 15.00 | 12/28/09 | 17568886792 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 11/02/10 | 5866335429 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/23/10 | 10382187331 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 02/14/11 | 10366727745 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 03/17/11 | 5877402370 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 04/15/11 | 10390539710 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 04/21/11 | 10390539782 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 05/18/11 | 5882828798 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 10/26/11 | 58860316185 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 08/03/12 | 58941312683 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 12/04/12 | 058977650193 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 12/20/12 | 058977651590 |
| MEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 08/08/13 | 14664160219 |
| MEWBORN, C. | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 08/15/07 | 11792956860 |
| MEWBORN, C. | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 09/13/07 | 08754802011 |

BMC_DISC_00036

| REMITTER | ACCOUNT | NAME | AMOUNT | DATE | REFERENCE |
|----------|---------|------|--------|------|-----------|
| MEWBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/24/07 | 57118449718 |
| MEWBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 10/01/07 | 11792990125 |
| MEWBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 10/09/07 | 08726066978 |
| MEWBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 11/07/07 | 57759406793 |
| MEWBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 11/21/07 | 57294101964 |
| MEWBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 12/05/07 | 57118469617 |
| MEWBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 70.00 | 06/18/08 | 11873537177 |
| MEWBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 01/22/10 | 17827956213 |
| MEWBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 11/23/11 | 19013275506 |
| MEWBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 01/18/12 | 203631526131 |
| MEWBORN,CHANDRA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 08/08/07 | 429522 |
| MEWBORN,S | 0833252 | ALSTON, RODNEY A. | $ 60.00 | 04/03/08 | 11873531856 |
| MEWBORN,S. | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 02/21/08 | 57963142930 |
| MEWBORN,S. | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 02/16/12 | 19878111044 |
| MEWBORN,X | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 10/26/12 | 020397009453 |
| MEWEBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 09/04/07 | 11792928712 |
| MIRA ALSTON | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 12/20/05 | 09255340664 |
| NAME UNREADABLE | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 12/21/09 | 0848234241 |
| NASH | 0833252 | ALSTON, RODNEY A. | $ 11.60 | 05/27/04 | 5089 |
| NASH CO ITF | 0833252 | ALSTON, RODNEY A. | $ 33.62 | 08/09/07 | 9736 T7080 |
| NASH CO SHERIFF | 0833252 | ALSTON, RODNEY A. | $ 28.87 | 02/19/09 | 12050 |
| NASH CO SHERIFF | 0833252 | ALSTON, RODNEY A. | $ 11.66 | 01/29/10 | 13479 |
| NASH COUNTY | 0833252 | ALSTON, RODNEY A. | $ 17.01 | 10/20/05 | 7228 |
| NASHCOUNTYSHERRIFF | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 03/03/08 | 10569 |
| NEWBORN, C | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 02/21/13 | 14-617669203 |
| NEWBORN,C | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 07/01/04 | 07024899506 |
| NEWBORN,C | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/16/04 | 160695883 |
| NEWBORN,C. | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 10/05/11 | 14-383638539 |
| NO NAME | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 04/07/09 | S0602255034 |
| NO NAME | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 11/05/09 | 58477286417 |
| NOTUSEDFORPURPOSEINT | 0833252 | ALSTON, RODNEY A. | $ 35.00 | 08/31/10 | 18136957555 |
| QUICK, VANESSA | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 09/11/17 | JPAY DEPOSIT |
| RASHAY NEWBORN | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 11/16/05 | 4601588510 |
| RODNEY ALSTON | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 06/23/04 | 07024891037 |
| SHAMIYA ALSTON | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 06/16/04 | 06726024551 |
| THARP, CURTISHA | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 12/04/18 | JPAY DEPOSIT |
| THARP, CURTISHA | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 01/05/19 | JPAY DEPOSIT |
| THARP, CURTISHA | 0833252 | ALSTON, RODNEY A. | $ 50.00 | 02/03/19 | JPAY DEPOSIT |
| THE ALSTONS | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 12/01/05 | 09253574122 |
| UNKNOWN | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 08/11/04 | 07362350032 |
| UNKOWN | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 10/14/04 | 211485612 |
| UNREADABLE | 0833252 | ALSTON, RODNEY A. | $ 55.00 | 03/06/09 | S0578141595 |
| WILLIAMS,CALVIN | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 09/01/10 | 20221239260 |
| WILLIAMS,CALVIN | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 09/22/10 | 20221239880 |
| WILLIAMS,CALVIN | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 11/24/10 | 10258682218 |
| WILLIAMS,CALVIN | 0833252 | ALSTON, RODNEY A. | $ 10.00 | 12/21/10 | 18417740534 |
| 1036 HWY. 903 S. | 0833252 | ALSTON, RODNEY A. | $ 25.00 | 08/22/07 | 08-726769900 |
| 4500RAINBOW | 0833252 | ALSTON, RODNEY A. | $ 20.00 | 12/10/07 | 0537848577 |
| 4500RAINBOWLANE | 0833252 | ALSTON, RODNEY A. | $ 30.00 | 04/24/08 | 0723291795 |
| 7036 HWY 903 | 0833252 | ALSTON, RODNEY A. | $ 40.00 | 11/02/05 | 377989093 |

IMC_DISC_00037

PART THREE
Rehabilitation
Violence, chaos and abuse

PROTECTIVE FACTORS

# RISK FACTORS

**New family: Dobbs Training School**

*Trauma and Threats of Violence:
Experienced and exposed to on a
daily basis*

**PHYSICAL VIOLENCE**

*Violence and verbal abuse from
those people charged with the
care and protection of children*

**EMOTIONAL ABUSE**

*Staff – in loco parentis – is
emotionally abusing children*

**SEXUAL ABUSE**

*Adults charged with the
protection and care of children
are using them for sexual
gratification*

BMC_DISC_07129



DEFENDANT'S
TRIAL EXHIBIT
041

JA6650



CAROLINE F. QUINN, CLERK
EX OFFICIO JUDGE OF PROBATE

CLERK OF SUPERIOR COURT
WILSON COUNTY

PO BOX 1608, WILSON, NC 27894-1608
F 252-206-3007

CIVIL 252-206-3003
CRIMINAL 252-206-3000

WALTER H. GODWIN, JR.
SENIOR RESIDENT JUDGE

L. LAMONT WIGGINS
RESIDENT JUDGE

July 24, 2019

Mr. William F. Nettles, IV
Mr. Michael A. Meetze
Assistant Federal Public Defenders
Federal Public Defender's Office
c/o McMillan Federal Building
Suite 105, 401 W. Evans St.
Florence, SC  29503-1873

RE:  US vs. BRANDON MICHAEL COUNCIL
Cr. No.: 4:17CR00866-RBH

Dear Mr. Nettles and Mr. Meetze,

Enclosed please find what my office was able to locate in reference to the subpoena duces tecum and order for immediate production of records that I received from your office on July 23, 2019. I am also enclosing the Declaration which complies with the Federal Rules of Evidence, in hopes that my appearance may not be required to authenticate these records.

Please don't hesitate to contact me if you have questions or concerns.

With every good wish, I am

Sincerely,

Caroline Farris Quinn
Clerk of Superior Court

★ ★ ★



DEFENDANT'S
TRIAL EXHIBIT
042

BMC_DISC_00045

JA6651

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No.: 4:17CR00866-RBH(1) |
| | ) | |
| | ) | |
| | ) | |
| -vs- | ) | **DECLARATION PURSUANT** |
| | ) | **TO F.R.E. 902(11)** |
| | ) | |
| **BRANDON MICHAELCOUNCIL** | ) | |

I, custodian of records, for __Wilson County, NC__ (Clerk's Office), declare the following:

A.    The attached records are records kept by the above referenced office and/or business activity and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by a person with knowledge of those matters;

B.    such records are kept in the course of a regularly conducted business activity;

C.    this office made such a record as a regular practice; and

D.    the attached records are duplicates of the original.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __July 24,__ , 2019

_____
Custodian of Records

BMC_DISC_00046

## STATE OF NORTH CAROLINA

**Wilson** COUNTY

FILE NO. 86 CVD 668

FILM NO. 81-U-838 - 847/05-2-88

☒ DISTRICT COURT DIVISION ☐ SUPERIOR COURT DIVISION

CASES CONSOLIDATED

JURY TRIAL ☐ YES

04-11-19 CIVIL DOCKET

SUPERIOR COURT FILING CODES:

1. Contract
2. Debtor on Accounts
3. Motor Vehicle
4. Other Negligence
5. Real Property
6. Administrative
7. Appeals
8. Other

DISTRICT COURT FILING CODES:

1. UREBA
2. IV-D
3. Other Domestic Rel
4. General Civil
5. CVM Appeal/Transfer

DISPOSITION CODES:

1. Trial by Jury
2. Trial by Judge
3. Voluntary Dismissal
4. Final Order or Final Judgment enc Trial

| FILING DATE | WEEK ENDING DATE (MIDY) | FILING CODE | DISPOSITION DATE | WEEK ENDING DATE (MIDY) | |
|---|---|---|---|---|---|
| 7/22/86 | 7/25/86 | 3 | 1-15-87 | 8-6-87 | |

**PLAINTIFF'S NAMES**

X Beth Montress Spells

**DEFENDANT'S NAMES**

X Charles Council

**PLAINTIFF'S ATTORNEYS**

Mike Birzon

**DEFENDANT'S ATTORNEYS**

Billy Garin

| DATE COMPLAINT FILED | 7/22/86 | DATE 3RD PARTY COMPLAINT FILED | |
|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/22/86 | Ast Issued | 9-24-86 | | | 1-15-87 | Order | |
| | | | | | 1-13-95 | Order | |
| | | | | | 3-23-04 | Order Terminating Child Support | |

**CROSS-CLAIM FILED BY DEFENDANT**

**CROSS-CLAIM ANSWERED**

| DATE AMENDED COMPLAINT FILED | | DATE SUMMONS SERVED | DATE ANSWER FILED |
|---|---|---|---|

| FILED BY | DATE | TYPE | DATE | DISPOSITION |
|---|---|---|---|---|
| Deft | 9-22-86 | Mtn Time | 9-23-86 | Order of Time |
| | | | 12-19-86 | motion to order for respond |

AOC-CV-751 REV. 1984

BMC_DISC_00047

JA6653

STATE OF NORTH CAROLINA    FILED    IN THE GENERAL COURT OF JUTICE

WILSON COUNTY    DISTRICT COURT DIVISION
                 01 MAR 23  AM 11:0

WILSON COUNTY, C.S.    FILE #  86 CVD 668
                       FILM #

BY: _____

_Beth Spell_                        ORDER IN
PLAINTIFF                           CIVIL SUPPORT ACTION

VS.

_Charles Council_
DEFENDANT

        This is an action for the support of the dependents of the defendant named
above, previously heard and decided by this Court and now before it for a ruling on a
motion or show-cause order;

        After hearing all of the evidence and arguments, the Court concludes as
facts:

that the only child in this case, Brandon
Michael Council, is 18 years of age
and had received a high school
diploma.

        IT IS THEREFORE, ORDERED:

        that child support be terminated

This  23  day of  March  2004  _William G. Stewart_
                                  JUDGE PRESIDING

BMC_DISC_00048

JA6654

CERTIFICATION OF VITAL RECORD

# STATE OF NORTH CAROLINA
## WILSON COUNTY
## OFFICE OF REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH
DIVISION OF HEALTH SERVICES · VITAL RECORDS BRANCH

### CERTIFICATE OF LIVE BIRTH

541

REGISTRATION DISTRICT NO. 098-90    LOCAL NO.    BIRTH NO. 134

| NAME OF CHILD | FIRST | MIDDLE | LAST | | SEX |
|---|---|---|---|---|---|
| | Brandon | Michael | Council | | Male |

| THIS BIRTH - SINGLE, TWIN, TRIPLE, ETC. | IF NOT SINGLE BIRTH - BORN FIRST, SECOND, THIRD, ETC. | DATE OF BIRTH | MONTH DAY YEAR | HOUR OF BIRTH |
|---|---|---|---|---|
| Single | | | July 11 1985 | 8:12 PM |

| PLACE OF BIRTH - COUNTY | CITY OR TOWN | NAME OF HOSPITAL (IF NOT IN HOSPITAL) | AGE OF FATHER |
|---|---|---|---|
| Wilson | Wilson | Wilson Memorial Hospital | Yes |

| MAIDEN NAME OF MOTHER | FIRST | MIDDLE | LAST | AGE | STATE OF BIRTH | COUNTY |
|---|---|---|---|---|---|---|
| | Beth | Montress | Spells | 20 | N.Carolina | Wilson |

| STATE | COUNTY | CITY, TOWN OR LOCATION | STREET AND NUMBER OF RESIDENCE | | INSIDE CITY |
|---|---|---|---|---|---|
| N.Carolina | Wilson | Wilson | 1308 Washington Street | | |

I CERTIFY THAT I HAVE INSPECTED THIS CERTIFICATE FOR ACCURACY

_Beth Montress Spells_

_D.C.A. Kirkland_    DATE SIGNED 7-12-85

John A. Kirkland, MD    Wilson, North Carolina 27893

7-12-85    Patricia M. Bullock, Deputy Registrar

| COLOR OR RACE OF FATHER | COLOR OR RACE OF MOTHER |
|---|---|
| | Black |

Year 1985    Page 541

This is to certify that this is a true and correct reproduction of abstract of the official record filed in this office

1488238

25 March 2004

Andrea R. Neal
Register of Deeds
Wilson County

By: _Kay W. Webb_
Deputy/Assistant Register of Deeds

THIS CERTIFIED COPY OF NC VITAL RECORDS



# North Carolina
## State Board of Community Colleges
# High School Diploma
### Equivalency

BRANDON MICHAEL COUNCIL

has been awarded this diploma *in recognition of the attainment of a North Carolina high school diploma. This diploma was earned through the high school equivalency examinations approved by the State Board of Community Colleges in accordance with the laws of North Carolina.*

*Chairman, State Board of Community Colleges*

*State President*
*North Carolina Community College System*

BMC_DISC_00050

JA6656



429377

# NORTH CAROLINA STATE BOARD OF COMMUNITY COLLEGES

03/09/04      200 W. JONES STREET   •   RALEIGH, NC 27603-1379

**OFFICIAL RESULTS**
**GENERAL EDUCATIONAL DEVELOPMENT TESTS**

The attached High School Diploma Equivalency is awarded to you by the State Board
of Community Colleges as a result of your achievement of satisfactory scores on the
Tests of General Educational Development.

| GED Test | Form | Test Date | Standard Score | Percentile Rank |
|---|---|---|---|---|

CERTIFIED
09\11\01

DIPLOMA NUMBER
448758

SSN : 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

BRANDON COUNCIL
1308 WASHINGTON STREET
WILSON, NC 27893 2789

*Congratulations on achieving your High School Diploma Equivalency.*
*The State Board of Community Colleges shares with you a great feeling of*
*satisfaction in your accomplishment.*

*Patrick K. Pittman*
GED Administrator

BMC_DISC_00051

Date: Sat, 31 Jan 2004 10:39:23 -0500
To: Jean.Stroud
From: Ina.Skinner@ncmail.net
Subject: 3719586CVD000668  INVL PYE1     NAME SPELLS,BETH

Jean, we have several returned cks on this pye . Per PO
BETH SPELLS IS NOT KNOWN @ 408 B HINES ST, WILSON NC 27893.
-------------------- PP 10=Backward 11=Forward ----------------

To: Ina.Skinner@ncmail.net
Subject: 3719586CVD000668  INVL PYE1
In-Reply-To: The letter of Saturday, 31 January 2004 10:42am ET

ATTEMPTS HAVE BEEN MADE SINCE 12-05-03 TO VERIFY CURRENT RESIDENCE OF
BETH SPELLS.  SEVERAL CONTACTS HAVE BEEN MADE WITH CHARLES COUNCIL.  HE
HAS MADE AN EFFORT TO FIND HER BUT HAS BEEN UNABLE TO DO SO.  THE ONLY
CHILD IN THIS CASE TURNED 18 ON 7-11-03 AND GRADUATED FROM HIGH SCHOOL
THROUGH THE NORTH CAROLINA STATE BOARD OF COMMUNITY COLLEGES. WE HAVE
COPIES OF BOTH OF THESE DOCUMENTS IN OUR FILE.  WE ARE CLOSING OUR CASE
TODAY AND ANY MONEY FROM THE CHECKS RETURNED CAN BE RETURNED TO MR.CHARLES
COUNCIL AT PO BOX 254, STANTONSBURG, N.C. 27883 0254.  JEAN.STROUD@NCCOURTS.ORG
                                              / lines 1-12 of 12
PP 1=Help 2=Exit 3=Return 4=Mail 5=Led 6=ID 7=Bkw 8=Fwd 9=Opt          EMCC0100

Date: 3/23/2004 Time: 10:58:22 AM

BMC_DISC_00092

NORTH CAROLINA     FILED     IN THE GENERAL COURT OF JUSTICE
WILSON COUNTY                  DISTRICT COURT DIVISION
         JAN 13 94 4:52     FILE NO.: 86 CVD 668

BETH MONTRESS SPELLS,              
      Plaintiff             )
                      )
vs.                    )          **ORDER**
                      )
CHARLES COUNCIL,        )
      Defendant        )

        THIS MATTER coming on to be heard before the Honorable Sarah F. Patterson, Judge presiding over the November 29, 1994 session of Civil Child Support Court in Wilson County, and with the Plaintiff being represented by Marlene Blake and with the Defendant being represented by Charlene Boykin King, and with the parties announcing a settlement of this matter, the Court finds as follows:

        1.     That on August 31, 1994, an Order to Appear and Show Cause for Failure to Comply with a Child Support Order was issued by this Court and was served on the Defendant, Charles Council.

        2.     That the Defendant, Charles Council, is disabled and unable to be gainfully employed, but that the Defendant receives a disability payment that allows him to pay child support at the rate of $37.40 per month.

        3.     That on October 27, 1994, the Defendant paid $1,000.00 toward his child support arrears.

        4.     That the Defendant is in arrears in his child support obligation and has agreed to make an additional payment of $50.00 per month to be applied toward his child support arrearage until it is paid in full.

        5.     That the Defendant has agreed to pay a portion of the Plaintiff's attorney's fees in the amount of $150.00, said amount to be paid through the Clerk of Superior Court of Wilson County on or before January 3, 1995.

        BASED on the foregoing findings of fact, the Court concludes as a matter of law that the settlement reached by the parties is fair and reasonable.

        IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

        1.     That the Defendant shall continue to pay the amount of $37.40 toward his current child support obligation, and in addition, will pay $50.00 per month beginning December 1, 1994, to the Clerk of Superior Court of Wilson County, to be applied toward his child support

BMC_DISC_00053

arrears.

2. That the Defendant shall pay the sum of $150.00 for the Plaintiff's attorney's fees through the Clerk of Superior Court on or before January 3, 1995, and said amount shall be disbursed to Marlene Blake, attorney at law.

This _5_ day of _January_, 1995.

_Sarah F. Patterson_
The Honorable Sarah F. Patterson

wp60\clrk\council\ord\ash

BMC_DISC_00054

STATE OF NORTH CAROLINA

COUNTY OF WILSON

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
FILE NO.: 86-CVD-

BETH MONTRESS SPELLS,

                    Plaintiff

vs.

CHARLES COUNCIL,

                    Defendant

)
)
)
)
)
)
)
)
)

COMPLAINT

*fc. c*

The Plaintiff, complaining of Defendant, alleges and says:

1. That both of the parties hereto are citizens and resident of Wilson County, North Carolina, and have been residents of North Carolina for more than six months next preceding the commencement of this action.

2. That one child was born of the union of Plaintiff and Defendant, namely, Brandon Council, born on the 11th day of July, 1985, in Wilson County, North Carolina.

3. That the aforesaid minor child has resided with Plaintiff since the date of birth and currently resides at 1308 Washington Street, Wilson, North Carolina.

4. That Defendant is the father of the aforesaid minor child and said Defendant has failed and refused to provide adequate support for the minor child since birth.

5. That Plaintiff believes and therefore alleges that Defendant is financially capable of providing support for the benefit of the said minor child and Plaintiff is in need of Defendant's assistance in that Plaintiff expends in excess of $250.00 per month for food, clothing, baby sitting fees, housing,

BMC_DISC_00085

JA6661

and other necessities for the child.

      6. That Plaintiff is the fit and proper person to have the general care, custody and control of the said minor child and it is in the child's best interests that his care, custody and control be continued with Plaintiff.

      WHEREFORE, PLAINTIFF PRAYS:

      1. That the foregoing Complaint be allowed and taken as an Affidavit in support of Plaintiff's application for temporary custody and child support and attorney fees, and further that said Complaint be allowed and taken as an Affidavit upon which to base all orders of the Court.

      2. That Plaintiff be granted the care, custody and control of Brandon Council.

      3. That an Order be entered herein requiring Defendant to pay the sum of not less than $250.00 per month for the support and maintenance of his minor child and that in addition thereto Defendant be ordered to pay all medical expenses for the said child.

      4. That Defendant be ordered to pay Plaintiff's reasonable attorney fees and costs.

      5. For such other and further relief to which Plaintiff and the minor child of the parties hereto may be entitled and which the Court deems just and proper.

      This the 17th day of July, 1986.

BMC_DISC_00656

JA6662

MICHAEL R. BIRZON, P.A.

BY: _____
MICHAEL R. BIRZON
Attorney for Plaintiff
P. O. Box 3404
Wilson, NC  27895-3404
(919)  237-1152

STATE OF NORTH CAROLINA

COUNTY OF WILSON

     Beth Montress Spells being first duly sworn, deposes
and says that she is the Plaintiff in the above-entitled action
that she has read the foregoing Complaint, and that the same is
true to her own knowledge, except as to those matters alleged
therein on information and belief, and as to those matters she
believes them to be true.

_____
BETH MONTRESS SPELLS

Sworn to and subscribed before me
this _2/st_ day of July, 1986.

_____
NOTARY PUBLIC

My Commission Expires:

  6-13-87

BMC_DISC_00057

File No. 86-CVD-668
Film No.

**STATE OF NORTH CAROLINA**

Wilson _____ County

☐ District Court Division    ☐ Superior Court Division
In the General Court of Justice

Plaintiff Name
**BETH MONTRESS SPELLS**

Address
1308 Washington Street

City, State, Zip
Wilson, NC 27893

**CIVIL SUMMONS**

GS 1A-1, Rules 3, 4

**VERSUS**

Defendant
**CHARLES COUNCIL**

* ☐ Alias and Pluries Summons
The summons originally issued against you was returned not served.

Date Last Summons Issued

*Disregard this section unless the block is checked.

TO: SHERIFF OF WILSON COUNTY

Name & Address of First Defendant
Charles Council
501 Pender Street
Wilson, NC 27893

TO:

Name & Address of Second Defendant

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

Serve a copy of your written answer to the complaint upon the plaintiff or his attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to him or by mailing it to him at his last known address, and

File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name and Address of Plaintiff's Attorney
MICHAEL R. DIXON, P.A.
P. O. BOX 3404
Wilson, NC 27895
(919) 237-8432

Date Issued  7-22-86    Time  7:53  ☐ AM  ☐ PM

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk of Superior Court

☐ ENDORSEMENT
This summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this summons must be served is extended thirty (30) days.

Date of Endorsement    Time    ☐ AM  ☐ PM

**RETURN OF SERVICE**

I certify that this summons and a copy of the complaint were received and served as follows:

### Defendant 1.

| Date served | Name of defendant |
|---|---|
|  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (if corporation give title of person copies left with)

☐ Other manner of service (specify)

☒ Defendant WAS NOT served for the following reason: *Charles Council 901 Pender Street could not locate subject at address given. Went by 15 different times*

### Defendant 2.

| Date served | Name of defendant |
|---|---|
|  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name and address of person with whom copies left (if corporation give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

RECEIVED
JUL 12 1988

Wayne D. Gay
SHERIFF, WILSON COUNTY

# THE WILSON DAILY TIMES

More Than A Newspaper A Community Institution

### Wilson, North Carolina

27893

State of North Carolina | ss
COUNTY OF WILSON

## AFFIDAVIT OF PUBLICATION

Before the undersigned, a Notary Public of said County and State,
duly commissioned, qualified, and authorized by law to administer oaths,
personally appeared

_____ Vickie Amming _____, who being

first duly sworn, deposes and says: that he (she) is _____

_____ Legal Adv. Mgr. _____
(Publisher, Associate Publisher, Officer or Employee authorized to make this affidavit)

of The Wilson Daily Times, Inc., engaged in the publication of a
newspaper known as The Wilson Daily Times published, issued, and
entered as second class mail in the City of Wilson, N. C. in said County
and State; that he (she) is authorized to make this affidavit and sworn
statement; that the notice or other legal advertisement, a true copy of
which is attached hereto, was published in The Wilson Daily Times on
the following dates:

_____ Aug 15, 22, 29 _____

and that the said newspaper in which such notice, paper, document, or
legal advertisement was published was, at the time of each and every
such publication, a newspaper meeting all of the requirements and
qualifications of Section 1-597 of the General Statutes of North Caro-
lina and was a qualified newspaper within the meaning of Section 1-597
of the General Statutes of North Carolina.

This _____ day of _____ August _____ 19___

_____ Vickie Amming _____

August 30, 1994 _____ Bryan Dukeman _____
(Notary Public)

My Commission expires My Commission Expires December 27, 1996

STATE OF NORTH CAROLINA

COUNTY OF WILSON

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
FILE NO.: 86-CVD-668

BETH SPELLS,

      Plaintiff

vs.

CHARLES COUNCIL,

      Defendant

)
)
)
)
)     AFFIDAVIT
)
)
)
)

     Michael R. Birzon, being first duly sworn, says:

     1.  That the Defendant is not an inhabitant of or found within this State.

     2.  Defendant's address, whereabouts, dwelling house or usual place of abode is unknown and cannot with due diligence be ascertained.

     3.  Notice of service of process has been given by publication as shown by the attached Publisher's Affidavit.

                      MICHAEL R. BIRZON, P. A.

                      BY: _____

                          MICHAEL R. BIRZON

Sworn to and subscribed before me
this 14th day of January, 1987.

_____
NOTARY PUBLIC

My Commission Expires

_1-15-89_____

BMC_DISC_00061

JA6667

NORTH CAROLINA

FILED IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
FILE NO.: 86-CVD-668

WILSON COUNTY

1987 FEB -2

WILSON COUNTY, C.S.C.

BY _____

BETH MONTRESS SPELLS,

      Plaintiff

vs.                                                    ORDER

CHARLES COUNCIL,

      Defendant

        THIS CAUSE coming on to be heard, and being heard, before the undersigned Judge of District Court presiding over the January 15, 1987, term of District Court of Wilson County, North Carolina, and it appearing to the Court from the evidence and testimony, and from the verified Complaint filed herein, that:

        1. This is an action filed by Plaintiff for child custody, child support and attorney fees.

        2. Defendant has filed an Answer denying the essential allegations of the Complaint, and further, has denied that the minor child who is the subject of this action, Brandon Council, was the result of the union of Plaintiff and Defendant.

        3. Wilson County Department of Social Services has filed a Motion for Order for payment of costs in this matter.

        4. Plaintiff and Defendant dated each other from April, 1983, through October, 1984, during which time Plaintiff and Defendant were physically intimate with each other and became lovers.

        5. Defendant discovered that she was pregnant in February, 1985, and so informed Defendant.

BMC_DISC_00062

6. Defendant denied paternity and Plaintiff requested blood tests and further paid $10.00 to Wilson County Department of Social Services to set up blood tests to determine if Defendant was the father of Brandon Council. Further, Plaintiff paid $123.00 for such blood tests and did not receive the results of the same.

7. Roche Biomedical Laboratories, Inc. reported the blood tests taken by Plaintiff, Defendant and the minor child was inconclusive and the parties hereto consented to additional blood tests which reflects that the probability of paternity was 94.76%.

8. Testimony of Plaintiff's mother and sister reflected that Defendant was dating Plaintiff in October, 1984.

9. Defendant is the father of the minor child, Brandon Council, born on the 11th day of July, 1985.

10. Defendant was disabled in an automobile accident and Defendant's only source of income is $400.00 from rental properties. Further, Defendant testified that his monthly expenses in regard to such rental properties are $180.00, which reflect a net rental income per month of $220.00.

11. Defendant should contribute 17% of his net rental income for the purpose of child support, together with an additional $15.00 per month to repay Wilson County Department of Social Services for expenses in this matter which total $141.04. Further, when Wilson County Department of Social Services have been paid in full Defendant will continue to pay the additional $15.00 to Plaintiff to reimburse Plaintiff for medical expenses paid on behalf of the minor child which total $302.00.

12. Defendant will inform this Court of any increase or

BMC_DISC_00063

JA6669

change in circumstances regarding his monthly income immediately upon such change of circumstances.

13. Plaintiff is the fit and proper person to have the care, custody and control of Brandon Council and it is in the child's best interests that his care, custody and control be continued with Plaintiff.

14. Plaintiff has been represented in this matter by attorney Michael R. Birzon of the Wilson County Bar and said attorney as rendered necessary and valuable services to Plaintiff and the said minor child. Plaintiff is without sufficient means to pay her legal expenses in this matter and Defendant should contribute $300.00 for the benefit of Michael R. Birzon, attorney at law.

BASED UPON THE FOREGOING FINDINGS OF FACT, THE COURT CONDLUCES AS A MATTER OF LAW, THAT:

1. Defendant is the father of the minor child, Brandon COuncil.

2. Defendant should contribute reasonable child support for the benefit of the said minor child.

3. Defendant should pay Wilson County Department of Social Services for expenses in this matter.

4. Defendant should pay Plaintiff for medical expenses incurred on behalf of the minor child.

5. Defendant should pay reasonable attorney fees for Plaintiff's counsel.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant pay $52.40 per month to the Office of the Clerk of Superior Court for Wilson County, North Carolina, which shall be allocated as follows:

BMC_DISC_00064

(a)  $37.40 per month for the support and maintenance of the minor child, Brandon Council;

(b)  $15.00 per month as repayment for the Wilson County Department of Social Services until the sum of $141.04 is paid in full;

(c)  When the Wilson County Department of Social Services is paid in full, $15.00 per month to Plaintiff as repayment of $362.00 as medical expenses incurred on behalf of Brandon Council.

Such child support shall begin on the 2nd day of February, 1987, and continue each month thereafter in consecutive monthly payments to the Office of the Clerk of Superior Court for Wilson County, North Carolina, until further orders of this Court.

2.  Defendant shall pay the sum of $300.00 to the Office of the Clerk of Superior Court for Wilson County, North Carolina, for the benefit of attorney Michael R. Birzon as attorney fees and said sum shall be paid on or before the 30th day of January, 1987.

3.  Defendant is the natural father of Brandon Council, the minor child born on the 11th day of July, 1985, to Plaintiff.

4.  Defendant shall report to this Court any change of circumstances in Defendant's income immediately upon such change in circumstances.

5.  This matter is retained for further orders of this Court.

6.  The attorneys, Michael R. Birzon and William C. Farris, having completed their duties in this matter are hereby discharged.

BMC_DISC_00065

This __15th__ day of _January_ , 1987.

_Allen W. Harrell_
JUDGE PRESIDING

BMC_DISC_90066



# NC Child
The Voice for North Carolina's Children

**What Children Need ▾**    **What We Do ▾**    **Our Priorities ▾**    **Take Action ▾**

Social Media

# Reforms credited for driving juvenile crime down in North Carolina, News & Observer

Sorry, no Tweets were found.

Posted 4:34 pm by ncchild

Reforms credited for driving juvenile crime down in North Carolina, News & Observer (10.06.2012)



**Data**

**RALEIGH** In the last couple of decades, combating teen crime and gangs in North Carolina attracted the attention of legislators, policymakers and a governor. Now there's evidence that their solutions are working.



Legislative Action

While overall violent crimes have declined by nearly 14 percent in the state since 2002, the number of teens under 16 charged with violent crimes has dropped by nearly 37 percent. And while overall property crime dropped 4.5 percent during that period, the arrests among teens under 16 is down about 40 percent.



E-Mail Sign-up

Juvenile crime is down nationally, but in North Carolina the downward trend is more than double the national average. That has prompted some to call the state a model for dealing with juvenile delinquency and youth crime prevention.

By emphasizing "state-of-the-art approaches to prevention, intervention, treatment and education" for troubled youth, "North Carolina has developed a national model worth emulating," said Harvey Milkman, a professor of psychology at Metropolitan State University in Denver and a consultant for substance abuse and criminal justice treatment centers.

The state is now locking up far fewer teens than it did a decade ago, finding treatment alternatives to its former system of training schools.

James "Buddy" Howell, who works as a researcher with the National Gang Center in Tallahassee, Fla., helped design the program that North Carolina uses. He described North Carolina's reduction of young people in youth detention centers as "a remarkable achievement."

"That's a larger accomplishment than any other state I know of," he said.

Nearly 15 years ago, the state legislature voted to revamp the state's approach to juvenile delinquency prevention and justice. State officials adopted a program that would treat juveniles according to the seriousness of their crimes, the risks they posed and their personal histories.

The change was started by the Juvenile Justice Reform Act in 1998. That law grew out of the Governor's Commission on Juvenile Crime. Gov. Jim Hunt appointed the panel after a rise in the juvenile crime rate that was punctuated by high-profile violent crimes by very young defendants.

Moreover, an audit in 2003 by former State Auditor Ralph Campbell pushed the state to close its old training schools and build new ones, now called youth detention centers, that are tailored for the treatment and education of the state's most wayward youngsters.

In that audit, Campbell reported that the older reform schools were "decrepit, unsafe, unsecure" and that children were not getting treatment. The Swannanoa Valley Youth Development Center in the western part of the state and the Samarkand Youth Development Center both closed last year, part of budget cuts across state government.



**DEFENDANT'S TRIAL EXHIBIT 043**

BMC_DISC_00522

**RALEIGH** In the last couple of decades, combating teen crime and gangs in North Carolina attracted the attention of legislators, policymakers and a governor. Now there's evidence that their solutions are working.







While overall violent crimes have declined by nearly 14 percent in the state since 2002, the number of teens under 16 charged with violent crimes has dropped by nearly 37 percent. And while overall property crime dropped 4.5 percent during that period, the arrests among teens under 16 is down about 40 percent.

Juvenile crime is down nationally, but in North Carolina the downward trend is more than double the national average. That has prompted some to call the state a model for dealing with juvenile delinquency and youth crime prevention.

By emphasizing "state-of-the-art approaches to prevention, intervention, treatment and education" for troubled youth, "North Carolina has developed a national model worth emulating," said Harvey Milkman, a professor of psychology at Metropolitan State University in Denver and a consultant for substance abuse and criminal justice treatment centers.

The state is now locking up far fewer teens than it did a decade ago, finding treatment alternatives to its former system of training schools.

James "Buddy" Howell, who works as a researcher with the National Gang Center in Tallahassee, Fla., helped design the program that North Carolina uses. He described North Carolina's reduction of young people in youth detention centers as "a remarkable achievement."

"That's a larger accomplishment than any other state I know of," he said.

Nearly 15 years ago, the state legislature voted to revamp the state's approach to juvenile delinquency prevention and justice. State officials adopted a program that would treat juveniles according to the seriousness of their crimes, the risks they posed and their personal histories.

The change was started by the Juvenile Justice Reform Act in 1998. That law grew out of the Governor's Commission on Juvenile Crime. Gov. Jim Hunt appointed the panel after a rise in the juvenile crime rate that was punctuated by high-profile violent crimes by very young defendants.

Moreover, an audit in 2003 by former State Auditor Ralph Campbell pushed the state to close its old training schools and build new ones, now called youth detention centers, that are tailored for the treatment and education of the state's most wayward youngsters.

In that audit, Campbell reported that the older reform schools were "decrepit, unsafe, unsecure" and that children were not getting treatment. The Swannanoa Valley Youth Development Center in the western part of the state and the Samarkand Youth Development Center both closed last year, part of budget cuts across state government.

Rep. Leo Daughtry, a Republican from Smithfield, noted that in 1998, state legislators were calling for 208 additional beds to house the state's juvenile offenders.

"This year, we closed one of the (youth detention centers) because we did not need the extra beds," he said.

Daughtry, chairman of the House Judiciary Committee, agrees that there has been a turnaround with juvenile crime. He credits partnerships that the state juvenile justice system had forged with schools and community-based programs to provide constructive outlets for young people.

The state's juvenile justice philosophy changed after the 2003 audit, and now relies more on therapeutic alternatives, says William "Billy" Lassiter, a state juvenile justice spokesman.

"Training schools used to be much more focused on incarcerating kids in a prison environment," he said. "Youth detention centers focus on setting up treatment and providing children mental health counseling, developing social skills, life skills and educational needs."

BMC_DISC_00023

1              UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF NORTH CAROLINA

3                                    )
   UNITED STATES OF AMERICA,         )
4                                    )   DOCKET NO. 4:17-mj-1139-KS-1
                      Plaintiff,     )
5                                    )
   vs.                               )
6                                    )
   BRANDON MICHAEL COUNCIL,          )
7                                    )
                      Defendant.     )
8    _____

9          TRANSCRIPT OF INITIAL APPEARANCE PROCEEDINGS
            BEFORE MAGISTRATE JUDGE KIMBERLY A. SWANK
10             THURSDAY, AUGUST 24, 2017; 2:11 PM
                  GREENVILLE, NORTH CAROLINA
11

12   **FOR THE PLAINTIFF:**
         United States Attorney's Office - EDNC
13       By:  John H. Bennett, AUSA
         150 Fayetteville Street
14       Suite 2100
         Raleigh, NC 27601
15

16   **FOR THE DEFENDANT:**
         Federal Public Defender's Office
17       By:  James A. Martin, Esq.
         201 South Evans Street
18       Suite 153
         Greenville, NC 27858
19
   Audio Operator:                   CLERK'S OFFICE PERSONNEL
20

21                        eScribers, LLC
                      7227 N. 16th Street
22                        Suite 207
                      Phoenix, AZ 85020
23                       973-406-2250
                      www.escribers.net
24

   Proceedings recorded by electronic sound recording; transcript
25            produced by transcription service.



Colloquy

1          P R O C E E D I N G S

2          THE COURT OFFICER:  (Audio begins mid-sentence) the

3   Honorable Kimberly A. Swank, United States Magistrate Judge

4   presiding.  The Court will come to order.  You may be seated.

5          THE COURT:  Madam Clerk, if you will call the first

6   matter for hearing.

7          THE CLERK:  Now calling for initial appearance,

8   United States v. Brandon Michael Council, case number 4:17-mj-

9   1139.

10          THE COURT:  Good afternoon, Mr. Council.  We are here

11   today in the United States District Court for the Eastern

12   District of North Carolina for your initial appearance in a

13   case that originated in the United States District Court for

14   the District of South Carolina, which we refer to as the

15   charging court.

16          Now, on August the 24th, 2017, a criminal complaint

17   was filed in the charging court's criminal case file number

18   4:17-mj-203, charging one Brandon Michael Council with armed

19   bank robbery with a deadly weapon resulting in death in

20   violation of Title 18, United States Code sections 2113(a),

21   (d), and (e), and using and carrying a firearm during and in

22   relation to, and possession of a firearm in furtherance of a

23   crime of violence.  On that same date, a warrant was issued

24   for the arrest of one Brandon Michael Council, and the

25   Government is asking this Court to issue an order of removal,

Colloquy

1  transferring you to the United States District Court for the

2  District of South Carolina in order to answer the charges

3  there.

4       Now, we're not here today to determine whether you

5  are guilty or whether you are not guilty of the offense that's

6  been charged.  Rather, the purpose of today's proceeding is

7  for me to inform you of the nature of the charge and to advise

8  you as to certain rights that you have in connection with that

9  case.  Part of the hearing today will also be to determine

10  whether you are or are not, in fact, the defendant named in

11  the charging documents.

12       Now, you are entitled to be represented by an

13  attorney today and throughout the proceedings against you.

14  And if you cannot afford to hire your own attorney, then the

15  Court will appoint an attorney to represent you in your case.

16       Now, I have here a financial affidavit that appears

17  to be signed by you.  Is this your signature, sir?

18       THE DEFENDANT:  Yes, that is correct.

19       THE COURT:  And are you requesting court-appointed

20  counsel?

21       THE DEFENDANT:  That is also correct.

22       THE COURT:  And do you understand that the

23  information that you provided for this financial affidavit --

24       THE DEFENDANT:  The you (indiscernible).

25       THE COURT:  -- that you provided that -- do you



Colloquy

1   understand that the information that you provided for this

2   financial affidavit, that you provided that under penalty of

3   perjury?

4         THE DEFENDANT:  That's correct.

5         THE COURT:  All right.  And is the information

6   contained in your affidavit true and complete?

7         THE DEFENDANT:  Yes.

8         THE COURT:  Okay.  Thank you, sir.  You can have a

9   seat.

10        Based upon the information contained in your

11   financial affidavit, I find that you are eligible for court-

12   appointed counsel.  And therefore, I'm going to enter an order

13   directing that the Federal Public Defender provide you with

14   representation in connection with any proceedings before this

15   Court.  If this case is to be transferred to the United States

16   District Court for the District of South Carolina, then the

17   court there will take up the issue of your entitlement to

18   counsel at that time.  Okay?

19        Now today, you're very fortunate to have Mr. Martin

20   here.  He's one of our very able and experienced federal

21   public defenders in this district.  I would encourage you to

22   trust in him and confide in him for purposes of today's

23   proceeding.

24        Now, Mr. Martin, does your client have a copy of the

25   criminal complaint that's been filed in connection with this

1    matter?

2          MR. MARTIN:  Yes, Your Honor.  May I just have a

3    moment, please?

4          THE COURT:  You may.

5          MR. MARTIN:  Thank you, Your Honor.  I asked my

6    client if he would like a complete reading of the criminal

7    complaint, and he said that is not necessary, he accepts the

8    summary.

9          THE COURT:  Okay.  All right.

10         Now, sir, as I said, in the charging court, a

11   criminal complaint was filed on August the 24th, 2017,

12   charging one Brandon Michael Council with armed bank robbery

13   with a deadly weapon resulting in death and using and carrying

14   a firearm during and in relation to and possession of a

15   firearm in furtherance of a crime of violence.

16         Now, the alleged offense date is August the 21st,

17   2017.  Attached to that criminal complaint is an affidavit

18   that's been sworn to you by a federal law enforcement official

19   informing the Court or alleging certain facts in connection

20   with the alleged offenses.  And specifically in that

21   affidavit, it is alleged that on or about August the 21st,

22   2017, that one Brandon Michael Council, by force, violence,

23   and intimidation, did take or attempt to take from the person

24   in presence of another approximately 15,240 dollars in money

25   belonging to and in the care, custody, control, management,

Colloquy

1   and possession of the CresCom Bank, located at 1230 16th

2   Avenue in Conway, South Carolina, the deposits of which were

3   then insured by the Federal Deposit Insurance Corporation.

4   And in committing such offense, the defendant assaulted and

5   put in jeopardy the life of another person by the use of a

6   dangerous weapon, that is, a firearm.  And further, in

7   committing such offense, did kill two employees of the bank in

8   violation -- and that the conduct was in violation of Title

9   18, United States Code, sections 2113(a), 2113(d), and

10  2113(e).

11          It is further alleged that one Brandon Michael

12  Council did use and carry a firearm during, and in relation

13  to, and possess a firearm in furtherance of a crime of

14  violence, that being armed bank robbery, and during the

15  commission of the offense, did discharge the firearm in

16  violation of Title 18, United States Code, section

17  924(c)(1)(A) subsection 3.

18          Now, at this time, I'm going to call upon the United

19  States Attorney's Office to advise you as to the maximum

20  penalties that apply to those offenses.  Mr. Bennett?

21          MR. BENNETT:  Thank you, Your Honor.  As to the first

22  violation alleged in criminal complaint, the armed bank

23  robbery resulting in death, the penalty is a mandatory minimum

24  of ten years up to a maximum of the death penalty, a fine of

25  250,000 dollars above such fine and imprisonment, five years

Colloquy

1    of supervised release following imprisonment, and should

2    supervised release be revoked, the possibility of five

3    additional years in prison, the required 100-dollar special

4    assessment and restitution.

5            Your Honor, the firearm count, which is the second

6    alleged in the complaint, carries a mandatory minimum of ten

7    years consecutive to any other sentence served, up to a

8    maximum of life in prison, a fine of 250,000 dollars, above

9    such fine and imprisonment, five years of supervised release

10   following imprisonment.  Should supervised release be revoked,

11   the possibility of five additional years in prison, the

12   required 100-dollar special assessment, and the possibility of

13   restitution.

14           THE COURT:  Thank you, Mr. Bennett.

15           Now, sir, do you understand what has been charged in

16   this criminal complaint?

17           THE DEFENDANT:  Yes, ma'am.

18           THE COURT:  And do you understand the maximum

19   penalties that are faced with respect to each of these

20   offenses?

21           THE DEFENDANT:  Yes, ma'am.

22           THE COURT:  All right, thank you.

23           Now -- at this point, I'm going to advise you about

24   certain rights that you have under the laws and the

25   Constitution.  I want you to listen carefully because these



Colloquy

1   are very important.

2       First, as I've already said, you're entitled to be

3   represented by an attorney throughout the proceedings against

4   you, and based upon your current financial situation, I've

5   entered an order directing that the Federal Public Defender

6   provide you with representation in connection with any

7   proceedings before this Court.  As I've said, if this case is

8   transferred, then the District of South Carolina will take up

9   the issue of entitlement to court-appointed counsel at that

10  time when you appear before that court.

11      Now, you also have the right to silence, which means

12  that no one can force you to answer any questions or to make

13  any statement regarding the charges that are set forth in this

14  criminal complaint.  You need to understand, though, that if

15  you voluntarily answer any questions, make any statement, talk

16  to anyone other than your attorney, anything that you say may

17  be used against you.

18      Now, the charges that are pending in this case, as I

19  said, have been brought by a way of a criminal complaint.  A

20  criminal complaint is a charging document that's sworn to by a

21  law enforcement officer and it's been presented to a judge who

22  is to determine if probable cause exists to believe that a

23  crime was committed, and that one Brandon Michael Council

24  committed the crime that's set forth in that criminal

25  complaint and the accompanying affidavit.  It is what caused

Colloquy

1    you to be arrested, but it is not a finding that you are, in

2    fact, guilty of the offenses that are set forth in this

3    criminal complaint.

4          Criminal complaint cannot be used to force you to go

5    to trial.  Because the charges are felony offenses, the United

6    States Constitution provides that an individual can be tried

7    on these offenses only if the grand jury returns a true bill

8    of indictment finding probable cause to believe that the

9    individual committed the offenses.  That's not happened.  And

10   if the grand jury does not return a true bill of indictment,

11   then any charges against you set forth in this criminal

12   complaint would be dismissed.

13         Now, because the grand jury has not yet issued an

14   indictment, you are entitled to a preliminary hearing, also

15   known as a probable cause hearing.  This is a hearing to

16   determine whether a reasonable person would believe that you

17   committed the offenses that are alleged in the criminal

18   complaint.  It's not a finding that you have, in fact,

19   committed the offenses, but rather, it's a finding of probable

20   cause that's made by the court.  If the court were to find

21   that probable cause is lacking, that there is no probable

22   cause to believe that you committed these offenses, then the

23   criminal complaint -- the charges set forth in this criminal

24   complaint, would be dismissed.

25         Now, if the grand jury were to return an indictment

Colloquy

1  prior to any date scheduled for a preliminary hearing, there

2  would be no need for a preliminary hearing.

3       One final thing about the grand jury that you need to

4  know, the grand jury is not restricted to the charges that are

5  set forth in this criminal complaint.  Rather, the grand jury

6  would be free to consider any charges that the Government

7  wishes to present to the grand jury, and if the grand jury

8  finds probable cause to believe that you committed other

9  offenses, then the grand jury could return an indictment

10  charging you with those other offenses.

11       You also have the right to an identity hearing, and

12  the purpose of that hearing is to determine if you are the

13  individual that's named as the defendant in the criminal

14  complaint and warrant that's issued by the charging court.  If

15  you choose to have an identity hearing, then the Government

16  will have the burden to show probable cause to believe that

17  you are such person.  At each of these hearings, you are

18  entitled to an attorney to represent you and to call witnesses

19  to come to court to support your case as well as the right to

20  use the court's subpoena power to compel or force witnesses

21  that you believe may be favorable to your case to testify in

22  court.

23       You also have the right to cross-examine the

24  Government's witnesses and the right to testify yourself,

25  keeping in mind what I advised you about those rights.

Colloquy

1          Now, you may waive your right to a probable cause

2    hearing, and if you do, no hearing will be held, your case

3    will be transferred to the United States District Court for

4    the District of South Carolina in order for you to answer the

5    charges there.

6          You may also waive your right to an identity hearing,

7    and if you do, no identity hearing will be held, and the Court

8    will make a finding that you are, in fact, the individual

9    that's named in the charging documents.

10          If you waive your right to either the probable cause

11    hearing or the identity hearing, you're not admitting that

12    you, in fact, committed the offenses with which have been

13    charged in this criminal complaint.  But if you waive your

14    right to the identity hearing, you will be admitting your

15    identity as the person charged in these documents and this

16    criminal complaint and warrant.

17          If you waive your right to a probable cause hearing,

18    you will not be admitting that you committed the offense, but

19    the Court will make a finding that there exists probable cause

20    to believe that you committed the offense.

21          Now, if the grand jury were to return a true bill of

22    indictment against you, you will be called upon at a later

23    date in front of a judge to enter a plea to any charges that

24    are set forth in that indictment.  Your plea can either be

25    guilty or not guilty.  If you plead guilty, you'll be

Colloquy

1    admitting what the Government charged you with in that

2    indictment, you won't get a trial, you'll proceed on to

3    sentencing.  But if you plead not guilty to the charges

4    against you, you will be entitled to a jury trial on any

5    charges to which you pled not guilty, and at that trial, you

6    will be presumed innocent.  The burden rests entirely on the

7    Government through its attorneys and its agents to prove that

8    you're guilty by competent evidence, but most importantly, to

9    prove that you're guilty beyond a reasonable doubt.

10        Now, the method for the Government to attempt to

11    prove you guilty beyond a reasonable doubt would be for the

12    Government to call its agents and other witnesses to the

13    witness stand to testify in open court and under oath.  And

14    after the Government questions its witnesses, you through your

15    lawyer would then have the opportunity to cross-examine or

16    question any witnesses that testify against you at your trial.

17        If you plead not guilty and your case goes to trial,

18    you'll also have the option to take the witness stand and to

19    testify in open court and under oath at your trial, but only

20    if you wish to do so.  It's important that you understand that

21    no one can force you to testify either at your trial or at any

22    other hearings in your case if you do not want to.  And if you

23    elect not to testify at your trial, the fact that you do not

24    testify at trial cannot be held against you, and the district

25    judge will instruct the jury accordingly.

Colloquy

1    You're also entitled to use the subpoena power of

2  this court to compel witnesses that you believe may be

3  favorable to your case to come to court to testify either at

4  your trial or at other proceedings in your case.

5    Now, Mr. Bennett, what is the Government's position

6  with regard to Mr. Council's liberty status?

7    MR. BENNETT:  Your Honor, we move for his detention

8  pending further proceedings.

9    THE COURT:  All right now, sir, the Government has

10  asked that you be detained or incarcerated pending further

11  proceedings in your case.  And based upon that motion for a

12  detention hearing -- for detention, you are entitled to a

13  detention hearing, which is a hearing to determine whether

14  there is any condition or combination of conditions that can

15  be imposed to reasonably assure the you would not be a flight

16  risk, that you'd appear for all future court proceedings in

17  your case, and that you would not be a danger to any person or

18  to the community in general if you were to be released.

19    Now with regard to a detention hearing, you have the

20  same rights I previously described, including your right to an

21  attorney, your right to cross-examine any witnesses that

22  testify against you, the right to call your own witnesses, and

23  to present other evidence to the Court, as well as the right

24  to use the Court's subpoena power, the right to testify, and

25  the right to remain silent.

Colloquy

1      Now, you are entitled to have a detention hearing

2  either here or in the charging district, charging court, which

3  is the United States District Court for the District of South

4  Carolina, but you are only entitled to one detention hearing.

5  You may waive your right to a detention hearing, but if you

6  do, you will be held in custody and you will remain in custody

7  pending further proceedings in your case.

8      I now need to ask you some questions to make sure

9  that you understand what's going on in court today.  If you'll

10  please stand, sir.

11      Sir, I'm not going to ask you to state your name at

12  this time, but can you tell me right now, have you ever been

13  treated for mental illness or drug addiction?

14  (No audible response)

15      THE COURT:  Have you had -- in the last twenty-four

16  hours, have you had any alcohol, any prescription medication,

17  or any other drugs or substances that might affect your

18  ability to understand what's going on in court today?

19      THE DEFENDANT:  No, ma'am.

20      THE COURT:  Do you feel dizzy, light-headed, or

21  confused?

22      THE DEFENDANT:  No, ma'am.

23      THE COURT:  Do you feel like you understand why

24  you're in court today?

25      THE DEFENDANT:  Yes, I do.



Colloquy

1          THE COURT:  And do you understand what's going on in

2    court today?

3          THE DEFENDANT:  Yes.

4          THE COURT:  And did you understand the nature of the

5    charges that I explained or set forth in this criminal

6    complaint?

7          THE DEFENDANT:  Yes.

8          THE COURT:  And did you understand the maximum

9    penalties that you face if you were to be convicted of these

10   offenses?

11         THE DEFENDANT:  That's also correct.

12         THE COURT:  And did you hear and understand your

13   rights that I explained --

14         THE DEFENDANT:  Yes, ma'am.

15         THE COURT:  -- including your right to any identity

16   hearing, your right to a detention hearing, your right to a

17   preliminary hearing, and your right to a jury trial?

18         THE DEFENDANT:  Yes, ma'am.

19         THE COURT:  All right, thank you, sir.  You can have

20   a seat.

21         Mr. Martin, do you need a moment to speak with your

22   client?

23         MR. MARTIN:  Your Honor, I previously discussed this

24   hearing with my client during our discussions.  I fully

25   explained all his rights at this stage in a criminal process.



Colloquy

1  He wishes to waive his identity hearing.  He is, of course,

2  not admitting nor denying the conduct in this case.  He is

3  merely admitting that he is the person named in the criminal

4  process.  And he wishes to have his preliminary and detention

5  hearings down in the District of South Carolina.  So he is not

6  waiving those.  He wishes merely to preserve those once he is

7  transferred.

8          THE COURT:  All right.  Now, sir, your attorney has

9  indicated that you wish to waive your right to an identity

10  hearing, and you wish to have your -- any hearings in your

11  case, as far as a preliminary hearing or detention hearing,

12  that you wish to have those held in the United States District

13  Court for the District of South Carolina?

14          THE DEFENDANT:  Yes, ma'am.

15          THE COURT:  All right.  And do you understand what --

16  do you understand your right to an identity hearing?

17          THE DEFENDANT:  Yes, ma'am.

18          THE COURT:  And you understand that by waiving your

19  right to an identity hearing, that you'll be giving up your

20  right to have this Court determine whether you are, in fact,

21  the Brandon Michael Council named as a defendant in the

22  criminal complaint that's been filed in the United States

23  District Court for the District of South Carolina?

24          THE DEFENDANT:  Yes, ma'am.

25          THE COURT:  And you understand that the Court will be



Colloquy

1   making a finding that you have, in fact, admitted that you are

2   that defendant, and that the Court will make a finding that

3   you are that defendant and should be transferred to the United

4   States District Court for the District of South Carolina in

5   order to answer the charges there; you understand that?

6           THE DEFENDANT:  Yes, ma'am.

7           THE COURT:  All right.  And you understand that by

8   waiving your right to have any preliminary hearing or

9   detention hearing in this district, that you will be

10  transferred to the United States District Court for the

11  District of South Carolina where you will have any such

12  hearings at that time before that court; you understand all of

13  that?

14          THE DEFENDANT:  Yes, ma'am.

15          THE COURT:  All right, thank you.  And you discussed

16  your rights with your attorney?

17          THE DEFENDANT:  Yes, ma'am.

18          THE COURT:  Anyone made any promises to you or

19  threatened you in any way in order to get you to waive your

20  right to any hearings before this Court?

21          THE DEFENDANT:  No, ma'am.

22          THE COURT:  All right.  And Mr. Martin, do you know

23  of any reason that your client should not be waiving his right

24  to an identity hearing or his right to have a preliminary

25  hearing or detention hearing in this Court?



Colloquy

1       MR. MARTIN:  No, Your Honor.

2       THE COURT:  All right.  Based upon the statements

3   made to the Court today, the Court finds that the defendant's

4   waivers are made knowingly and voluntarily, that the defendant

5   has admitted that he is the Brandon Michael Council named in

6   the criminal complaint that's been filed in the United States

7   District Court for the District of South Carolina, that he's

8   knowingly and voluntarily admitted that, and the Court finds

9   that he is, in fact, that individual and orders that he be

10  transferred to the United States District Court for the

11  District of South Carolina in order to answer the charges

12  there, and that he has preserved his right to have any

13  preliminary hearing or detention hearing in that district.

14      MR. MARTIN:  May I approach with the waiver, Your

15  Honor?

16      THE COURT:  You may.

17      MR. MARTIN:  Thank you.  Have you reviewed this?

18  Thank you, Mr. Marshal.

19      THE COURT:  All right.  Anything further on behalf of

20  the Government, Mr. Bennett?

21      MR. BENNETT:  Not at this time, Your Honor.  Thank

22  you.

23      THE COURT:  All right.  Anything further on behalf of

24  your client, Mr. Martin?

25      MR. MARTIN:  Yes, Your Honor.  Now that I am



Colloquy

1    appointed officially as his counsel, I respectfully request

2    that all parties do not interview him for any purposes

3    whatsoever.  That includes law enforcement.  And respectfully,

4    that U.S. Probation does not attempt any interviews with him

5    until he is transported and he has time to speak with

6    appointed counsel in the District of South Carolina.  We do

7    respectfully request that his right to silence be scrupulously

8    honored.  Thank you.

9            THE COURT:  All right.  Do you wish to be heard at

10   all, Mr. Bennett?

11           MR. BENNETT:  No, Your Honor.

12           THE COURT:  All right.  Your request is noted.  Thank

13   you, sir.

14           MR. MARTIN:  Yes, ma'am.

15           THE COURT:  Good luck to you, sir.

16           UNIDENTIFIED SPEAKER:  (Indiscernible).

17           THE COURT:  And he's in your custody, Marshal.

18               (Court is adjourned)

19                   *  *  *  *  *

20

21

22

23

24

25

1                    CERTIFICATE OF TRANSCRIBER

2

3          I, Paul T. Abramson, court-approved transcriber, in

4     and for the United States District Court for the Eastern

5     District of North Carolina, do hereby certify that pursuant to

6     Section 753, Title 28, United States Code, that the foregoing

7     is a true and correct transcript from the official electronic

8     sound recording of the proceedings held in the above-entitled

9     matter and that the transcript page format is in conformance

10    with the regulations of the Judicial Conference of the United

11    States.

12

13                    Dated this 9th day of April, 2020.

14

15

16    /s/ *Paul T. Abramson*

17    PAUL T. ABRAMSON

18    COURT-APPROVED TRANSCRIBER

19

20

21

22

23

24

25





# SUMMONS FOR FEDERAL JURY SERVICE

**PANEL # 252**

UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA
ROBIN L. BLUME, CLERK OF COURT
Mail correspondence to: Jury Administrator, 901 Richland Street, Columbia, SC 29201-2328
Fax: 803-765-5283

Participant #101160391

Juror # 1929

---

**DO NOT DISCARD**
READ CAREFULLY AND FOLLOW
ALL INSTRUCTIONS

---

The U.S. District Court directs you to appear for jury selection for one day during the period of August 26 - 30, 2019:

| | |
|---|---|
| **DATE:** | **Beginning Monday, August 26, 2019, and continuing through Friday, August 30, 2019. You will report one specific day during the selection process but will not be required to be here each day.** |
| **TIME:** | **You will be assigned a time to appear on the day you are to report.** |
| **LOCATION:** | **McMillan Federal Building**<br>**Third Floor Courtroom**<br>**401 West Evans Street**<br>**Florence, SC 29501** |
| **JUDGE:** | **The Honorable R. Bryan Harwell** |

**A photo ID is required to enter the courthouse.** You are not allowed to bring into the courthouse cell phones, liquids, gels, laptops, electronic devices, iPads, e-books, newspapers, recording devices, cameras, lighters, matches, or any objects that may activate the metal detectors.

**You must check your reporting status daily by internet or by phone beginning on Friday, August 23, 2019 after 6:00 pm. You must continue to check your reporting status each evening until you are instructed otherwise.**

Do not report before checking our website or calling for the recorded instructions.

Internet instructions:
1) Go to www.scd.uscourts.gov/jury and select Check Jury Reporting Instructions
2) Enter your nine-digit participant number (below) and your zip code
3) Click on Reporting Instructions/Status

Phone instructions:
1) Dial 866-865-8152
2) Press 1
3) Enter your nine-digit participant number (below)
4) Press 1 to verify the first 3 letters of your last name, then listen to the entire message

Participant Number
101160391

---

**Complete the Juror Summons Questionnaire online immediately.**
Go to www.scd.uscourts.gov/jury, select Summons Questionnaire, and complete the questionnaire immediately. If you do not have internet access and need a questionnaire mailed to you, call 803-765-5481 and follow the instructions.

**To request a postponement or excuse:**
After completing the questionnaire, go to www.scd.uscourts.gov/jury and select Request an Excuse or Postponement. Go to www.scd.uscourts.gov/jury or call 866-865-8152 to check the status of your excuse request and to receive your updated reporting status. The jury staff is not authorized to excuse jurors over the phone.

**For additional information about your jury service,** go to www.scd.uscourts.gov/jury.

**Failure to obey this Summons:**
Individuals may be fined up to $1000, imprisoned up to 3 days, ordered to perform community service, or any combination thereof.

**You will not receive any further written notification.**
Keep this document, read all the information, and follow all instructions.

**If you need further assistance,** call Jeff Cargile at 803-253-3198.

Panel 252

## JUROR SUMMONS QUESTIONNAIRE

---

INSTRUCTIONS

1. Complete in blue or black ink and return immediately to:
   Clerk, U.S. District Court
   Attn: Jury Administrator
   901 Richland Street
   Columbia, SC 29201-2328

2. If you want to be excused, please use the form provided

---

Juror's Name: (Print) ▮▮▮▮▮▮▮▮▮

Mailing Address: (Street) ▮▮▮▮▮▮▮▮

(City, state & zip) ▮▮▮▮▮▮

(County) ▮▮▮▮▮

Email address: ▮▮▮▮▮▮▮▮

Telephone Numbers: Home/Cell ▮▮▮▮▮    Work (___) _____

Do you rent or own (purchasing)? _____    Years at this address? ▮▮▮

1.  Juror's Age: ▮▮▮

How would you describe the condition of your health? ▮▮▮▮▮

If you have any physical or medical problems which would make jury duty difficult or which require accommodation, please explain them here _____

_____

_____

NOTE: If you are requesting to be excused due to a problem listed above, you must submit a separate letter or the excuse form in this packet, either of which can be mailed with this questionnaire.

2.  Juror's Education:  (please check most appropriate)

    _____ less than 6th grade    ▮▮▮ technical, business or two year degree
    _____ more than 6th grade    _____ some college but no degree
         but no high school degree    _____ four year college degree in _____
    _____ high school graduate    _____ post graduate work or degree in _____

3.  List any special training or skills you have: _____

_____

4.  What is your current job status?  (Please check most appropriate answer)

  ▮▮▮ working full time    _____ unemployed    _____ homemaker
  _____ working part time    _____ retired    _____ full time student

5.  Who is your present (or most recent) employer? ███████████████

6.  What is your present (most recent) job title? ██████████

7.  Describe the duties of your current (or most recent) job: ██████████

    ████████

8.  If retired, disabled, or unemployed, indicate the date of your retirement or your latest employment: _____

9.  Has your occupation changed in the last five years? ██████

    If yes, indicate all occupations held in the last five years: ██████████████

10. List all other types of jobs you have had throughout your life (not listed above):

11. Have you ever served in the military? ██████ If yes, indicate the following:

        branch of service _____ years of service _____
        rank at discharge _____ form of discharge_____

12. Juror's Marital Status:
        ██ single, never married                    _____ widow/widower
        _____ single but previously married for _____ years    _____ other _____
        _____ currently married, have been for _____ years

13. If currently married, provide the following information:

    a.  Spouse's education: _____

    b.  Spouse's present employment status: _____

    c.  Spouse's present occupation and employer: _____

    d.  Other types of jobs your spouse has held: _____

14.  If you have children, please give their ages, gender and occupations:
     ████████

     Some of the questions below refer to your "family." This is intended to include your
     mother, father, sisters, brothers, children, and spouse.

15.  Other than the military, have you or any member of your family been employed by the
     United States government or any state or local government?  ███ yes _____ no

     If yes, who was so employed, when and where? ████████████████████

16.  Have you or any member of your family ever worked for a law enforcement organization?
     ███ yes _____ no

     If yes, who was so employed, when and where? ███████████████████
     ████████████████████████████████████

17.  What are your hobbies, special interests, recreational pastimes and other spare-time
     activities, including sports? ████████████████████

18.  What is/are your primary source(s) of news?
     ███ TV              _____ Newspaper          _____ Radio
     _____ Magazines     _____ Other_____

     What magazines and newspapers do you regularly read? ████████

19.  Have you ever been a member of a professional or job-related organization (including
     labor unions)?      _____ yes  ███ no

     If yes, identify the organization(s): _____

20.  What social, political, civic, religious, and other organizations do you belong to or are
     you associated with? ████████

21. Are you or any member of your family a member of any group which encourages strict enforcement of criminal laws or modification of our present laws such as Mothers Against Drunk Drivers (MADD), Citizens Against Violence (CAVE)?
_____ yes _____ no

If yes, identify the family member (by relationship) and the group to which they belong:

_____

_____

22. Have you displayed any bumper stickers on your automobile in the last twelve months?
_____ yes _____ no

If yes, please list each bumper sticker:_____

_____

23. Have you or any member of your family ever suffered long-term or permanent disability?
_____ yes _____ no

If yes, please explain: _____

_____

24. Have you previously served on a jury?         _____ yes         _____ no

If so, what type of case was it?         _____ criminal     _____ civil

Was a verdict reached?         _____ yes         _____ no

What was the verdict?         _____

Did anything happen during your previous jury service which might affect your ability to make a decision if you are selected as a juror during this term of court?
_____ yes _____no

If yes, please explain _____

_____

25. Have you ever been a witness in a civil or criminal trial?
_____ yes _____ no

If yes, please explain _____

_____

_____

26. Have you or anyone in your family ever been involved in a lawsuit, including a suit involving a workers' compensation claim?  _____ yes  ■ no

If yes, indicate the following:

Family member involved: (relationship) _____
Was that person the plaintiff (person who sues) or the defendant? _____
What type of case was it? (example, auto accident) _____
Who was your family member's lawyer? _____

27. Have you or any member of your family ever complained to any seller or manufacturer that a product they sold or made was defective or unreasonably dangerous?  _____ yes  ■ no

If yes, please explain _____

_____

28. Have you or a member of your immediate family ever filed a claim with an insurance company (other than a health insurance claim)?  ■ yes  _____ no

If yes, what was the nature of the claim and when was it filed? ███████████

███████ _____

Was the claim paid?  If not, how was the matter resolved? _____

_____

29. Have you or a member of your immediate family ever filed a complaint against a law enforcement officer or agency?  _____ yes  ■ no

If yes, what was the nature of the complaint and when was it made? _____

_____

30. Have you, or any close friends or relatives been the victim of a crime?  _____ yes  ■ no

If yes, please explain who the victim was and the type of crime: _____

_____

31. Have you or any family member ever been arrested or charged with a crime other than a traffic offense?  _____ yes  ■ no

If yes, please explain who was charged and with what crime: _____

_____

_____

32. Have YOU or any family member ever been convicted of a crime other than a traffic offense? _____ yes ██ no

If yes, please explain who was convicted of what crime: _____

_____

If YOU were convicted of a crime, what was the nature of the crime charged?

_____

Was the crime punishable by imprisonment for more than one year?
_____ yes _____ no

If yes, were your civil rights restored and, if so, in what manner? _____

_____

33. Are any criminal charges now pending against YOU? _____ yes ██ no
If yes, what is the nature of the charge?_____
Is the crime punishable by more than one year? _____

34. Have you or anyone in your family ever worked for:

| | YES | NO | EMPLOYER & FAMILY MEMBER |
|---|---|---|---|
| A lawyer or law firm | | | |
| An insurance company | | | |
| The court system | | | |
| A large corporation | ██ | | ██████████████ |
| A doctor, hospital, or health care organization | | | |

35. Have you or any member of your family ever had a drug or alcohol abuse problem?
_____ yes ██ no

If so, did they receive treatment or participate in a support group (such as Alcoholics Anonymous)?
_____ yes _____ no

If either answer above is yes, please explain _____

_____

_____

_____

_____

The following instructions relate to all of the remaining questions. Please read them carefully.

It is very important in every trial to select jurors who will listen carefully to all of the evidence offered by both sides and who will decide the case fairly. Jurors must decide cases without any bias or preconceived ideas as to how a particular type of case should be decided. Sometimes, however, a juror's own personal feelings or views are so strong that the juror simply cannot weigh the evidence fairly in a particular type of case. The following questions are intended to help the court determine if there are any particular types of cases on which you should not serve. Please answer them carefully.

|  |  | I can be fair | I cannot be fair |
|---|---|---|---|
| 36. | Corporations have the same rights under the law as any individual. Do you feel that you can be fair to both sides in a lawsuit that involves an individual on one side and a company or corporation on the other? | ■ | ✓ |
| 37. | Foreign nationals are entitled to the same rights to a fair trial as any other person. Do you feel that you can be fair to both sides in civil or criminal cases involving a foreign national? | ■ | |
| 38. | Do you feel that you can fairly decide a case involving the U.S. government on one side and an individual accused of violating the law on the other? | ■ | |
| 39. | Do you have such strong feelings about firearms that you could not be fair and impartial in a case involving the alleged use or illegal possession of a firearm? | ■ | |
| 40. | Do you have such strong feelings regarding the use or sale of illegal drugs that you could not be fair and impartial in a case involving the alleged use or sale of illegal drugs? | ■ | |
| 41. | Do you have such strong feelings about alcohol or drug abuse that you could not fairly weigh the evidence in a case involving the alleged use or abuse of alcohol or drugs (legal or illegal)? | ■ | |
| 42. | Do you have such strong feelings for or against law enforcement officers that you would be unable to give both sides a fair trial in a criminal case (or in a civil case involving a law enforcement officer)? | ■ | |
| 43. | Would any personal experiences prevent you from being fair to both sides in a case involving a person with a personal injury or disability? | ■ | |

44.     Jurors are often required to decide which witnesses to believe and which not to believe. In deciding believability, jurors may consider how the witnesses presented themselves, certain factors in the witnesses background, and many other factors. However, you may not judge believability of a witness simply based on that person's occupation or position in life.

    Understanding these rules, would you be able to judge the believability of law enforcement officers and other government witnesses by the same standard as any other witness?

    █ yes, I can         _____ no, I cannot

45.     Regardless of any opinion you may have concerning a particular law, would you be able to set aside your feelings and follow the law as stated by the judge?

    █ yes   _____ no

46.     If you desire to do so, you may explain any of your answers here: _____

    _____

    _____

    _____

47.     Is there any additional information about you that the court should know?

    _____

    _____

    _____

Thank you again for your cooperation. Please read the following and sign below.

The answers provided above are truthful and complete to the best of my ability. I understand that knowingly giving a false answer may subject me to the penalties for perjury.

Please make sure you have answered all questions and sign below.

**SIGN HERE →**

JUROR'S SIGNATURE

COMPLETE AND RETURN IMMEDIATELY.

The purpose of this questionnaire is to assist the court in selecting juries. The questionnaire is being sent to you in advance of jury selection to save time during the jury selection process. It will only be used for jury selection and may not be made available to the public.

PLEASE INCLUDE LETTER OR USE FORM PROVIDED IF ASKING FOR AN EXCUSE.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.: 4:17-cr-00866-RBH |
| v. | ) | |
| | ) | |
| BRANDON MICHAEL COUNCIL | ) | |
| _____ | ) | |

## SUPPLEMENTAL CASE QUESTIONNAIRE

### __INSTRUCTIONS:__

1. Fill out the information requested below and then answer each question. Please understand that there are no "right" or "wrong" answers, but your answers must be truthful because you are giving them under penalty of perjury.

2. If you do not understand a question, write "do not understand."

3. If you do not know the answer, write "don't know."

4. Do not discuss the questions or your answers with anyone else, including other jurors or court staff. __DO NOT ASK FOR HELP with answering the questions!__

5. The phrase "immediate family" means your parents, spouse, siblings, and children. The phrase "member of household" means any person not a member of your immediate family who resides in your home.

6. If you need additional space to answer a question, continue your response on the lined pages at the back of the questionnaire. Please indicate on the questionnaire that your response is continued at the back of the questionnaire and label your continued response with the question number you are answering. If you need additional paper or a writing utensil, please ask court staff.

7. A few important precautions:

   - If anyone attempts to talk to you about this case, please immediately notify the judge or a member of the courtroom staff.

   - From this point forward you __CANNOT DISCUSS__ this case with anyone. That includes friends, family members, and other potential jurors. You may not communicate about it to anyone or in any fashion, which also includes electronic communications, text messaging, or social media websites. You cannot communicate about the case or otherwise expose yourself to anything about the case until you have been excused as a potential juror, or if you are selected as a juror, until the trial is over.

- You **<u>CANNOT</u>** read, watch, or listen to any media accounts or conversations about this case. This includes going on the internet to look up any news stories or websites that may pertain to this case. Please do not go to any of the locations that you believe may be involved in this case, if at all possible.

- If you are exposed accidentally to information or discussion about this case, please inform the judge when you appear for individual questioning.

- Do not be concerned that your answers might affect whether you are selected for jury service. Simply answer the questions truthfully and completely.

Thank you for your cooperation,

R. Bryan Harwell
Chief United States District Court Judge

**PERSONAL BACKGROUND**

Name: _____

1.  Gender:  Male        ____
              Female      ____

2.  Date of Birth:_____  State/Country of Birth: _____

3.  What is your race or ethnicity, and that of your spouse or partner?
    You:_____  Spouse/Partner: _____

4.  Have there been any changes with respect to the information you previously provided the Court in the Standard Juror Questionnaire, *e.g.*, address, marital status, job/occupation/employment, crime victimization or criminal charges?
                                    _____Yes            _____No

    If you answered "Yes," please explain:

    _____
    _____

5.  Do you have any difficulty speaking, reading or understanding the English language?
                                    _____Yes            _____No

6.  For each person currently living in your residence, please provide the following information:

    Relationship                    Age              Occupation

    _____            _____       _____
    _____            _____       _____
    _____            _____       _____
    _____            _____       _____
    _____            _____       _____

7.  Do you have children or grandchildren who currently attend school (Kindergarten through 12th grade)?
                                    _____Yes            _____No

    If you answered "Yes," please provide the names of the schools they attend:

    _____
    _____

8.  Were you, or any members of your immediate family or household, raised primarily by a single parent, a grandparent, or another relative or adult who was not the biological parent?

    _____Yes          _____No

    If you answered "Yes," please explain:

    _____

    _____

9.  Did you, or any members of your immediate family or household, spend any part of childhood (up to age 18) in foster care, a group home, an orphanage, or in any type of private or public, juvenile correction, juvenile detention, or other type of residential treatment center for children with psychological, psychiatric or behavioral issues?

    _____Yes          _____No

    If you answered "Yes," please explain:

    _____

    _____

10. Do you have any personal experiences or opinions regarding mental health professionals that might prevent you from being a fair and impartial juror in considering and weighing expert testimony of a mental health professional (psychiatrist, psychologist, clinical social worker, or therapist) offered by the Government or Defendant?

    _____Yes          _____No

    If you answered "Yes," please explain:

    _____

    _____

11. Have you, or any members of your immediate family or household, been diagnosed with a mental illness, disability or disorder (*e.g.*, intellectual, learning, developmental, mood, thought, personality, drug/alcohol dependence, etc.)?

    _____Yes          _____No

    If you answered "Yes," please explain:

    _____

    _____

12. Do you have any personal, professional or volunteer contact or experience with people who have been diagnosed with a mental illness, disability or disorder (*e.g.*, intellectual, learning, developmental, mood, thought, personality, drug/alcohol dependence, etc.)?

    _____Yes          _____No

    If you answered "Yes," please explain:

    _____

    _____

13.     Do you consider religion an important part of your life?

_____Yes              _____No

## RACIAL ATTITUDES

14.     Have you, or any member of your immediate family ever been a member of a private club, professional, fraternal or social organization that limits or restricts membership on the basis of race, ethnic origin or religion?

_____Yes              _____No

If you answered "Yes," please explain:

_____

_____

15.     Do you ever socialize with people of different races, or belong or participate in any clubs, groups or organizations with members from diverse racial backgrounds?

_____Yes              _____No

If you answered "Yes," please explain:

_____

_____

16.     Is there any racial group you feel uncomfortable being around?

_____Yes              _____No

If you answered "Yes," please explain:

_____

_____

17.     Have you, or a member of your family or household, or close friend ever had a conflict, physical confrontation or any other type of very bad experience involving a person of a different race?

_____Yes              _____No

If you answered "Yes," please explain:

_____

_____

18.     Can you be fair and impartial in a case involving an African-American defendant and a Caucasian victim(s)?

_____Yes              _____No

If you answered "No," please explain:

_____

_____

19.    The Defendant, Brandon Council, is African-American.  The victims, Donna Major and Kathryn "Katie" Skeen, are white/Caucasian.  Will these facts prejudice you against the Defendant, Brandon Council, or affect your ability to render a fair and impartial verdict?

        _____Yes            _____No

## FIREARMS

20.    Have you been injured by a person using a gun, or have any members of your immediate family or household been injured or killed by a person using a gun?

        _____Yes            _____No

If you answered "Yes," please explain:

_____

_____

21.    Do you or members of your household currently own firearm(s)?

        _____Yes            _____No

## KNOWLEDGE OF CASE AND PARTIES

22.    Do you or any member of your immediate family or household know any of the following individuals?

    Judge:              The Honorable R. Bryan Harwell

    Prosecutors:      Sherri Lydon, Nathan Williams, Everett McMillian, & Derek A. Shoemake, with the United States Attorney's Office

    Defense Attorneys:    Bill Nettles, Michael Meetze, & Akin Adepoju, with the Federal Public Defender's Office
                       Duane K. Bryant, with Duane K. Bryant Law Offices

        _____Yes            _____No

If you answered "Yes," identify each person known and explain who knows them and how:

_____

_____

4

23.     Do you personally know any prosecutor or other employees with the United States Attorney's Office in the District of South Carolina, or any defense attorney employed by the Federal Defender's Office in the District of South Carolina?

_____Yes          _____No

If you answered "Yes," identify each person known and describe how you know the person:

_____

_____

24.     Have you, or any member of your immediate family or close personal friend been an employee, contractor, intern or volunteer with any of the following organizations:

| | | | |
|---|---|---|---|
| A. | Federal Bureau of Investigation (FBI) | ____Yes | ____No |
| B. | Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) | ____Yes | ____No |
| C. | United States Marshals Service | ____Yes | ____No |
| D. | South Carolina Law Enforcement Division | ____Yes | ____No |
| E. | Any Circuit Solicitor's Office | ____Yes | ____No |
| F. | South Carolina Highway Patrol | ____Yes | ____No |
| G. | Horry County Police Department | ____Yes | ____No |
| H. | Horry County Sheriff's Office | ____Yes | ____No |
| I. | Myrtle Beach Police Department | ____Yes | ____No |
| J. | Wilson, N.C. Police Department | ____Yes | ____No |
| K. | Greenville, N.C. Police Department | ____Yes | ____No |

If you answered "Yes" to any of the above, please explain:

_____

_____

25.     Do any of the following apply to you or any member of your immediate family or household?

| | | | |
|---|---|---|---|
| A. | Currently have an account with CresCom Bank? | ____Yes | ____No |
| B. | Ever had an account with CresCom Bank? | ____Yes | ____No |
| C. | Ever been employed by CresCom Bank? | ____Yes | ____No |
| D. | Ever done any other work for, or in conjunction with, CresCom Bank? | ____Yes | ____No |
| E. | Ever visited the CresCom Bank location at 1230 16th Avenue, Conway, SC 29526? | ____Yes | ____No |

If you answered "Yes" to any of the questions above, please provide details regarding your activities.

_____

5

_____

26. Do you know anyone who has ever been employed in any capacity by the Conway Express Inn located at 1240 Pine Street, Conway, SC 29526?

                                                    _____Yes            _____No

If you answered "Yes," please explain:

_____
_____

27. Are you, or anyone you know, acquainted with, or related to either Mrs. Kathryn "Katie" Skeen, age 38, or Mrs. Donna Major, age 59, or any of their family members or close friends?

    A.    Kathryn "Katie" Skeen            _____Yes        _____No
    B.    Donna Major                      _____Yes        _____No

If you answered "Yes," please explain:

_____
_____

28. Have you, or any member of your family or close personal friend ever attended, been a member, or had any other connection with either of these churches or congregations?

    A.    Advancing the Kingdom Church     _____Yes        _____No
    B.    New Spring Church                _____Yes        _____No

If you answered "Yes," please explain:

_____
_____

29. Are you, or anyone you know acquainted with or related to the defendant, Brandon Michael Council, age 32, of Wilson, N.C., or any of his family members or close friends?

                                                    _____Yes            _____No

If you answered "Yes," please explain:

_____
_____

30. Are you, or any of your immediate family or close personal friends from Wilson, N.C., or have you, or any family member or close personal friend ever lived or worked in Wilson, N.C.?

    _____Yes          _____No

    If you answered "Yes," please explain:

    _____

    _____

31. Do you know anyone who has ever been employed in any capacity with the BB&T Bank located at 1604 Tarboro Street South, Wilson, NC 27893?

    _____Yes          _____No

    If you answered "Yes," please explain:

    _____

    _____

32. Do you know anyone who has ever been employed in any capacity with the Food Lion located at 4510 Capital Boulevard, Raleigh, NC 27616?

    _____Yes          _____No

    _____

    _____

33. Do you know anyone who has ever been employed in any capacity, been a resident of, or has had any other connection with the Dobbs Youth Development Center in Kinston, NC?

    _____Yes          _____No

    If you answered "Yes," please explain:

    _____

    _____

34. Do you or any member of your immediate family or household know, or have any connection to, any of the following individuals?

    Dr. Jonathan L. Arden
    Jawanda Aklin (Conway Police Department)
    Tamika Alston
    Martena Armston
    Jessica Artis or other Pitt County Clerk of Court representative
    Darryl Artis
    Brandon Black
    Nicole Bradley
    Shameria Brown
    Tmyah Brown
    Antonio Bunter

David Berkebile
Pete Cestare (Horry County Police Department)
Greg Coats (FBI)
Steve Collinson
Mike Connelly (FBI)
Betty Davis
Laura Davis
John Davis
Dr. Matt DeLisi
Jill Domogauer (Horry County Police Department)
Dwight Falkofske (FBI)
Patty Floyd
Melissa Fogg
Steve Gigantino (FBI)
Deb Gordon (FBI)
Freda Gore
Jessica Graham
Doug Halepaska (FBI)
William Hardee (ATF)
Regina Harvey
Stacey Hill
Reginald Howard
Maria Jocys (FBI)
Crystal Johnson
Jeff Johnson (Florence County Sheriff's Office)
Sarah Jones or other Wilson Co. Clerk of Court representative
Diane Jones
Beth Montress Joyner
Norm Kuylen (FBI)
Cathy Lambert
Ted Lea (FBI)
Ashley Leon (FBI)
Dennis Lewis (Horry County Police Department)
Dale Long (Conway Police Department)
Jeff Long (FBI)
Jeremiah Lovelace (Greenville NC Police Department)
Danny Major
Allison Mardi (FBI)
Tyler McCarty (FBI)
Gracie McCleary
Doug MacRae
Katie MacRae
Matt McKnight (FBI TFO)
Jess MacRae

Daisy Munoz-Alvarez
Chris Neal (Florence County Sheriff's Office)
Frank Nivar (FBI)
Rajinder Parimu
Angela Denise Parker
Linda Parker
Mohan Patel
Champak Patel
Dr. Edward Proctor
Bonnie Reed
Todd Richards (FBI)
Gracie Sadler
Carrie Sadler
Justin Delvone Scott
Briraj "Sam" Singh
Mary Singh
Tracy Skeen
William Slaughter (Greenville NC Police Department)
Tiffany Smith (FBI)
Lenwood Spells
Mike Sutton (FBI)
Todd Tant (Wilson PD)
William "Bill" Tripp
Heather Turner
Brian Turner
Jalen Vines
Heath Watford (Conway Police Department)
Dr. Michael Welner
Tyler Whaley (Greenville NC Police Department)
Tiffany Whitley
Kenneth Willis
Chris Wingfield
Tracy Wood
Tasha Wooten

_____Yes                    _____No

If you answered "Yes," please identify the individual(s) you or a member of your immediate family or household know and describe the relationship(s):

_____

_____

9

35. Have you read, seen, heard, or overheard anything from any source about this case, or about anyone connected to this case or legal proceeding?

_____Yes                    _____No

If you answered "Yes," please check all sources that apply, and describe what you have seen, heard or read:

_____ Newspaper(s) (including newspaper websites)
_____ Print periodicals/magazines (including magazine websites)
_____ Television or Radio
_____ Social media, including Facebook, Twitter, etc.
_____ Internet/Websites (other than online newspapers or magazines)
_____ Personal knowledge
_____ Conversations with relatives or friends of anyone related to the case
_____ Conversations with other people about the case
_____ Overheard people talk about it
_____ Attended funeral or memorial service
_____ Other sources

Describe what you have seen, heard, or read about this case:

_____

_____

36. Have you done any research on this case, including "Google," internet, or other online research since you received your jury summons?

_____Yes                    _____No

If you answered "Yes," please describe the research you have conducted:

_____

_____

37. Have you spoken to others, written, blogged, commented online or though social media, communicated with anyone about this case since you received your jury summons?

_____Yes                    _____No

If you answered "Yes," please explain:

_____

_____

38. Can you set aside what you may have previously seen, read, or heard about this case and decide this case based solely on the evidence presented in court and the judge's instructions on the law?

    _____Yes          _____No

    If you answered "No," please explain:

    _____

    _____

## SENTENCING/PUNISHMENT

39. Please describe your views, if any, about the death penalty as a punishment for someone convicted of intentional murder.

    _____

    _____

40. Do you have religious, moral, or personal beliefs that influence your opinion regarding the death penalty?

    _____Yes          _____No

    If you answered "Yes," please explain:

    _____

    _____

41. Please describe your views, if any, about life without the possibility of parole as a punishment for someone who has been convicted of an intentional murder.

    _____

    _____

42. Please circle one number from the list below that indicates your opinion about the death penalty. A "1" reflects a belief that the death penalty should never be imposed, regardless of any aggravating or mitigating evidence; a "7" reflects a belief that the death penalty should always be imposed whenever the defendant has been convicted of intentional murder, regardless of any aggravating or mitigating evidence.

    Strongly Oppose                    Strongly Favor

    1      2      3      4      5      6      7

43. Regarding the death penalty in a murder case, which of the following statements most accurately represents the way you feel? (You may circle one or more than one of the following choices.)

   a.   I am opposed to the death penalty, and I will never vote to impose it, no matter what the facts or legal instruction.

   b.   I am opposed to the death penalty, and my views would make it very hard for me to vote to impose it.

   c.   I am opposed to the death penalty, but I could vote to impose it if I believed that the facts and the law in a particular case called for it.

   d.   I have no definite opinions for or against the death penalty, and I could vote for either imposing the death penalty or a sentence of life imprisonment without the possibility of release depending upon the facts and the law in the case.

   e.   I am in favor of the death penalty, but I could vote for or against the death penalty depending upon the facts and the law in the case.

   f.   I am in favor of the death penalty, and my views would make it very hard for me to vote for any other sentence.

   g.   I am in favor of the death penalty, and I would always vote to impose it, no matter what the facts or legal instruction.

   h.   None of the statements above correctly describes my opinion about the death penalty.

44. Have you, or anyone in your immediate family or household, ever taken a position in favor of, or opposed to, the death penalty (including financial donations, petition signing, phone calls, letter-writing campaigns, rallies, or any actions either to speed up or slow down execution rates)?

   _____Yes          _____No

   If you answered "Yes," please explain:

   _____

   _____

45.     The law requires a jury in a death penalty case to consider and weigh the particular facts of the case, including any aggravating and mitigating factors, before making a decision regarding whether or not to impose the death penalty.  Understanding this legal standard, please answer the following questions:

        A.  In a case where a defendant has been found guilty of intentionally murdering another person, I would **ALWAYS** vote to impose the death penalty, regardless of the circumstances and any aggravating or mitigating evidence:

        _____Agree        _____Disagree

        B.  In a case where a defendant has been found guilty of intentionally murdering another person, I would **NEVER** vote to impose the death penalty, regardless of the circumstances and any aggravating or mitigating evidence:

        _____Agree        _____Disagree

46.     Do you believe that a sentence of life imprisonment without the possibility of release is a more severe, less severe, or equally severe punishment as the death penalty?

      _____ More severe      _____ Less Severe      _____ Equally severe

47.     Do you believe that anyone close to you would be critical of you or disappointed in you if you voted for or against the death penalty in this case?

        _____Yes        _____No

        If you answered "Yes," state whether that anticipated criticism or disappointment would affect your ability to be a fair and impartial juror and explain your answer.

        _____

        _____

## CONCLUDING QUESTIONS

48.     Did you have any problems reading or understanding this questionnaire?

        _____Yes        _____No

        If you answered "Yes," please explain:

        _____

        _____

49. As a result of any experience you or any member of your immediate family or household has had with the criminal justice system, do you have any feelings or opinions that might affect your ability to be a fair and impartial juror in this case?

    _____Yes _____No

    If you answered "Yes," please explain:

    _____
    _____

50. Is there any circumstance or other matter not previously covered in this or the earlier questionnaire that you feel that the judge or the attorneys should know about you that might affect your ability to be a fair and impartial?

    _____Yes _____No

    If you answered "Yes," please explain:

    _____
    _____

51. Do you presently have an opinion about the alleged crimes, the accused defendant Brandon Council, or whether Brandon Council should or should not receive the death penalty?

    _____Yes _____No

    (a) If you answered "Yes," please state your present opinion.

    _____
    _____

    (b) If you answered "Yes," are you able to set aside your present opinions and decide the case solely on the evidence presented in the court and the judge's instructions on the law?

    _____Yes _____No

52. Were there any particular questions contained in the questionnaire, or any other issues that you want to bring to the attention and discuss privately with the Court or attorneys?

    _____Yes _____No

    If you answered "Yes," please list the Question numbers, or additional issues:

    _____
    _____

Thank you again for your cooperation. Please read the following and sign below.

**The answers provided above are truthful and complete to the best of my ability. I understand that knowingly giving a false answer may subject me to the penalties for perjury.**

_____          _____
(Your Signature)                                                          Date

PLEASE USE THE ATTACHED PAGES TO CONTINUE ANY OF YOUR ANSWERS TO THE ABOVE QUESTIONS. BE SURE TO INDICATE THE NUMBER OF THE QUESTION YOU ARE ANSWERING.

Juror Number _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Subject:** RE: Brandon Council
**From:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Date:** 1/7/2021, 12:35 PM
**To:** barryfisher4_gmail.com <barryfisher4@gmail.com>

Please find the timestamps located by each requested brief pause in red.

If you should require further assistance, please do not hesitate to contact me.

Thank you,

Beth

---

**From:** Barry Fisher <barryfisher4@gmail.com>
**Sent:** Monday, January 4, 2021 3:18 PM
**To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Subject:** Re: Brandon Council

**CAUTION - EXTERNAL:**

Beth - Below are the cites for the pauses I was inquiring about.  Looks like the total is just over a dozen.

Thanks for agreeing to help on this,

Barry

1) 9/16/19    13:58:16 – 13:58:42
page 13
line 19

2) 9/16/19    14:00:42 – 14:00:53
page 15
line 7

3) 9/16/19    14:01:50 – 14:02-45
page 16
line 9

4) 9/24/19    14:39:43 – 14:39:49
page 129
line 13

5) 9/25/19    09:24:47 – 09:24:57
page 16
line 21

6) 9/25/19    09:33:16 – 09:33:31
page 22
line 1

7) 9/25/19    09:43:53 – 09:44:07
page 28
line 6

8) 9/25/19
page 41
line 10
10:08:37 – 10:08:45

9) 9/25/19
page 68
line 16
11:17:12 – 11:17:27

10) 9/25/19
page 16
line 21
09:24:42 – 09:24:57

11) 9/26/19
page 195
line 4
14:42:26 – 14:42:35

12) 9/26/19
page 201
line 12
14:52:19 – 14:52:22

13) 9/26/19
page 218
line 8
15:18:51 – 15:18:57

14) 9/26/19
page 225
line 22
15:29:18 – 15:29:26

```
Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
```
barry_fisher@fd.org
On 1/4/2021 12:05 PM, Beth Krupa wrote:

The number to reach me is 814-592-4821.

Beth Krupa

---

**From:** Barry Fisher <barryfisher4@gmail.com>
**Sent:** Monday, January 4, 2021 10:40 AM
**To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Subject:** Re: Brandon Council

**CAUTION - EXTERNAL:**

Thanks, Beth.  Is there a good number I can call you at today?

```
Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
```
barry_fisher@fd.org
On 1/4/2021 8:02 AM, Beth Krupa wrote:

Mr. Fisher,

I was on vacation last week.  I will be available to try and answer any questions you may have this week.  We are switching back to teleworking and I do not have all of my files with me, but if I can find out what you may be looking for, I will pull what you need from the office.

Thank you,

Beth Krupa

---

**From:** Barry Fisher <barryfisher4@gmail.com>
**Sent:** Wednesday, December 30, 2020 7:43 PM
**To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Subject:** Brandon Council

CAUTION - EXTERNAL:


Good evening, Beth.  I hope this email finds you safe and well.

I have a question I'd like to ask you about the transcript in Brandon Council's case.  Have you got a couple of minutes to talk this week?  I could call you at your convenience.  Or feel free to give me a ring on my cell, 518 281 4801.

Thanks,

Barry

--
Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
barry_fisher@fd.org

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Subject:** Re: Brandon Council
**From:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Date:** 1/14/2021, 9:08 AM
**To:** barryfisher4_gmail.com <barryfisher4@gmail.com>

Barry,

#10 has the correct timestamps listed.  I somehow incorrectly copied the start time of the pause on #5.  They are both the correct ending time.

---

**From:** Barry Fisher <barryfisher4@gmail.com>
**Sent:** Tuesday, January 12, 2021 6:22 PM
**To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Subject:** Re: Brandon Council

**CAUTION - EXTERNAL:**

Hey, Beth, sorry to bother you again.  B/c of my mistake, #5 and #10 below were for the same pause.  But your response indicates two different starting times.  Would you mind double checking to see which one it was?
Thanks,
Barry
```
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
```
barry_fisher@fd.org
On 1/7/2021 12:35 PM, Beth Krupa wrote:

> Please find the timestamps located by each requested brief pause in red.
>
> If you should require further assistance, please do not hesitate to contact me.
>
> Thank you,
>
> Beth
>
> ---
>
> **From:** Barry Fisher <barryfisher4@gmail.com>
> **Sent:** Monday, January 4, 2021 3:18 PM
> **To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
> **Subject:** Re: Brandon Council
>
> **CAUTION - EXTERNAL:**
>
> Beth - Below are the cites for the pauses I was inquiring about.  Looks like the total is just over a dozen.
>
> Thanks for agreeing to help on this,
>
> Barry
>
> 1) 9/16/19      13:58:16 – 13:58:42
> page 13
> line 19
>
> 2) 9/16/19      14:00:42 – 14:00:53
> page 15

line 7

3) 9/16/19 14:01:50 – 14:02:45
page 16
line 9

4) 9/24/19 14:39:43 – 14:39:49
page 129
line 13

5) 9/25/19 09:24:47 – 09:24:57
page 16
line 21

6) 9/25/19 09:33:16 – 09:33:31
page 22
line 1

7) 9/25/19 09:43:53 – 09:44:07
page 28
line 6

8) 9/25/19 10:08:37 – 10:08:45
page 41
line 10

9) 9/25/19 11:17:12 – 11:17:27
page 68
line 16

10) 9/25/19 09:24:42 – 09:24:57
page 16
line 21

11) 9/26/19 14:42:26 – 14:42:35
page 195
line 4

12) 9/26/19 14:52:19 – 14:52:22
page 201
line 12

13) 9/26/19 15:18:51 – 15:18:57
page 218
line 8

14) 9/26/19 15:29:18 – 15:29:26
page 225
line 22

Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
barry_fisher@fd.org

On 1/4/2021 12:05 PM, Beth Krupa wrote:

   The number to reach me is 814-592-4821.

JA6727

Beth Krupa

**From:** Barry Fisher <barryfisher4@gmail.com>
**Sent:** Monday, January 4, 2021 10:40 AM
**To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Subject:** Re: Brandon Council

**CAUTION - EXTERNAL:**

Thanks, Beth.  Is there a good number I can call you at today?
```
Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
```
barry_fisher@fd.org

On 1/4/2021 8:02 AM, Beth Krupa wrote:

> Mr. Fisher,
>
> I was on vacation last week.  I will be available to try and answer any questions you may have this week.  We are switching back to teleworking and I do not have all of my files with me, but if I can find out what you may be looking for, I will pull what you need from the office.
>
> Thank you,
>
> Beth Krupa
>
> **From:** Barry Fisher <barryfisher4@gmail.com>
> **Sent:** Wednesday, December 30, 2020 7:43 PM
> **To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
> **Subject:** Brandon Council
>
> CAUTION - EXTERNAL:
>
>
> Good evening, Beth.  I hope this email finds you safe and well.
>
> I have a question I'd like to ask you about the transcript in Brandon Council's case.  Have you got a couple of minutes to talk this week?  I could call you at your convenience.  Or feel free to give me a ring on my cell, 518 281 4801.
>
> Thanks,
>
> Barry
>
> --
> Barry Fisher
> Federal Capital Appellate Resource Counsel
> Office of the Federal Defender, NDNY
> 39 North Pearl Street, 5th Floor
> Albany, NY 12207
> Tel. (518) 650-9031
> Fax (518) 436-1780
> barry_fisher@fd.org
>
> CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening

attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Subject:** RE: Brandon Council
**From:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Date:** 3/15/2021, 12:24 PM
**To:** barryfisher4_gmail.com <barryfisher4@gmail.com>

---

**From:** Barry Fisher <barryfisher4@gmail.com>
**Sent:** Monday, March 8, 2021 11:53 PM
**To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Subject:** Re: Brandon Council

**CAUTION - EXTERNAL:**

Hi, Beth. Sorry, one more pause I need to ask you about the length of, if you don't mind: 9/25/19, p.21, line 18. <span style="color:red">09:32:35 – 09:32:56</span>

Thanks,

Barry

```
Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
```
barry_fisher@fd.org
On 1/7/2021 12:35 PM, Beth Krupa wrote:
> Please find the timestamps located by each requested brief pause in red.
>
> If you should require further assistance, please do not hesitate to contact me.
>
> Thank you,
>
> Beth
>
> **From:** Barry Fisher <barryfisher4@gmail.com>
> **Sent:** Monday, January 4, 2021 3:18 PM
> **To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
> **Subject:** Re: Brandon Council
>
> **CAUTION - EXTERNAL:**
>
> Beth - Below are the cites for the pauses I was inquiring about. Looks like the total is just over a dozen.
>
> Thanks for agreeing to help on this,
>
> Barry

1) 9/16/19
page 13
line 19
13:58:16 – 13:58:42

2) 9/16/19
page 15
line 7
14:00:42 – 14:00:53

3) 9/16/19
page 16
line 9
14:01:50 – 14:02-45

4) 9/24/19
page 129
line 13
14:39:43 – 14:39:49

5) 9/25/19
page 16
line 21
09:24:47 – 09:24:57

6) 9/25/19
page 22
line 1
09:33:16 – 09:33:31

7) 9/25/19
page 28
line 6
09:43:53 – 09:44:07

8) 9/25/19
page 41
line 10
10:08:37 – 10:08:45

9) 9/25/19
page 68
line 16
11:17:12 – 11:17:27

10) 9/25/19
page 16
line 21
09:24:42 – 09:24:57

11) 9/26/19
page 195
line 4
14:42:26 – 14:42:35

12) 9/26/19
page 201
line 12
14:52:19 – 14:52:22

13) 9/26/19
page 218
line 8
15:18:51 – 15:18:57

14) 9/26/19
page 225
line 22
15:29:18 – 15:29:26

Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY

JA6731

39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
barry_fisher@fd.org
On 1/4/2021 12:05 PM, Beth Krupa wrote:

> The number to reach me is 814-592-4821.
>
> Beth Krupa
>
> ---
>
> **From:** Barry Fisher <barryfisher4@gmail.com>
> **Sent:** Monday, January 4, 2021 10:40 AM
> **To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
> **Subject:** Re: Brandon Council
>
> **CAUTION - EXTERNAL:**
>
> Thanks, Beth. Is there a good number I can call you at today?
>
> Barry Fisher
> Federal Capital Appellate Resource Counsel
> Office of the Federal Defender, NDNY
> 39 North Pearl Street, 5th Floor
> Albany, NY 12207
> Tel. (518) 650-9031
> Fax (518) 436-1780
> barry_fisher@fd.org
> On 1/4/2021 8:02 AM, Beth Krupa wrote:
>
>> Mr. Fisher,
>>
>> I was on vacation last week. I will be available to try and answer any questions you may have this week. We are switching back to teleworking and I do not have all of my files with me, but if I can find out what you may be looking for, I will pull what you need from the office.
>>
>> Thank you,
>>
>> Beth Krupa
>>
>> ---
>>
>> **From:** Barry Fisher <barryfisher4@gmail.com>
>> **Sent:** Wednesday, December 30, 2020 7:43 PM
>> **To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
>> **Subject:** Brandon Council
>>
>> CAUTION - EXTERNAL:
>>
>> Good evening, Beth. I hope this email finds you safe and well.
>>
>> I have a question I'd like to ask you about the transcript in Brandon Council's case. Have you got a couple of minutes to talk this week? I could call you at your convenience. Or feel free to give me a ring on my cell, 518 281 4801.
>>
>> Thanks,
>>
>> Barry
>>
>> --
>> Barry Fisher
>> Federal Capital Appellate Resource Counsel
>> Office of the Federal Defender, NDNY

39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
barry_fisher@fd.org

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Subject:** RE: Brandon Council
**From:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Date:** 2/2/2022, 2:45 PM
**To:** barryfisher4_gmail.com <barryfisher4@gmail.com>

Mr. Fisher,

Thank you for your patience.  I have indicated the length of pauses below in red.

Please let me know if I can assist with anything else.

Beth Krupa

---

**From:** Barry Fisher <barryfisher4@gmail.com>
**Sent:** Monday, January 31, 2022 4:19 PM
**To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Subject:** Re: Brandon Council

**CAUTION - EXTERNAL:**


Hi, Beth, sorry, but two more pauses I'm hoping you can check and tell me the length of:

9/20/19 (ex parte transcript)

   page 10, line 12 (9:59:13 to 10:00:32)

   page 10, line 18  (10:00:41 to 10:01:26)

   page 10, line 21 (marked as "recess" in the transcript) (10:01:30 to 10:11:26)

Thanks,

Barry

```
Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
barry_fisher@fd.org
pronouns: he/him/his
```
On 3/15/2021 12:24 PM, Beth Krupa wrote:

> **From:** Barry Fisher <barryfisher4@gmail.com>
> **Sent:** Monday, March 8, 2021 11:53 PM

**To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Subject:** Re: Brandon Council

**CAUTION - EXTERNAL:**

Hi, Beth.  Sorry, one more pause I need to ask you about the length of, if you don't mind: 9/25/19, p.21, line 18.  <span style="color:red">09:32:35 – 09:32:56</span>

Thanks,

Barry

```
Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
barry_fisher@fd.org
```
On 1/7/2021 12:35 PM, Beth Krupa wrote:

> Please find the timestamps located by each requested brief pause in red.
>
> If you should require further assistance, please do not hesitate to contact me.
>
> Thank you,
>
> Beth
>
> ---
>
> **From:** Barry Fisher <barryfisher4@gmail.com>
> **Sent:** Monday, January 4, 2021 3:18 PM
> **To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
> **Subject:** Re: Brandon Council
>
> **CAUTION - EXTERNAL:**
>
> Beth - Below are the cites for the pauses I was inquiring about.  Looks like the total is just over a dozen.

Thanks for agreeing to help on this,


Barry


1) 9/16/19
page 13
line 19

13:58:16 – 13:58:42


2) 9/16/19
page 15
line 7

14:00:42 – 14:00:53


3) 9/16/19
page 16
line 9

14:01:50 – 14:02-45


4) 9/24/19
page 129
line 13

14:39:43 – 14:39:49


5) 9/25/19
page 16
line 21

09:24:47 – 09:24:57


6) 9/25/19
page 22
line 1

09:33:16 – 09:33:31


7) 9/25/19
page 28
line 6

09:43:53 – 09:44:07


8) 9/25/19
page 41
line 10

10:08:37 – 10:08:45


9) 9/25/19
page 68
line 16

11:17:12 – 11:17:27

JA6736

10) 9/25/19   09:24:42 – 09:24:57
page 16
line 21

11) 9/26/19   14:42:26 – 14:42:35
page 195
line 4

12) 9/26/19   14:52:19 – 14:52:22
page 201
line 12

13) 9/26/19   15:18:51 – 15:18:57
page 218
line 8

14) 9/26/19   15:29:18 – 15:29:26
page 225
line 22

```
Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
```
barry_fisher@fd.org

On 1/4/2021 12:05 PM, Beth Krupa wrote:

The number to reach me is 814-592-4821.

Beth Krupa

**From:** Barry Fisher <barryfisher4@gmail.com>
**Sent:** Monday, January 4, 2021 10:40 AM
**To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Subject:** Re: Brandon Council

**CAUTION - EXTERNAL:**

Thanks, Beth.  Is there a good number I can call you at today?

```
Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
```

JA6737

barry_fisher@fd.org
On 1/4/2021 8:02 AM, Beth Krupa wrote:

Mr. Fisher,

I was on vacation last week.  I will be available to try and answer any questions you may have this week.  We are switching back to teleworking and I do not have all of my files with me, but if I can find out what you may be looking for, I will pull what you need from the office.

Thank you,

Beth Krupa

**From:** Barry Fisher <barryfisher4@gmail.com>
**Sent:** Wednesday, December 30, 2020 7:43 PM
**To:** Beth Krupa <Beth_Krupa@scd.uscourts.gov>
**Subject:** Brandon Council

CAUTION - EXTERNAL:

Good evening, Beth.  I hope this email finds you safe and well.

I have a question I'd like to ask you about the transcript in Brandon
Council's case.  Have you got a couple of minutes to talk this week?  I
could call you at your convenience.  Or feel free to give me a ring on
my cell, 518 281 4801.

Thanks,

Barry

--
Barry Fisher
Federal Capital Appellate Resource Counsel
Office of the Federal Defender, NDNY
39 North Pearl Street, 5th Floor
Albany, NY 12207
Tel. (518) 650-9031
Fax (518) 436-1780
barry_fisher@fd.org

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on

links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.